**DISCLAIMER: The answers to the questions below are specific to the Draft Solicitation documents presented for Industry's comment. The answers may or may not be relevant to the Final Solicitation documents posted in the future. Many of the documents released as Draft have undergone revisions. If any of the revisions impacted the questions asked in regards to the Draft documents, it is important then, if uncertainty remains, that questions about the Final Solicitation documents are raised during the timeframe stated in the Final Solicitation.**

1) Q. Do Fuels Management responsibilities encompass ground fuel for emergency diesel generators at Malmstrom and Warren AFBs? Does that service extend to the ICBM sites scattered around Montana and Wyoming?

   A. Yes.

2) Q. Peterson AFB Supply has several "satellite" supply accounts on its computer. Does the contractor have any oversight responsibility for those accounts (i.e. staff visits, surveillance visits, etc?)

   A. Yes. The contractor is responsible to manage all supply accounts applicable to Peterson, to include satellite accounts of Peterson Supply. Most oversite is provided locally, with very little TDY activities.

3) Q. Will vehicles be GFE or contractor provided? If contractor provided, will contractor be approved for obtaining vehicles through GSA fleet management?

   A. The contractor will be responsible for providing the Vehicle Operations and U-Drive-It (UDI) fleets, either through General Services Administration (GSA) or vendors of his choosing. The government will provide as government furnished equipment (GFE), 3 C300 fuel trucks, 1 40 foot/53 ton tilt trailer, and 1 463L 10k forklift to be maintained and replaced at the contractor's expense if the decision is made to accept them. The contractor may opt to provide their own trucks in lieu of accepting the 5 vehicles as GFE. The government owned/registered fleet will be considered workload for the contractor to maintain. This includes the refueling vehicles (R-11's) provided as government furnished vehicles (GFV) to be used for aircraft refueling operations. These vehicles are part of the government owned/registered fleet but will be maintained and operated by the contractor.

4) Q. Why are Patrick AFB requirements included in this draft solicitation when Patrick is running their own 8(a) set-aside procurement?

   A. Patrick and LA AFBs are only supported on this contract in regards to the Logistics Support Center requirement. However, Patrick and LA are included in the scope of this contract for base level logistics support in case the situation arises that their base level requirements need to be

EXHIBIT
1

included—at this time, Patrick and LA are taking care of their base level logistics support on locally managed contracts. A revised PWS will include Patrick's and LA's base level logistics support in the scope of this contract. But again, only in regards to the Logistics Support Center is support for Patrick an LA required currently..

5) Q. Of the five CBAs provided in your 9/22/06 Tech Data Package, four unions have dissolved. Can current CBAs and local POCs or addresses be provided?

A. PMI has not dissolved their relationships with the Union. The unions they are part of decided to discontinue their relationship with the AFL-CIO. They became their own freestanding unions. The CBAs released to FedBizOps are current and applicable. The following unions are identified by base:

This union represents employees at:

Peterson Base Supply
Peterson Surface Freight
FE Warren Base Supply
Vandenberg Base Supply

Laborers' Int'l Union of North America
Charles Johnston
905-16th St. N.W.
Washington DC 20006-1765
(V) 202-737-2754
F) 202-737-2754

This union represents employees at:

Peterson Transportation
United Auto Workers (UAW Local 186)
Vance Pearson
6500 S. Rosemead Blvd.
Pico Rivera, CA 90660
(V) 562-801-1500 x1520

Malmstrom AFB
Industrial, Technical and Professional Employees Union (ITPE)
Trina Campbell
917 Pacific Ave., Ste. 312
Tacoma, WA 98402
877-526-4873
(F) 253-474-6321

6) Q. Would the Government consider a contract with a 2-year base plus 4 - 2-year option periods?

   A. At the current time, a five year contract, base plus four options, best meets the Government's needs.

7) Q. Is the Government firm on an IDIQ contract? Is this contract non-mandatory for each of the bases? What is the level of commitment from each base?

