**General Information:**

Document Type: Pre-Solicitation Notice
Solicitation Number: FA2517-06-R-6003
Posted Date: 23 March 2007
Original Response Date: NA
Current Response Date: NA
Original Archive Date: NA
Current Archive Date: NA
Classification Code: R- Professional, administrative, and management support services
Set-Aside: Total Small Business
Naics Code: 561210 – Facilities Support Services

**Contracting Office Address:**

Department of the Air Force, Air Force Space Command, 21CONS (Bldg 350), Base Support Flight 135 Dover Street, Suite 1055, Peterson AFB, CO, 80914-1200

**Description:**

Multi-Wing Logistics Support Contract. The 21st Space Wing intends to solicit competitive proposals to provide logistics support services at Peterson AFB, Schriever AFB, Buckley AFB, F.E.Warren AFB, Malmstrom AFB, and Vandenberg AFB. Multi-Wing Logistics Support Services include the following: Logistics Support Center Services, Base Supply Services, HAZMART services, Vehicle Maintenance Services, Vehicle Operations Services, Fuels Management Services, Cargo Movement Services, Cargo Screening Services, Fuels Refueler Vehicle Maintenance for R-11 Fuel Refuelers, Missile Maintenance Materiel Control Services, CE Self Help Store Services, CE Materiel Control Services, and 576th Materiel Control Services. Secret facility clearance will be required in the performance of this work. An Indefinite Delivery Indefinite Quantity contract with Firm-Fixed-Price Contract Line Item Numbers (CLINs) and Cost Reimbursement CLINS are contemplated. The applicable North American Industrial Classification System (NAICS) Code is 561210 and $32.5M, respectively. Multiple awards are not anticipated. Planned contract performance is 1 Oct 07 through 30 Sep 08 with 4 one-year options, and a one month phase-in period, from 1 Sep 07 to 30 Sep 07. Information concerning this solicitation has been incrementally released and posted to Federal Business Opportunities (FedBizOpps) http://www.fedbizopps.gov/. Technical Data is/will be available in FedTeds, link is available in FedBizOpps posting. Release of the RFP is anticipated within the next 30 days, with proposals due 30 days after release. A Pre-Proposal Conference and Site Visits will be conducted a week or so after release of the RFP. All responsible sources may submit an offer which will be considered by the 21st Space Wing, however, due to the security requirements, foreign contactor participation is not permitted.

**Current Point of Contact:**

EXHIBIT 2

Addie Alexander, Contracting Officer, Phone (719) 556-7506, Email **addie.alexander@peterson.af.mil** -- Jeremy Lubbert, Contracting Specialist, Phone (719) 556-9382, Email **Jeremy.lubbert@peterson.af.mil**

**Place of Performance:**

Peterson AFB, HQAFSPC/A4/A6
150 VANDENBERG ST
STE 1105
PETERSON AFB CO 80914

Peterson AFB, 21 LRS
665 W ENT AVE
PETERSON AFB CO 80914

Vandenberg AFB, 30 LRSD
306 8TH ST STE D BLDG 8339
VANDENBERG AFB CA 93437

Schriever AFB, 50 LRS
300 O MALLEY AVE RM 330
SCHRIEVER AFB CO 80912

F.E. Warren AFB, 90LRS/LGRM
7100 SABER RD BLDG 1284
F.E. WARREN AFB WY 82005-
2663

Malmstrom AFB, 341 LRS/LGRM
5 80TH ST N BLDG 400
MALMSTROM AFB MT 59402

Buckley AFB, 460 LRS
75 S WOLF CREEK ST MS 57
BLDG 940, BUCKLEY AFB CO
80011 9527