# MULTI-WING LOGISTICS SUPPORT CONTRACT (MWLSC)

## PERFORMANCE WORK STATEMENT (PWS)

FOR

AIR FORCE SPACE COMMAND (AFSPC)
21ST SPACE WING LOGISTICS READINESS SQUADRON
30TH SPACE WING LOGISTICS READINESS SQUADRON
50TH SPACE WING LOGISTICS READINESS FLIGHT
90TH SPACE WING LOGISTICS READINESS SQUADRON
341ST SPACE WING LOGISTICS READINESS SQUADRON
460TH SPACE WING LOGISTICS READINESS SQUADRON

12 APRIL 2007

U.S. AIR FORCE

AIR FORCE SPACE COMMAND

STRENGTH AND PREPAREDNESS

30TH SPACE WING

MASTER OF SPACE

IMPAVIDE

341st SPACE WING

460TH SPACE WING

EXHIBIT
3

# MWLSA PERFORMANCE WORK STATEMENT (PWS)

## TABLE OF CONTENTS


| AREA | DESCRIPTION | PAGE |
|---|---|---|
| **SECTION 1** | **MWLSC OVERVIEW** | 4 |
| **SECTION 2** | **MWLSC SERVICE REQUIREMENTS** | 6 |
| CHAPTER 1 | QUALITY CONTROL | 8 |
| CHAPTER 2 | LOGISTICS SUPPORT CENTER (LSC) | 9 |
| CHAPTER 3 | BASE SUPPLY (FE WARREN AFB, MALMSTROM AFB, PETERSON AFB AND VANDENBERG AFB ONLY | 19 |
| CHAPTER 4 | HAZMART | 27 |
| CHAPTER 5 | VEHICLE MAINTENANCE & VEHICLE OPERATIONS (PETERSON AFB COMPLEX ONLY) | 30 |
| CHAPTER 6 | FUELS MANAGEMENT (BUCKLEY AFB, FE WARREN AFB, MALMSTROM AFB, PETERSON AFB AND VANDENBERG AFB ONLY) | 38 |
| CHAPTER 7 | CARGO MOVEMENT (PETERSON AFB ONLY) | 44 |
| CHAPTER 8 | CARGO SCREENING (SCHRIEVER AFB ONLY) | 50 |
| CHAPTER 9 | FUELS REFUELER VEHICLE MAINTENANCE for R-11's (FE WARREN AFB, MALMSTROM AFB AND VANDENBERG AFB ONLY) | 51 |
| CHAPTER 10 | MISSILE MAINTENANCE MATERIEL CONTROL (FE WARREN AFB AND MALMSTROM AFB ONLY) | 55 |
| CHAPTER 11 | CE SELF HELP STORE (FE WARREN AFB ONLY) | 57 |
| CHAPTER 12 | CE MATERIEL CONTROL (FE WARREN AFB ONLY) | 59 |
| CHAPTER 13 | 576th MATERIEL CONTROL (VANDENBERG AFB ONLY) | 61 |
| CHAPTER 14 | REAL WORLD EVENTS, DEPLOYMENTS, EXERCISES AND DISASTER PREPARDNESS | 62 |
| CHAPTER 15 | MISCELLANEOUS REQUIREMENTS | 65 |
| CHAPTER 16 | 302 AW ADDITIONAL REQUIREMENTS (PETERSON AFB ONLY) | 71 |
| **SECTION 3** | **WORKLOAD ESTIMATES** | 74 |
| **SECTION 4** | **SERVICE SUMMARY** | 84 |
| **SECTION 5** | **HOURS OF OPERATION** | 86 |
| **SECTION 6** | **TRAINING** | 89 |
| **SECTION 7** | **QUALIFICATIONS** | 90 |
| **SECTION 8** | **PHASE IN/PHASE OUT** | 92 |
| **SECTION 9** | **SECURITY, SAFETY AND ENVIRONMENTAL** | 93 |
| **SECTION 10** | **GOVERNMENT PROVIDED RESOURCES AND SERVICES** | 101 |

| | | |
|---|---|---|
| CHAPTER 1 | FACILITIES | 102 |
| CHAPTER 2 | GOVERNMENT FURNISHED EQUIPMENT | 105 |
| CHAPTER 3 | VEHICLES | 107 |
| CHAPTER 4 | GOVERNMENT PROVIDED SERVICES | 110 |
| CHAPTER 5 | GOVERNMENT FURNISHED PROPERTY | 114 |
| **APPENDIX 1** | **PUBLICATIONS AND FORMS** | **115** |
| **APPENDIX 2** | **ACRONYMS AND DEFINITIONS** | **116** |

## SECTION 1
## MWLSC OVERVIEW

**1.1. Scope.** The Multi-Wing Logistics Support Contract supports logistic functions located at:

**1.1.1.** 460 SW/Buckley AFB CO

**1.1.2.** 90 SW/FE Warren AFB WY

**1.1.3.** 341 SW/Malmstrom AFB MT,

**1.1.4.** 21 SW/Peterson AFB CO and associated Geographically Separated Units (GSUs)

**1.1.5.** 50 SW/Schriever AFB CO and associated GSU's

**1.1.6.** 30 SW/Vandenberg AFB CA

**1.1.7.** Patrick AFB FL and Los Angeles AFB CA are included in the scope of this contract should the support detailed in Section 2 of this Performance Work Statement be required at those locations. Minot AFB, ND is included in the scope of this contract should the support detailed in Section 2, Chapter 10 of this PWS be required at this location. Cost/Price negotiations will take place at the time the need for these services in either of these locations is identified.

