# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) → RATING: DO-C9 | PAGE 1 OF PAGES 162

| 2. CONTRACT NUMBER | 3. SOLICITATION NUMBER | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| | FA2517-06-R-6003 | ☐ SEALED BID (IFB)<br>☒ NEGOTIATED (RFP) | 12 Apr 2007 | |

7. ISSUED BY CODE FA2517
FA2517 – 21CONS/LGCBC
ADDIE ALEXANDER (719) 556-7506
135 Dover Street, Suite 1055, Peterson AFB, CO 80914-1200

8. ADDRESS OFFER TO *(If other than Item 7)*
See Item 7

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder"

## SOLICITATION

9. Sealed offers in **See Section L, L-4 (4) (a) (3)** for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in **See Item 7** until **Section Section L, L-4(5) (a)**

CAUTION --- LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: → | A. NAME | B. TELEPHONE *(NO COLLECT CALLS)* AREA CODE | NUMBER | EXT. | C. E-MAIL ADDRESS |
|---|---|---|---|---|---|
| | ADDIE ALEXANDER | 719 | 556-7506 | | Addie.alexander@peterson.af.mil |

11. TABLE OF CONTENTS



| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 130-145 |
| X | B | SUPPLIES OR SERVICES AND PRICE/COST | 2-115 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 116 | X | J | LIST OF ATTACHMENTS | 146 |
| X | D | PACKAGING AND MARKING | 117 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 118 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 147-150 |
| X | F | DELIVERIES OR PERFORMANCE | 119-123 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 124-128 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 151-158 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 129 | X | M | EVALUATION FACTORS FOR AWARD | 159-162 |



## OFFER *(Must be fully completed by offeror)*

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within **(Reference Section 1.4, 3 (e) of this solicitation)** ___ calendar days *(60 calendar days unless a different period is inserted by the offeror)* from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT *(See Section I, Clause No. 52.232-8)* → | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):* | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR CODE FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

15B. TELEPHONE NUMBER AREA CODE NUMBER EXT.

☐ 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE.

17. SIGNATURE

18. OFFER DATE

## AWARD *(To be completed by Government)*

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN *(See Section L)* → ITEM

24. ADMINISTERED BY *(If other than Item 7)* CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER *(Type or print)*

27. UNITED STATES OF AMERICA

*...e of Contracting Officer)*

28. AWARD DATE

IMPORTANT -- Award will be made on this Form, or on Standard For... ...itten notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

EXHIBIT
4

STANDARD FORM 33 (Rev. 9-97)
Prescribed by GSA - FAR (48 CFR) 53.214(c)

Section B - Supplies or Services and Prices

CLIN PRICING

## B-1. Contract Line Item Number (CLIN) Prices

Contract Line Item Numbers (CLINs) 0801, 1801, 2801, 3801, 4801, 0802, 1802, 2802, 3802, and 4802, applicable for additional support for the 302nd Air Wing, Section 2, Chapter 16 of the Performance Work Statement, are contained in Section B of the schedule. At the current time, funding for these CLINs is not available. However, the contractor must propose to these CLINs, and the Government will evaluate as part of the cost proposal.

## B-2. Separately Priced Option (SPO) CLINs, Vehicle Operations

Two Separately Priced Option (SPO) CLINs, 0203, titled "PETE.AFB VEHICLE OPERATIONS AND MAINTENANCE" (1203, 2203, 3203, 4203 for the option periods) and 0204, titled "PETE.AFB VEHICLE OPERATIONS (GSA SPO CLIN)" (1204, 2204, 3204, 4204 for the option periods), are included for pricing of Vehicle Operation functions at Peterson AFB, as detailed in Performance Work Statement, Section 2, Chapter 5. The Contractor is responsible to provide all vehicles in support of the Vehicle Operation functions The cost reimbursable SPO CLIN should be used if the Contractor chooses to lease some or all vehicles directly from the General Services Administration (GSA). The amount proposed for these cost reimbursable CLINs, 0204, 1204, 2204, 3204, 4204, should only cover the direct associated cost for GSA leased vehicles, not vehicles leased or purchased from sources other than GSA—note, the amounts proposed on these cost reimbursable CLINs are applicable to the Limitation of Cost Clause. The Firm Fixed Price SPO CLIN for Peterson AFB, Vehicle Operations and Maintenance, 0203, 1203, 2203. 3203, 4203, for each contract year, should be used if the Contractor chooses to buy or lease some or all vehicles directly from a source(s) other than GSA. The Firm Fixed Price SPO CLIN must be used for all labor costs and associated vehicle costs associated with Vehicle Operations. The amounts proposed in the Cost Reimbursable and Firm Fixed Price CLINs, if both CLINs are used, shall not be duplicative. The Contractor is solely responsible for selecting the source from which vehicles will be provided and will submit their vehicle cost proposal in the appropriate CLIN.

## B-3. Minimum Guarantee and Program Ceiling Amount

The minimum guarantee for the life of this contract is $5,000. This amount will be funded at contract award. The Program Ceiling amount for this contract is $99,999,999.99.

## B-4. Clauses, Provisions, and Sections K, L, & M

(a) Clauses and provisions from the Federal Acquisition Regulation (FAR) and supplements thereto are incorporated in this document by reference and in full text. Those incorporated by reference have the same force and effect as if they were given in full text.

(b) Clauses and provisions in this document will be numbered in sequence.

(c) Sections K, L, and M will be physically removed from any resultant award, but will be deemed to be incorporated, by reference, in that award.

