Home | General Info | News | Opportunities | Agencies | Privacy

Buyers: Login | Register Vendors: Login | Register Accessibility

U.S. AIR FORCE

# R -- Logistics Operations Support Re-competition

**Solicitation Number: Reference-Number-LogOps**
Agency: Department of the Air Force
Office: Air Force Space Command
Location: 45CONS (Bldg 423)

**Notice Details** Packages Interested Vendors List Print Link

**Note:** There have been modifications to this notice. You are currently viewing the original synopsis. To view the most recent modification/amendment, click here

Complete View

**Original Synopsis**
Mar 21, 2006

Modification 1
Jan 22, 2001

Award
Jun 20, 2001

Modification 2
Oct 05, 2007

Back

**Solicitation Number:**
Reference-Number-LogOps

**Notice Type:**
Sources Sought

ALL FILES

Modification 1
Jan 22, 2001
2001012235476.zip

GENERAL INFORMATION

**Notice Type:**
Sources Sought

**Posted Date:**
March 21, 2006

**Response Date:**
April 21, 2006

**Archiving Policy:**
Manual Archive

**Archive Date:**
November 5, 2007

**Original Set Aside:**
N/A

**Set Aside:**
8a Competitive

**Classification Code:**
R -- Professional, administrative, and management support services

**NAICS Code:**
561 -- Administrative and Support Services/561210 -- Facilities Support Services

EXHIBIT
6

**Synopsis:**
Added: March 21, 2006
THIS IS NOT A REQUEST FOR PROPOSAL.
THIS EFFORT IS CONSIDERED COMMERCIAL IN NATURE AND ANY RESULTANT CONTRACT WILL BE AWARDED IAW FAR PART 12.

THIS ACQUISITION WILL BE CONDUCTED AS AN 8a COMPETITION. ONLY OFFERORS THAT ARE CERTIFIED BY THE SMALL BUSINESS ADMINISTRATION AS AN 8(a) VENDOR WILL BE ALLOWED TO SUBMIT PROPOSALS.

Patrick Air Force Base anticipates an 8(a) competitive acquisition to provide Logistics Operations (LOGOPS) at Patrick Air Force Base FL and Cape Canaveral AFS FL. The LOGOPS concept integrates Standard Base Supply System, Fuels, Munitions, Civil Engineering Material Acquisition, Weapons Handling, and Transportation. This requirement may include, but is not limited to, personal property movement, warehouse storage, weapons storage, munitions storage, mobility bag storage, inventory management, reutilization and disposition, combat oriented supply organization, fuels management, munitions management, base official travel services, cargo shipment, air terminal services, combat readiness functions, hazardous materials management, and hazardous material pharmacy operation.

This sources sought synopsis is part of the market research process for a requirement that would begin no earlier than 1 Oct 07.

All certified 8(a) sources capable of providing these services are being sought. The applicable Standard Industrial Classification (SIC) Code is 8744 and the applicable North American Industry Classification System (NAICS) code is 561210.

Capabilities Package. All interested firms should submit a capabilities package that outlines the firm's capabilities in providing the required services. Contractor is required to provide all management and labor required for the operation and management of the required services. If subcontracts are to be used, provide anticipated percentage of effort to be subcontracted and whether small or large businesses will be used. The capabilities package should be brief and concise, yet clearly demonstrate an ability to meet the stated requirements. Recent and relevant experience in all areas should be provided. Recent experience should be within the last 3 years and relevant experience should include projects similar in scope. Teaming and/or subcontracting arrangements should be clearly delineated and previous experience in teaming must be provided.

The response must not exceed 10 pages.

Submit capabilities packages by mail to Antonio Cazares, 45 CONS/LGCBB, 1201 Edward H. White II Street, Patrick AFB, FL 32925-3238. Responses may also be submitted via e-mail to antonio.cazares@patrick.af.mil.

This sources sought is for information and planning purposes only. It does not constitute a solicitation and is not to be construed as a commitment by the Government.

RESPONSES ARE DUE NO LATER THAN 21 Apr 06. Direct all questions to the attention of Antonio Cazares at (321) 494-3938.

**Contracting Office Address :**
Department of the Air Force, Air Force Space Command, 45CONS (Bldg 423), 1201 Edward H White II St MS 7200, Patrick AFB, FL, 32925-3238

**Place of Performance :**
Patrick Air Force Base, Florida 32925

**Primary Point of Contact. :**
Antonio V. Cazares,
Contract Specialist
antonio.cazares@patrick.af.mil
Phone: 321-494-3938
Fax: 321-494-5136

**Secondary Point of Contact :**
Shelley A Hall,
Supervisory Contracting Officer
shelley.hall@patrick.af.mil
Phone: 321-494-4394
Fax: 321-494-5136

**Point of Contact(s):**
Antonio Cazares, Contract Specialist, Phone 321-494-3938, Fax 321-494-5136,

Email antonio.cazares@patrick.af.mil - Shelley Hall, Supervisory Contracting Officer, Phone 321-494-4394, Fax 321-494-5136, Email shelley.hall@patrick.af.mil

Back

Help Desk Accessibility