U.S. AIR FORCE

# R -- Logistics Operations Support Re-competition

**Solicitation Number: Reference-Number-LogOps**
Agency: Department of the Air Force
Office: Air Force Space Command
Location: 45CONS (Bldg 423)



Complete View

Original Synopsis
*Sources Sought*
Mar 21, 2006

Modification 1
Jan 22, 2001

Award
Jun 20, 2001

**Modification 2**
Oct 05, 2007

Back

**Solicitation Number:**
Reference-Number-LogOps

**Notice Type:**
Modification/Amendment

**Synopsis:**
Added: March 21, 2006 Modified: October 5, 2007 Track Changes
THIS EFFORT IS CANCELLED IN ITS ENTIRETY. THIS REQUIREMENT WILL BE INCORPORATED INTO THE MULTI-WING LOGISTICS SUPPORT SERVICES CONTRACT BY MODIFICATION.

**Contracting Office Address:**
Department of the Air Force, Air Force Space Command, 45CONS (Bldg 423), 1201 Edward H White II St MS 7200, Patrick AFB, FL, 32925-3238, UNITED STATES

**Place of Performance:**
Patrick Air Force Base, Florida 32925

**Primary Point of Contact.:**
Antonio V. Cazares,
Contract Specialist
antonio.cazares@patrick.af.mil
Phone: 321-494-3938
Fax: 321-494-5136

**Secondary Point of Contact:**
Shelley A Hall,
Supervisory Contracting Officer
shelley.hall@patrick.af.mil
Phone: 321-494-4394
Fax: 321-494-5136

**Point of Contact(s):**
Antonio Cazares, Contract Specialist, Phone 321-494-3938, Fax 321-494-5136, Email antonio.cazares@patrick.af.mil - Shelley Hall, Supervisory Contracting Officer, Phone 321-494-4394, Fax 321-494-5136, Email shelley.hall@patrick.af.mil

Back

ALL FILES

Modification 1
Jan 22, 2001
2001012235476.zip

GENERAL INFORMATION

**Notice Type:**
Modification/Amendment

**Original Posted Date:**
March 21, 2006

**Posted Date:**
October 5, 2007

**Response Date:**
-

**Original Response Date:**
April 21, 2006

**Archiving Policy:**
Automatic, on specified date

**Archive Date:**
November 5, 2007

**Original Set Aside:**
8a Competitive

**Set Aside:**
8a Competitive

**Classification Code:**
R -- Professional, administrative, and management support services

**NAICS Code:**
561 -- Administrative and Support Services/561210 -- Facilities Support Services



EXHIBIT
7