Home | General Info | News | Opportunities | Agencies | Privacy

Buyers: Login | Register Vendors: Login | Register Accessibility

U.S. AIR FORCE

# M -- Logistis Operations

**Solicitation Number: Reference-Number-F08650-01-C-0058Extension**
Agency: Department of the Air Force
Office: Air Force Space Command
Location: 45CONS (Bldg 423)

**Notice Details** Packages Interested Vendors List Print Link

**Original Synopsis**
Feb 19, 2008

**Back**

**Solicitation Number:**
Reference-Number-F08650-01-C-0058Extension

**Notice Type:**
Special Notice

**Synopsis:**
Added: February 19, 2008
This is a notice of award of a one month extension for the Logistics Operations (LOGOPS) contract, F08650-01-C-0058, at Patrick AFB, FL. 45 CONS/LGCB has extended the period of performance from 1 April 2008 through 30 April 2008. The government made award to the incumbent contractor, The Cube Corporation in accordance with The Competition in Contracting Act (CICA), 10 U.S.C. 2304 (d)(1)(B), and FAR 6.302-1(a) (2)(iii)(B). Only one responsible source and no other supplies or services will satisfy agency requirements. Point of contact is Chuck Hobbs, 45 CONS/LGCB, 1201 Edward H. White II, Street MS7200, Patrick AFB, FL 32925, (321) 494-6292, charles.hobbs@patrick.af.mil.

**Contracting Office Address:**
Department of the Air Force, Air Force Space Command, 45CONS (Bldg 423), 1201 Edward H White II St MS 7200, Patrick AFB, FL, 32925-3238, UNITED STATES

**Primary Point of Contact.:**
Chuck S Hobbs,
Contract Specialist
charles.hobbs@patrick.af.mil
Phone: (321) 494-6292
Fax: (321) 494-5136

**Secondary Point of Contact:**
Linda L. Brantley,
Contract Specialist
linda.brantley@patrick.af.mil
Phone: 321-494-3668
Fax: 321-494-2706

**Point of Contact(s):**
Chuck Hobbs, Contract Specialist, Phone (321) 494-6292, Fax (321) 494-5136, Email charles.hobbs@patrick.af.mil - Linda Brantley, Contract Specialist, Phone 321-494-3668, Fax 321-494-2706, Email linda.brantley@patrick.af.mil

**Back**

GENERAL INFORMATION

**Notice Type:**
Special Notice

**Posted Date:**
February 19, 2008

**Response Date:**
-

**Archiving Policy:**
Automatic, on specified date

**Archive Date:**
March 24, 2008

**Original Set Aside:**
N/A

**Set Aside:**
N/A

**Classification Code:**
M -- Operation of Government-owned facilities

**NAICS Code:**
561 -- Administrative and Support Services/561210 -- Facilities Support Services

Help Desk Accessibility

EXHIBIT
8