IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HALLMARK CAPITOL GROUP, LLC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-356C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Michael N. O'Connell, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael N. O'Connell
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12062
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
TEL: (202) 353-1618
FAX: (202) 514-8624
E-mail: Michael.O'Connell@usdoj.gov

Dated: May 19, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 19th day of May, 2008, a copy of the foregoing NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Michael N. O’Connell