# In the United States Court of Federal Claims

**No. 08-356C**
**(Filed May 23, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HALLMARK CAPITAL GROUP, L.L.C.**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER STAYING PROCEEDINGS**

---

On May 19, 2008, Plaintiff filed a complaint for declaratory and permanent injunctive relief, protesting the issuance of a modification under United States Air Force contract # FA2517-07-D-6009, which it claims constitutes a cardinal change to the contract. At a status conference held by the Court today, Defendant's counsel represented that the modification has not yet been issued. Counsel for Defendant suggested that the Court stay this action and file periodic status reports on how the Air Force intends to formulate the scope of the potential modification. Counsel for Plaintiff agreed to the stay and the filing of status reports so long as the status reports provided information concerning how the Air Force intends to procure all of the services at Patrick AFB that Plaintiff alleged were encompassed by the proposed modification, as set forth in paragraph 5 of its complaint.

Accordingly, the Court hereby **STAYS** this proceeding through June 20, 2008, pending the Air Force's formulation of the proposed modification. Defendant is hereby **ORDERED** to file a status report on **June 6, 2008** and **June 20, 2008**, informing the Court of the Air Force's progress in determining the scope of the proposed modification, including how the Air Force intends to procure the services at Patrick AFB as set forth in paragraph 5 of Plaintiff's complaint.

The Court hereby schedules a telephonic status conference on **June 23, 2008 at 11 a.m, ET.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**