IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HALLMARK CAPITOL GROUP, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-356C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's May 23, 2008 order, defendant respectfully submits this status report concerning the status of a proposed modification to the Department of the Air Force Multi-Wing Logistics Support Services Contract ("MWLSC"), contract number FA2517-07-D-6009, that is the subject of this bid protest.

With respect to this proposed modification that would add work for Patrick Air Force Base to the MWLSC, defendant states that the Peterson Air Force Base MWLSC contracting office and the Patrick contracting office are still negotiating which functions will be included in the contract modification. According to the Peterson contracting office, about 90-percent of the requirements have been agreed upon. The chart below indicates what functional requirements will and will not be included in the proposed modification.[1]

| FUNCTIONAL AREA | CURRENT PWS | PATRICK PWS INPUTS |
|---|---|---|
| Quality Control | X | X |
| Logistics Support Center | X | X |
| Base Supply | X | X |

[1] "PWS" refers to the performance work statement.

| | | |
|---|---|---|
| Hazardous Material Mgmt | X | X |
| Vehicle Operations & Maint. | X | X |
| Fuels Management | X | X |
| Cargo Movement | X | X |
| Cargo Screening | X | |
| Fuels Refueler Maintenance | X | |
| Missile Maintenance Materiel Control | X | |
| Real World Events, Deployments, Exercises, Disaster Preparedness | X | X |
| Reserve Unit Support | X | X |
| Weapons Storage | X | X |
| Combat Oriented Supply Organization | | X |
| Materiel Control Front Range | | X |
| Environmental | X | X |
| Information Technology | | X |
| Official Travel Services | | |
| Personal Property Movement | | |
| Air Terminal | | |
| Munitions Management | | |
| Munitions Maintenance | | |
| Civil Engineering Material Acquisition | | |

The contracting offices have not determined if the following work areas will be included in the modification: Government furnished vehicle support, overtime support contract line item number ("CLIN") structures, a labor strike mitigation plan, workload data, and certain

miscellaneous support such as unit control center, safety officer functions and meeting attendance/representation.

With respect to Patrick Air Force Base's acquisition of work that will not be included in the modification, Patrick tentatively intends to procure them using the General Services Administration ("GSA") Logistics Worldwide ("LOGWORLD") contract. This is a multiple award GSA contract that covers a wide variety of logistics support services. Patrick has determined that official travel services, personal property movement, air terminal, munitions management, munitions maintenance, and civil engineering material acquisition can be procured using the GSA LOGWORLD contract. Thus, Patrick tentatively intends to procure these services competitively via GSA e-buy among current LOGWORLD contract schedule holders.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 353-1618
Fax: (202) 514-8624

June 6, 2008

Attorneys for Respondent

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 6th day of June, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell