IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HALLMARK CAPITOL GROUP, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-356C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's May 23, 2008 order, defendant respectfully submits this status report concerning the status of a proposed modification to the Department of the Air Force Multi-Wing Logistics Support Services Contract ("MWLSC"), contract number FA2517-07-D-6009, that is the subject of this bid protest.

With respect to this proposed modification that would add work for Patrick Air Force Base to the MWLSC, defendant states that the Peterson Air Force Base MWLSC contracting office and the Patrick contracting office are still discussing which functions will be included in the contract modification. The Peterson contracting office expects to issue a revised performance work statement ("PWS") to the current contractor by June 27, 2008. The current contractor will then provide a price proposal and further negotiations may then follow which could reduce the proposed scope of work. The chart below indicates what functional requirements will and will not be included in the proposed modification. It has not changed since our June 6, 2008 status report but is being included for ease of reference:

| FUNCTIONAL AREA | CURRENT PWS | PATRICK PWS INPUTS |
|---|---|---|
| Quality Control | X | X |
| Logistics Support Center | X | X |
| Base Supply | X | X |
| Hazardous Material Mgmt | X | X |
| Vehicle Operations & Maint. | X | X |
| Fuels Management | X | X |
| Cargo Movement | X | X |
| Cargo Screening | X | |
| Fuels Refueler Maintenance | X | |
| Missile Maintenance Materiel Control | X | |
| Real World Events, Deployments, Exercises, Disaster Preparedness | X | X |
| Reserve Unit Support | X | X |
| Weapons Storage | X | X |
| Combat Oriented Supply Organization | | X |
| Materiel Control Front Range | | X |
| Environmental | X | X |
| Information Technology | | X |
| Official Travel Services | | |
| Personal Property Movement | | |
| Air Terminal | | |
| Munitions Management | | |
| Munitions Maintenance | | |

| | | |
|---|---|---|
| Civil Engineering Material Acquisition | | |

The only areas of work that the contracting offices have not determined whether they will be included in the modification are certain areas of miscellaneous support such as unit control center, safety officer functions, and meeting attendance/representation.

With respect to Patrick Air Force Base's acquisition of work that will not be included in the modification, Patrick still intends to procure them using the General Services Administration ("GSA") Logistics Worldwide ("LOGWORLD") contract. This is a multiple award GSA contract that covers a wide variety of logistics support services. Patrick has determined that official travel services, personal property movement, air terminal, munitions management, munitions maintenance, and civil engineering material acquisition can be procured using the GSA LOGWORLD contract. Thus, Patrick still intends to procure these services competitively via GSA e-buy among current LOGWORLD contract schedule holders.

Finally, the Patrick contracting office has also informed the Peterson contracting office that, if for any reason it is not able to procure the currently intended services through the MWLSC contract, Patrick intends to procure these services through the LOGWORLD contract.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 353-1618
Fax: (202) 514-8624

June 20, 2008

Attorneys for Respondent

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 20th day of June, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell