# In the United States Court of Federal Claims

**No. 08-356C**
**(Filed June 23, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HALLMARK CAPITAL GROUP, L.L.C.**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER LIFTING STAY AND**
**SCHEDULING FURTHER PROCEEDINGS**

---

On June 23, 2008, the Court held a status conference in this proceeding. Pursuant to the discussion that took place at the status conference, the Court hereby **LIFTS** the stay in this proceeding, and sets forth the following expedited schedule for further proceedings in this case.

1. Defendant shall file its motion to dismiss, along with a record relevant to its motion, including the proposed modification to the Multiwing Contract and pertinent portions of the General Services Administration (GSA) Logworld Contract, no later than **June 27, 2008.**

2. The Court will hold a telephonic oral argument on Defendant's motion to dismiss on **June 30, 2008 at 3 p.m., ET.** The Court will initiate the call.

3. Defendant shall file the administrative record no later than **July 1, 2008.** Defendant shall include in the administrative record all documents relating to the Air Force's decision regarding the services that will be encompassed by the proposed modification and the cancellation of the small business procurement at Patrick Air Force Base.

4. The parties shall file their motions for judgment upon the administrative record no later than **July 11, 2008**. The parties shall file their responses to the motions no later than **July 16, 2008.**

5. The Court will hold a telephonic oral argument on the motions for judgment upon the administrative record on **July 18, 2008 at 3 p.m., ET.** The Court will initiate the call.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**