**DISCLAIMER: The answers to the questions below are specific to the Draft Solicitation documents presented for Industry's comment. The answers may or may not be relevant to the Final Solicitation documents posted in the future. Many of the documents released as Draft have undergone revisions. If any of the revisions impacted the questions asked in regards to the Draft documents, it is important then, if uncertainty remains, that questions about the Final Solicitation documents are raised during the timeframe stated in the Final Solicitation.**

1) Q. Do Fuels Management responsibilities encompass ground fuel for emergency diesel generators at Malmstrom and Warren AFBs? Does that service extend to the ICBM sites scattered around Montana and Wyoming?

   A. Yes.

2) Q. Peterson AFB Supply has several "satellite" supply accounts on its computer. Does the contractor have any oversight responsibility for those accounts (i.e. staff visits, surveillance visits, etc?)

   A. Yes. The contractor is responsible to manage all supply accounts applicable to Peterson, to include satellite accounts of Peterson Supply. Most oversite is provided locally, with very little TDY activities.

3) Q. Will vehicles be GFE or contractor provided? If contractor provided, will contractor be approved for obtaining vehicles through GSA fleet management?

   A. The contractor will be responsible for providing the Vehicle Operations and U-Drive-It (UDI) fleets, either through General Services Administration (GSA) or vendors of his choosing. The government will provide as government furnished equipment (GFE), 3 C300 fuel trucks, 1 40 foot/53 ton tilt trailer, and 1 463L 10k forklift to be maintained and replaced at the contractor's expense if the decision is made to accept them. The contractor may opt to provide their own trucks in lieu of accepting the 5 vehicles as GFE. The government owned/registered fleet will be considered workload for the contractor to maintain. This includes the refueling vehicles (R-11's) provided as government furnished vehicles (GFV) to be used for aircraft refueling operations. These vehicles are part of the government owned/registered fleet but will be maintained and operated by the contractor.

4) Q. Why are Patrick AFB requirements included in this draft solicitation when Patrick is running their own 8(a) set-aside procurement?

   A. Patrick and LA AFBs are only supported on this contract in regards to the Logistics Support Center requirement. However, Patrick and LA are included in the scope of this contract for base level logistics support in case the situation arises that their base level requirements need to be

EXHIBIT

1

included—at this time, Patrick and LA are taking care of their base level logistics support on locally managed contracts. A revised PWS will include Patrick's and LA's base level logistics support in the scope of this contract. But again, only in regards to the Logistics Support Center is support for Patrick an LA required currently..

5) Q. Of the five CBAs provided in your 9/22/06 Tech Data Package, four unions have dissolved. Can current CBAs and local POCs or addresses be provided?

A. PMI has not dissolved their relationships with the Union. The unions they are part of decided to discontinue their relationship with the AFL-CIO. They became their own freestanding unions. The CBAs released to FedBizOps are current and applicable. The following unions are identified by base:

This union represents employees at:

Peterson Base Supply
Peterson Surface Freight
FE Warren Base Supply
Vandenberg Base Supply

Laborers' Int'l Union of North America
Charles Johnston
905-16th St. N.W.
Washington DC 20006-1765
(V) 202-737-2754
F) 202-737-2754

This union represents employees at:

Peterson Transportation
United Auto Workers (UAW Local 186)
Vance Pearson
6500 S. Rosemead Blvd.
Pico Rivera, CA 90660
(V) 562-801-1500 x1520

Malmstrom AFB
Industrial, Technical and Professional Employees Union (ITPE)
Trina Campbell
917 Pacific Ave., Ste. 312
Tacoma, WA 98402
877-526-4873
(F) 253-474-6321

6) Q. Would the Government consider a contract with a 2-year base plus 4 - 2-year option periods?

   A. At the current time, a five year contract, base plus four options, best meets the Government's needs.

7) Q. Is the Government firm on an IDIQ contract? Is this contract non-mandatory for each of the bases? What is the level of commitment from each base?

   A. An IDIQ affords us the opportunity to continue to achieve the benefits received on the current Multi-Wing Logistics Support Contract, while granting more local control of the contract oversight and administration to the participating organizations. While the contract is not mandatory for each base to use, the level of commitment from each base is very high.

8) Q. What is the transition period for phase-in activities?

   A. Thirty days.

9) Q. Would the Government consider additional Section L requirements for transition and quality proposal responses?

   A. The Government feels past performance and cost are the only evaluation factors needed to assess the best value in meeting the Government's needs.

10) Q. Would the Government consider site visits to all bases?

   A. The Government feels that site visits to Peterson (requires a majority of the major functions required), Schriever (as a satellite to Peterson), and F.E. Warren (missile base) will provide a potential offer a fair representation of the support required under the contract. Financial, we do not have the ability to go to each base, however, we are looking into other options to provide information about the bases we will not be visiting.

11) Q. Section 3 - There is no workload data for AFSPC for LSC; will it be provided? Can you provide M-32s from each base for the month of Sep for the previous three years?

   A. All workload data captured for the Logistics Supply Center is located in the Performance Work Statement, Section 3, paragraph 1.5.1.

12) Q. Section 3, Para 1.5.2, Mobility Bags Maintained - How many bags are issued and/or retuned monthly? Section 3, Para 1.5.2, IBA Maintained - How many IBAs are issued and/or returned monthly? Section 3, Para 1.5.2, Weapons Maintained -

How many weapons are issued and/or returned monthly? How many weapons accounts are at each base? Section 3, Para 1.5.2, HAZMART Items - What are the number of HAZMAT items stored, issued, received, and turned in at each authorized location?

A. The basic answer is it depends on circumstances. The following are just estimates.

Peterson:
Hazmart Issues monthly PAFB and CMAS = 154
Schriever = 65

Schriever: Average 10 per month. Average 10 per month. Schriever weapons are not maintained by the contractor. Schriever HAZMART receives about 150 items, issues out about 100, and process about 340 turn-ins a month. The HAZMART currently has 79 line items on hand (total qty 566)

Buckley: 15 MOBAGS issued and or returned per month. 7 IBA/SAPIs issued and or returned per month. 12 Weapons issued and or returned per month. 460 LRS is responsible for one Equipment Account that includes all units except for SFS. Acct # 212MK. HAZMART: Monthly consumption: 9611 Lbs. (This number fluctuates because of seasonal changes). HM turned in as waste per month: 274 Lbs (Expired shelf life or unused)

FE: Mobility Bags maintained----Varies due to AEF Taskings at installation, IBA's maintained---same as above, HAZMART Items---information on storage located in Section 3 under work load estimates, C-Bags are issued, maintained, and tracked by contractor. A and B Bags maintained within organizations but monitored by contractor through MICAS.

Malmstrom: 30 MOBAGS issued and or returned per month.
2 IBA/SAPIs issued and or returned per month
100 Weapons issued and or returned per month. 15 weapon accounts except for SFS.
Hazmart items 370 stored, 361 issued, 26 items received.

Vandenberg: Can't specify quantity because it depends on how many personnel are tasked to deploy with MOBAGS. Generally, bags are provided in the AOR.. Same answer for IBA/SAPIs. So far, we've only issued 12 weapons and 11 have been returned. Currently, there are 20 weapons accounts; however, we expect by the end of May 07 there will only be 3 accounts on VAFB – LRS, SFS and CES. Contractor will only be responsible for LRS IAW SOW. The VAFB HAZMART has 379 SBSS line items with warehouse locations. Average 122 issues, 115 receipts, and 2 turn-ins per month through the SBSS. Free issue has 1086 line items, and averages 322 containers turned in & 124 containers issued per month. The HAZMART clears (depletes/deletes) approximately 3448 bar codes from EnTrack monthly.

13) Q. Section 10, Chapter 1, Para 1.3, Vandenberg Possessory Interest Tax - Will this potential requirement be clarified?

A. The County of Santa Barbara, California, tax the use of government facilities. The contractor is responsible for paying this tax, then through the cost reimbursable clin, the contractor is reimbursed those costs. The Government will plug a number into Section B, it will not have to be proposed.

14) Q. What is the purpose of the chart on page 5, relative to this section?

A. The matrix is a snapshot of which bases operate which System Designators.

15) Q. Will the government provide a copy of the current QPP?

A. No, the current QPP belongs to the current Contractor.

16) Q. Is the QPP a single document for all installations, or does each installation have a separate QPP?

A. Whether a single QPP is developed for the entire contract, or one QPP for each organization supported, is solely a decision by the offeror to make. The Industry standard appears to be one QPP for the entire contract.

17) Q. Why no requirement for QPP for Patrick or LA AFB?

A. There are not performance requirements at Patrick and LA AFB. These two installations are apart of this contract through the Logistics Support Center, Section 2, chapter 2 of the PWS. Patrick and LA are included in the scope of this contract for base level logistics functions should they need to use this contract in the future.

18) Q. Will the government provide copies of all existing LSC procedures supplements?

A. The Logistics Support Center procedures supplement, AFSPCI 23-112, will be included in the bidders library.

19) Q. Request clarification of phrase "2.1.2.1. Operate and maintain automated data systems" – is this intended to be operation of the systems, and maintenance of the data within the systems, or does it include network/hardware maintenance as well?

A. Operate the system and maintain data within.

20) Q. Request definition of SRD. Is this a typo for SDR (Supply Difficulty Report) (ref pg 14 para 2.1.4.11, SDR)

A. Standard Reporting Designator (3 – position alpha/numeric code) Identifies the type of aircraft, major end item, or system.

21) Q. Workload estimates provided in cited pages contain only a portion of the effort noted throughout the PWS. How/where does the Government wish the additional effort to be costed? Recommend Section B capture all significant services for pricing accuracy. Providing traceability from each workload indicator to the applicable PWS paragraph or requirement would greatly improve pricing accuracy and completeness.

A. The Government feels that the workload data provided is very accurate and covers all support required. What portions of the effort do you see as missing?

22) Q. Reference table for Service Summary in Section 4 does not appear to capture all PWS quantified performance objectives. Are those listed in the table more important than those not listed? Example: Pg 26, para 4.1.4.7 specifies HAZMAT on-time delivery at 99%. Other performance standards are called out in the PWS, yet not captured in Section 4 Service Summary.

A. All quantified performance objectives stated throughout the PWS are important. To meet all PWS requirements, all quantified performance objectives must be achieved. The items listed in the Service Summary are the performance objectives the government has identified as the most critical performance objectives the contractor must achieve to ensure significant failure does not occur.

23) Q. Request clarification of paragraph 3.1.9.1. "Store, issue, and manage mobility bags/gas masks and associated mobility bag/gas mask assets except, when the using activity agrees to store their own." If using activity agrees to store their own MOBAGS, is the contractor still responsible for issuing and managing?

A. No, contractor will only be responsible for MOBAGS they store and manage. However, if organization stores their own MOBAGS the contractor is responsible for MICAS reporting.

24) Q. Reference sentence: "Keep licenses, permits, physicals, training, etc required by federal, state, and/or local regulations current when pertaining to handling of hazardous materials." Is the intent of this sentence meant to apply only for contractor personnel? If not, please clarify.

A. Applies to Contractor personnel only.

25) Q. Request clarification of sentence: "Keep Colorado-secured license plates current." For which vehicles?

A. Executive lease vehicles as well as protocol vehicles that may be identified as a government vehicle while transporting dignitaries and such, where heightened security is needed.

