# Air Force Space Command

*Guardians of the High Frontier*

## Multiwing Logistics Support Contract (MWLSC)

## Pre-Proposal Conference

### 23 April 2007

U.S. AIR FORCE

**Addie Alexander**
**Contracting Officer**

EXHIBIT 5

# *Itinerary*

- Sign In and Welcome
- Site Visit Information
  - Peterson AFB
  - Schriever AFB
  - F.E. Warren AFB
  - Slide Review Vandenberg AFB
  - Slide Review Buckley AFB
  - Slide Review Malmstrom AFB
- Acquisition Information
- Brief Coverage of PWS /Solicitation Changes Since Draft

- **Questions we will answer today**
  - Site presentations on Vandenberg, Buckley, and Malmstrom
  - Questions submitted by the 18th of April on the Solicitation

- **Questions that must be submitted and answered by formal amendment**
  - Questions concerning the site visits to Peterson, Schriever, and F.E. Warren
  - Questions concerning the Performance Work Statement
  - Any additional questions on the solicitation

- **Any and all remaining questions regarding this acquisition must be submitted by 30 April 2007, 12PM MST**
  - Offerors must only address questions to 21CONS. Do not call, email, etc. any questions to any Government Representative other that the PCO or CS listed in the solicitation.

# TOUR ITINERARY FOR PETERSON AFB

- AFSPC Logistics Supply Center (Bldg 650)
  - MICAP
  - Stock Control
  - Records Maintenance
  - Computer Operations/LAN Office
  - Equipment Management
  - Procedures
  - 21 LRS HAZMAT Office

# TOUR ITINERARY FOR PETERSON AFB

- 21 LRS (Bldg 652)
  - Customer Support
  - Warehouse 10
  - 21 LRS Training Room
- 21 LRS (Bldg 654)
  - Warehouse 11
  - Mobility Bag Storage
- 21 LRS (Bldg 660)
  - Surface Freight
  - Receiving Section

# TOUR ITINERARY FOR PETERSON AFB

- 21 LRS (Bldg 662)
  - Pickup and Delivery
  - Storage and Issue Office
  - Inspection
  - DRMO Point
- 21 LRS (Bldg 667)
  - Fuels Lab
  - Fuels Accounting
- 21 LRS (Bldg 150)
  - Fuels Distribution

# TOUR ITINERARY FOR PETERSON AFB

- 21 LRS (Hangar 130)
  - Mobility Storage
  - MRSP (302 Reserve Unit)
- Vehicle Operations and Maintenance (Bldg 1229 and Bldg 1255)
  - Vehicle Dispatch
  - Vehicle Maintenance Areas

# *TOUR ITINERARY FOR SCHRIEVER AFB*

- **Schriever AFB**
  - **Schriever AFB Visitor's Center**
  - **Secure Area Logistics Facility (Non-Restricted Area)**

# TOUR ITINERARY FOR FE WARREN AFB

- Reconvene 24 April 2007 at F.E. Warren AFB where transportation will pick everyone up at Bldg 1274, 90 LRS Conference Room
- 90 LRS (Bldg 1284)
  - MICAP
  - Stock Control/Records Maintenance
  - Computer Operations
  - Equipment Management
  - Document Control
  - Inventory
  - Bench Stock
  - Procedures/Training
  - Inspection
  - Storage and Issue
  - Pick-Up and Delivery

# *TOUR ITINERARY FOR FE WARREN AFB*

- **90 LRS (Bldg 1284)**
  - **Receiving**
  - **Mobility**
  - **Repair Cycle (DRMO and DIFM)**
- **90 LRS (Bldg 1285)**
  - **HAZMAT Office**
  - **HAZMAT Warehouse**
- **90 LRS (Bldg 1235)**
  - **IMMP**
  - **Parts Research/Ordering**

# TOUR ITINERARY FOR FE WARREN AFB

- 90 LRS (Bldg 1235)
  - Supply Point
  - Dispatch
  - SCARS Program
  - MRSP Management for 153 CACS
  - TRN and DIFM
- 90 LRS (Bldg 368)
  - CE Self Help
  - CE Material Control
  - CE Residue Holding Warehouse

# *TOUR ITINERARY FOR FE WARREN AFB*

- **90 LRS (Bldg 1247)**
  - **Fuels Resource Control Center**
- **90 LRS (Bldg 1261)**
  - **Fuels Receipt Area**
- **90 LRS (Bldg 1263)**
  - **Bulk Storage Fuel Tanks**
- **90 LRS (Bldg 1264)**
  - **Fuel Dispensers**
- **90 LRS (Bldg 1266)**
  - **Service Station Office**
- **90 LRS (Bldg 1267)**
  - **Fuel Storage Area**

