# Base Fuels Bldg 300

- Fuels Office
- Fuels Service Station
- Bulk Fuels Area








# Buckley AFB




**Building 300 Floor Plan**

SCALE: NTS

# Summary

- Main Bldg 940
- Mobility/Weapons Bldg 940
- HAZMART Bldg 1024
- Base Fuels Bldg 300



341st SPACE WING

# MALMSTROM AFB, GREAT FALLS, MONTANA





Bldg. 400 Main Supply



Bldg. 410 HazMart



MALMSTROM AFB, MT.

BLDG 400-1

SCALE: 1" = 40'

DATE: 24 FEB 2005


MALMSTROM AFB, MT.
BLDG 400-2
SCALE: 1" = 40'
DATE: 24 FEB 2005


MALMSTROM AFB, MT.
BLDG. 410
SCALE: 1" = 30'
DATE: 20 SEPT 2004




Bldg 448 Military Service Station



Bldg 320 RFM




MALMSTROM AFB, MT.
BLDG. 448

SCALE: 1" = 10'
DATE: 24 SEPT 1999


BOILER RM
BREAK RM
TOOL RM
SCALE: 1" = 10'
DATE: 23 FEB 2005
MALMSTROM AFB, MT.
BLDG. 320



Bldg 1439 Missile Material Control



Bldg 1469 Fuels Management


MALMSTROM AFB, MT.
BLDG 1439
SCALE: 1" = 40'
DATE: 21 JAN 2005




| | |
|---|---|
| MALMSTROM AFB, MT. | SCALE: 1" - 30' |
| BLDG. 1439 2nd floor | DATE: 21 JAN 2005 |


MALMSTROM AFB, MT.
BLDG. 1469
SCALE: 1' - 10'
DATE: 22 SEPT 1999
118
116
119
117
113
101
103
100
105
104
110
111
112
107
108
109




Bldg 3080 Mobility




| MALMSTROM AFB, MT. | SCALE: 1" - 40' |
|---|---|
| BLDG. 3080 | DATE: 7 MAR 2005 |

# *ACQUISITION INFORMATION*

- Any changes to the requirement will be incorporated by formal amendment to the RFP
  - Posted on FBO
  - Unless the formal solicitation is amended, it remains unchanged as a result of this conference

- Preproposal conference minutes and presentation will be made available on FBO

# *ACQUISITION INFORMATION*

- All written questions submitted will be responded to on a non-attributive basis by formal amendment which will be posted on FBO

- Questions should list SOW or RFP reference to include part, chapter, section, and paragraph

- If during the site tour questions arise, please write your question down and submit to the Contracting Officer NLT 30th April 2007.
  - Please do not ask any questions during the site visits—they will not be answered.

# ACQUISITION INFORMATION

- Please be sure to review Far Clause 52.215-1 Instructions to Offerors -- Competitive Acquisition.
- Award without discussions, if possible
- No classified information in proposals
- No alternate proposals
- Will request a Financial Capabilities Audit by DCAA on each offeror

# *ACQUISITION INFORMATION*

- **Bidder's Library on FedTeds**
  - **Access?**
  - **Must register for password and login id on FedTeds**
  - **Must access FedTeds through link on Solicitation FBO page: Technical Data Package (TDP) 01 - Posted on Sep 22, 2006**

# ACQUISITION INFORMATION

- **Representatives and Certifications**

  - **Be sure your reps and certs are up to date in ORCA, the Online Representations and Certifications Website**

  - **Ensure all other required reps and certs listed in Section K not in ORCA are sent in with your proposal.**

# *ACQUISITION INFORMATION*

- **Government Furnished Property (GFP)**
  - **Items > $5,000 – In PWS**
  - **Items < $5,000 – Bidder's library contains GFE lists for various organizations**
    - **Items < $5,000 - Not every possible piece of GFP in bidder's library**
    - **Questions – send them in**

# RFP REVIEW

- Section A – SF33
  - Block 14: Acknowledge Amendments by Inserting Amendment Number and Date—preferred.
  - Signature Required in Block 16

# RFP REVIEW

- Section B - Supplies or Services and Price/Costs

- Make sure to:
  - Price all fixed price CLINS to include monthly price and Max Amount
  - If proposing to use GSA for vehicle operations requirement, only price the cost of leasing the vehicles under the specified cost reimbursement CLIN—all other vehicle operations costs under the specified fixed price CLIN

