U.S. AIR FORCE

# R -- Logistics Operations Support Re-competition

**Solicitation Number: Reference-Number-LogOps**
Agency: Department of the Air Force
Office: Air Force Space Command
Location: 45CONS (Bldg 423)

**Notice Details** Packages Interested Vendors List Print Link

**Note:** There have been modifications to this notice. You are currently viewing the original synopsis. To view the most recent modification/amendment, click here

Complete View

**Original Synopsis**
Mar 21, 2006

Modification 1
Jan 22, 2001

Award
Jun 20, 2001

Modification 2
Oct 05, 2007

**Back**

**Solicitation Number:**
Reference-Number-LogOps

**Notice Type:**
Sources Sought

**ALL FILES**

Modification 1
Jan 22, 2001
2001012235476.zip

**GENERAL INFORMATION**

**Notice Type:**
Sources Sought

**Posted Date:**
March 21, 2006

**Response Date:**
April 21, 2006

**Archiving Policy:**
Manual Archive

**Archive Date:**
November 5, 2007

**Original Set Aside:**
N/A

**Set Aside:**
8a Competitive

**Classification Code:**
R -- Professional, administrative, and management support services

**NAICS Code:**
561 -- Administrative and Support Services/561210 -- Facilities Support Services

EXHIBIT
6

**Synopsis:**
Added: March 21, 2006
THIS IS NOT A REQUEST FOR PROPOSAL.
THIS EFFORT IS CONSIDERED COMMERCIAL IN NATURE AND ANY RESULTANT CONTRACT WILL BE AWARDED IAW FAR PART 12.

THIS ACQUISITION WILL BE CONDUCTED AS AN 8a COMPETITION. ONLY OFFERORS THAT ARE CERTIFIED BY THE SMALL BUSINESS ADMINISTRATION AS AN 8(a) VENDOR WILL BE ALLOWED TO SUBMIT PROPOSALS.

Patrick Air Force Base anticipates an 8(a) competitive acquisition to provide Logistics Operations (LOGOPS) at Patrick Air Force Base FL and Cape Canaveral AFS FL. The LOGOPS concept integrates Standard Base Supply System, Fuels, Munitions, Civil Engineering Material Acquisition, Weapons Handling, and Transportation. This requirement may include, but is not limited to, personal property movement, warehouse storage, weapons storage, munitions storage, mobility bag storage, inventory management, reutilization and disposition, combat oriented supply organization, fuels management, munitions management, base official travel services, cargo shipment, air terminal services, combat readiness functions, hazardous materials management, and hazardous material pharmacy operation.

This sources sought synopsis is part of the market research process for a requirement that would begin no earlier than 1 Oct 07.

All certified 8(a) sources capable of providing these services are being sought. The applicable Standard Industrial Classification (SIC) Code is 8744 and the applicable North American Industry Classification System (NAICS) code is 561210.

Capabilities Package. All interested firms should submit a capabilities package that outlines the firm's capabilities in providing the required services. Contractor is required to provide all management and labor required for the operation and management of the required services. If subcontracts are to be used, provide anticipated percentage of effort to be subcontracted and whether small or large businesses will be used. The capabilities package should be brief and concise, yet clearly demonstrate an ability to meet the stated requirements. Recent and relevant experience in all areas should be provided. Recent experience should be within the last 3 years and relevant experience should include projects similar in scope. Teaming and/or subcontracting arrangements should be clearly delineated and previous experience in teaming must be provided.

The response must not exceed 10 pages.

Submit capabilities packages by mail to Antonio Cazares, 45 CONS/LGCBB, 1201 Edward H. White II Street, Patrick AFB, FL 32925-3238. Responses may also be submitted via e-mail to antonio.cazares@patrick.af.mil.

This sources sought is for information and planning purposes only. It does not constitute a solicitation and is not to be construed as a commitment by the Government.

RESPONSES ARE DUE NO LATER THAN 21 Apr 06. Direct all questions to the attention of Antonio Cazares at (321) 494-3938.