   A. An IDIQ affords us the opportunity to continue to achieve the benefits received on the current Multi-Wing Logistics Support Contract, while granting more local control of the contract oversight and administration to the participating organizations. While the contract is not mandatory for each base to use, the level of commitment from each base is very high.

8) Q. What is the transition period for phase-in activities?

   A. Thirty days.

9) Q. Would the Government consider additional Section L requirements for transition and quality proposal responses?

   A. The Government feels past performance and cost are the only evaluation factors needed to assess the best value in meeting the Government's needs.

10) Q. Would the Government consider site visits to all bases?

   A. The Government feels that site visits to Peterson (requires a majority of the major functions required), Schriever (as a satellite to Peterson), and F.E. Warren (missile base) will provide a potential offer a fair representation of the support required under the contract. Financial, we do not have the ability to go to each base, however, we are looking into other options to provide information about the bases we will not be visiting.

11) Q. Section 3 - There is no workload data for AFSPC for LSC; will it be provided? Can you provide M-32s from each base for the month of Sep for the previous three years?

   A. All workload data captured for the Logistics Supply Center is located in the Performance Work Statement, Section 3, paragraph 1.5.1.

12) Q. Section 3, Para 1.5.2, Mobility Bags Maintained - How many bags are issued and/or retuned monthly? Section 3, Para 1.5.2, IBA Maintained - How many IBAs are issued and/or returned monthly? Section 3, Para 1.5.2, Weapons Maintained -

How many weapons are issued and/or returned monthly? How many weapons accounts are at each base? Section 3, Para 1.5.2, HAZMART Items - What are the number of HAZMAT items stored, issued, received, and turned in at each authorized location?

A. The basic answer is it depends on circumstances. The following are just estimates.

Peterson:
Hazmart Issues monthly PAFB and CMAS = 154
Schriever = 65

Schriever: Average 10 per month. Average 10 per month. Schriever weapons are not maintained by the contractor. Schriever HAZMART receives about 150 items, issues out about 100, and process about 340 turn-ins a month. The HAZMART currently has 79 line items on hand (total qty 566)

Buckley: 15 MOBAGS issued and or returned per month. 7 IBA/SAPIs issued and or returned per month. 12 Weapons issued and or returned per month. 460 LRS is responsible for one Equipment Account that includes all units except for SFS. Acct # 212MK. HAZMART: Monthly consumption: 9611 Lbs. (This number fluctuates because of seasonal changes). HM turned in as waste per month: 274 Lbs (Expired shelf life or unused)

FE: Mobility Bags maintained----Varies due to AEF Taskings at installation, IBA's maintained---same as above, HAZMART Items---information on storage located in Section 3 under work load estimates, C-Bags are issued, maintained, and tracked by contractor. A and B Bags maintained within organizations but monitored by contractor through MICAS.

Malmstrom: 30 MOBAGS issued and or returned per month.
2 IBA/SAPIs issued and or returned per month
100 Weapons issued and or returned per month. 15 weapon accounts except for SFS.
Hazmart items 370 stored, 361 issued, 26 items received.

Vandenberg: Can't specify quantity because it depends on how many personnel are tasked to deploy with MOBAGS. Generally, bags are provided in the AOR.. Same answer for IBA/SAPIs. So far, we've only issued 12 weapons and 11 have been returned. Currently, there are 20 weapons accounts; however, we expect by the end of May 07 there will only be 3 accounts on VAFB – LRS, SFS and CES. Contractor will only be responsible for LRS IAW SOW. The VAFB HAZMART has 379 SBSS line items with warehouse locations. Average 122 issues, 115 receipts, and 2 turn-ins per month through the SBSS. Free issue has 1086 line items, and averages 322 containers turned in & 124 containers issued per month. The HAZMART clears (depletes/deletes) approximately 3448 bar codes from EnTrack monthly.

13) Q. Section 10, Chapter 1, Para 1.3, Vandenberg Possessory Interest Tax - Will this potential requirement be clarified?