**1.2. Scope of Work.** The contractor shall:

**1.2.1.** Except for items, equipment, vehicles and services specified in Section 10 of this PWS as government-furnished property or services, provide all personnel, supervision, transportation, items and services necessary to perform the logistics functions at the sites/locations identified in paragraph 1.1. Applicability of these functions to each base/installation is defined in Section 2, paragraph 1.2. Compliance with All federal, state, and local laws and regulations

**1.3. System Designators (SD). The following table identifies the Base Supply SDs.**

| SITE / SYSTEM DESIGNATOR | Buckley AFB | FE Warren AFB | Los Angeles AFB | Malmstrom AFB | Patrick AFB | Peterson AFB | Schriever AFB | Vandenberg AFB |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SD 01 Base Operating Support | | X | | X | | X | | X |
| SD A2 Hardened Intercontinental Cable System (HICS) | | X | | | | | | |
| SD A1 Montana Air National Guard | | | | X | | | | |
| SD A4 Mission Support Base Supply (MSBS) | | | | | | X | | |
| SD A8 Thule AB, GL (Equipment Only) | | | | | | X | | |
| SD A9 Air Force Satellite Control Network (AFSCN) | | | | | | X | | |
| SD A1 Fresno ANG | | | | | | | | X |
| SD A2 Moffett Air Station | | | | | | | | X |
| SD A3 Channel Islands ANG | | | | | | | | X |

## SECTION 2
## MWLSC SERVICE REQUIREMENTS

**1.1. Mission.** Provide worldwide logistics support to the war fighter ensuring resources for total combat readiness.

**1.2. Requirement.** Unless otherwise specified, the stated requirements in Section 2 pertain to all sites. Inclusions or exclusions will be clearly stated in individual PWS chapters.

### PWS SERVICE REQUIREMENTS

| SITE / FUNCTION | AFSPC | Buckley AFB | FE Warren AFB | Los Angeles AFB | Malmstrom AFB | Patrick AFB | Peterson AFB | Schriever AFB | Vandenberg AFB |
|---|---|---|---|---|---|---|---|---|---|
| Quality Control – Section 2 Chapter 1 | X | X | X | | X | | X | X | X |
| Logistics Support Center – Section 2 Chapter 2 | X | X | X | X | X | X | X | X | X |
| Base Supply – Section 2 Chapter 3 | | | X | | X | | X | | X |
| HAZMART – Section 2 Chapter 4 | | X | X | | X | | X | X | X |
| Vehicle Maintenance – Section 2 Chapter 5 | | | | | | | X | | |
| Vehicle Operations – Section 2 Chapter 5 | | | | | | | X | | |
| Fuels Management – Section 2 Chapter 6 | | X | X | | X | | X | | X |
| Cargo Movement – Section 2 Chapter 7 | | | | | | | X | | |
| Cargo Screening – Section 2 Chapter 8 | | | | | | | | X | |
| Fuels Refueler Vehicle Maintenance for R-11's – Section 2 Chapter 9 | | | X | | X | | | | X |
| Missile Maintenance Material Control – Section 2 Chapter 10 | | | X | | X | | | | |
| CE Self Help Store – Section 2 Chapter 11 | | | X | | | | | | |
| CE Material Control – Section 2 Chapter 12 | | | X | | | | | | |
| 576th Material Control – Section 2 Chapter 13 | | | | | | | | | X |
| Real World Events, Deployments, Exercises | X | X | X | | X | | X | X | X |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| and Disaster Preparedness – Section 2 Chapter 14 | | | | | | | | | |
| Miscellaneous Requirements – Section 2 Chapter 15 | X | X | X | | X | | X | X | X |
| 102 AW Additional Requirements – Section 2 Chapter 16 | | | | | | | X | | |

# CHAPTER 15
# MISCELLANEOUS REQUIREMENTS

**15.1. General.** The Contractor shall:

**15.1.1. Submit Price Information Reports.** The contractor shall prepare and submit Price Information Reports detailing prices for each service listed for base/organization and functional area as detailed below. The reports will be submitted to the respective Functional Directors, or other noted Quality Assurance Personnel, the names of which will be provided in a memorandum following contract award. The first submission of these reports will be no later than one month following the performance start date of the contract. Further submissions of the reports are due on the 1st of October of each option period exercised. The price information shall be reported for the current period of performance as detailed in the basic contract.

**15.1.1.1. Required Information.** The Price Information Reports shall contain a breakdown of the following price information for each of the services listed under the functional areas below: Number of Full Time Equivalents (FTEs), Labor Categories, and Monthly Price. **Format:** Contractor's discretion.

**15.2. Bases, Functional Areas, and Reported Services:**

**15.2.1. Buckley AFB.**

**15.2.1.2. Base Supply Support Functions:** War Readiness Services, Fuels Management Services, and HAZMART Services.

**15.2.2. FE Warren AFB.**

**15.2.2.1. Base Supply Support Functions:** Document Control Services, Inventory Services, Customer Service Services, Computer Operations Services, Pick-up & Delivery Services, Receiving Services, Warehouse Operations Services, HAZMART Services, Mobility Services, Equipment Management Services, Supply Training Services, Bench Stock Services, Inspection Services, Storage and Issue Services, MICAPS Services, and Fuels Management/Fuels Refueler Vehicle Maintenance Services.

**15.2.2.2. CE and Missile Material Services:** CE Self-Help Center Services, CE Material Acquisition Services, and Missile Material Control Services.

**15.2.3. Logistics Support Center (Equipment Management, MICAP, Computer Operations, Records Maintenance, Stock Control) services for:** Malmstrom AFB, Peterson AFB, Los Angeles AFB, Patrick AFB, FE Warren AFB, and Vandenberg AFB.

**15.2.4. Malmstrom AFB.**

**15.2.4.1. Base Supply Support Functions:** Procedures & Accountability Services, Document Control Services, Training & Base Level Resources Services, Customer Service Services, Bench Stock Support Services, War Readiness Services, Inspection Services, Receiving Services, Pick-Up & Delivery Services, Storage Services, HAZMART Services, Inventory Services, Computer Operations/Computer Management Services, Equipment Management Services, Refueler Maintenance Services, Fuels Laboratory Services, Fuels Management Services, and Bulk Storage Systems Services.