## B-5. Non-Personal Services

"The contractor shall perform non-personal services for the Multi-Wing Logistics Support Contract in accordance with the Performance Work Statement (PWS) specified in Section C, paragraph C-1A".

## B-6. Clauses

**5332.705-2 AFSPC Implementation of Limitation of Funds.**

**Clause will be completed upon contract award.**

(a) The sum allotted to this contract and available for payment of costs under (insert contract line items) through (insert date) in accordance with the clause in Section I entitled "Limitation of Funds" is (insert dollar amount).

(b) In addition to the amount allotted under the "Limitation of Funds" clause, the total amount of (insert dollar amount) is obligated for payment of fee for work completed under CLINs (insert contract line items).

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1 | Month | | |

PHASE-IN SERVICES
FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM PHASE-IN SERVICES AS STATED IN SECTION 8 OF THE PERFORMANCE WORK STATEMENT, FOR ALL LOCATIONS AND ACTIVITIES.
SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.
FOB: Destination (See Section F)
SIGNAL CODE: A

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0002 | | UNDEFINED | Cost | | |

PHASE-IN SERVICES

COST

TRAVEL, TRAINING AND MATERIALS IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 15, & SECTION 6. NO PROFIT ALLOWED. GENERAL AND ADMINISTRATIVE COSTS ALLOWED.

SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.

FOB: Destination

NSN: R706-MU-LTI-WING

SIGNAL CODE: A

MAX COST $0.00

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0101 | | 12 | Months | | |

AFSPC LSC SUPPORT TO PETERSON AFB
FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM LOGISTICS SUPPORT CENTER (LSC) SERVICES TO ACCOMPLISH EQUIPMENT MANAGEMENT, STOCK CONTROL, MISSION CAPABILITY (MICAP), RECORDS MAINTENANCE, AND COMPUTER OPERATIONS FOR PETERSON AFB (INCLUDES SUPPORT TO BUCKLEY AFB & SCHRIEVER AFB THROUGH PETERSON'S SYSTEM DESIGNATOR ), IAW WITH PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 2, AND 15.
SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.
FOB: Destination (See Section F)
NSN: R706-MU-LTI-WING
SIGNAL CODE: A

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0102 | | 12 | Months | | |

AFSPC LSC SUPPORT TO PATRICK AFB
FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM LOGISTICS SUPPORT CENTER (LSC) SERVICES TO ACCOMPLISH EQUIPMENT MANAGEMENT, STOCK CONTROL, MISSION CAPABILITY (MICAP), RECORDS MAINTENANCE, AND COMPUTER OPERATIONS FOR PATRICK AFB, IAW WITH PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 2, AND 15.
SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.
FOB: Destination (See Section F)
NSN: R706-MU-LTI-WING
SIGNAL CODE: A

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0103 | | 12 | Months | | |

AFSPC LSC SUPPORT TO VANDENBERG AFB
FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM LOGISTICS SUPPORT CENTER (LSC) SERVICES TO ACCOMPLISH EQUIPMENT MANAGEMENT, STOCK CONTROL, MISSION CAPABILITY (MICAP), RECORDS MAINTENANCE, AND COMPUTER OPERATIONS FOR VANDENBERG AFB, IAW WITH PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 2, AND 15.
SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.
FOB: Destination (See Section F)
NSN: R706-MU-LTI-WING
SIGNAL CODE: A

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0104 | | 12 | Months | | |

AFSPC LSC SUPPORT TO F.E. WARREN AFB
FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM LOGISTICS SUPPORT CENTER (LSC) SERVICES TO ACCOMPLISH EQUIPMENT MANAGEMENT, STOCK CONTROL, MISSION CAPABILITY (MICAP), RECORDS MAINTENANCE, AND COMPUTER OPERATIONS FOR F.E. WARREN AFB, IAW WITH PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 2, AND 15.
SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.
FOB: Destination (See Section F)
NSN: R706-MU-LTI-WING
SIGNAL CODE: A

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0105 | | 12 | Months | | |

AFSPC LSC SUPPORT TO MALMSTROM AFB
FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM LOGISTICS SUPPORT CENTER (LSC) SERVICES TO ACCOMPLISH EQUIPMENT MANAGEMENT, STOCK CONTROL, MISSION CAPABILITY (MICAP), RECORDS MAINTENANCE, AND COMPUTER OPERATIONS FOR MALMSTROM AFB, IAW WITH PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 2, AND 15.
SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.
FOB: Destination (See Section F)
NSN: R706-MU-LTI-WING
SIGNAL CODE: A

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0106 | | 12 | Months | | |

AFSPC LSC SUPPORT TO L.A. AFB
FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM LOGISTICS SUPPORT CENTER (LSC) SERVICES TO ACCOMPLISH EQUIPMENT MANAGEMENT, STOCK CONTROL, MISSION CAPABILITY (MICAP), RECORDS MAINTENANCE, AND COMPUTER OPERATIONS FOR LOS ANGELES AFB, IAW WITH PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 2, AND 15.
SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.
FOB: Destination (See Section F)
NSN: R706-MU-LTI-WING
SIGNAL CODE: A

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0107 | | UNDEFINED | Cost | | |

AFSPC LSC TRAVEL/TRAINING/MATERIALS
COST

TRAVEL, TRAINING AND MATERIALS IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 15, & SECTION 6. NO PROFIT ALLOWED. GENERAL AND ADMINISTRATIVE COSTS ALLOWED.

SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.

FOB: Destination (See Section F)

NSN: R706-MU-LTI-WING

SIGNAL CODE: A

MAX COST $30,000