26) Q. Reference sentences that begin: "The contractor shall: Provide JP8 Aviation fuel, Ground fuels, and Liquid Oxygen (LOX) to all assigned and tenant units…" As written, the contractor would be responsible for purchasing and making available (at contractor's expense) JP8, fuels, LOX, etc. If this is not the intent, request rewording.

A. The PWS will be changed to: The contractor shall: Forecast, order, receive, store, issue, account for, and sample/test Aviation fuel, ground fuel and Liquid Oxygen, procured by Defense Energy Support Center (DESC), for all assigned and tenant units !AW DoD 4140.25M and AFI 23-201, AFSPC Sup 1, Chapters 1, 2, 4, 5, and 6.

27) Q. Reference sentence: "Process classified cargo" Recommend clarifying highest level of classification that will be processed.

A. The highest level of classifies cargo to be processed is Secret.

28) Q. Request clarification of what the contract requirements will be in the event cargo security screening determines an item to be suspicious or unsafe.

A. There is a local operation instruction that identifies what actions are taken if a suspicious package, suspected bomb, object, or powder/liquid is identified. The Operating Instruction will be made available in the bidders library and incorporated in the PWS.

29) Q. Chapter 14 Real World Events . . .Are all items under "14.1 General" applicable to all locations? Patrick AFB and Los Angeles AFB are not covered in the MSLSC Service Requirements table in Section 2.

A. No. Chapter 14 is applicable to all bases except Patrick AFB and Los Angles AFB. Again, base level logistics support at Patrick AFB and Los Angles AFB are provided under separate contracts.

30) Q. Paragraph 16.1.8. Reserve Training lists significant types of training required. Request AF provide data on desired/required course frequency, # of attendees, course durations, etc.

A. We do not have this data yet.

31) Q. When the final RFP is released, will the Government complete the minimum and maximum amounts on pages 66 through 72 from the DRFP?

A. Those items are for cost reimbursable clins and the labor hour clins. Once those numbers are plugged, the values will populate.

32) Q. Patrick AFB is mentioned in the description of CLIN 0003 and in Section G-2, but it is not listed in Section F-2 (Place of Performance). Please clarify this omission.

A. No performance is required at Patrick AFB. All base level logistics functions at Patrick are covered on a contract at Patrick. However, section F and G are being amended to clarify that Patrick may be a place of performance in the future should the base level requirements at Patrick move to this contract..

33) Q. Los Angeles AFB is mentioned in the description of CLIN 0007 and in Section G-2, but it is not listed in Section F-2 (Place of Performance). Please clarify this omission.

A. No performance is required at Los Angeles AFB. All base level logistics functions at Patrick are covered on a contract at Los Angeles AFB. However, section F and G are being amended to clarify that Los Angeles AFB may be a place of performance in the future should the base level requirements at Los Angeles AFB move to this contract..

34) Q. Sections F-1 and H-1 mention that performance shall be detailed on individual task orders placed against the basic contract. Does this typical ID/IQ feature apply only to cost reimbursement and Labor Hour CLINs?

A. All possible locations where contract performance is required is detailed on the draft RFP. Individual task orders issued by the authorized organizations will contain one of those location. Task orders issued by each authorized organization will contain the appropriate fixed priced clins for that organization, with the appropriate cost and labor hour clins identified for that organization. From the section B, you will notice that the clins are identified by the organization they apply to. That organization will only order from the clins that are identified for that organization. While it does not have to be on one task order, it is highly likely that each organization will only have one task order per period of performance for that organization. If all options are exercised, then most likely, each organization will have issued a total of five orders over the course of the contract.

35) Q. In Section F, the contract phase-in period is for 30 days (September 1, 2007 though September 30, 2007). However, in DRFP PWS Section 8 (Contractor

Mobilization/Changeover), Paragraph 1.7.1, the phase-in period appears to be a 60 day period. Please clarify which is correct.

A. 30 Days

36) Q. In Section L, Paragraph L.5(b)(3), we understand the Government will provide baseline cost amounts for cost-reimbursable CLINs for Supplies and Materials, Travel and Training. Will the Government also provide an estimated cost amount for offerors to insert for price evaluation purposes for CLIN 0046 (annual Santa Barbara County Possessory Tax Levy)?

A. Yes

37) Q. In Section L, Paragraph L.5(b)(3), for proposal purposes, should offerors assume that the Government established amounts include their individual material handling or G&A indirect cost burden (without profit/fee), or will offerors be instructed in the final RFP to add their indirect expense loading factors to the Government established amounts?

A. The Government will load baseline amounts, and the contractor will bill for any G&A expenses on the invoices. Contractors will not bid their indirect rates at final proposal.

38) Q. In Section L, Paragraph L-4, 3.a.(1). It is mentioned that the original and one copy of Volumes I, II and III shall be two-hole punched, yet also requires identification on spine. Will the two-hole punch be in addition to the standard three-hole punch on the left margin?

A. The original and one copy to be two holed punched does not need to be submitted in a binder. All copies other than the original plus one do need to be submitted in a three hole binder, with identification on the cover and spine.

39) Q. In Section L, Paragraph L-4, 5.a. The following Attachments were not included in the Draft: L-3, Relevancy Matrix, L-4 Present/Past Performance Information Sheets, and L-5 Questionnaires.

A. Those documents are not ready to be released in draft. We will do so when ready.

40) Q. Is the Government amenable to having a centralized Quality Manager with the Supply/Procedures, Transportation, and Fuels inspectors reporting directly to him/her with a dotted line to the Program Manager?

A. As this is a performance based contract, the Government is not in a position to address how an offeror decides to set up their management function.

41) Q. Who currently pays for the fleet of GSA vehicles, the contractor or the Government?

A. The Government.

42) Q. How many vehicles on this contract belong to the incumbent versus the Government?

A. There are currently 96 government vehicles, 94 are GSA leased and 2 are government registered vehicles. The incumbent owns/provides 1 mobile maintenance trunk. The incumbent tells me they also have 6 in base supply for a total of 7.

43) Q. What areas in these contracts have been regionalized? How much residual work is left at the installation?

A. The only regionalized function on this contract is the Logistics Support Center. Peterson, Schriever, Buckley, F.E. Warren, Malmstrom, and Vandenberg AFBs all have major base level requirements identified in the PWS. The areas that are regionalized are Equipment Management, Stock Control, Records Maintenance, Computer Operations and MICAP. The residual work left at the base is identified under the base supply section of the PWS, the work load factors and AFSPCI23-112.

44) Q. Section 4, Service Summary, #4, the Government indicates the contractor must maintain an overall stockage effectiveness rate of 80% or above. While loading special levels, working rejects, performing follow-up and sending supply assistance letters are within the Contractor's control, availability of stock at the depot is not. Would the Government consider changing this Service Summary to reflect activities the contractor can perform?

A. Even though there are aspects of stockage effectiveness that the contract does not control, this is taken into consideration when ever the particular standard is not met.

45) Q. SOW paragraph 5.1.4, and 5.1.4.1 Vehicle Operations - does the incumbent currently own these vehicles? If not, are they GSA leased vehicles?

A. No. The vehicles are GSA leases with the exception of 1 40 ft trailer and 1 10k forklift (these 2 will be offered as GFV for reacquisition)

46) Q. SOW paragraph 5.1.4.7, Vehicle Operations - Is there a current contract in place to repair washing facility and equipment?

A. No. Maintenance of the facility is requested as needed.

47) Q. SOW, Chapter 6, Fuels Management, Para 6.1.3 refers to AFSPC Supplement 1..."Perform duties of a Fuels Management Team IAW..." What are the duties?

A. Duties:

- Manage the requisition, receipt, storage, issue, quality, accounting of petroleum fuels, and the requisition and accounting of missile propellants
- Manage fuel servicing and cryogenic operations and ensure compliance with the aircraft servicing priority listing
- Maintain prepositioned war reserve stocks (PWRS) and develop emergency fuel support plans
- Validate all operational, contingency/exercise and base support plans requiring fuel support, when required by the unit mission
- Establish and coordinate equipment and facility minimum essential levels with Refueling maintenance and Liquid Fuels Maintenance

48) Q. SOW, Chapter 6, Fuels Management, Para 6.1.5, "Establish the BSM-E Workgroup Manager function IAW AFSPC Supplement 1...Can the Government provide the content of paragraph 5.2.2 of Supplement 1?

A. The BSM-E Workgroup Manager function:

- Performs backup of flight systems and vital databases. Ensures data backups are performed as required on all pertinent system files. This may be accomplished by the Resource Control Center as part of the nightly closeout process
- Develops a data file and database backup routine IAW DOD 4140.25-MP and DESC Interim Policy and Procedural Guidance published at **http://www.desc.dla.mil/**:
- Maintain backup media in accordance with AFPD 37-1, Information Management and AFMAN 37-123, Management of Records and disposed of in accordance with the RDS located at **https://webrims.amc.af.mil**. Backup media should not be stored in the immediate vicinity of the data server.
- Establishes an operational iser's guide library. Maintain and provide access to current versions of the Fuels Automated System(FAS) Enterprise Server (FES) User's guide, Fuels Manager User Guide, Automated Data Collection (ADC) User guide, Automated Fuels Service Station (AFSS)/Mobile Automated Fuels Service

Station (MAFSS) User Guide and applicable Automated Tank Gauging (ATG) Operational Manuals/Guides

- Ensures system changes and program releases are accomplished as directed
- When responsible for an Automated Data Processing Equipment (ADPE) account, maintains current appointment letter and conducts annual inventory reviews IAW local directives
- Serves as the focal point for all AF Form 3215's, IT/NSS Requirements Document, submitted by Fuels Management
- Conducts training for newly assigned personnel on the proper use of computers, to include computer security, use of E-Mail, Internet, and locally used programs
- Maintains a continuity book containing at a minimum : ADPE appointment letters, recent inventory listing, network layout, justification letters and other pertinent information

49) Q. SOW, Chapter 6, Fuels Management, Para 6.1.15. The Government states the contractor is to maintain Emergency Power Capability. Is the contractor expected to maintain an existing generator or expected to purchase a generator? Please explain.

A. The contractor coordinates with the on-base Civil Engineer Squadron to ensure that Emergency Backup Power Generators are provided for the fuels facilities. The contractor is not expected to maintain any generators or purchase any generators. The contractor is expected to ensure that need for backup power is made known to the Civil Engineer.

50) Q. Reference PWS paragraph 5.1.1. "Provide fleet management, operations, maintenance, security and services for the Peterson Complex includes Peterson AFB, Schriever AFB and Cheyenne Mountain."
**Comment/Question** – Currently, providing security at SAFB and CMAFS is limited to securing the vehicles within the confines of the installation. It is our recommendation that the PWS be amended to reflect this.

A. Agree. Recommend adding the following sentence to para 5.1.1. "Contractor's responsibility to provide security at Schriever AFB and Cheyenne Mountain is limited to securing any unattended contractor operated vehicles within the confines of the installation."

51) Q. Reference PWS paragraph 5.1.2.2. "Provide all parts and supplies required to maintain the Air Force-owned vehicle fleet."

**Comment/Question** – Will the contractor be able to request parts support through the SBSS for military unique vehicles and for items; e.g. re-refined oil, P-23 tires etc. that are not available through commercial sources.

**A.** Yes. Recommend adding the following back into para 5.1.2.2. "The SBSS may be used to procure parts and supplies that cannot be obtained through commercial sources."