# *TOUR ITINERARY FOR FE WARREN AFB*

- 90 LRS (Bldg 1271)
  - CNG Fuels Systems Area
- 90 LRS (Bldg 1273)
  - E85 Fuel System Storage

# *Vandenberg AFB*

**Mr. Don Hornick**
**30 LRS/LGRM**
**2 Apr 07**

# Overview

- Main Supply Bldg 8339
- HAZMART Bldg 8317
- Mobility Bldg 8317
- Classified Vault Bldg 8317
- Supply Warehouse Bldg 5500 Bay A
- 576th Supply Point Bldg 6601
- Base Fuels Bldg 1705
- Tank Farm Bldg 1701 - 1717
- Refueler Parking Bldg 1705 A
- Refueling Maintenance Bldg 7501
- Service Station Bldg 10726

# Supply/Fuels Buildings

| Vandenberg AFB | | |
|---|---|---|
| **Building Number** | **Category** | **Square Footage** |
| 1701 | Diesel Storage | 125,000 gallons |
| 1702 | JP-8 Storage | 210,000 Barrels |
| 1703 | JP-8 Storage | 10,000 Barrels |
| 1704 | Bio Diesel | 2 Tanks @ 20,000 gal |
| 1705 | Fuels Office/Admin | 2,520 Sq Ft |
| 1706 | Pump Room | 110 Sq Ft |
| 1709 | JP-8 Pump Shed/Separator | 364 Sq Ft |
| 1714 | Diesel Pump Shed | 210 Sq Ft |
| 1717 | Bio Diesel Pump Shed | 9,384 Sq Ft |
| 7501 | Refueler Maintenance | 4,692 Sq Ft |
| 8317 | HAZMART/MOBAG/IBA Warehouse/Office Space – Storage Space | 3,912 Sq Ft Office<br>35,937 Sq Ft Whse |
| 8339 | Supply Administration | 14,778 Sq Ft |
| 10726 | Main Base Gas Station<br>Office Space<br>Storage Tanks | 20 Sq Ft<br>4 each @ 10,000 gallons |
| 5500 Bay A | Main Supply Warehouse | 64,754 Sq Ft |
| 5504 | Cylinder Storage | 2,140 Sq Ft |
| 6601 | Rooms 15,30 and 31 | 1,873 Sq Ft |
| 10755 | CNG Gas Station (CE) | 500 Sq Ft/296.34 SCF |

# VAFB Map


VANDENBERG
Air Force Base
CANTONMENT AREA
INSET A
INSET B
Tank Farm
Base Fuels
SEE INSET A
SEE INSET B
Service Station
HAZMART/Mobility Sections
Supply Warehouse
Main Supply
Materiel Control
RFM
Legend

# Base Supply Bldg 8339












# Base Supply Bldg 8339











# HAZMART Bldg 8317












# Mobility Section Bldg 8317




IBA Storage







# Classified Vault Bldg 8317



# Supply Warehouse Bldg 5500












# 576th Mat Control Bldg 6601












# Base Fuels Bldg 1705












# Tank Farm Bldg 1701 - 1717










# Refueler Parking Bldg 1705 A









# Refueling Maintenance Bldg 7501











# Service Station Bldg 10726









# Summary

- Main Supply Bldg 8339
- HAZMART Bldg 8317
- Mobility Bldg 8317
- Classified Vault Bldg 8317
- Supply Warehouse Bldg 5500 Bay A
- 576th Supply Point Bldg 6601
- Base Fuels Bldg 1705
- Tank Farm Bldg 1701 -11709
- Refueler Parking Bldg 1705 A
- Refueling Maintenance Bldg 75
- Service Station Bldg 10726



30TH LAUNCH GROUP

30TH OPERATIONS GROUP




30TH MISSION SUPPORT GROUP

30TH MEDICAL GROUP

# Buckley AFB, Denver CO

# Primary Building 940

1. Main Entrance
2. Mobility Bags Entrance/Exit
3. Weapons Vault Entrance/Exit









# Buckley AFB



**Building 940 Floor Plan**

SCALE: NTS

# Mobility Warehouse 940

1. **Bulk Storage**
2. **Mobility Bag Storage**



M



# HAZMART Pharmacy Bldg 1024

1. Main Entrance
2. Customer Service
3. HAZMART Bay Area