- Cost reimbursement CLINs are Government estimates---Do not change these amounts
  - Amount of Phase-in CLIN 0002 will be determined by the Government at award

# RFP REVIEW

- Section L - Instructions, Conditions and Notices to Bidders
  - Proposals Due:
    - 12:00PM MST on 14 May 2007
  - Receipt is sole responsibility of the offeror
    - Proposal must be in the Contracting Officer's hands at Peterson AFB by due date
    - Don't wait to the last day
      - Base mail system increases time in receipt
      - Unforeseen circumstances at Peterson AFB

# *RFP REVIEW*

- **Section M - Evaluation Factors for Award**
  - **Propose to the criteria found in Section M**
  - **Provide past performance/experience based upon the Factors found in Section M**

# *Request for Proposal (RFP)*

- Significant Changes from DRFP:
  - RFP
    - Labor Hour CLINS removed—all support fixed price regardless of time or day services are required
    - Page restrictions, number of copies changed—see Section L, page 155
    - Number of CLINS decreased—consolidated requirements

# *Request for Proposal (RFP)*

- **Significant Changes from DRFP:**
  - **Added Phase-in, Phase-out CLINS**
  - **Past Performance Questionnaire Revised**
  - **Relevancy Factors in Section M Changed**
  - **Min/Max Ordering Amounts and Program Ceiling Amount changed for this D-Type contract (reference Section I clause 52.216-19 Order Limitations)**

# *Request for Proposal (RFP)*

- **Questions Received on Solicitation**
  - **1. Reference: FAR Clause 52.216-11, Cost Contract – No Fee, on page 134 of 162. Question: Are we correct in our understanding that clause is included in this contract due to the CLINS identified as Cost CLINS, such as 0002, 0107, etc?**
  - **Answer: Correct. Clauses specific to the cost CLINS are identified as such in the RFP**

# *Request for Proposal (RFP)*

- **Questions Received on Solicitation**
  - **2. Will you allow the proposal on the accompanying cd be in Acrobat?**
  - **Answer: No. For consistency purposes, please submit in the electronic format described in Section L.**

# *Request for Proposal (RFP)*

- **Questions Received on Solicitation**
  - **3. Should the MAX COST amount for CLIN 1305 be $41,000, which is consistent with other years for this CLIN?**
    - **Answer: Yes. The Max Cost should be $41,000 - Omitted in Error**

# *PERFORMANCE WORK STATEMENT (PWS)*

- **Significant Changes from DPWS:**
  - **Chapter 9 - Fuels Refueler Maintenance**
    - **Contractor will now be required to maintain the refuelers in their entirety at required locations**
  - **Chapter 16 – 302nd Reserve Air Wing Additional Req.**
    - **Chapter underwent revision to better detail training and transportation needs.**
    - **Added workload data for this chapter**
  - **General – Many administrative changes throughout**
  - **Publications – Thorough review of applicability to the PWS. Publication paragraph at the end of each chapter references where the publication is cited in the text and the applicable paragraphs from the publication.**
  - **Section 8 Phase in/Phase out underwent major revision**
  - **Section 9 Security, Safety, and Environmental underwent name change and other minor administrative changes**
- **Ensure you are using final solicitation documents**

# Clarification and Notables

- Vehicles Operations (Passenger and Cargo Movement)
  - Average vehicle operations/UDI fleet: 75 (Currently GSA)
  - All vehicles assigned to operations are potential UDIs
    - GSA an option, Lease rates on www.gsa.gov

- Most Capacity for a Performance Based Approach
  - Look at workload data, make best business decision
  - 12 Months historical workload data for all requirements in bidder's library (UDI dispatches, taxi runs, bus runs, protocol support, Vehicle type, timelines, mileage, # passengers, etc.)
  - Offeror decides how many vehicles are needed

# Unique Circumstances

- Vehicle Management
  - Manage all Vehicles for the Peterson Complex
  - Total Fleet: approximately 499
    - This includes 296 organizational vehicles leased through GSA
      - The contractor is only responsible for the management of these assets (i.e. coordination, authorizations, billing, etc.)

# *WORKLOAD DATA*

- Future Uploads to Fed Bz Ops:
  - Amendments as required
  - Answers to all questions received by close date in solicitation
  - Any other info that appears to be required based upon questions received