**Contracting Office Address :**
Department of the Air Force, Air Force Space Command, 45CONS (Bldg 423), 1201 Edward H White II St MS 7200, Patrick AFB, FL, 32925-3238

**Place of Performance :**
Patrick Air Force Base, Florida 32925

**Primary Point of Contact. :**
Antonio V. Cazares,
Contract Specialist
antonio.cazares@patrick.af.mil
Phone: 321-494-3938
Fax: 321-494-5136

**Secondary Point of Contact :**
Shelley A Hall,
Supervisory Contracting Officer
shelley.hall@patrick.af.mil
Phone: 321-494-4394
Fax: 321-494-5136

**Point of Contact(s) :**
Antonio Cazares, Contract Specialist, Phone 321-494-3938, Fax 321-494-5136,

Email antonio.cazares@patrick.af.mil - Shelley Hall, Supervisory Contracting Officer, Phone 321-494-4394, Fax 321-494-5136, Email shelley.hall@patrick.af.mil

**Back**

Help Desk Accessibility

Home | General Info | News | Opportunities | Agencies | Privacy

Buyers: Login | Register Vendors: Login | Register Accessibility

U.S. AIR FORCE

# R -- Logistics Operations Support Re-competition

**Solicitation Number: Reference-Number-LogOps**
Agency: Department of the Air Force
Office: Air Force Space Command
Location: 45CONS (Bldg 423)

**Notice Details** Packages Interested Vendors List Print Link

Complete View

Original Synopsis
*Sources Sought*
Mar 21, 2006

Modification 1
Jan 22, 2001

Award
Jun 20, 2001

**Modification 2**
Oct 05, 2007

**Back**

**Solicitation Number:**
Reference-Number-LogOps

**Notice Type:**
Modification/Amendment

**Synopsis:**
Added: March 21, 2006 Modified: October 5, 2007 Track Changes
THIS EFFORT IS CANCELLED IN ITS ENTIRETY. THIS REQUIREMENT WILL BE INCORPORATED INTO THE MULTI-WING LOGISTICS SUPPORT SERVICES CONTRACT BY MODIFICATION.

**Contracting Office Address:**
Department of the Air Force, Air Force Space Command, 45CONS (Bldg 423), 1201 Edward H White II St MS 7200, Patrick AFB, FL, 32925-3238, UNITED STATES

**Place of Performance:**
Patrick Air Force Base, Florida 32925

**Primary Point of Contact.:**
Antonio V. Cazares,
Contract Specialist
antonio.cazares@patrick.af.mil
Phone: 321-494-3938
Fax: 321-494-5136

**Secondary Point of Contact:**
Shelley A Hall,
Supervisory Contracting Officer
shelley.hall@patrick.af.mil
Phone: 321-494-4394
Fax: 321-494-5136

**Point of Contact(s):**
Antonio Cazares, Contract Specialist, Phone 321-494-3938, Fax 321-494-5136, Email antonio.cazares@patrick.af.mil - Shelley Hall, Supervisory Contracting Officer, Phone 321-494-4394, Fax 321-494-5136, Email shelley.hall@patrick.af.mil

**Back**

**ALL FILES**

Modification 1
Jan 22, 2001
2001012235476.zip

**GENERAL INFORMATION**

**Notice Type:**
Modification/Amendment

**Original Posted Date:**
March 21, 2006

**Posted Date:**
October 5, 2007

**Response Date:**
-

**Original Response Date:**
April 21, 2006

**Archiving Policy:**
Automatic, on specified date

**Archive Date:**
November 5, 2007

**Original Set Aside:**
8a Competitive

**Set Aside:**
8a Competitive

**Classification Code:**
R -- Professional, administrative, and management support services

**NAICS Code:**
561 -- Administrative and Support Services/561210 -- Facilities Support Services

Help Desk Accessibility

EXHIBIT
tabbies
7

Home | General Info | News | Opportunities | Agencies | Privacy

Buyers: Login | Register Vendors: Login | Register Accessibility

U.S. AIR FORCE

# M -- Logistis Operations

**Solicitation Number: Reference-Number-F08650-01-C-0058Extension**
Agency: Department of the Air Force
Office: Air Force Space Command
Location: 45CONS (Bldg 423)

**Notice Details** Packages Interested Vendors List Print Link

**Original Synopsis**
Feb 19, 2008

**Back**

**Solicitation Number:**
Reference-Number-F08650-01-C-0058Extension

**Notice Type:**
Special Notice

**Synopsis:**
Added: February 19, 2008
This is a notice of award of a one month extension for the Logistics Operations (LOGOPS) contract, F08650-01-C-0058, at Patrick AFB, FL. 45 CONS/LGCB has extended the period of performance from 1 April 2008 through 30 April 2008. The government made award to the incumbent contractor, The Cube Corporation in accordance with The Competition in Contracting Act (CICA), 10 U.S.C. 2304 (d)(1)(B), and FAR 6.302-1(a) (2)(iii)(B), Only one responsible source and no other supplies or services will satisfy agency requirements. Point of contact is Chuck Hobbs, 45 CONS/LGCB, 1201 Edward H. White II, Street MS7200, Patrick AFB, FL 32925, (321) 494-6292, charles.hobbs@patrick.af.mil.