A. The County of Santa Barbara, California, tax the use of government facilities. The contractor is responsible for paying this tax, then through the cost reimbursable clin, the contractor is reimbursed those costs. The Government will plug a number into Section B, it will not have to be proposed.

14) Q. What is the purpose of the chart on page 5, relative to this section?

A. The matrix is a snapshot of which bases operate which System Designators.

15) Q. Will the government provide a copy of the current QPP?

A. No, the current QPP belongs to the current Contractor.

16) Q. Is the QPP a single document for all installations, or does each installation have a separate QPP?

A. Whether a single QPP is developed for the entire contract, or one QPP for each organization supported, is solely a decision by the offeror to make. The Industry standard appears to be one QPP for the entire contract.

17) Q. Why no requirement for QPP for Patrick or LA AFB?

A. There are not performance requirements at Patrick and LA AFB. These two installations are apart of this contract through the Logistics Support Center, Section 2, chapter 2 of the PWS. Patrick and LA are included in the scope of this contract for base level logistics functions should they need to use this contract in the future.

18) Q. Will the government provide copies of all existing LSC procedures supplements?

A. The Logistics Support Center procedures supplement, AFSPCI 23-112, will be included in the bidders library.

19) Q. Request clarification of phrase "2.1.2.1. Operate and maintain automated data systems" – is this intended to be operation of the systems, and maintenance of the data within the systems, or does it include network/hardware maintenance as well?

A. Operate the system and maintain data within.

20) Q. Request definition of SRD. Is this a typo for SDR (Supply Difficulty Report) (ref pg 14 para 2.1.4.11, SDR)

A. Standard Reporting Designator (3 – position alpha/numeric code) Identifies the type of aircraft, major end item, or system.

21) Q. Workload estimates provided in cited pages contain only a portion of the effort noted throughout the PWS. How/where does the Government wish the additional effort to be costed? Recommend Section B capture all significant services for pricing accuracy. Providing traceability from each workload indicator to the applicable PWS paragraph or requirement would greatly improve pricing accuracy and completeness.

A. The Government feels that the workload data provided is very accurate and covers all support required. What portions of the effort do you see as missing?

22) Q. Reference table for Service Summary in Section 4 does not appear to capture all PWS quantified performance objectives. Are those listed in the table more important than those not listed? Example: Pg 26, para 4.1.4.7 specifies HAZMAT on-time delivery at 99%. Other performance standards are called out in the PWS, yet not captured in Section 4 Service Summary.

A. All quantified performance objectives stated throughout the PWS are important. To meet all PWS requirements, all quantified performance objectives must be achieved. The items listed in the Service Summary are the performance objectives the government has identified as the most critical performance objectives the contractor must achieve to ensure significant failure does not occur.

23) Q. Request clarification of paragraph 3.1.9.1. "Store, issue, and manage mobility bags/gas masks and associated mobility bag/gas mask assets except, when the using activity agrees to store their own." If using activity agrees to store their own MOBAGS, is the contractor still responsible for issuing and managing?

A. No, contractor will only be responsible for MOBAGS they store and manage. However, if organization stores their own MOBAGS the contractor is responsible for MICAS reporting.

24) Q. Reference sentence: "Keep licenses, permits, physicals, training, etc required by federal, state, and/or local regulations current when pertaining to handling of hazardous materials." Is the intent of this sentence meant to apply only for contractor personnel? If not, please clarify.

A. Applies to Contractor personnel only.

25) Q. Request clarification of sentence: "Keep Colorado-secured license plates current." For which vehicles?

A. Executive lease vehicles as well as protocol vehicles that may be identified as a government vehicle while transporting dignitaries and such, where heightened security is needed.

26) Q. Reference sentences that begin: "The contractor shall: Provide JP8 Aviation fuel, Ground fuels, and Liquid Oxygen (LOX) to all assigned and tenant units…" As written, the contractor would be responsible for purchasing and making available (at contractor's expense) JP8, fuels, LOX, etc. If this is not the intent, request rewording.