**15.2.4.2. Missile Material Services:** Missile Material Control Services.

**15.2.5. Peterson AFB.**

**15.2.5.1. Base Supply Support Functions:** Procedures & Accountability Services, Document Control Services, Training & Base Level Resources Services, Customer Service Services, Bench Stock Support Services, War Readiness Services, Inspection Services, Receiving Services, Pick-Up & Delivery Services, Storage Services, HAZMART Services, Inventory Services, Computer Operations/Computer Management Services, Equipment Management Services, Fuels Laboratory Services, Fuels Management Services, Bulk Storage Systems Services, and Buckley AFB/Schriever AFB functions co-mingled into the Peterson AFB account.

**15.2.5.2. Vehicle Operations and Maintenance.**

**15.2.5.2.1. Vehicle Operations Services:** Vehicle Operations Management Services (broke out by Day Shift Services, Swing Shift Services, Mid Shift Services), Dispatch Services, UDI Support Services, Base Taxi Services, Aircrew Taxi Services, Shuttle Bus Services, Protocol Support Services, Senior Command Vehicle Servicing Services, Cargo Pick Up & Delivery Services, Vehicle Pick Up & Delivery Services, Contingency/Exercise Passenger and Cargo Movement Services

**15.2.5.2.2. Vehicle Maintenance Services:** Maintenance Management Services, Material Control Services, Parts Costs, Materials/Supplies, Vehicle Management & Analysis Services, Maintenance Control Services, Fleet Management Services, and Drivers Records/Licensing Services

**15.2.5.3. Cargo Movement:** Cargo Movement Services

**15.2.6. Schriever AFB.**

**15.2.6.1 Base Supply Support Functions:** War Readiness (Mobility Bag Management) Services, HAZMART Services, and SALF Warehousing Services

**15.2.6.2 Transportation:** Peterson AFB – Schriever AFB Shuttle Services, and Schriever AFB Restricted Area Shuttle Services.

**15.2.6.3 Cargo Screening:** Screening Services, and Delivery Services

**15.2.7. Vandenberg AFB.**

**15.2.7.1 Base Supply Support Functions:** Document Control Services, Inventory Services, Customer Service Services, Computer Operations Services, Pick-up & Delivery Services, Receiving Services, Warehouse Operations Services, HAZMART Services, Mobility Services, Equipment Management Services, Supply Training Services, Bench Stock Services, Inspection Services, Storage and Issue Services, MICAP Services, Fuels Management Services, Fuels Laboratory Services, Bulk Storage/ Service Station Inspection/Operation Services, Refueling Operations/Maintenance Services, RCC/Accounting Services, Refueler Maintenance Services

**15.2.7.2.** 576th Materiel Control Services

**15.3. Annual Financial Plan:** Provide inputs to FC/FD on additional/replacement equipment and supply purchases to be included in the annual financial plan.

**15.3.1. Defense Messaging System (DMS) Account**: Establish a Defense Messaging System (DMS) Account. Prepare Enterprise Messaging Organizational Account Creation and Deletion Request (EMOACR and EMOADR) letters and AFSPC Enterprise Messaging Management Letters (EMML).

**15.4. Functional Area Records Management (FARM)**

**15.4.1** Manage Government records IAW AFI 33-322, paragraphs 7, 8 and 9. Contractor shall obtain records management training from local Base Records manager.

**15.5 Electronic Records Management**

**15.5.1** Create and maintain electronic records IAW Air Force Electronic Records Management (ERM) solution guide, paragraphs 4.2, through 4.13, Table 4.1.

**15.6 Freedom of Information Act (FOIA)/Privacy Act (PA) requests**

**15.6.1** Forward requests to QAP.

**15.7. PA and For Official Use Only Material (FOUO)**

**15.7.1** Ensure Privacy Act material is protected IAW AFI 33-332, Chapter 7, and DOD 5400.7-R, Chapter 4.

**15.8 Air Force Records Information Management System (AFRIMS)**

**15.8.1** Use the web-based AFRIMS at https://afrims.amc.af.mil/ to manage and determine disposition of government records. The contractor shall notify wing records office to obtain disposition instructions for Government records meeting staging criteria IAW AFMAN 37-123, Chapter 2

**15.8.2** Ensure purchases of EPA-designated products contain recovered materials as recommended by the EPA at http://www.epa.gov/cpg/.

**15.9 Contractor Responsibilities for Identification/Base Decals**

**15.9.1** When contractor employees are working on Government Facilities, they shall be easily identifiable as contractor employees, and shall identify themselves as contractor employees when communicating by telephone, e-mail, and in meetings. Additionally, notwithstanding any other provisions in the PWS, the contractor shall perform no inherently governmental functions. The contractor shall take no action that binds the government to a final decision or results in the exercise of governmental discretion. When the contractor is tasked to attend a Government meeting or conference, his personnel shall identify themselves as employees of the contractor at the beginning of the meeting. The contractor may present Government-approved briefings at the meeting and answer questions with pre-approved Government responses; however, the contractor shall not become a *de facto* Government representative in discussions.

**15.9.2** Retrieve all identification media, including vehicle decals, line badges, etc. from employees who depart for any reason before the contract expires. All retrieved identification media shall be turned in to the QAP.

**15.10** The fiscal end of year close-out will cause a workload fluctuation during the fourth quarter of each fiscal year (Jul-Sep). Preliminary planning for the close-out begins early in the fourth quarter and takes into consideration the special instructions issued by the Standard Systems Group (SSG). The contractor will work with the Government Stock Fund Manager and the Base Comptroller to develop closeout plans. The Government may impose selective requisitioning to stay within funding constraints of the General Support Division Operating Program (GSOP). During September, the number of issue requests may increase as organizations use their remaining Operations & Maintenance (O&M) funds. The final week of September can be especially abnormal as final preparations are completed. The end-of-year closeout impacts the October workload. End-of-year reports processing and conversion actions require that Base Supply operate in a post-post mode for approximately one week and to

perform a post-post recovery when inline processing is resumed. This end-of-fiscal year workload increase shall not be cause for an increase in contract price.