52) Q. Reference PWS paragraph 5.1.2.3. "Provide Mobile Maintenance service for the Peterson Complex. The contractor will provide mobile maintenance vehicle and equipment. The contractor will be enroute to service disabled priority vehicles within 15 minutes during normal duty hours and within 90 minutes after normal duty hours. Priority vehicles include: emergency response vehicles (Fire Trucks, K-9 vehicles), snow removal equipment (during snow season) or any incapacitated vehicle on an active runway/taxiway/street causing a traffic hazard. The contractor shall recover disabled vehicles."
**Comment/Question** – The contractor is being required to provide the mobile maintenance vehicle **and equipment** (truck mounted air compressor, generator etc.), and provide service for the Peterson Complex within **15** minutes during normal duty hours and **90** minutes after normal duty hours. It is our recommendation that the **15** minute response be changed to **30-45** minutes for SAFB and CMAFS.

A. The PWS paragraph does not state a 15 minute response time. It states that the contractor must be enroute within 15 minutes of notification.

Q. If the contractor is required to furnish a wrecker, we recommend that the PWS be amended to allow the contractor to use commercial wrecker services. **Note** – There is no workload data for wrecker services in Section 3, Workload Estimates. Last year 9 GOV and 73 GSA vehicles required wrecker services. The cost for the GOVs was reimbursable because there was no wrecker assigned. Some of the GSA costs were billed back to the unit due to negligence.

**A.** The PWS states that the contractor shall recover disabled vehicles. It does not address how this is to be done. Since the contractor will be providing all vehicles required to support the requirements, it is up to them if the want to procure a wrecker or use commercial wrecker services. However, there will be no reimbursements made for recovery of vehicles. The GSA bill backs are to be paid by the owning unit, not the contractor. We could add a line to the workload factors for Wrecker service – approx. 8 per year if you think it is necessary.

53) Q. Reference PWS paragraph 5.1.2.4. "Provide discrepancy validation inspection(s) for GSA fleet users to determine validity of operator-reported

discrepancies (user will deliver vehicle(s) to Vehicle Maintenance). Deliver vehicle(s) to the GSA-appointed service/repair facility if noted discrepancies are valid and inform facility of repair requirements. When notified by service facility, recover the vehicle and notify using organization that vehicle is ready for pickup."
**Comment/Question** – Who is responsible for pick-up/delivery of vehicles to the GSA facilities in Denver? Please clarify.

A. Recommend adding the following sentence – "The contractor shall be responsible for the pick-up/delivery of vehicles from/to the GSA facility in Denver as well as issuing the vehicle(s) to the appropriate unit VCO."

**54)** Q. Reference PWS paragraph 5.1.2.5. "Service and/or repair snow removal and deicing vehicles and equipment so assets are operational NLT 1 Sep."
**Comment/Question** – It is our recommendation that a turn-in date of NLT 1 Jun be established.

**A.** The contractor will establish the timeline for the summer rebuild program to meet this requirement. The PWS is not intended to tell them how to accomplish the task.

55) Q. Reference PWS paragraph 5.1.2.6. "The Government will reimburse the contractor for cost incurred from Accidents and Abuses."
**Comment/Question** – Will The Government view glass replacements as accidents or abuses, or should **incidents** also be added to this paragraph? GSA does not absorb the costs for glass replacement, regardless of how the damage occurs.

A. No, incidents are not to be included in this and will not be a reimbursable expense. GSA has there own procedures and we do not control what they bill back to the users of vehicles.

56) Q. Reference PWS paragraph 5.1.4. "Contractor will provide all vehicles and equipment necessary to support movement of passengers and/or cargo as scheduled or requested 24 hours a day, 7 days a week IAW AFI 24-301, chapter 3. Maintain historical data IAW Paragraph 5.1.3.1."
**Comment/Question** – A 40' Trailer is being furnished as a Government Furnished Vehicle (GFV) in Section 3, Paragraph 1.5.7. Will a 10K AT Forklift authorization and asset remain in Vehicle Dispatch Operations as a GFV?

A. The cited reference, Section 3, Para 1.5.7., references vehicles requiring scheduled maintenance via mobile maintenance (away from the shop), not GFV. However, yes, the current government owned 40' Trailer and 10K 463L Forklift

will be turned over as GFV. These will be added to Section 10, Chapter 3, Para 3.1.2. of the PWS as GFV.

Q. There are options for a contractor providing all vehicles and equipment necessary to support movement of passengers and/or cargo. These include: (1) Continuing to lease vehicles through GSA; (2) Lease vehicles from another commercial source; (3) Purchase the required number and types of vehicles required for use on the contract; and (4) A practical mix of options 1, 2 and 3.

A. True

57) Q. Reference PWS paragraph 5.1.4.3. "Operate an aircrew taxi service for military flights landing at Peterson AFB and Colorado Springs Airport. Contractor will respond within 10 minutes of notification from Base Operations of aircraft landing at PAFB and within 30 minutes for Colorado Springs Airport. Contractor will pick up departing aircrews at the agreed upon time. The contractor will input data for this service in the OLVIMS-Dispatch Module." **Comment/Question** – What is meant by providing aircrew taxi service to the COS airport? Is this only to the contracted military parking area or the entire airport?

A. Base Operations only requests aircrew taxi service from the contracted military parking area at the Jet Center.

58) Q. Reference PWS paragraph 5.1.4.7. "Manage and maintain the vehicle washing facility/equipment at Building 1229 in a clean and operable condition. Contractor shall furnish all soaps and cleaning supplies. If or when the unit is inoperable, the contractor shall notify the FD/FC immediately for approval to coordinate repair actions."
**Comment/Question** – Cost estimate of $250.00 per month (Section 3, paragraph 1.5.6) for operation of the wash racks is low. We have documentation that shows the monthly average cost to be $842.00.

A. The $250.00 estimate is based on soap, brushes, hoses, etc. provided to base units for cleaning vehicles, not for cleaning supplies used solely by vehicle operations flight on their vehicles.

59) Q. Reference PWS paragraph 14.1.7. "Participate in base level exercises. Contractor personnel are required to retain one contractor employee in each of the following work areas in case a real world emergency should occur during the exercise: Demand Processing, Pick-up and Delivery, Receiving, Small

Computers, Resource Control Center, Fuels Operations, Refueling operators and Vehicle Dispatch."
**Comment/Question** – Is it an oversight that MICAP is not included in this list? Please verify/clarify.

A. Two points, base level exercises do not apply to the LSC. Plus, MICAP is a 24/7 operation so any base level support required would be provided during normal base level operations and exercises.

60) Q. The current contract is valued at approximately $79M. Will there be $79M worth the work associated with the new contract?

A. With an IDIQ contract, the minimum guarantee is all that is promised. Furthermore, with option contracts, there is no guarantee that the any or all of the options will be exercised. The current financial situation throughout the DoD is such that funding shortages are possible. However, contract support is required to maintain the Logistic functions at six bases and HQ AFSPC. Only a few requirements have changed from the current contract.

61) Q. Is the contract still on schedule with 1 Oct 07 start date with a 30-day transition period?

A. Yes.

62) Q. The latest information on the contract performance period is seven to ten years with a base period of two to three years, with one or two year option periods. Has there been a final determination on the contract performance period? If so, what is it?

A. The contract will be a one year base period, with four one year option periods.

63) Q. What are the customers likes or dislikes as it relates to the execution of the current contract?

A. The contractor is performing satisfactorily.

64) Q. Is the customer anticipating keeping the incumbents? Why or Why not?

A. We are conducting a Best Value Source Selection, based on the evaluation factors stated in Section M of the solicitation. The award will go to the contractor who provides the best value based on those evaluation factors.

65) Q. How does an offeror obtain all public record information for the current contract?

A. We published all public documents concerning the current contract to FedBizOps, via FedTeds.

66) Q. Who does the customer believe are the top three prime contractors for the acquisition?

A. The Government does not have an opinion on this.

67) Q. Other than the acquisition strategy what are the differences between the current and proposed contract?

A. The current contract is a standard "C" type where by the services are provided at a fixed cost, managed centrally by 21CONS at Peterson AFB.. The new contract will be an IDIQ contract by which the Government will issue task orders for the amount of services required. The new contract will be decentralized allowing for the authorized bases to issue and manage their specific task orders.

**General Information:**

Document Type: Pre-Solicitation Notice
Solicitation Number: FA2517-06-R-6003
Posted Date: 23 March 2007
Original Response Date: NA
Current Response Date: NA
Original Archive Date: NA
Current Archive Date: NA
Classification Code: R- Professional, administrative, and management support services
Set-Aside: Total Small Business
Naics Code: 561210 – Facilities Support Services

**Contracting Office Address:**

Department of the Air Force, Air Force Space Command, 21CONS (Bldg 350), Base Support Flight 135 Dover Street, Suite 1055, Peterson AFB, CO, 80914-1200

**Description:**

Multi-Wing Logistics Support Contract. The 21st Space Wing intends to solicit competitive proposals to provide logistics support services at Peterson AFB, Schriever AFB, Buckley AFB, F.E.Warren AFB, Malmstrom AFB, and Vandenberg AFB. Multi-Wing Logistics Support Services include the following: Logistics Support Center Services, Base Supply Services, HAZMART services, Vehicle Maintenance Services, Vehicle Operations Services, Fuels Management Services, Cargo Movement Services, Cargo Screening Services, Fuels Refueler Vehicle Maintenance for R-11 Fuel Refuelers, Missile Maintenance Materiel Control Services, CE Self Help Store Services, CE Materiel Control Services, and 576th Materiel Control Services. Secret facility clearance will be required in the performance of this work. An Indefinite Delivery Indefinite Quantity contract with Firm-Fixed-Price Contract Line Item Numbers (CLINs) and Cost Reimbursement CLINS are contemplated. The applicable North American Industrial Classification System (NAICS) Code is 561210 and $32.5M, respectively. Multiple awards are not anticipated. Planned contract performance is 1 Oct 07 through 30 Sep 08 with 4 one-year options, and a one month phase-in period, from 1 Sep 07 to 30 Sep 07. Information concerning this solicitation has been incrementally released and posted to Federal Business Opportunities (FedBizOpps) http://www.fedbizopps.gov/. Technical Data is/will be available in FedTeds, link is available in FedBizOpps posting. Release of the RFP is anticipated within the next 30 days, with proposals due 30 days after release. A Pre-Proposal Conference and Site Visits will be conducted a week or so after release of the RFP. All responsible sources may submit an offer which will be considered by the 21st Space Wing, however, due to the security requirements, foreign contactor participation is not permitted.