**Contracting Office Address:**
Department of the Air Force, Air Force Space Command, 45CONS (Bldg 423), 1201 Edward H White II St MS 7200, Patrick AFB, FL, 32925-3238, UNITED STATES

**Primary Point of Contact.:**
Chuck S Hobbs,
Contract Specialist
charles.hobbs@patrick.af.mil
Phone: (321) 494-6292
Fax: (321) 494-5136

**Secondary Point of Contact:**
Linda L. Brantley,
Contract Specialist
linda.brantley@patrick.af.mil
Phone: 321-494-3668
Fax: 321-494-2706

**Point of Contact(s):**
Chuck Hobbs, Contract Specialist, Phone (321) 494-6292, Fax (321) 494-5136, Email charles.hobbs@patrick.af.mil - LInda Brantley, Contract Specialist, Phone 321-494-3668, Fax 321-494-2706, Email linda.brantley@patrick.af.mil

**Back**

GENERAL INFORMATION

**Notice Type:**
Special Notice

**Posted Date:**
February 19, 2008

**Response Date:**
-

**Archiving Policy:**
Automatic, on specified date

**Archive Date:**
March 24, 2008

**Original Set Aside:**
N/A

**Set Aside:**
N/A

**Classification Code:**
M -- Operation of Government-owned facilities

**NAICS Code:**
561 -- Administrative and Support Services/561210 -- Facilities Support Services

Help Desk Accessibility

EXHIBIT
tabbles
8

Home | General Info | News | Opportunities | Agencies | Privacy

Buyers: Login | Register Vendors: Login | Register Accessibility

U.S. AIR FORCE

# M -- F08650-01-C-0058 Notice of Intent to Extend Services

**Solicitation Number: Reference-Number-F08650-01-C-0058EXT**
Agency: Department of the Air Force
Office: Air Force Space Command
Location: 45CONS (Bldg 423)

**Notice Details** Packages Interested Vendors List Print Link

**Original Synopsis**
Feb 28, 2008

**Back**

**Solicitation Number:**
Reference-Number-F08650-01-C-0058EXT

**Notice Type:**
Special Notice

**Synopsis:**
Added: February 28, 2008
This is a notice of intent to award atwo month extension with an option for one additional month for the Logistics Operations (LOGOPS) contract, F08650-01-C-0058, at Patrick AFB, FL. 45 CONS/LGCB will extend the period of performance to include the option period from 30 April 2008 to 30 July 2008. The government intends to make award to the incumbent contractor, VT Griffin dba The Cube Corporation in accordance with the Competition in Contracting Act (CICA), 10 U.S.C. 2304 (d)(1)(B), and FAR 6.302-1(a) (2)(iii)(B), only one responsible source and no other supplies or services will satisfy agency requirements.Point of contact is Chuck Hobbs, 45 CONS/LGCB, 1201 Edward H. White II, Street MS7200, Patrick AFB, FL 32925, (321) 494-6292, charles.hobbs@patrick.af.mil.

**Contracting Office Address :**
Department of the Air Force, Air Force Space Command, 45CONS (Bldg 423), 1201 Edward H White II St MS 7200, Patrick AFB, FL, 32925-3238, UNITED STATES

**Primary Point of Contact. :**
Chuck S Hobbs,
Contract Specialist
charles.hobbs@patrick.af.mil
Phone: (321) 494-6292
Fax: (321) 494-5136

**Secondary Point of Contact :**
Linda L. Brantley,
Contract Specialist
linda.brantley@patrick.af.mil
Phone: 321-494-3668
Fax: 321-494-2706

**Point of Contact(s) :**
Chuck Hobbs, Contract Specialist, Phone (321) 494-6292, Fax (321) 494-5136, Email charles.hobbs@patrick.af.mil - Linda Brantley, Contract Specialist, Phone 321-494-3668, Fax 321-494-2706, Email linda.brantley@patrick.af.mil

**Back**

**GENERAL INFORMATION**

**Notice Type:**
Special Notice

**Posted Date:**
February 28, 2008

**Response Date:**
-

**Archiving Policy:**
Automatic, on specified date

**Archive Date:**
March 14, 2008

**Original Set Aside:**
N/A

**Set Aside:**
N/A

**Classification Code:**
M -- Operation of Government-owned facilities

**NAICS Code:**
561 -- Administrative and Support Services/561210 -- Facilities Support Services

Help Desk Accessibility

EXHIBIT
9