A. The PWS will be changed to: The contractor shall: Forecast, order, receive, store, issue, account for, and sample/test Aviation fuel, ground fuel and Liquid Oxygen, procured by Defense Energy Support Center (DESC), for all assigned and tenant units IAW DoD 4140.25M and AFI 23-201, AFSPC Sup 1, Chapters 1, 2, 4, 5, and 6.

27) Q. Reference sentence: "Process classified cargo" Recommend clarifying highest level of classification that will be processed.

A. The highest level of classifies cargo to be processed is Secret.

28) Q. Request clarification of what the contract requirements will be in the event cargo security screening determines an item to be suspicious or unsafe.

A. There is a local operation instruction that identifies what actions are taken if a suspicious package, suspected bomb, object, or powder/liquid is identified. The Operating Instruction will be made available in the bidders library and incorporated in the PWS.

29) Q. Chapter 14 Real World Events . . .Are all items under "14.1 General" applicable to all locations? Patrick AFB and Los Angeles AFB are not covered in the MSLSC Service Requirements table in Section 2.

A. No. Chapter 14 is applicable to all bases except Patrick AFB and Los Angles AFB. Again, base level logistics support at Patrick AFB and Los Angles AFB are provided under separate contracts.

30) Q. Paragraph 16.1.8. Reserve Training lists significant types of training required. Request AF provide data on desired/required course frequency, # of attendees, course durations, etc.

A. We do not have this data yet.

31) Q. When the final RFP is released, will the Government complete the minimum and maximum amounts on pages 66 through 72 from the DRFP?

A. Those items are for cost reimbursable clins and the labor hour clins. Once those numbers are plugged, the values will populate.

32) Q. Patrick AFB is mentioned in the description of CLIN 0003 and in Section G-2, but it is not listed in Section F-2 (Place of Performance). Please clarify this omission.

A. No performance is required at Patrick AFB. All base level logistics functions at Patrick are covered on a contract at Patrick. However, section F and G are being amended to clarify that Patrick may be a place of performance in the future should the base level requirements at Patrick move to this contract..

33) Q. Los Angeles AFB is mentioned in the description of CLIN 0007 and in Section G-2, but it is not listed in Section F-2 (Place of Performance). Please clarify this omission.

A. No performance is required at Los Angeles AFB. All base level logistics functions at Patrick are covered on a contract at Los Angeles AFB. However, section F and G are being amended to clarify that Los Angeles AFB may be a place of performance in the future should the base level requirements at Los Angeles AFB move to this contract..

34) Q. Sections F-1 and H-1 mention that performance shall be detailed on individual task orders placed against the basic contract. Does this typical ID/IQ feature apply only to cost reimbursement and Labor Hour CLINs?

A. All possible locations where contract performance is required is detailed on the draft RFP. Individual task orders issued by the authorized organizations will contain one of those location. Task orders issued by each authorized organization will contain the appropriate fixed priced clins for that organization, with the appropriate cost and labor hour clins identified for that organization. From the section B, you will notice that the clins are identified by the organization they apply to. That organization will only order from the clins that are identified for that organization. While it does not have to be on one task order, it is highly likely that each organization will only have one task order per period of performance for that organization. If all options are exercised, then most likely, each organization will have issued a total of five orders over the course of the contract.

35) Q. In Section F, the contract phase-in period is for 30 days (September 1, 2007 though September 30, 2007). However, in DRFP PWS Section 8 (Contractor

Mobilization/Changeover), Paragraph 1.7.1, the phase-in period appears to be a 60 day period. Please clarify which is correct.

A. 30 Days

36) Q. In Section L, Paragraph L.5(b)(3), we understand the Government will provide baseline cost amounts for cost-reimbursable CLINs for Supplies and Materials, Travel and Training. Will the Government also provide an estimated cost amount for offerors to insert for price evaluation purposes for CLIN 0046 (annual Santa Barbara County Possessory Tax Levy)?