**15.11 Travel**

**15.11.1** Contractor personnel may be required to travel in the performance of the work effort associated with this PWS. Cost associated with this travel shall be provided under the appropriate travel Contract Line Item (CLIN). All travel and travel costs of Government contractors and contractor employees are governed by the rules in the Federal Acquisition Regulations (FAR) 31.205-46. All travel must be approved by the Functional Director/QAP and the Contracting Officer. If travel is required at the direction of the FD/QAP or CO, the Contractor shall prepare and submit a Letter of Identification (LOI) – Official Travel of Government Contractors, for signature by the Functional Director/QAP and the Contracting Officer prior to travel. A copy of the Letter of Identification (LOI) – Official Travel of Government Contractors is located in Section J of the Schedule.

**15.12 Purchases**

**15.12.1** The contractor will be required to solicit a minimum of three (3) different competitive bids from different sources of supply and provide the lowest price to the government for commercial purchases. Any purchases over $3,000 will have to be approved by the ACO.

**15.13 Item Unique Identification Report**

**15.13.1** It is DoD policy that DoD unique item identification, or a DoD recognized unique identification equivalent, is required for all delivered items for which the Government's unit acquisition cost is $5,000 or more. As such the contractor will submit a report electronically using Microsoft Office products (i.e. Microsoft Work or Excel), prepared in contractor format, all expenditures for items meeting the dollar threshold above, to include unique identification number and associated CLIN. Send the report to the applicable Administrative Contracting Officer at their respective base, and to the Procuring Contracting Officer at the 21st Contracting Squadron, Peterson AFB. Contact information is listed in Section G of the contract.

**15.14 FOR BUCKLEY AFB, FE WARREN AFB, MALMSTROM AFB, SCHRIEVER AFB AND PETERSON AFB ONLY**

**15.14.1 Inclement weather procedures.** When the wing commander or equal closes the base for inclement weather, all base supply and TMO functions will cease for a maximum of 36 hours or until the base reopens. If the base is closed more than 36 hours, services will be restored on a case by case basis.

**15.15 FOR LSC ONLY**

**15.15.1** The LSC will notify all affected bases when Peterson AFB is closed due to inclement weather. The LSC and supported bases will have procedures on how to continue operations when the LSC is closed due to inclement weather.

15.1. **Publications.**

| Publications Cross Reference Section 2, Chapter 15 – Miscellaneous Requirements | | | | |
|---|---|---|---|---|
| **Publications** | **Title** | **Publication Paragraph reference** | **PWS Paragraph reference** | **Location** |
| AFI 33-322 | Records Management Program | Paragraphs 7, 8, 9 | 15.1.3.1, 15.1.6.1 | http://www.e-publishing.af.mil/pubfiles/af/33/afi33-322/afi33-322.pdf |
| AFERM | Air Force Electronic Records Management Solution Guide | Paragraphs 4.2 through 4.13 and Table 4.1 | 15.1.4.1 | |
| DOD 5400.7-R | DOD Freedom of Information Act Program | All | 15.1.8.1 | http://www.dtic.mil/whs/directives/corres/publ.html |
| AFMAN 37-123 | Information Management, Management of Records | Chapter 2 | 15.1.9.1 | http://www.e-publishing.af.mil/pubfiles/af/37/afman37-123/afman37-123.pdf |

## SECTION 3
## WORKLOAD ESTIMATES

**1.1. General.** The quantities shown are a cumulative total of applicable workload for system designators unless otherwise specified. Projected workload depicted in this section portrays average monthly workload unless otherwise indicated. No foreseeable backlog is anticipated that would cause the first month's workload to exceed the normal estimates. Workload fluctuations may result due to the following reasons:

**1.2. Inspector General (IG) and other higher headquarters visits.** All host and tenant military organizations are subject to their respective MAJCOM inspection/visit schedules. IG visits may occur with or without prior notice and normally occur every 18 to 24 months since the last visit. IG visits may occur more often at the option of the MAJCOM. The visits are normally of one to two weeks duration. Types of workload fluctuations that are likely to occur are: (1) requests to produce updated custodian authorization/custody receipt listings (CA/CRL), (2) requests for status of due-outs, (3) requests for follow-up on due-ins with long lead times or unacceptable status, (4) requests to firm-up memo due-outs, (5) requirements to produce listing for the IG teams, and (6) participation in exercise scenarios.

**1.3. Air Force Audit Agency (AFAA).** The Air Force Audit Agency may conduct audits of various functions. These audits may require additional listings or the assistance of personnel to ensure the auditor receives all required information. There may also be a requirement to provide a response to the auditor's findings.

**1.4. Support Agreements, MOAs and MOUs.** Numerous support agreements, MOAs and MOUs are in effect providing support to various tenant organizations. Specific breakdown of each agreement is not provided; however, support provided to each tenant organization is included in the workload estimates.

**1.5. Workload Increase/Decrease.** The government workload data furnished are estimates and are subject to variations. The prices in Section B, Supplies/Services, are firm within a net variation of plus or minus 15 percent from the government estimates stated in this chapter. If, after the twelve-month period, from contract start to end of basic period, and from beginning of the next option period to the completion of that option period, an individual line item has varied above or below 15 percent from the total estimated contract workload, negotiations for an equitable price adjustment for that line item, for the current period and remaining periods (no adjustment is allowed for the previous period which caused the variation), may be initiated by either party. For monthly workload estimates, the 12 months shall be averaged. If the net increase or decrease is greater than 15 percent of the number published in the PWS, an equitable adjustment is negotiable. For a yearly workload estimate, the year's

total will be compared to the number published in the PWS. If the net increase or decrease is greater than 15 percent, an equitable adjustment is negotiable. Any increase or decrease in price shall be based on the percentage in excess of plus/minus 15 percent. Should total line item workload estimates net increase or decrease in excess of 15 percent, the new workload will be modified into the contract.