**Current Point of Contact:**

tabbies
EXHIBIT
2

Addie Alexander, Contracting Officer, Phone (719) 556-7506, Email **addie.alexander@peterson.af.mil** – Jeremy Lubbert, Contracting Specialist, Phone (719) 556-9382, Email **Jeremy.lubbert@peterson.af.mil**

**Place of Performance:**

Peterson AFB, HQAFSPC/A4/A6
150 VANDENBERG ST
STE 1105
PETERSON AFB CO 80914

Peterson AFB, 21 LRS
665 W ENT AVE
PETERSON AFB CO 80914

Vandenberg AFB, 30 LRSD
306 8TH ST STE D BLDG 8339
VANDENBERG AFB CA 93437

Schriever AFB, 50 LRS
300 O MALLEY AVE RM 330
SCHRIEVER AFB CO 80912

F.E. Warren AFB, 90LRS/LGRM
7100 SABER RD BLDG 1284
F.E. WARREN AFB WY 82005-
2663

Malmstrom AFB, 341 LRS/LGRM
5 80TH ST N BLDG 400
MALMSTROM AFB MT 59402

Buckley AFB, 460 LRS
75 S WOLF CREEK ST MS 57
BLDG 940, BUCKLEY AFB CO
80011 9527

# MULTI-WING LOGISTICS SUPPORT CONTRACT (MWLSC)

## PERFORMANCE WORK STATEMENT (PWS)

FOR

AIR FORCE SPACE COMMAND (AFSPC)
21ST SPACE WING LOGISTICS READINESS SQUADRON
30TH SPACE WING LOGISTICS READINESS SQUADRON
50TH SPACE WING LOGISTICS READINESS FLIGHT
90TH SPACE WING LOGISTICS READINESS SQUADRON
341ST SPACE WING LOGISTICS READINESS SQUADRON
460TH SPACE WING LOGISTICS READINESS SQUADRON

12 APRIL 2007

U.S. AIR FORCE

AIR FORCE SPACE COMMAND

STRENGTH AND PREPAREDNESS

30TH SPACE WING

MASTER OF SPACE

IMPAVIDE

341st SPACE WING

460TH SPACE WING

EXHIBIT 3

**MWLSA PERFORMANCE WORK STATEMENT (PWS)**

**TABLE OF CONTENTS**


| AREA | DESCRIPTION | PAGE |
|---|---|---|
| **SECTION 1** | **MWLSC OVERVIEW** | **4** |
| **SECTION 2** | **MWLSC SERVICE REQUIREMENTS** | **6** |
| CHAPTER 1 | QUALITY CONTROL | **8** |
| CHAPTER 2 | LOGISTICS SUPPORT CENTER (LSC) | **9** |
| CHAPTER 3 | BASE SUPPLY (FE WARREN AFB, MALMSTROM AFB, PETERSON AFB AND VANDENBERG AFB ONLY | **19** |
| CHAPTER 4 | HAZMART | **27** |
| CHAPTER 5 | VEHICLE MAINTENANCE & VEHICLE OPERATIONS (PETERSON AFB COMPLEX ONLY) | **30** |
| CHAPTER 6 | FUELS MANAGEMENT (BUCKLEY AFB, FE WARREN AFB, MALMSTROM AFB, PETERSON AFB AND VANDENBERG AFB ONLY) | **38** |
| CHAPTER 7 | CARGO MOVEMENT (PETERSON AFB ONLY) | **44** |
| CHAPTER 8 | CARGO SCREENING (SCHRIEVER AFB ONLY) | **50** |
| CHAPTER 9 | FUELS REFUELER VEHICLE MAINTENANCE for R-11's (FE WARREN AFB, MALMSTROM AFB AND VANDENBERG AFB ONLY) | **51** |
| CHAPTER 10 | MISSILE MAINTENANCE MATERIEL CONTROL (FE WARREN AFB AND MALMSTROM AFB ONLY) | **55** |
| CHAPTER 11 | CE SELF HELP STORE (FE WARREN AFB ONLY) | **57** |
| CHAPTER 12 | CE MATERIEL CONTROL (FE WARREN AFB ONLY) | **59** |
| CHAPTER 13 | 576th MATERIEL CONTROL (VANDENBERG AFB ONLY) | **61** |
| CHAPTER 14 | REAL WORLD EVENTS, DEPLOYMENTS, EXERCISES AND DISASTER PREPARDNESS | **62** |
| CHAPTER 15 | MISCELLANEOUS REQUIREMENTS | **65** |
| CHAPTER 16 | 302 AW ADDITIONAL REQUIREMENTS (PETERSON AFB ONLY) | **71** |
| **SECTION 3** | **WORKLOAD ESTIMATES** | **74** |
| **SECTION 4** | **SERVICE SUMMARY** | **84** |
| **SECTION 5** | **HOURS OF OPERATION** | **86** |
| **SECTION 6** | **TRAINING** | **89** |
| **SECTION 7** | **QUALIFICATIONS** | **90** |
| **SECTION 8** | **PHASE IN/PHASE OUT** | **92** |
| **SECTION 9** | **SECURITY, SAFETY AND ENVIRONMENTAL** | **93** |
| **SECTION 10** | **GOVERNMENT PROVIDED RESOURCES AND SERVICES** | **101** |

| | | |
|---|---|---|
| CHAPTER 1 | FACILITIES | **102** |
| CHAPTER 2 | GOVERNMENT FURNISHED EQUIPMENT | **105** |
| CHAPTER 3 | VEHICLES | **107** |
| CHAPTER 4 | GOVERNMENT PROVIDED SERVICES | **110** |
| CHAPTER 5 | GOVERNMENT FURNISHED PROPERTY | **114** |
| **APPENDIX 1** | **PUBLICATIONS AND FORMS** | **115** |
| **APPENDIX 2** | **ACRONYMS AND DEFINITIONS** | **116** |

# SECTION 1
# MWLSC OVERVIEW

**1.1. Scope.** The Multi-Wing Logistics Support Contract supports logistic functions located at:

**1.1.1.** 460 SW/Buckley AFB CO

**1.1.2.** 90 SW/FE Warren AFB WY

**1.1.3.** 341 SW/Malmstrom AFB MT,

**1.1.4.** 21 SW/Peterson AFB CO and associated Geographically Separated Units (GSUs)

**1.1.5.** 50 SW/Schriever AFB CO and associated GSU's

**1.1.6.** 30 SW/Vandenberg AFB CA

**1.1.7.** Patrick AFB FL and Los Angeles AFB CA are included in the scope of this contract should the support detailed in Section 2 of this Performance Work Statement be required at those locations. Minot AFB, ND is included in the scope of this contract should the support detailed in Section 2, Chapter 10 of this PWS be required at this location. Cost/Price negotiations will take place at the time the need for these services in either of these locations is identified.

**1.2. Scope of Work.** The contractor shall:

**1.2.1.** Except for items, equipment, vehicles and services specified in Section 10 of this PWS as government-furnished property or services, provide all personnel, supervision, transportation, items and services necessary to perform the logistics functions at the sites/locations identified in paragraph 1.1. Applicability of these functions to each base/installation is defined in Section 2, paragraph 1.2. Compliance with All federal, state, and local laws and regulations

**1.3. System Designators (SD). The following table identifies the Base Supply SDs.**

| SITE / SYSTEM DESIGNATOR | Buckley AFB | FE Warren AFB | Los Angeles AFS | Malmstrom AFB | Patrick AFB | Peterson AFB | Schriever AFB | Vandenberg AFB |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **SD 01 Base Operating Support** | | X | | X | | X | | X |
| **SD A2 Hardened Intercontinental Cable System (HICS)** | | X | | | | | | |
| **SD A1 Montana Air National Guard** | | | | X | | | | |
| **SD A4 Mission Support Base Supply (MSBS)** | | | | | | X | | |
| **SD A8 Thule AB, GL (Equipment Only)** | | | | | | X | | |
| **SD A9 Air Force Satellite Control Network (AFSCN)** | | | | | | X | | |
| **SD A1 Fresno ANG** | | | | | | | | X |
| **SD A2 Moffett Air Station** | | | | | | | | X |
| **SD A3 Channel Islands ANG** | | | | | | | | X |

## SECTION 2
## MWLSC SERVICE REQUIREMENTS

**1.1. Mission.** Provide worldwide logistics support to the war fighter ensuring resources for total combat readiness.

**1.2. Requirement.** Unless otherwise specified, the stated requirements in Section 2 pertain to all sites. Inclusions or exclusions will be clearly stated in individual PWS chapters.

### PWS SERVICE REQUIREMENTS

| FUNCTION \ SITE | AFSPC | Buckley AFB | FE Warren AFB | Los Angeles AFS | Malmstrom AFB | Patrick AFB | Peterson AFB | Schriever AFB | Vandenberg AFB |
|---|---|---|---|---|---|---|---|---|---|
| Quality Control – Section 2 Chapter 1 | X | X | X | | X | | X | X | X |
| Logistics Support Center – Section 2 Chapter 2 | X | X | X | X | X | X | X | X | X |
| Base Supply – Section 2 Chapter 3 | | | X | | X | | X | | X |
| HAZMART – Section 2 Chapter 4 | | X | X | | X | | X | X | X |
| Vehicle Maintenance – Section 2 Chapter 5 | | | | | | | X | | |
| Vehicle Operations – Section 2 Chapter 5 | | | | | | | X | | |
| Fuels Management – Section 2 Chapter 6 | | X | X | | X | | X | | X |
| Cargo Movement – Section 2 Chapter 7 | | | | | | | X | | |
| Cargo Screening – Section 2 Chapter 8 | | | | | | | | X | |
| Fuels Refueler Vehicle Maintenance for R-11's – Section 2 Chapter 9 | | | X | | X | | | | X |
| Missile Maintenance Materiel Control – Section 2 Chapter 10 | | | X | | X | | | | |
| CE Self Help Store – Section 2 Chapter 11 | | | X | | | | | | |
| CE Materiel Control – Section 2 Chapter 12 | | | X | | | | | | |
| 576th Materiel Control – Section 2 Chapter 13 | | | | | | | | | X |
| Real World Events, Deployments, Exercises | X | X | X | | X | | X | X | X |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **and Disaster Preparedness – Section 2 Chapter 14** | | | | | | | | | |
| **Miscellaneous Requirements – Section 2 Chapter 15** | X | X | X | | X | | X | X | X |
| **302 AW Additional Requirements – Section 2 Chapter 16** | | | | | | | X | | |

# CHAPTER 15
# MISCELLANEOUS REQUIREMENTS

**15.1. General.** The Contractor shall:

**15.1.1. Submit Price Information Reports.** The contractor shall prepare and submit Price Information Reports detailing prices for each service listed for base/organization and functional area as detailed below. The reports will be submitted to the respective Functional Directors, or other noted Quality Assurance Personnel, the names of which will be provided in a memorandum following contract award. The first submission of these reports will be no later than one month following the performance start date of the contract. Further submissions of the reports are due on the 1st of October of each option period exercised. The price information shall be reported for the current period of performance as detailed in the basic contract.

**15.1.1.1. Required Information.** The Price Information Reports shall contain a breakdown of the following price information for each of the services listed under the functional areas below: Number of Full Time Equivalents (FTEs), Labor Categories, and Monthly Price. **Format:** Contractor's discretion.

**15.2. Bases, Functional Areas, and Reported Services:**

**15.2.1. Buckley AFB.**

**15.2.1.2. Base Supply Support Functions:** War Readiness Services, Fuels Management Services, and HAZMART Services.

**15.2.2. FE Warren AFB.**

**15.2.2.1. Base Supply Support Functions:** Document Control Services, Inventory Services, Customer Service Services, Computer Operations Services, Pick-up & Delivery Services, Receiving Services, Warehouse Operations Services, HAZMART Services, Mobility Services, Equipment Management Services, Supply Training Services, Bench Stock Services, Inspection Services, Storage and Issue Services, MICAPS Services, and Fuels Management/Fuels Refueler Vehicle Maintenance Services.

**15.2.2.2. CE and Missile Material Services:** CE Self-Help Center Services, CE Material Acquisition Services, and Missile Material Control Services.

**15.2.3. Logistics Support Center (Equipment Management, MICAP, Computer Operations, Records Maintenance, Stock Control) services for:** Malmstrom AFB, Peterson AFB, Los Angeles AFB, Patrick AFB, FE Warren AFB, and Vandenberg AFB.