A. Yes

37) Q. In Section L, Paragraph L.5(b)(3), for proposal purposes, should offerors assume that the Government established amounts include their individual material handling or G&A indirect cost burden (without profit/fee), or will offerors be instructed in the final RFP to add their indirect expense loading factors to the Government established amounts?

A. The Government will load baseline amounts, and the contractor will bill for any G&A expenses on the invoices. Contractors will not bid their indirect rates at final proposal.

38) Q. In Section L, Paragraph L-4, 3.a.(1). It is mentioned that the original and one copy of Volumes I, II and III shall be two-hole punched, yet also requires identification on spine. Will the two-hole punch be in addition to the standard three-hole punch on the left margin?

A. The original and one copy to be two holed punched does not need to be submitted in a binder. All copies other than the original plus one do need to be submitted in a three hole binder, with identification on the cover and spine.

39) Q. In Section L, Paragraph L-4, 5.a. The following Attachments were not included in the Draft: L-3, Relevancy Matrix, L-4 Present/Past Performance Information Sheets, and L-5 Questionnaires.

A. Those documents are not ready to be released in draft. We will do so when ready.

40) Q. Is the Government amenable to having a centralized Quality Manager with the Supply/Procedures, Transportation, and Fuels inspectors reporting directly to him/her with a dotted line to the Program Manager?

A. As this is a performance based contract, the Government is not in a position to address how an offeror decides to set up their management function.

41) Q. Who currently pays for the fleet of GSA vehicles, the contractor or the Government?

A. The Government.

42) Q. How many vehicles on this contract belong to the incumbent versus the Government?

A. There are currently 96 government vehicles, 94 are GSA leased and 2 are government registered vehicles. The incumbent owns/provides 1 mobile maintenance trunk. The incumbent tells me they also have 6 in base supply for a total of 7.

43) Q. What areas in these contracts have been regionalized? How much residual work is left at the installation?

A. The only regionalized function on this contract is the Logistics Support Center. Peterson, Schriever, Buckley, F.E. Warren, Malmstrom, and Vandenberg AFBs all have major base level requirements identified in the PWS. The areas that are regionalized are Equipment Management, Stock Control, Records Maintenance, Computer Operations and MICAP. The residual work left at the base is identified under the base supply section of the PWS, the work load factors and AFSPCI23-112.

44) Q. Section 4, Service Summary, #4, the Government indicates the contractor must maintain an overall stockage effectiveness rate of 80% or above. While loading special levels, working rejects, performing follow-up and sending supply assistance letters are within the Contractor's control, availability of stock at the depot is not. Would the Government consider changing this Service Summary to reflect activities the contractor can perform?

A. Even though there are aspects of stockage effectiveness that the contract does not control, this is taken into consideration when ever the particular standard is not met.

45) Q. SOW paragraph 5.1.4, and 5.1.4.1 Vehicle Operations - does the incumbent currently own these vehicles? If not, are they GSA leased vehicles?

A. No. The vehicles are GSA leases with the exception of 1 40 ft trailer and 1 10k forklift (these 2 will be offered as GFV for reacquisition)

46) Q. SOW paragraph 5.1.4.7, Vehicle Operations - Is there a current contract in place to repair washing facility and equipment?

A. No. Maintenance of the facility is requested as needed.

47) Q. SOW, Chapter 6, Fuels Management, Para 6.1.3 refers to AFSPC Supplement 1…"Perform duties of a Fuels Management Team IAW…" What are the duties?

A. Duties:

- Manage the requisition, receipt, storage, issue, quality, accounting of petroleum fuels, and the requisition and accounting of missile propellants
- Manage fuel servicing and cryogenic operations and ensure compliance with the aircraft servicing priority listing
- Maintain prepositioned war reserve stocks (PWRS) and develop emergency fuel support plans
- Validate all operational, contingency/exercise and base support plans requiring fuel support, when required by the unit mission
- Establish and coordinate equipment and facility minimum essential levels with Refueling maintenance and Liquid Fuels Maintenance

48) Q. SOW, Chapter 6, Fuels Management, Para 6.1.5, "Establish the BSM-E Workgroup Manager function IAW AFSPC Supplement 1…Can the Government provide the content of paragraph 5.2.2 of Supplement 1?