### 1.5.1. Workload Estimates for LSC

| Workload (Monthly Average) | Data Source | FE Warren | Los Angeles | Malmstrom | Patrick | Peterson | Vandenberg |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **General** | | | | | | | |
| Total Supported MICAP Reportable Standard Reporting Designators (SRD) | SRD Listing | 160 | 0 | 250 | 340 | 199 | 462 |
| Total Item Records | M32 | 10,054 | 676 | 10,103 | 43,878 | 51,122 | 14,698 |
| Total DCCRs | M24 | 206 | 175 | 168 | 536 | 316 | 355 |
| | | | | | | | |
| **MICAP** | | | | | | | |
| Total MICAP's | MASS | 20 | 0 | 26 | 74 | 68 | 17 |
| Awaiting Parts (AWP) | AWP History Program | 10 | 0 | 9 | 2 | 24 | 0 |
| Supply Assistance Requests | MASS | 3 | 0 | 3 | 5 | 7 | 1 |
| Lateral Outbound Shipments | Local Shipping Log | 19 | 0 | 17 | 22 | 29 | 14 |
| | | | | | | | |
| **Equipment Management** | | | | | | | |
| Line Items | M32 | 2,775 | 418 | 3,010 | 4,810 | 5,339 | 3,944 |
| Transaction Allowance Change Request (TACR) | M32 | 6 | 0 | 3 | 10 | 20 | 2 |
| EAID & Non-EAID in Use Details | M32 | 3,882 | 5,164 | 4,679 | 5,164 | 9,367 | 5,909 |
| | | | | | | | |
| **Records Maintenance** | | | | | | | |
| Numeric Parts Preference Code | M32 | 130 | 10 | 45 | 231 | 103 | 97 |
| Shipping Destination Records | R08 | 337 | 254 | 200 | 675 | 286 | 1,255 |
| | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Computer Operations** | | | | | | | |
| Monthly Report/Listing Runs | ASP Scheduling Program | 1,866 | 1,866 | 1,888 | 2,434 | 1,800 | 2,047 |
| Discoverer Query /Script Projects | AF Supply Consolidated Database (AFSCDB) | 163 | 124 | 163 | 25 | 163 | 163 |
| System Security/User IDs | Site Management Complex (SIMAN) | 946 (All bases combined) | | | | | |
| SBSS Transactions | M32 | 21,688 | 3,173 | 18,372 | 38,772 | 60,011 | 25,875 |
| SBSS Terminal Security | Security File | 40 | 71 | 27 | 4 | 298 | 27 |
| AFSCDB Administration | AFSCDB | 22 | 2 | 33 | 22 | 88 | 0 |
| | | | | | | | |
| **Stock Control** | | | | | | | |
| Cause Codes | M32 | 413 | 0 | 420 | 64 | 484 | 318 |
| RDLs Loaded | Discoverer | 1,257 | 1 | 1,180 | 2,411 | 4,674 | 1,945 |
| Alpha Stockage Priority Codes | M32 | 12 | 211 | 459 | 5 | 1,310 | 485 |
| Total Requisitions | M32 | 550 | 211 | 616 | 1,351 | 1,099 | 505 |
| Requisition Cancellations | M32 | 14 | 7 | 639 | 101 | 1,131 | 726 |
| Material Obligation Report | M32 | 1,086 | 35 | 863 | 828 | 960 | 1,279 |
| Excess Exception Codes | M32 | 583 | 17 | 309 | 680 | 4,412 | 127 |
| Firm Special Levels excluding LDLs | Discoverer | 794 | 41 | 59 | 7,543 | 6,793 | 580 |
| Low Density Levels (LDL) | Discoverer | 175 | 0 | 323 | 827 | 3,806 | 794 |
| Total of all Exception Codes | M32 | 2,137 | 847 | 2,227 | 14,939 | 32,826 | 3,781 |
| Re-Distribution Orders (RDO) | M32 | 36 | 0 | 35 | 125 | 40 | 69 |
| Off-Line Requisitions | M32 | 74 | 0 | 89 | 50 | 200 | 102 |

**NOTES:**
1) Peterson includes all satellites as defined in Section 1, Paragraph 1.3
2) Peterson Firm Special Levels include Customer Oriented Leveling Technique (COLT)
3) Peterson Excess Exception Codes include COLT NSNs
4) Peterson Total Exception Codes include Cavalier AS