**15.2.4. Malmstrom AFB.**

**15.2.4.1. Base Supply Support Functions:** Procedures & Accountability Services, Document Control Services, Training & Base Level Resources Services, Customer Service Services, Bench Stock Support Services, War Readiness Services, Inspection Services, Receiving Services, Pick-Up & Delivery Services, Storage Services, HAZMART Services, Inventory Services, Computer Operations/Computer Management Services, Equipment Management Services, Refueler Maintenance Services, Fuels Laboratory Services, Fuels Management Services, and Bulk Storage Systems Services.

**15.2.4.2. Missile Material Services:** Missile Material Control Services.

**15.2.5. Peterson AFB.**

**15.2.5.1. Base Supply Support Functions:** Procedures & Accountability Services, Document Control Services, Training & Base Level Resources Services, Customer Service Services, Bench Stock Support Services, War Readiness Services, Inspection Services, Receiving Services, Pick-Up & Delivery Services, Storage Services, HAZMART Services, Inventory Services, Computer Operations/Computer Management Services, Equipment Management Services, Fuels Laboratory Services, Fuels Management Services, Bulk Storage Systems Services, and Buckley AFB/Schriever AFB functions co-mingled into the Peterson AFB account.

**15.2.5.2. Vehicle Operations and Maintenance.**

**15.2.5.2.1. Vehicle Operations Services:** Vehicle Operations Management Services (broke out by Day Shift Services, Swing Shift Services, Mid Shift Services), Dispatch Services, UDI Support Services, Base Taxi Services, Aircrew Taxi Services, Shuttle Bus Services, Protocol Support Services, Senior Command Vehicle Servicing Services, Cargo Pick Up & Delivery Services, Vehicle Pick Up & Delivery Services, Contingency/Exercise Passenger and Cargo Movement Services

**15.2.5.2.2. Vehicle Maintenance Services:** Maintenance Management Services, Material Control Services, Parts Costs, Materials/Supplies, Vehicle Management & Analysis Services, Maintenance Control Services, Fleet Management Services, and Drivers Records/Licensing Services

**15.2.5.3. Cargo Movement:** Cargo Movement Services

**15.2.6. Schriever AFB.**

**15.2.6.1 Base Supply Support Functions:** War Readiness (Mobility Bag Management) Services, HAZMART Services, and SALF Warehousing Services

**15.2.6.2 Transportation:** Peterson AFB – Schriever AFB Shuttle Services, and Schriever AFB Restricted Area Shuttle Services.

**15.2.6.3 Cargo Screening:** Screening Services, and Delivery Services

**15.2.7. Vandenberg AFB.**

**15.2.7.1 Base Supply Support Functions:** Document Control Services, Inventory Services, Customer Service Services, Computer Operations Services, Pick-up & Delivery Services, Receiving Services, Warehouse Operations Services, HAZMART Services, Mobility Services, Equipment Management Services, Supply Training Services, Bench Stock Services, Inspection Services, Storage and Issue Services, MICAP Services, Fuels Management Services, Fuels Laboratory Services, Bulk Storage/ Service Station Inspection/Operation Services, Refueling Operations/Maintenance Services, RCC/Accounting Services, Refueler Maintenance Services

**15.2.7.2.** 576th Materiel Control Services

**15.3. Annual Financial Plan:** Provide inputs to FC/FD on additional/replacement equipment and supply purchases to be included in the annual financial plan.

**15.3.1. Defense Messaging System (DMS) Account**: Establish a Defense Messaging System (DMS) Account. Prepare Enterprise Messaging Organizational Account Creation and Deletion Request (EMOACR and EMOADR) letters and AFSPC Enterprise Messaging Management Letters (EMML).

**15.4. Functional Area Records Management (FARM)**

**15.4.1** Manage Government records IAW AFI 33-322, paragraphs 7, 8 and 9. Contractor shall obtain records management training from local Base Records manager.

**15.5 Electronic Records Management**

**15.5.1** Create and maintain electronic records IAW Air Force Electronic Records Management (ERM) solution guide, paragraphs 4.2, through 4.13, Table 4.1.

**15.6 Freedom of Information Act (FOIA)/Privacy Act (PA) requests**

**15.6.1** Forward requests to QAP.

**15.7. PA and For Official Use Only Material (FOUO)**

**15.7.1** Ensure Privacy Act material is protected IAW AFI 33-332, Chapter 7, and DOD 5400.7-R, Chapter 4.

**15.8 Air Force Records Information Management System (AFRIMS)**

**15.8.1** Use the web-based AFRIMS at https://afrims.amc.af.mil/ to manage and determine disposition of government records. The contractor shall notify wing records office to obtain disposition instructions for Government records meeting staging criteria IAW AFMAN 37-123, Chapter 2

**15.8.2** Ensure purchases of EPA-designated products contain recovered materials as recommended by the EPA at http://www.epa.gov/cpg/.

**15.9 Contractor Responsibilities for Identification/Base Decals**

**15.9.1** When contractor employees are working on Government Facilities, they shall be easily identifiable as contractor employees, and shall identify themselves as contractor employees when communicating by telephone, e-mail, and in meetings. Additionally, notwithstanding any other provisions in the PWS, the contractor shall perform no inherently governmental functions. The contractor shall take no action that binds the government to a final decision or results in the exercise of governmental discretion. When the contractor is tasked to attend a Government meeting or conference, his personnel shall identify themselves as employees of the contractor at the beginning of the meeting. The contractor may present Government-approved briefings at the meeting and answer questions with pre-approved Government responses; however, the contractor shall not become a *de facto* Government representative in discussions.

**15.9.2** Retrieve all identification media, including vehicle decals, line badges, etc. from employees who depart for any reason before the contract expires. All retrieved identification media shall be turned in to the QAP.

**15.10** The fiscal end of year close-out will cause a workload fluctuation during the fourth quarter of each fiscal year (Jul-Sep). Preliminary planning for the close-out begins early in the fourth quarter and takes into consideration the special instructions issued by the Standard Systems Group (SSG). The contractor will work with the Government Stock Fund Manager and the Base Comptroller to develop closeout plans. The Government may impose selective requisitioning to stay within funding constraints of the General Support Division Operating Program (GSOP). During September, the number of issue requests may increase as organizations use their remaining Operations & Maintenance (O&M) funds. The final week of September can be especially abnormal as final preparations are completed. The end-of-year closeout impacts the October workload. End-of-year reports processing and conversion actions require that Base Supply operate in a post-post mode for approximately one week and to

perform a post-post recovery when inline processing is resumed. This end-of-fiscal year workload increase shall not be cause for an increase in contract price.

**15.11 Travel**

**15.11.1** Contractor personnel may be required to travel in the performance of the work effort associated with this PWS. Cost associated with this travel shall be provided under the appropriate travel Contract Line Item (CLIN). All travel and travel costs of Government contractors and contractor employees are governed by the rules in the Federal Acquisition Regulations (FAR) 31.205-46. All travel must be approved by the Functional Director/QAP and the Contracting Officer. If travel is required at the direction of the FD/QAP or CO, the Contractor shall prepare and submit a Letter of Identification (LOI) – Official Travel of Government Contractors, for signature by the Functional Director/QAP and the Contracting Officer prior to travel. A copy of the Letter of Identification (LOI) – Official Travel of Government Contractors is located in Section J of the Schedule.

**15.12 Purchases**

**15.12.1** The contractor will be required to solicit a minimum of three (3) different competitive bids from different sources of supply and provide the lowest price to the government for commercial purchases. Any purchases over $3,000 will have to be approved by the ACO.

**15.13 Item Unique identification Report**

**15.13.1** It is DoD policy that DoD unique item identification, or a DoD recognized unique identification equivalent, is required for all delivered items for which the Government's unit acquisition cost is $5,000 or more. As such the contractor will submit a report electronically using Microsoft Office products (i.e. Microsoft Work or Excel), prepared in contractor format, all expenditures for items meeting the dollar threshold above, to include unique identification number and associated CLIN. Send the report to the applicable Administrative Contracting Officer at their respective base, and to the Procuring Contracting Officer at the 21st Contracting Squadron, Peterson AFB. Contact information is listed in Section G of the contract.

**15.14 FOR BUCKLEY AFB, FE WARREN AFB, MALMSTROM AFB, SCHRIEVER AFB AND PETERSON AFB ONLY**

**15.14.1 Inclement weather procedures.** When the wing commander or equal closes the base for inclement weather, all base supply and TMO functions will cease for a maximum of 36 hours or until the base reopens. If the base is closed more than 36 hours, services will be restored on a case by case basis.

**15.15 FOR LSC ONLY**

**15.15.1** The LSC will notify all affected bases when Peterson AFB is closed due to inclement weather. The LSC and supported bases will have procedures on how to continue operations when the LSC is closed due to inclement weather.

15.1. **Publications.**

| Publications Cross Reference<br>Section 2, Chapter 15 – Miscellaneous Requirements | | | | |
|---|---|---|---|---|
| **Publications** | **Title** | **Publication Paragraph reference** | **PWS Paragraph reference** | **Location** |
| AFI 33-322 | Records Management Program | Paragraphs 7, 8, 9 | 15.1.3.1, 15.1.6.1 | http://www.e-publishing.af.mil/pubfiles/af/33/afi33-322/afi33-322.pdf |
| AFERM | Air Force Electronic Records Management Solution Guide | Paragraphs 4.2 through 4.13 and Table 4.1 | 15.1.4.1 | |
| DOD 5400.7-R | DOD Freedom of Information Act Program | All | 15.1.8.1 | http://www.dtic.mil/whs/directives/corres/publ.html |
| AFMAN 37-123 | Information Management, Management of Records | Chapter 2 | 15.1.9.1 | http://www.e-publishing.af.mil/pubfiles/af/37/afman37-123/afman37-123.pdf |

# SECTION 3
# WORKLOAD ESTIMATES

**1.1. General.** The quantities shown are a cumulative total of applicable workload for system designators unless otherwise specified. Projected workload depicted in this section portrays average monthly workload unless otherwise indicated. No foreseeable backlog is anticipated that would cause the first month's workload to exceed the normal estimates. Workload fluctuations may result due to the following reasons:

**1.2. Inspector General (IG) and other higher headquarters visits.** All host and tenant military organizations are subject to their respective MAJCOM inspection/visit schedules. IG visits may occur with or without prior notice and normally occur every 18 to 24 months since the last visit. IG visits may occur more often at the option of the MAJCOM. The visits are normally of one to two weeks duration. Types of workload fluctuations that are likely to occur are: (1) requests to produce updated custodian authorization/custody receipt listings (CA/CRL), (2) requests for status of due-outs, (3) requests for follow-up on due-ins with long lead times or unacceptable status, (4) requests to firm-up memo due-outs, (5) requirements to produce listing for the IG teams, and (6) participation in exercise scenarios.

**1.3. Air Force Audit Agency (AFAA).** The Air Force Audit Agency may conduct audits of various functions. These audits may require additional listings or the assistance of personnel to ensure the auditor receives all required information. There may also be a requirement to provide a response to the auditor's findings.

**1.4. Support Agreements, MOAs and MOUs.** Numerous support agreements, MOAs and MOUs are in effect providing support to various tenant organizations. Specific breakdown of each agreement is not provided; however, support provided to each tenant organization is included in the workload estimates.