A. The BSM-E Workgroup Manager function:

- Performs backup of flight systems and vital databases. Ensures data backups are performed as required on all pertinent system files. This may be accomplished by the Resource Control Center as part of the nightly closeout process
- Develops a data file and database backup routine IAW DOD 4140.25-MP and DESC Interim Policy and Procedural Guidance published at **http://www.desc.dla.mil/**:
- Maintain backup media in accordance with AFPD 37-1, Information Management and AFMAN 37-123, Management of Records and disposed of in accordance with the RDS located at **https://webrims.amc.af.mil**. Backup media should not be stored in the immediate vicinity of the data server.
- Establishes an operational iser's guide library. Maintain and provide access to current versions of the Fuels Automated System(FAS) Enterprise Server (FES) User's guide, Fuels Manager User Guide, Automated Data Collection (ADC) User guide, Automated Fuels Service Station (AFSS)/Mobile Automated Fuels Service

Station (MAFSS) User Guide and applicable Automated Tank Gauging (ATG) Operational Manuals/Guides

- Ensures system changes and program releases are accomplished as directed
- When responsible for an Automated Data Processing Equipment (ADPE) account, maintains current appointment letter and conducts annual inventory reviews IAW local directives
- Serves as the focal point for all AF Form 3215's, IT/NSS Requirements Document, submitted by Fuels Management
- Conducts training for newly assigned personnel on the proper use of computers, to include computer security, use of E-Mail, Internet, and locally used programs
- Maintains a continuity book containing at a minimum : ADPE appointment letters, recent inventory listing, network layout, justification letters and other pertinent information

49) Q. SOW, Chapter 6, Fuels Management, Para 6.1.15. The Government states the contractor is to maintain Emergency Power Capability. Is the contractor expected to maintain an existing generator or expected to purchase a generator? Please explain.

A. The contractor coordinates with the on-base Civil Engineer Squadron to ensure that Emergency Backup Power Generators are provided for the fuels facilities. The contractor is not expected to maintain any generators or purchase any generators. The contractor is expected to ensure that need for backup power is made known to the Civil Engineer.

50) Q. Reference PWS paragraph 5.1.1. "Provide fleet management, operations, maintenance, security and services for the Peterson Complex includes Peterson AFB, Schriever AFB and Cheyenne Mountain."
**Comment/Question** – Currently, providing security at SAFB and CMAFS is limited to securing the vehicles within the confines of the installation. It is our recommendation that the PWS be amended to reflect this.

A. Agree. Recommend adding the following sentence to para 5.1.1. "Contractor's responsibility to provide security at Schriever AFB and Cheyenne Mountain is limited to securing any unattended contractor operated vehicles within the confines of the installation."

51) Q. Reference PWS paragraph 5.1.2.2. "Provide all parts and supplies required to maintain the Air Force-owned vehicle fleet."

**Comment/Question** – Will the contractor be able to request parts support through the SBSS for military unique vehicles and for items; e.g. re-refined oil, P-23 tires etc. that are not available through commercial sources.

**A.** Yes. Recommend adding the following back into para 5.1.2.2. "The SBSS may be used to procure parts and supplies that cannot be obtained through commercial sources."

52) Q. Reference PWS paragraph 5.1.2.3. "Provide Mobile Maintenance service for the Peterson Complex. The contractor will provide mobile maintenance vehicle and equipment. The contractor will be enroute to service disabled priority vehicles within 15 minutes during normal duty hours and within 90 minutes after normal duty hours. Priority vehicles include: emergency response vehicles (Fire Trucks, K-9 vehicles), snow removal equipment (during snow season) or any incapacitated vehicle on an active runway/taxiway/street causing a traffic hazard. The contractor shall recover disabled vehicles."
**Comment/Question** – The contractor is being required to provide the mobile maintenance vehicle **and equipment** (truck mounted air compressor, generator etc.), and provide service for the Peterson Complex within **15** minutes during normal duty hours and **90** minutes after normal duty hours. It is our recommendation that the **15** minute response be changed to **30-45** minutes for SAFB and CMAFS.