### 1.5.2. Workload Estimates for Base Supply

| Workload (Monthly Average) | Data Source | FE Warren | Malmstrom | Peterson (See Note 1 and 2) | Buckley (See Note 3) | Schriever (See Note 3) | Vandenberg |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **General** | | | | | | | |
| Total Item Records | M32 | 10,054 | 10,103 | 51,122 | | | 14,698 |
| DCC's Produced | M32 | 887 | 575 | 2,283 | | | 688 |
| Total Due-Outs | M32 | 483 | 432 | 492 | 10 | 50 | 374 |
| Total DOR's | M32 | 490 | 439 | 599 | | | 370 |
| Total Issues | M32 | 650 | 474 | 843 | 10 | 75 | 385 |
| Total Receipts | M32 | 633 | 612 | 883 | 15 | 60 | 525 |
| Total Shipments | M32 | 155 | 136 | 350 | | | 100 |
| Total Repair Cycle Records | M32 | 1,584 | 1,543 | 7,879 | | | 2,627 |
| Total Turn-Ins | M32 | 351 | 170 | 805 | | | 199 |
| MRSP Transactions | M32 | 6 | 0 | 61 | | | 0 |
| Warehouse Locations Assigned | M32 | 4,157 | 4,449 | 6,222 | 40 | 470 | 5,035 |
| IEX "8" and "9" assigned | M32 | 245 | 316 | 161 | | | 361 |
| After Hours Workload | | 25 hours monthly | 29 hours monthly | 25 hours monthly | | | 1,050 hours annually |
| **Supply Points** | | | | | | | |
| Details | M32 | 241 | 329 | 9,992 | 70 | 2,500 | 1,106 |
| Due-Outs | M32 | 95 | 36 | 80 | 5 | 25 | 15 |
| DORs | M32 | 90 | 35 | 105 | | | 17 |
| Issues | M32 | 115 | 16 | 147 | | | 16 |
| MSIs | M32 | 110 | 44 | 126 | 10 | 47 | 15 |
| Turn-Ins | M32 | 100 | 45 | 248 | | | 17 |
| **EAID/Non EAID** | | | | | | | |
| Due-Outs | M32 | 483 | 18 | 36 | | | 35 |
| DORs | M32 | 490 | 18 | 42 | | | 29 |
| Issues | M32 | 650 | 7 | 17 | | | 8 |
| **Bench Stock** | | | | | | | |
| Details | M32 | 22 | 2,335 | 36,142 | | | 4,722 |
| Due-Outs | M32 | 62 | 51 | 112 | 5 | 20 | 51 |
| DORs | M32 | 61 | 57 | 132 | | | 52 |
| Issues | M32 | 307 | 204 | 202 | 10 | 60 | 106 |

**NOTES:**

1) Item records for Schriever AFB and Buckley AFB are combined with Peterson AFB

2) PAFB ISU, MSI and DUO – Workload only reflects transactions processed by PAFB. Some customers process their own transactions.
3) Workload is to be bid to Schriever AFB and Buckley AFB CLINs. Positions may be combined at PAFB.

| MOBILITY BAGS MAINTAINED | | | | |
|---|---|---|---|---|
| **INSTALLATION** | **TYPE "A"** | **TYPE "A1"** | **TYPE "B"** | **TYPE "C1"** |
| Buckley | 223 | 0 | 223 | 223 |
| FE Warren | N/A | N/A | N/A | 418 |
| Malmstrom | 497 | 497 | 497 | 497 |
| Peterson | 822 | 0 | 802 | 822 |
| Peterson (302nd AW) See Note | 1,082 | 1,082 | 1,082 | 1,082 |
| Schriever | 326 | 326 | 326 | 396 |
| Vandenberg | 545 | 0 | 545 | 545 |

**NOTE:** Price separately for "A1" bag storage.

| INTERCEPTOR BODY ARMOR (IBA) MAINTAINED | | |
|---|---|---|
| | IBA | SAPI |
| Buckley | 254 | 508 |
| FE Warren | 710 | 1,420 |
| Malmstrom | 625 | 1,250 |
| Peterson | 1,058 | 2,116 |
| Peterson (302nd AW) | 1,082 | 2,164 |
| Schriever | 508 | 1,016 |
| Vandenberg | 820 | 1,640 |

| WEAPONS MAINTAINED | | |
|---|---|---|
| **INSTALLATION** | **TYPE "M-16"** | **TYPE "M-9"** |
| Buckley | 180 | 18 |
| Malmstrom | 397 | 67 |
| Peterson | 668 | 506 |
| Peterson 302AW | 811 | 220 |
| Vandenberg | 307 | 150 |

### 1.5.3. Workload Estimates for Cargo Screening

| INSTALLATION | CARGO SCREENING |
|---|---|
| Schriever – Parcel Screening | 12,500 pieces per month |
| Schriever – Cargo Screening | 15,000 pieces per month |

### 1.5.4. Off Base Pick Up and Delivery Points

| OFF BASE PICK UP AND DELIVERY POINTS | | |
|---|---|---|
| BUCKLEY AFB | | |
| **LOCATION** | **DISTANCE** | **FREQUENCY** |

| | | |
|---|---|---|
| NONE | N/A | N/A |
| | | |
| **FE WARREN AFB** | | |
| Cheyenne | 5 miles | Twice weekly or as needed |
| | | |
| **MALMSTROM AFB** | | |
| Great Falls | 15 Miles | Monthly |
| | | |
| **PETERSON/SCHRIEVER/BUCKLEY/CMAFS** | | |
| 1520 E Willemette | 10 miles | Weekly |
| Honeywell | 10 miles | Weekly |
| 13 ASOS Ft Carson | 15 miles | Weekly |
| 1205 North Potter Drive | 5 miles | Weekly |
| | | |
| **VANDENBERG AFB** | | |
| Building 2 – Fuel | 20 Miles | Annually |
| Building 64 – Fuel | 20 Miles | Semi-Annually |
| Building 1280 – Fuel | 10 Miles | Quarterly |
| Building 2316 – Fuel | 10 Miles | Annually |
| Building 13344 - Fuel | 15 Miles | Monthly |
| Building 211501 - Fuel | 5 Miles | Annually |
| Building 212031 - Fuel | 5 Miles | Annually |
| Northstar - Fuel | 15 Miles | Twice daily during exercises |