**1.5. Workload Increase/Decrease.** The government workload data furnished are estimates and are subject to variations. The prices in Section B, Supplies/Services, are firm within a net variation of plus or minus 15 percent from the government estimates stated in this chapter. If, after the twelve-month period, from contract start to end of basic period, and from beginning of the next option period to the completion of that option period, an individual line item has varied above or below 15 percent from the total estimated contract workload, negotiations for an equitable price adjustment for that line item, for the current period and remaining periods (no adjustment is allowed for the previous period which caused the variation), may be initiated by either party. For monthly workload estimates, the 12 months shall be averaged. If the net increase or decrease is greater than 15 percent of the number published in the PWS, an equitable adjustment is negotiable. For a yearly workload estimate, the year's

total will be compared to the number published in the PWS. If the net increase or decrease is greater than 15 percent, an equitable adjustment is negotiable. Any increase or decrease in price shall be based on the percentage in excess of plus/minus 15 percent. Should total line item workload estimates net increase or decrease in excess of 15 percent, the new workload will be modified into the contract.

### 1.5.1. Workload Estimates for LSC

| Workload (Monthly Average) | Data Source | FE Warren | Los Angeles | Malmstrom | Patrick | Peterson | Vandenberg |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **General** | | | | | | | |
| Total Supported MICAP Reportable Standard Reporting Designators (SRD) | SRD Listing | 160 | 0 | 250 | 340 | 199 | 462 |
| Total Item Records | M32 | 10,054 | 676 | 10,103 | 43,878 | 51,122 | 14,698 |
| Total OCCR's | M24 | 206 | 175 | 168 | 536 | 316 | 355 |
| | | | | | | | |
| **MICAP** | | | | | | | |
| Total MICAP's | MASS | 20 | 0 | 26 | 74 | 68 | 17 |
| Awaiting Parts (AWP) | AWP History Program | 10 | 0 | 9 | 2 | 24 | 0 |
| Supply Assistance Requests | MASS | 3 | 0 | 3 | 5 | 7 | 1 |
| Lateral Outbound Shipments | Local Shipping Log | 19 | 0 | 17 | 22 | 29 | 14 |
| | | | | | | | |
| **Equipment Management** | | | | | | | |
| Line Items | M32 | 2,775 | 418 | 3,010 | 4,810 | 5,339 | 3,944 |
| Transaction Allowance Change Request (TACR) | M32 | 6 | 0 | 3 | 10 | 20 | 2 |
| EAID & Non-EAID In Use Details | M32 | 3,882 | 5,164 | 4,679 | 5,164 | 9,367 | 5,909 |
| | | | | | | | |
| **Records Maintenance** | | | | | | | |
| Numeric Parts Preference Code | M32 | 130 | 10 | 45 | 231 | 103 | 97 |
| Shipping Destination Records | R08 | 337 | 254 | 200 | 675 | 286 | 1,255 |
| | | | | | | | |

| Computer Operations | | | | | | | |
|---|---|---|---|---|---|---|---|
| Monthly Report/Listing Runs | ASP Scheduling Program | 1,866 | 1,866 | 1,888 | 2,434 | 1,800 | 2,047 |
| Discoverer Query /Script Projects | AF Supply Consolidated Database (AFSCDB) | 163 | 124 | 163 | 25 | 163 | 163 |
| System Security/User IDs | Site Management Complex (SIMAN) | 946 (All bases combined) | | | | | |
| SBSS Transactions | M32 | 21,688 | 3,173 | 18,372 | 38,772 | 60,011 | 25,875 |
| SBSS Terminal Security | Security File | 40 | 71 | 27 | 4 | 298 | 27 |
| AFSCDB Administration | AFSCDB | 22 | 2 | 33 | 22 | 88 | 0 |
| | | | | | | | |
| **Stock Control** | | | | | | | |
| Cause Codes | M32 | 413 | 0 | 420 | 64 | 484 | 318 |
| RBLs Loaded | Discoverer | 1,257 | 1 | 1,180 | 2,411 | 4,674 | 1,945 |
| Alpha Stockage Priority Codes | M32 | 12 | 211 | 459 | 5 | 1,310 | 485 |
| Total Requisitions | M32 | 550 | 211 | 616 | 1,351 | 1,099 | 505 |
| Requisition Cancellations | M32 | 14 | 7 | 639 | 101 | 1,131 | 726 |
| Materiel Obligation Report | M32 | 1,086 | 35 | 863 | 828 | 960 | 1,279 |
| Excess Exception Codes | M32 | 583 | 17 | 309 | 680 | 4,412 | 127 |
| Firm Special Levels excluding LDLs | Discoverer | 794 | 41 | 59 | 7,543 | 6,793 | 580 |
| Low Density Levels (LDL) | Discoverer | 175 | 0 | 323 | 827 | 3,806 | 794 |
| Total of all Exception Codes | M32 | 2,137 | 847 | 2,227 | 14,939 | 32,826 | 3,781 |
| Re-Distribution Orders (RDO) | M32 | 36 | 0 | 35 | 125 | 40 | 69 |
| Off-Line Requisitions | M32 | 74 | 0 | 89 | 50 | 200 | 102 |

**NOTES:**
1) Peterson includes all satellites as defined in Section 1, Paragraph 1.3
2) Peterson Firm Special Levels include Customer Oriented Leveling Technique (COLT)
3) Peterson Excess Exception Codes include COLT NSNs
4) Peterson Total Exception Codes include Cavalier AS

### 1.5.2. Workload Estimates for Base Supply

| Workload (Monthly Average) | Data Source | FE Warren | Malmstrom | Peterson (See Note 1 and 2) | Buckley (See Note 3) | Schriever (See Note 3) | Vandenberg |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **General** | | | | | | | |
| Total Item Records | M32 | 10,054 | 10,103 | 51,122 | | | 14,698 |
| DCC's Produced | M32 | 887 | 575 | 2,283 | | | 688 |
| Total Due-Outs | M32 | 483 | 432 | 492 | 10 | 50 | 374 |
| Total DOR's | M32 | 490 | 439 | 599 | | | 370 |
| Total Issues | M32 | 650 | 474 | 843 | 10 | 75 | 385 |
| Total Receipts | M32 | 633 | 612 | 883 | 15 | 60 | 525 |
| Total Shipments | M32 | 155 | 136 | 350 | | | 100 |
| Total Repair Cycle Records | M32 | 1,584 | 1,543 | 7,879 | | | 2,627 |
| Total Turn-Ins | M32 | 351 | 170 | 805 | | | 199 |
| MRSP Transactions | M32 | 6 | 0 | 61 | | | 0 |
| Warehouse Locations Assigned | M32 | 4,157 | 4,449 | 6,222 | 40 | 470 | 5,035 |
| IEX "8" and "9" assigned | M32 | 245 | 316 | 161 | | | 361 |
| After Hours Workload | | 25 hours monthly | 29 hours monthly | 25 hours monthly | | | 1,050 hours annually |
| **Supply Points** | | | | | | | |
| Details | M32 | 241 | 329 | 9,992 | 70 | 2,500 | 1,106 |
| Due-Outs | M32 | 95 | 36 | 80 | 5 | 25 | 15 |
| DORs | M32 | 90 | 35 | 105 | | | 17 |
| Issues | M32 | 115 | 16 | 147 | | | 16 |
| MSIs | M32 | 110 | 44 | 126 | 10 | 47 | 15 |
| Turn-Ins | M32 | 100 | 45 | 248 | | | 17 |
| **EAID/Non EAID** | | | | | | | |
| Due-Outs | M32 | 483 | 18 | 36 | | | 35 |
| DORs | M32 | 490 | 18 | 42 | | | 29 |
| Issues | M32 | 650 | 7 | 17 | | | 8 |
| **Bench Stock** | | | | | | | |
| Details | M32 | 22 | 2,335 | 36,142 | | | 4,722 |
| Due-Outs | M32 | 62 | 51 | 112 | 5 | 20 | 51 |
| DORs | M32 | 61 | 57 | 132 | | | 52 |
| Issues | M32 | 307 | 204 | 202 | 10 | 60 | 106 |

**NOTES:**

**1)** Item records for Schriever AFB and Buckley AFB are combined with Peterson AFB

**2)** PAFB ISU, MSI and DUO – Workload only reflects transactions processed by PAFB. Some customers process their own transactions.
**3)** Workload is to be bid to Schriever AFB and Buckley AFB CLINs. Positions may be combined at PAFB.

| MOBILITY BAGS MAINTAINED | | | | |
|---|---|---|---|---|
| **INSTALLATION** | **TYPE "A"** | **TYPE "A1"** | **TYPE "B"** | **TYPE "C1"** |
| Buckley | 223 | 0 | 223 | 223 |
| FE Warren | N/A | N/A | N/A | 418 |
| Malmstrom | 497 | 497 | 497 | 497 |
| Peterson | 822 | 0 | 802 | 822 |
| Peterson (302nd AW) See Note | 1,082 | 1,082 | 1,082 | 1,082 |
| Schriever | 326 | 326 | 326 | 396 |
| Vandenberg | 545 | 0 | 545 | 545 |

**NOTE:** Price separately for "A1" bag storage.

| INTERCEPTOR BODY ARMOR (IBA) MAINTAINED | | |
|---|---|---|
| | IBA | SAPI |
| Buckley | 254 | 508 |
| FE Warren | 710 | 1,420 |
| Malmstrom | 625 | 1,250 |
| Peterson | 1,058 | 2,116 |
| Peterson (302nd AW) | 1,082 | 2,164 |
| Schriever | 508 | 1,016 |
| Vandenberg | 820 | 1,640 |

| WEAPONS MAINTAINED | | |
|---|---|---|
| **INSTALLATION** | **TYPE "M-16"** | **TYPE "M-9"** |
| Buckley | 180 | 18 |
| Malmstrom | 397 | 67 |
| Peterson | 668 | 506 |
| Peterson 302AW | 811 | 220 |
| Vandenberg | 307 | 150 |

### 1.5.3. Workload Estimates for Cargo Screening

| INSTALLATION | CARGO SCREENING |
|---|---|
| Schriever – Parcel Screening | 12,500 pieces per month |
| Schriever – Cargo Screening | 15,000 pieces per month |

### 1.5.4. Off Base Pick Up and Delivery Points

| OFF BASE PICK UP AND DELIVERY POINTS | | |
|---|---|---|
| | **BUCKLEY AFB** | |
| **LOCATION** | **DISTANCE** | **FREQUENCY** |

| | | |
|---|---|---|
| NONE | N/A | N/A |
| | | |
| **FE WARREN AFB** | | |
| Cheyenne | 5 miles | Twice weekly or as needed |
| | | |
| **MALMSTROM AFB** | | |
| Great Falls | 15 Miles | Monthly |
| | | |
| **PETERSON/SCHRIEVER/BUCKLEY/CMAFS** | | |
| 1520 E Willemette | 10 miles | Weekly |
| Honeywell | 10 miles | Weekly |
| 13 ASOS Ft Carson | 15 miles | Weekly |
| 1205 North Potter Drive | 5 miles | Weekly |
| | | |
| **VANDENBERG AFB** | | |
| Building 2 – Fuel | 20 Miles | Annually |
| Building 64 – Fuel | 20 Miles | Semi-Annually |
| Building 1280 – Fuel | 10 Miles | Quarterly |
| Building 2316 – Fuel | 10 Miles | Annually |
| Building 13344 - Fuel | 15 Miles | Monthly |
| Building 211501 - Fuel | 5 Miles | Annually |
| Building 212031 - Fuel | 5 Miles | Annually |
| Northstar - Fuel | 15 Miles | Twice daily during exercises |