A. The PWS paragraph does not state a 15 minute response time. It states that the contractor must be enroute within 15 minutes of notification.

Q. If the contractor is required to furnish a wrecker, we recommend that the PWS be amended to allow the contractor to use commercial wrecker services. **Note** – There is no workload data for wrecker services in Section 3, Workload Estimates. Last year 9 GOV and 73 GSA vehicles required wrecker services. The cost for the GOVs was reimbursable because there was no wrecker assigned. Some of the GSA costs were billed back to the unit due to negligence.

**A.** The PWS states that the contractor shall recover disabled vehicles. It does not address how this is to be done. Since the contractor will be providing all vehicles required to support the requirements, it is up to them if the want to procure a wrecker or use commercial wrecker services. However, there will be no reimbursements made for recovery of vehicles. The GSA bill backs are to be paid by the owning unit, not the contractor. We could add a line to the workload factors for Wrecker service – approx. 8 per year if you think it is necessary.

53) Q. Reference PWS paragraph 5.1.2.4. "Provide discrepancy validation inspection(s) for GSA fleet users to determine validity of operator-reported

discrepancies (user will deliver vehicle(s) to Vehicle Maintenance). Deliver vehicle(s) to the GSA-appointed service/repair facility if noted discrepancies are valid and inform facility of repair requirements. When notified by service facility, recover the vehicle and notify using organization that vehicle is ready for pickup."
**Comment/Question** – Who is responsible for pick-up/delivery of vehicles to the GSA facilities in Denver? Please clarify.

A. Recommend adding the following sentence – "The contractor shall be responsible for the pick-up/delivery of vehicles from/to the GSA facility in Denver as well as issuing the vehicle(s) to the appropriate unit VCO."

**54)** Q. Reference PWS paragraph 5.1.2.5. "Service and/or repair snow removal and deicing vehicles and equipment so assets are operational NLT 1 Sep."
**Comment/Question** – It is our recommendation that a turn-in date of NLT 1 Jun be established.

**A.** The contractor will establish the timeline for the summer rebuild program to meet this requirement. The PWS is not intended to tell them how to accomplish the task.

55) Q. Reference PWS paragraph 5.1.2.6. "The Government will reimburse the contractor for cost incurred from Accidents and Abuses."
**Comment/Question** – Will The Government view glass replacements as accidents or abuses, or should **incidents** also be added to this paragraph? GSA does not absorb the costs for glass replacement, regardless of how the damage occurs.

A. No, incidents are not to be included in this and will not be a reimbursable expense. GSA has there own procedures and we do not control what they bill back to the users of vehicles.

56) Q. Reference PWS paragraph 5.1.4. "Contractor will provide all vehicles and equipment necessary to support movement of passengers and/or cargo as scheduled or requested 24 hours a day, 7 days a week IAW AFI 24-301, chapter 3. Maintain historical data IAW Paragraph 5.1.3.1."
**Comment/Question** – A 40' Trailer is being furnished as a Government Furnished Vehicle (GFV) in Section 3, Paragraph 1.5.7. Will a 10K AT Forklift authorization and asset remain in Vehicle Dispatch Operations as a GFV?

A. The cited reference, Section 3, Para 1.5.7., references vehicles requiring scheduled maintenance via mobile maintenance (away from the shop), not GFV. However, yes, the current government owned 40' Trailer and 10K 463L Forklift

will be turned over as GFV. These will be added to Section 10, Chapter 3, Para 3.1.2. of the PWS as GFV.