**NOTE:** Frequency may change due to mission needs

### 1.5.5. Workload Estimates for Fuels

| Workload (Monthly Average) | Buckley | FE Warren | Malmstrom | Peterson | Schreiver | Vandenberg |
|---|---|---|---|---|---|---|
| | | | | | | |
| **Fuels** | | | | | | |
| FP Product Analysis | | 57 | 144 | 551 | | 60-75 |
| Fuels Transactions | 578 | 130 | 5,722 | 2,442 | | 4,200 |
| | | | | | | |
| **Service Station Issues in Gallons** | | | | | | |
| BDI | | 10,409 | | | | 6,100 |
| MUR | | 27,724 | | | | |
| All | | | 41,318 | | | |
| MOGAS | | | | 7,368 | | |
| Diesel | 3,320 | | | 9,054 | | |
| MUM | 1,370 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| E-85 | | | | | | 7,000 |
| MRR | | | | | | 30,000 |
| **FP Products Processed in Gallons** | | | | | | |
| Receipt JP-8<br>Truck/Fillstand – 3 per month | | 13,809 | | | | |
| Receipt MUR<br>Transport – 4 per month | | 26,824 | | | | |
| Receipt DL1<br>Transport – 2 per month | | 11,000 | | | | |
| Issue JP-8<br>Truck – 115 per month | | 14,000 | | | | |
| Issue MUR<br>Refueler – 2 per month | | 280 | | | | |
| Issue DL1<br>Refueler – 2 per month | | 3,000 | | | | |
| Receipt JP-8<br>Truck – 2 per month | 413,420 | | 14,415 | | | |
| Receipt All<br>Truck – 37 per month | | | 66,464 | | | |
| Issue JP-8<br>Truck – 149 per month | | | 15,766 | | | |
| Issue All<br>SVR/Truck – 4,121 per month | | | 57,825 | | | |
| Receipt JP-8<br>Trailer – 62 per month | | | | 420,020 | | |
| Receipt MOGAS<br>Trailer – 1 per month | | | | 8,283 | | |
| Receipt Diesel<br>Trailer – 2 per month | | | | 9,702 | | |
| Receipt LOX<br>Trailer – 2 per month | | | | 1,429 | | |
| Issue JP-8<br>Fillstand – 392 per month | 418,089 | | | 505,164 | | |
| Issue MOGAS<br>Refueler – 1 per month | | | | 1,200 | | |
| Issue Diesel<br>Refueler – 3 per month | | | | 2,330 | | |
| Receipt E85<br>Trailer – Bi-weekly | | | | | | 8,500 |
| Receipt CNG<br>Pipe Line – N/A | | | | | | N/A |
| Receipt MRR<br>Tank Truck – 3 per month | | | | | | 8,500 |
| Receipt MRR<br>Tank Truck – Bi-weekly | 6,500 | | | | | |
| Receipt BDI<br>Tank Truck – Bi-weekly | | | | | | 7,300 |
| Receipt ULSD<br>Tank Truck – Bi-monthly | 7,265 | | | | | 7,500 |
| Receipt JP-8<br>Tank Truck – Weekly | | | | | | 20,000 – 40,000 |
| Issue E85<br>Service Station – Daily | | | | | | 7,000 |
| Issue CNG<br>Service Station – Daily | | | | | | 2,300 |
| Issue MRR<br>Service Station – Daily | | | | | | 30,000 |
| Issue BDI<br>C-300 or Service Station – Daily | | | | | | 12,000 |
| Issue ULSD<br>C-300 Daily | 75 | | | | | 4,300 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Issue JP-8<br>R-11 Daily | | | | | | 60,000 |

### 1.5.6. Workload Estimates for Vehicle Operations

| INSTALLATION | PICK UP & DELIVERY |
|---|---|
| Peterson/Schriever/Buckley | 1) 30 Deliveries of Priority Cargo per month<br>2) 2,100 items delivered monthly to Peterson, Cheyenne Mountain, Schriever, and Buckley AFBs (For detailed workload, see Section 3, paragraph 1.5.2.) |

| VEHICLE DISPATCH OPERATIONS | | |
|---|---|---|
| | Monthly Avg. # of Requests | Monthly Avg. # Supported |
| Taxi Support | 138 | 123 |
| UDI Support | 387 | 326 |
| Bus Support | 38 | 27 |
| Transient Aircrew | 111 | 111 |
| Aircrew Support | 91 | 90 |
| Pax Cargo Support | 1 | 0 |
| Tractor/Trailer Service | 7 | 6 |
| MHE Service | 1 | 1 |
| Protocol/Distinguished Visitor (DV) Service | 122 | 77 |
| Command Car Pick-Up & Delivery | 217 | 140 |
| Servicing Vehicles | 118 | 110 |
| Rental Pick-Up & Delivery | 3 | 2 |
| Contingency Support | 32 | 25 |
| Service UDI Fleet | 329 | 328 |
| TOTAL | 1,570 | 1,363 |

| | |
|---|---|
| **WASH FACILITY** | |
| Approx. Material/Supplies Cost (Includes soap, brushes, hoses, etc.) | $2,500.00 per year |
| Command Car Cleaning/Detailing<br>Associated Materials/Supplies | 990 per year<br>$1,500.00 per year |
| | |
| **FLEET MANAGEMENT** | |
| VCO Accounts Maintained | 61 per year |
| Government Fleet Services Cards Issued & Accounted For | 6 per year |
| VCO Meetings Conducted | 2 per year |
| Special Studies, Reports and Analysis | 6 per year (10 man-hours each) |
| Number of Fleet Services Billing Invoices Processed | 72 per year |
| Estimated Number of Vehicles Processed Requiring AFIS, REMS Data Input (Includes processing requirements for vehicles received, rotated, shipped, salvaged, etc. GSA & Registered Fleet/Government Owned) | 1,200 per year |
| Number of AF Form 601's Processed | 30 per year |
| Number of Semi-annual Wing Assessment Vehicle Inspections | 61 |
| Number of Annual Vehicle Control Function Assistance Visits | 61 |
| Number of VCO's Trained | 61per year |
| Number of Required Analysis | Annually 61<br>Semiannually 1<br>Quarterly 1 |
| Number of Licensing Actions/Transactions (Includes Issues, Additions, Changes, Re-Issues, Etc.) | 12,000 per year |

| | |
|---|---|
| Number of Colorado Secured License Plates (as of 3 Jan 07) | 12 |
| Wrecker/Recovery Runs:<br>Registered Fleet/Government Owned<br>GSA | 82 per year<br>9<br>73 (coordination only – GSA or unit/user funded) |
| Number of Long Term GSA/Government Leased, Contractor "Managed" Vehicles (as of 3 Jan 07) | 296 |