**NOTE:** Frequency may change due to mission needs

### 1.5.5. Workload Estimates for Fuels

| Workload (Monthly Average) | Buckley | FE Warren | Malmstrom | Peterson | Schreiver | Vandenberg |
|---|---|---|---|---|---|---|
| | | | | | | |
| **Fuels** | | | | | | |
| FP Product Analysis | | 57 | 144 | 551 | | 60-75 |
| Fuels Transactions | 578 | 130 | 5,722 | 2,442 | | 4,200 |
| | | | | | | |
| **Service Station Issues in Gallons** | | | | | | |
| BDI | | 10,409 | | | | 6,100 |
| MUR | | 27,724 | | | | |
| All | | | 41,318 | | | |
| MOGAS | | | | 7,368 | | |
| Diesel | 3,320 | | | 9,054 | | |
| MUM | 1,370 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| E-85 | | | | | | 7,000 |
| MRR | | | | | | 30,000 |
| **FP Products Processed in Gallons** | | | | | | |
| Receipt JP-8 Truck/Fillstand -- 3 per month | | 13,809 | | | | |
| Receipt MUR Transport – 4 per month | | 26,824 | | | | |
| Receipt DL1 Transport – 2 per month | | 11,000 | | | | |
| Issue JP-8 Truck – 115 per month | | 14,000 | | | | |
| Issue MUR Refueler – 2 per month | | 280 | | | | |
| Issue DL1 Refueler – 2 per month | | 3,000 | | | | |
| Receipt JP-8 Truck – 2 per month | 413,420 | | 14,415 | | | |
| Receipt All Truck – 37 per month | | | 66,464 | | | |
| Issue JP-8 Truck – 149 per month | | | 15,766 | | | |
| Issue All SVR/Truck – 4,121 per month | | | 57,825 | | | |
| Receipt JP-8 Trailer – 62 per month | | | | 420,020 | | |
| Receipt MOGAS Trailer – 1 per month | | | | 8,283 | | |
| Receipt Diesel Trailer – 2 per month | | | | 9,702 | | |
| Receipt LOX Trailer – 2 per month | | | | 1,429 | | |
| Issue JP-8 Fillstand – 392 per month | 418,089 | | | 505,164 | | |
| Issue MOGAS Refueler – 1 per month | | | | 1,200 | | |
| Issue Diesel Refueler – 3 per month | | | | 2,330 | | |
| Receipt E85 Trailer – Bi-weekly | | | | | | 8,500 |
| Receipt CNG Pipe Line – N/A | | | | | | N/A |
| Receipt MRR Tank Truck – 3 per month | | | | | | 8,500 |
| Receipt MRR Tank Truck – Bi-weekly | 6,500 | | | | | |
| Receipt BDI Tank Truck – Bi-weekly | | | | | | 7,300 |
| Receipt ULSD Tank Truck – Bi-monthly | 7,265 | | | | | 7,500 |
| Receipt JP-8 Tank Truck – Weekly | | | | | | 20,000 – 40,000 |
| Issue E85 Service Station – Daily | | | | | | 7,000 |
| Issue CNG Service Station – Daily | | | | | | 2,300 |
| Issue MRR Service Station – Daily | | | | | | 30,000 |
| Issue BDI C-300 or Service Station – Daily | | | | | | 12,000 |
| Issue ULSD C-300 Daily | 75 | | | | | 4,300 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Issue JP-8<br>R-11 Daily | | | | | | 60,000 |

### 1.5.6. Workload Estimates for Vehicle Operations

| INSTALLATION | PICK UP & DELIVERY |
|---|---|
| Peterson/Schriever/Buckley | 1) 30 Deliveries of Priority Cargo per month<br>2) 2,100 items delivered monthly to Peterson, Cheyenne Mountain, Schriever, and Buckley AFBs (For detailed workload, see Section 3, paragraph 1.5.2.) |

| VEHICLE DISPATCH OPERATIONS | | |
|---|---|---|
| | Monthly Avg. # of Requests | Monthly Avg. # Supported |
| Taxi Support | 138 | 123 |
| UDI Support | 387 | 326 |
| Bus Support | 38 | 27 |
| Transient Aircrew | 111 | 111 |
| Aircrew Support | 91 | 90 |
| Pax Cargo Support | 1 | 0 |
| Tractor/Trailer Service | 7 | 6 |
| MHE Service | 1 | 1 |
| Protocol/Distinguished Visitor (DV) Service | 122 | 77 |
| Command Car Pick-Up & Delivery | 217 | 140 |
| Servicing Vehicles | 118 | 110 |
| Rental Pick-Up & Delivery | 3 | 2 |
| Contingency Support | 32 | 25 |
| Service UDI Fleet | 329 | 328 |
| TOTAL | 1,570 | 1,363 |

| | |
|---|---|
| **WASH FACILITY** | |
| Approx. Material/Supplies Cost<br>(Includes soap, brushes, hoses, etc.) | $2,500.00 per year |
| Command Car Cleaning/Detailing<br>Associated Materials/Supplies | 990 per year<br>$1,500.00 per year |
| **FLEET MANAGEMENT** | |
| VCO Accounts Maintained | 61 per year |
| Government Fleet Services Cards Issued & Accounted For | 6 per year |
| VCO Meetings Conducted | 2 per year |
| Special Studies, Reports and Analysis | 6 per year<br>(10 man-hours each) |
| Number of Fleet Services Billing Invoices Processed | 72 per year |
| Estimated Number of Vehicles Processed Requiring AFIS, REMS Data Input<br>(Includes processing requirements for vehicles received, rotated, shipped, salvaged, etc. GSA & Registered Fleet/Government Owned) | 1,200 per year |
| Number of AF Form 601's Processed | 30 per year |
| Number of Semi-annual Wing Assessment Vehicle Inspections | 61 |
| Number of Annual Vehicle Control Function Assistance Visits | 61 |
| Number of VCO's Trained | 61per year |
| Number of Required Analysis | Annually 61<br>Semiannually 1<br>Quarterly 1 |
| Number of Licensing Actions/Transactions<br>(Includes Issues, Additions, Changes, Re-Issues, Etc.) | 12,000 per year |

| | |
|---|---|
| Number of Colorado Secured License Plates (as of 3 Jan 07) | 12 |
| Wrecker/Recovery Runs:<br>Registered Fleet/Government Owned<br>GSA | 82 per year<br>9<br>73 (coordination only – GSA or unit/user funded) |
| Number of Long Term GSA/Government Leased, Contractor "Managed" Vehicles (as of 3 Jan 07) | 296 |

### 1.5.7. Workload Estimates for Vehicle Maintenance

| | |
|---|---|
| Vehicles Maintained | 203 |
| Vehicles Tracked in OLVIMS | 355 |
| Vehicle Equivalents Assigned (as of 3 Jan 07) | 831 |
| Vehicle Painting | 2 per year |
| Front End Alignments | 3 per year |
| Mobile Maintenance/Service Calls:<br>Normal Duty Hours<br>After Hours | 123 per year<br>106<br>17 |
| On Site/Off Site (away from shop) Scheduled Maintenance Requirements | 12 vehicles per year<br>1 Asphalt Paver at SAFB<br>1 Dozer at PAFB<br>1 Electric 2K Forklift at PAFB<br>1 Electric 4K Forklift at PAFB<br>1 Diesel 6K Forklift at SAFB<br>1 Diesel 6k Forklift at CMAFS<br>1 40 ft Trailer at PAFB<br>1 Mel Loader at SAFB<br>1 VR Roller at SAFB<br>1 Lowboy Trailer at PAFB<br>2 Flatbed Trailer at PAFB |
| Refueling Maintenance | 12 scheduled maintenance per year<br>7 unscheduled maintenance per year<br>Note: Unscheduled maintenance does not include operator maintenance per Section 2, Chapter 6 |
| Contractor parts and supplies cost projection based on Government-Owned General and Special Purpose vehicles (includes all tire costs and Base Supply (SBSS) unique items) | $122,000.00 per year |

### 1.5.8. Workload Estimates for Cargo Movement

| | |
|---|---|
| Outbound small package shipments | 5870 pcs/102,716 lbs per year |
| Outbound heavy shipments | 563 pcs/590,304 lbs per year |
| Inbound small package and heavy shipments | 8995 pcs/854,950 lbs per year |
| Cargo Preparation Training Class | 2 per month (may fluctuate dependent on unit needs) |
| Pallet Build-Up Training Class | 2 per month (may fluctuate dependent on unit needs) |
| Hazardous Material Tech Specialist | 2 per month (may fluctuate dependent on unit needs) |
| 33.5 Short Tons for 21 SW | During exercises only |
| 6.4 Short Tons for 50 SW | During exercises only |

### 1.5.8. Workload Estimates for Cargo Movement

| | |
|---|---|
| Outbound small package shipments | 5870 pcs/102,716 lbs per year |
| Outbound heavy shipments | 563 pcs/590,304 lbs per year |
| Inbound small package and heavy shipments | 8995 pcs/854,950 lbs per year |
| Cargo Preparation Training Class | 2 per month (may fluctuate dependent on unit needs) |
| Pallet Build-Up Training Class | 2 per month (may fluctuate dependent on unit needs) |
| Hazardous Material Tech Specialist | 2 per month (may fluctuate dependent on unit needs) |
| 33.5 Short Tons for 21 SW | During exercises only |
| 6.4 Short Tons for 50 SW | During exercises only |

### 1.5.9. Workload Estimates for Refueler Maintenance at FE Warren, Malmstrom AFB and Vandenberg AFB

| |
|---|
| **Vandenberg AFB** |
| 8 Scheduled Maintenance Per Year |
| 4 Unscheduled Maintenance Per Year |
| **FE Warren AFB** |
| 4 Scheduled Maintenance Per Year |
| 3 Unscheduled Maintenance Per Year |
| **Malmstrom AFB** |
| 4 Scheduled Maintenance Per Year |
| 3 Unscheduled Maintenance Per Year |
| NOTE: Unscheduled Maintenance does not count maintenance performed during checkpoint operations. |

### 1.5.10. Workload Estimates for Other than Normal Duty Hours included in the Firm Fixed Price

| | |
|---|---|
| Buckley AFB | Base Supply – 50 hours annually<br>Fuels – 60 hours annually |
| FE Warren AFB | Fuels – 200 hours annually<br>Missile Maintenance MC – 100 hours annually<br>CE Materiel Control – 50 hours annually<br>Base Supply – 50 hours annually |
| Malmstrom AFB | Fuels – 125 hours annually<br>Missile Maintenance MC – 160 hours annually<br>Base Supply – 65 hours annually |
| Peterson AFB | Fuels – 108 hours annually<br>Base Supply -- 313<br>Vehicle Operations – N/A – 24 hour operation<br>Cargo Movement – 75 hours annually |
| Vandenberg AFB | Fuels – 600 hours annually<br>Base Supply – 240 hours annually<br>576th – 15 hours annually |

### 1.5.11. Workload Estimates for Schriever AFB Shuttle Services

| **PAFB – SAFB Shuttle Service** | | |
|---|---|---|
| | Pax from PAFB to SAFB | Pax from SAFB to PAFB |
| Departure #1 | 11 | 2 |
| Departure #2 | 2 | 4 |
| Departure #3 | 0 | 1 |
| Departure #4 | 3 | 1 |
| | | |
| **SAFB Restricted Area Shuttle Service** | | |
| Passengers per day | 177 | |