Q. There are options for a contractor providing all vehicles and equipment necessary to support movement of passengers and/or cargo. These include: (1) Continuing to lease vehicles through GSA; (2) Lease vehicles from another commercial source; (3) Purchase the required number and types of vehicles required for use on the contract; and (4) A practical mix of options 1, 2 and 3.

A. True

57) Q. Reference PWS paragraph 5.1.4.3. "Operate an aircrew taxi service for military flights landing at Peterson AFB and Colorado Springs Airport. Contractor will respond within 10 minutes of notification from Base Operations of aircraft landing at PAFB and within 30 minutes for Colorado Springs Airport. Contractor will pick up departing aircrews at the agreed upon time. The contractor will input data for this service in the OLVIMS-Dispatch Module." **Comment/Question** – What is meant by providing aircrew taxi service to the COS airport? Is this only to the contracted military parking area or the entire airport?

A. Base Operations only requests aircrew taxi service from the contracted military parking area at the Jet Center.

58) Q. Reference PWS paragraph 5.1.4.7. "Manage and maintain the vehicle washing facility/equipment at Building 1229 in a clean and operable condition. Contractor shall furnish all soaps and cleaning supplies. If or when the unit is inoperable, the contractor shall notify the FD/FC immediately for approval to coordinate repair actions."
**Comment/Question** – Cost estimate of $250.00 per month (Section 3, paragraph 1.5.6) for operation of the wash racks is low. We have documentation that shows the monthly average cost to be $842.00.

A. The $250.00 estimate is based on soap, brushes, hoses, etc. provided to base units for cleaning vehicles, not for cleaning supplies used solely by vehicle operations flight on their vehicles.

59) Q. Reference PWS paragraph 14.1.7. "Participate in base level exercises. Contractor personnel are required to retain one contractor employee in each of the following work areas in case a real world emergency should occur during the exercise: Demand Processing, Pick-up and Delivery, Receiving, Small

Computers, Resource Control Center, Fuels Operations, Refueling operators and Vehicle Dispatch."
**Comment/Question** – Is it an oversight that MICAP is not included in this list? Please verify/clarify.

A. Two points, base level exercises do not apply to the LSC. Plus, MICAP is a 24/7 operation so any base level support required would be provided during normal base level operations and exercises.

60) Q. The current contract is valued at approximately $79M. Will there be $79M worth the work associated with the new contract?

A. With an IDIQ contract, the minimum guarantee is all that is promised. Furthermore, with option contracts, there is no guarantee that the any or all of the options will be exercised. The current financial situation throughout the DoD is such that funding shortages are possible. However, contract support is required to maintain the Logistic functions at six bases and HQ AFSPC. Only a few requirements have changed from the current contract.

61) Q. Is the contract still on schedule with 1 Oct 07 start date with a 30-day transition period?

A. Yes.

62) Q. The latest information on the contract performance period is seven to ten years with a base period of two to three years, with one or two year option periods. Has there been a final determination on the contract performance period? If so, what is it?

A. The contract will be a one year base period, with four one year option periods.

63) Q. What are the customers likes or dislikes as it relates to the execution of the current contract?

A. The contractor is performing satisfactorily.

64) Q. Is the customer anticipating keeping the incumbents? Why or Why not?

A. We are conducting a Best Value Source Selection, based on the evaluation factors stated in Section M of the solicitation. The award will go to the contractor who provides the best value based on those evaluation factors.

65) Q. How does an offeror obtain all public record information for the current contract?

A. We published all public documents concerning the current contract to FedBizOps, via FedTeds.

66) Q. Who does the customer believe are the top three prime contractors for the acquisition?

A. The Government does not have an opinion on this.

67) Q. Other than the acquisition strategy what are the differences between the current and proposed contract?

A. The current contract is a standard "C" type where by the services are provided at a fixed cost, managed centrally by 21CONS at Peterson AFB.. The new contract will be an IDIQ contract by which the Government will issue task orders for the amount of services required. The new contract will be decentralized allowing for the authorized bases to issue and manage their specific task orders.