### 1.5.7. Workload Estimates for Vehicle Maintenance

| | |
|---|---|
| Vehicles Maintained | 203 |
| Vehicles Tracked in OLVIMS | 355 |
| Vehicle Equivalents Assigned (as of 3 Jan 07) | 831 |
| Vehicle Painting | 2 per year |
| Front End Alignments | 3 per year |
| Mobile Maintenance/Service Calls:<br>Normal Duty Hours<br>After Hours | 123 per year<br>106<br>17 |
| On Site/Off Site (away from shop) Scheduled Maintenance Requirements | 12 vehicles per year<br>1 Asphalt Paver at SAFB<br>1 Dozer at PAFB<br>1 Electric 2K Forklift at PAFB<br>1 Electric 4K Forklift at PAFB<br>1 Diesel 6K Forklift at SAFB<br>1 Diesel 6k Forklift at CMAFS<br>1 40 ft Trailer at PAFB<br>1 Mel Loader at SAFB<br>1 VR Roller at SAFB<br>1 Lowboy Trailer at PAFB<br>2 Flatbed Trailer at PAFB |
| Refueling Maintenance | 12 scheduled maintenance per year<br>7 unscheduled maintenance per year<br>Note: Unscheduled maintenance does not include operator maintenance per Section 2, Chapter 6 |
| Contractor parts and supplies cost projection based on Government-Owned General and Special Purpose vehicles (includes all tire costs and Base Supply (SBSS) unique items) | $122,000.00 per year |

### 1.5.8. Workload Estimates for Cargo Movement

| | |
|---|---|
| Outbound small package shipments | 5870 pcs/102,716 lbs per year |
| Outbound heavy shipments | 563 pcs/590,304 lbs per year |
| Inbound small package and heavy shipments | 8995 pcs/854,950 lbs per year |
| Cargo Preparation Training Class | 2 per month (may fluctuate dependent on unit needs) |
| Pallet Build-Up Training Class | 2 per month (may fluctuate dependent on unit needs) |
| Hazardous Material Tech Specialist | 2 per month (may fluctuate dependent on unit needs) |
| 33.5 Short Tons for 21 SW | During exercises only |
| 6.4 Short Tons for 50 SW | During exercises only |


### 1.5.8. Workload Estimates for Cargo Movement

| | |
|---|---|
| Outbound small package shipments | 5870 pcs/102,716 lbs per year |
| Outbound heavy shipments | 563 pcs/590,304 lbs per year |
| Inbound small package and heavy shipments | 8995 pcs/854,950 lbs per year |
| Cargo Preparation Training Class | 2 per month (may fluctuate dependent on unit needs) |
| Pallet Build-Up Training Class | 2 per month (may fluctuate dependent on unit needs) |
| Hazardous Material Tech Specialist | 2 per month (may fluctuate dependent on unit needs) |
| 33.5 Short Tons for 21 SW | During exercises only |
| 6.4 Short Tons for 50 SW | During exercises only |

### 1.5.9. Workload Estimates for Refueler Maintenance at FE Warren, Malmstrom AFB and Vandenberg AFB

| |
|---|
| **Vandenberg AFB** |
| 8 Scheduled Maintenance Per Year |
| 4 Unscheduled Maintenance Per Year |
| **FE Warren AFB** |
| 4 Scheduled Maintenance Per Year |
| 3 Unscheduled Maintenance Per Year |
| **Malmstrom AFB** |
| 4 Scheduled Maintenance Per Year |
| 3 Unscheduled Maintenance Per Year |
| NOTE: Unscheduled Maintenance does not count maintenance performed during checkpoint operations. |

### 1.5.10. Workload Estimates for Other than Normal Duty Hours included in the Firm Fixed Price

| | |
|---|---|
| Buckley AFB | Base Supply – 50 hours annually<br>Fuels – 60 hours annually |
| FE Warren AFB | Fuels – 200 hours annually<br>Missile Maintenance MC – 100 hours annually<br>CE Materiel Control – 50 hours annually<br>Base Supply – 50 hours annually |
| Malmstrom AFB | Fuels – 125 hours annually<br>Missile Maintenance MC – 160 hours annually<br>Base Supply – 65 hours annually |
| Peterson AFB | Fuels – 108 hours annually<br>Base Supply – 313<br>Vehicle Operations – N/A – 24 hour operation<br>Cargo Movement – 75 hours annually |
| Vandenberg AFB | Fuels – 600 hours annually<br>Base Supply – 240 hours annually<br>576th – 15 hours annually |

### 1.5.11. Workload Estimates for Schriever AFB Shuttle Services

| **PAFB – SAFB Shuttle Service** | | |
|---|---|---|
| | Pax from PAFB to SAFB | Pax from SAFB to PAFB |
| Departure #1 | 11 | 2 |
| Departure #2 | 2 | 4 |
| Departure #3 | 0 | 1 |
| Departure #4 | 3 | 1 |
| **SAFB Restricted Area Shuttle Service** | | |
| Passengers per day | 177 | |

### 1.5.12. Workload Estimates for 302 Additional Requirements (Chapter 16)

| **302 Additional Requirements** | | |
|---|---|---|
| UTA Weekends Per Year | 12 primary<br>12 alternate | |
| 2 Buses and drivers required for passenger movement (Flight-line, Billeting/Lodging, Dining Facility to pickup lunches, AFA Firing Range runs) | Maximum 80 passengers | 0600-1700 Saturday<br>0600-1430 Sunday |
| Estimated mileage per UTA Weekend | 150 | |