### 1.5.12. Workload Estimates for 302 Additional Requirements (Chapter 16)

| **302 Additional Requirements** | | |
|---|---|---|
| | | |
| UTA Weekends Per Year | 12 primary<br>12 alternate | |
| 2 Buses and drivers required for passenger movement (Flight-line, Billeting/Lodging, Dining Facility to pickup lunches, AFA Firing Range runs) | Maximum 80 passengers | 0600-1700 Saturday<br>0600-1430 Sunday |
| Estimated mileage per UTA Weekend | 150 | |

# SOLICITATION, OFFER AND AWARD

| | | | |
|---|---|---|---|
| 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) ➔ | RATING DO-C9 | PAGE 1 | OF PAGES 162 |

| 2. CONTRACT NUMBER | 3. SOLICITATION NUMBER | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| | FA2517-06-R-6003 | ☐ SEALED BID (IFB)<br>☒ NEGOTIATED (RFP) | 12 Apr 2007 | |

7. ISSUED BY CODE FA2517

FA2517 – 21CONS/LGCBC
ADDIE ALEXANDER (719) 556-7506
135 Dover Street, Suite 1055, Peterson AFB, CO 80914-1200

8. ADDRESS OFFER TO *(If other than Item 7)*

See Item 7

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder"

## SOLICITATION

9. Sealed offers in **See Section L, L-4 (4) (a) (3)** for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in **See item 7** until **Section Section L, L-4(5) (a)**

CAUTION — LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: ➔ | A. NAME | B. TELEPHONE *(NO COLLECT CALLS)* AREA CODE | NUMBER | EXT. | C. E-MAIL ADDRESS |
|---|---|---|---|---|---|
| | ADDIE ALEXANDER | 719 | 556-7506 | | Addie.alexander@peterson.af.mil |

### 11. TABLE OF CONTENTS



| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 130-145 |
| X | B | SUPPLIES OR SERVICES AND PRICE/COST | 2-115 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 116 | X | J | LIST OF ATTACHMENTS | 146 |
| X | D | PACKAGING AND MARKING | 117 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 118 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 147-150 |
| X | F | DELIVERIES OR PERFORMANCE | 119-123 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 124-128 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 151-158 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 129 | X | M | EVALUATION FACTORS FOR AWARD | 159-162 |



## OFFER *(Must be fully completed by offeror)*

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within **[Reference Section L4, 3 (e) of this solicitation]** ___ calendar days *(60 calendar days unless a different period is inserted by the offeror)* from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT *(See Section I, Clause No. 52.232-8)* ➔ | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):* | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR CODE FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

15B. TELEPHONE NUMBER AREA CODE NUMBER EXT.

☐ 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE.

17. SIGNATURE

18. OFFER DATE

## AWARD *(To be completed by Government)*

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:

☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN *(See Section L)* ➔ ITEM

24. ADMINISTERED BY *(If other than Item 7)* CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER *(Type or print)*

27. UNITED STATES OF AMERICA

*e of Contracting Officer)*

28. AWARD DATE

IMPORTANT -- Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

EXHIBIT 4

STANDARD FORM 33 (Rev. 9-97)
Prescribed by GSA – FAR (48 CFR) 53.214(c)

Section B - Supplies or Services and Prices

CLIN PRICING

## B-1. Contract Line Item Number (CLIN) Prices

Contract Line Item Numbers (CLINs) 0801, 1801, 2801, 3801, 4801, 0802, 1802, 2802, 3802, and 4802, applicable for additional support for the 302nd Air Wing, Section 2, Chapter 16 of the Performance Work Statement, are contained in Section B of the schedule. At the current time, funding for these CLINs is not available. However, the contractor must propose to these CLINs, and the Government will evaluate as part of the cost proposal.

## B-2. Separately Priced Option (SPO) CLINs, Vehicle Operations

Two Separately Priced Option (SPO) CLINs, 0203, titled "PETE.AFB VEHICLE OPERATIONS AND MAINTENANCE" (1203, 2203, 3203, 4203 for the option periods) and 0204, titled "PETE.AFB VEHICLE OPERATIONS (GSA SPO CLIN)" (1204, 2204, 3204, 4204 for the option periods), are included for pricing of Vehicle Operation functions at Peterson AFB, as detailed in Performance Work Statement, Section 2, Chapter 5. The Contractor is responsible to provide all vehicles in support of the Vehicle Operation functions The cost reimbursable SPO CLIN should be used if the Contractor chooses to lease some or all vehicles directly from the General Services Administration (GSA). The amount proposed for these cost reimbursable CLINs, 0204, 1204, 2204, 3204, 4204, should only cover the direct associated cost for GSA leased vehicles, not vehicles leased or purchased from sources other than GSA—note, the amounts proposed on these cost reimbursable CLINs are applicable to the Limitation of Cost Clause. The Firm Fixed Price SPO CLIN for Peterson AFB, Vehicle Operations and Maintenance, 0203, 1203, 2203. 3203, 4203, for each contract year, should be used if the Contractor chooses to buy or lease some or all vehicles directly from a source(s) other than GSA. The Firm Fixed Price SPO CLIN must be used for all labor costs and associated vehicle costs associated with Vehicle Operations. The amounts proposed in the Cost Reimbursable and Firm Fixed Price CLINs, if both CLINs are used, shall not be duplicative. The Contractor is solely responsible for selecting the source from which vehicles will be provided and will submit their vehicle cost proposal in the appropriate CLIN.

## B-3. Minimum Guarantee and Program Ceiling Amount

The minimum guarantee for the life of this contract is $5,000. This amount will be funded at contract award. The Program Ceiling amount for this contract is $99,999,999.99.

## B-4. Clauses, Provisions, and Sections K, L, & M

(a) Clauses and provisions from the Federal Acquisition Regulation (FAR) and supplements thereto are incorporated in this document by reference and in full text. Those incorporated by reference have the same force and effect as if they were given in full text.

(b) Clauses and provisions in this document will be numbered in sequence.

(c) Sections K, L, and M will be physically removed from any resultant award, but will be deemed to be incorporated, by reference, in that award.

| B-5. | Non-Personal Services |
|---|---|

"The contractor shall perform non-personal services for the Multi-Wing Logistics Support Contract in accordance with the Performance Work Statement (PWS) specified in Section C, paragraph C-1A".

| B-6. | Clauses |
|---|---|

**5332.705-2 AFSPC Implementation of Limitation of Funds.**

**Clause will be completed upon contract award.**

(a) The sum allotted to this contract and available for payment of costs under (insert contract line items) through (insert date) in accordance with the clause in Section I entitled "Limitation of Funds" is (insert dollar amount).

(b) In addition to the amount allotted under the "Limitation of Funds" clause, the total amount of (insert dollar amount) is obligated for payment of fee for work completed under CLINs (insert contract line items).

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1 | Month | | |
| | PHASE-IN SERVICES<br>FFP<br>CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM PHASE-IN SERVICES AS STATED IN SECTION 8 OF THE PERFORMANCE WORK STATEMENT, FOR ALL LOCATIONS AND ACTIVITIES.<br>SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.<br>FOB: Destination (See Section F)<br>SIGNAL CODE: A | | | | |
| | | | | MAX NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0002 | | UNDEFINED | Cost | | |

PHASE-IN SERVICES

COST

TRAVEL, TRAINING AND MATERIALS IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 15, & SECTION 6. NO PROFIT ALLOWED. GENERAL AND ADMINISTRATIVE COSTS ALLOWED.

SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.

FOB: Destination

NSN: R706-MU-LTI-WING

SIGNAL CODE: A

MAX COST $0.00

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0101 | | 12 | Months | | |

AFSPC LSC SUPPORT TO PETERSON AFB
FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM LOGISTICS SUPPORT CENTER (LSC) SERVICES TO ACCOMPLISH EQUIPMENT MANAGEMENT, STOCK CONTROL, MISSION CAPABILITY (MICAP), RECORDS MAINTENANCE, AND COMPUTER OPERATIONS FOR PETERSON AFB (INCLUDES SUPPORT TO BUCKLEY AFB & SCHRIEVER AFB THROUGH PETERSON'S SYSTEM DESIGNATOR ), IAW WITH PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 2, AND 15.
SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.
FOB: Destination (See Section F)
NSN: R706-MU-LTI-WING
SIGNAL CODE: A

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0102 | | 12 | Months | | |

AFSPC LSC SUPPORT TO PATRICK AFB
FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM LOGISTICS SUPPORT CENTER (LSC) SERVICES TO ACCOMPLISH EQUIPMENT MANAGEMENT, STOCK CONTROL, MISSION CAPABILITY (MICAP), RECORDS MAINTENANCE, AND COMPUTER OPERATIONS FOR PATRICK AFB, IAW WITH PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 2, AND 15.
SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.
FOB: Destination (See Section F)
NSN: R706-MU-LTI-WING
SIGNAL CODE: A

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0103 | | 12 | Months | | |

AFSPC LSC SUPPORT TO VANDENBERG AFB
FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM LOGISTICS SUPPORT CENTER (LSC) SERVICES TO ACCOMPLISH EQUIPMENT MANAGEMENT, STOCK CONTROL, MISSION CAPABILITY (MICAP), RECORDS MAINTENANCE, AND COMPUTER OPERATIONS FOR VANDENBERG AFB, IAW WITH PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 2, AND 15.
SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.
FOB: Destination (See Section F)
NSN: R706-MU-LTI-WING
SIGNAL CODE: A

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0104 | | 12 | Months | | |

AFSPC LSC SUPPORT TO F.E. WARREN AFB
FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM LOGISTICS SUPPORT CENTER (LSC) SERVICES TO ACCOMPLISH EQUIPMENT MANAGEMENT, STOCK CONTROL, MISSION CAPABILITY (MICAP), RECORDS MAINTENANCE, AND COMPUTER OPERATIONS FOR F.E. WARREN AFB, IAW WITH PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 2, AND 15.
SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.
FOB: Destination (See Section F)
NSN: R706-MU-LTI-WING
SIGNAL CODE: A

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0105 | | 12 | Months | | |

AFSPC LSC SUPPORT TO MALMSTROM AFB
FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM LOGISTICS SUPPORT CENTER (LSC) SERVICES TO ACCOMPLISH EQUIPMENT MANAGEMENT, STOCK CONTROL, MISSION CAPABILITY (MICAP), RECORDS MAINTENANCE, AND COMPUTER OPERATIONS FOR MALMSTROM AFB, IAW WITH PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 2, AND 15.
SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.
FOB: Destination (See Section F)
NSN: R706-MU-LTI-WING
SIGNAL CODE: A

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0106 | | 12 | Months | | |

AFSPC LSC SUPPORT TO L.A. AFB
FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM LOGISTICS SUPPORT CENTER (LSC) SERVICES TO ACCOMPLISH EQUIPMENT MANAGEMENT, STOCK CONTROL, MISSION CAPABILITY (MICAP), RECORDS MAINTENANCE, AND COMPUTER OPERATIONS FOR LOS ANGELES AFB, IAW WITH PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 2, AND 15.
SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.
FOB: Destination (See Section F)
NSN: R706-MU-LTI-WING
SIGNAL CODE: A

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0107 | | UNDEFINED | Cost | | |

AFSPC LSC TRAVEL/TRAINING/MATERIALS
COST
TRAVEL, TRAINING AND MATERIALS IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 15, & SECTION 6. NO PROFIT ALLOWED. GENERAL AND ADMINISTRATIVE COSTS ALLOWED.
SEE SECTION F OF THE SCHEDULE FOR APPLICABLE ORDERING PERIOD DATES OF THIS CLIN.
FOB: Destination (See Section F)
NSN: R706-MU-LTI-WING
SIGNAL CODE: A

MAX COST $30,000