# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) — RATING: DO-C9 — PAGE 1 OF PAGES 162

2. CONTRACT NUMBER

3. SOLICITATION NUMBER: FA2517-06-R-6003

4. TYPE OF SOLICITATION: ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP)

5. DATE ISSUED: 12 Apr 2007

6. REQUISITION/PURCHASE NO.

7. ISSUED BY — CODE FA2517
FA2517 – 21CONS/LGCBC
ADDIE ALEXANDER (719) 556-7506
135 Dover Street, Suite 1055, Peterson AFB, CO 80914-1200

8. ADDRESS OFFER TO *(If other than Item 7)*: See Item 7

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder"

## SOLICITATION

9. Sealed offers in See Section L, L-4 (4) (a) (3) for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in See item 7 until Section Section L, L-4(5) (a)

CAUTION — LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE *(NO COLLECT CALLS)* AREA CODE | NUMBER | EXT. | C. E-MAIL ADDRESS |
|---|---|---|---|---|---|
| | ADDIE ALEXANDER | 719 | 556-7506 | | Addie.alexander@peterson.af.mil |

## 11. TABLE OF CONTENTS


| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 130-145 |
| X | B | SUPPLIES OR SERVICES AND PRICE/COST | 2-115 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 116 | X | J | LIST OF ATTACHMENTS | 146 |
| X | D | PACKAGING AND MARKING | 117 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 118 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 147-150 |
| X | F | DELIVERIES OR PERFORMANCE | 119-123 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 124-128 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 151-158 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 129 | X | M | EVALUATION FACTORS FOR AWARD | 159-162 |


## OFFER *(Must be fully completed by offeror)*

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within **[Reference Section L4, 3 (e) of this solicitation]** ___ calendar days *(60 calendar days unless a different period is inserted by the offeror)* from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT *(See Section I, Clause No. 52.232-8)* | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):* | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE — FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

15B. TELEPHONE NUMBER — AREA CODE — NUMBER — EXT.

☐ 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE.

17. SIGNATURE

18. OFFER DATE

## AWARD *(To be completed by Government)*

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN *(See Section L)* — ITEM

24. ADMINISTERED BY *(If other than Item 7)* — CODE

25. PAYMENT WILL BE MADE BY — CODE

26. NAME OF CONTRACTING OFFICER *(Type or print)*

27. UNITED STATES OF AMERICA
*(Signature of Contracting Officer)*

28. AWARD DATE

IMPORTANT -- Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

STANDARD FORM 33 (Rev. 9-97)
Prescribed by GSA – FAR (48 CFR) 53.214(c)

All solicitation amendments were incorporated, and are apart of the resultant contract.

Section B - Supplies or Services and Prices

CLIN PRICING

## B-1. Contract Line Item Number (CLIN) Prices

Contract Line Item Numbers (CLINs) 0801, 1801, 2801, 3801, 4801, 0802, 1802, 2802, 3802, and 4802, applicable for additional support for the 302nd Air Wing, Section 2, Chapter 16 of the Performance Work Statement, are contained in Section B of the schedule. At the current time, funding for these CLINs is not available. However, the contractor must propose to these CLINs, and the Government will evaluate as part of the cost proposal.

## B-2. Separately Priced Option (SPO) CLINs, Vehicle Operations

Two Separately Priced Option (SPO) CLINs, 0203, titled "PETE.AFB VEHICLE OPERATIONS AND MAINTENANCE" (1203, 2203, 3203, 4203 for the option periods) and 0204, titled "PETE.AFB VEHICLE OPERATIONS (GSA SPO CLIN)" (1204, 2204, 3204, 4204 for the option periods), are included for pricing of Vehicle Operation functions at Peterson AFB, as detailed in Performance Work Statement, Section 2, Chapter 5. The Contractor is responsible to provide all vehicles in support of the Vehicle Operation functions The cost reimbursable SPO CLIN should be used if the Contractor chooses to lease some or all vehicles directly from the General Services Administration (GSA). The amount proposed for these cost reimbursable CLINs, 0204, 1204, 2204, 3204, 4204, should only cover the direct associated cost for GSA leased vehicles, not vehicles leased or purchased from sources other than GSA—note, the amounts proposed on these cost reimbursable CLINs are applicable to the Limitation of Cost Clause. Furthermore, the amounts proposed on the cost reimbursable SPO CLINs will be set upon contract award—the contractor will be responsible for any additional GSA lease costs not proposed. The Firm Fixed Price SPO CLIN for Peterson AFB, Vehicle Operations and Maintenance, 0203, 1203, 2203. 3203, 4203, for each contract year, should be used if the Contractor chooses to buy or lease some or all vehicles directly from a source(s) other than GSA. The Firm Fixed Price SPO CLIN must be used for all labor costs and associated vehicle costs associated with Vehicle Operations. The amounts proposed in the Cost Reimbursable and Firm Fixed Price CLINs, if both CLINs are used, shall not be duplicative. The Contractor is solely responsible for selecting the source from which vehicles will be provided and will submit their vehicle cost proposal in the appropriate CLIN.

## B-3. Minimum Guarantee and Program Ceiling Amount

The minimum guarantee for the life of this contract is $5,000. This amount will be funded at contract award. The Program Ceiling amount for this contract is $99,999,999.99.

## B-4. Clauses, Provisions, and Sections K, L, & M

(a) Clauses and provisions from the Federal Acquisition Regulation (FAR) and supplements thereto are incorporated in this document by reference and in full text. Those incorporated by reference have the same force and effect as if they were given in full text.

(b) Clauses and provisions in this document will be numbered in sequence.

(c) Sections K, L, and M will be physically removed from any resultant award, but will be deemed to be incorporated, by reference, in that award.

| B-5. | Non-Personal Services |
|---|---|

"The contractor shall perform non-personal services for the Multi-Wing Logistics Support Contract in accordance with the Performance Work Statement (PWS) specified in Section C, paragraph C-1A".

| B-6. | Clauses |
|---|---|

**5332.705-2 AFSPC Implementation of Limitation of Funds.**

**Clause will be completed upon contract award.**

(a) The sum allotted to this contract and available for payment of costs under (insert contract line items) through (insert date) in accordance with the clause in Section I entitled "Limitation of Funds" is (insert dollar amount).

(b) In addition to the amount allotted under the "Limitation of Funds" clause, the total amount of (insert dollar amount) is obligated for payment of fee for work completed under CLINs (insert contract line items).

Section F - Deliveries or Performance

| F-1. | Delivery Information |
|---|---|

| CLIN | DELIVERY DATE | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| 0001-0002 | POP 30-SEP-2007 TO 31-OCT-2007 | F3LFG7 - HQAFSPC/A4/A6<br>ROBERT BACK<br>150 VANDENBERG ST<br>STE 1105<br>PETERSON AFB CO 80914<br>719-554-3003<br>FOB: Other | F3LFG7 |
| 0101-0107 | POP 01-NOV-2007 TO 31-OCT-2008 | | |
| 1101-1102 | POP 01-NOV-2008 TO 31-OCT-2009 | | |
| 2101-2102 | POP 01-NOV-2009 TO 31-OCT-2010 | | |
| 3101-3102 | POP 01-NOV-2010 TO 31-OCT-2011 | | |
| 4101-4102 | POP 01-NOV-2011 TO 31-OCT-2012 | | |
| 5000 | TBD, But NLT POP 1-OCT-2012 TO 30-OCT-2012 | | |
| 0201 - 0206 | POP 01-NOV-2007 TO 31-OCT-2008 | F3L3CA - 21 LRS<br>MR. TOM O'TOOLE<br>665 W ENT AVE<br>PETERSON AFB CO 80914<br>719-556-4448<br>FOB: Other | F3L3CA |
| 1201-1206 | POP 01-NOV-2008 TO 31-OCT-2009 | | |
| 2201-2206 | POP 01-NOV-2009 TO 31-OCT-2010 | | |
| 3201-3206 | POP 01-NOV-2010 TO 31-OCT-2011 | | |
| 4201-4206 | POP 01-NOV-2011 TO 31-OCT-2012 | | |
| 5001 | TBD, But NLT POP 1-OCT-2012 TO 31-OCT-2012 | | |

| | | | |
|---|---|---|---|
| 0301-<br>0305 | POP 01-NOV-2007 TO<br>31-OCT-2008 | F4D3C1 - 30 LRSD<br>MR. MELVIN VUDRAGOVICH<br>306 8TH ST STE D BLDG 8339<br>VANDENBERG AFB CA 93437<br>805-606-9795<br>FOB: Other | F4D3C1 |
| 1301-<br>1305 | POP 01-NOV-2008 TO<br>31-OCT-2009 | | |
| 2301-<br>2306 | POP 01-NOV-2009 TO<br>31-OCT-2010 | | |
| 3301-<br>3306 | POP 01-NOV-2010 TO<br>31-OCT-2011 | | |
| 4301-<br>4306 | POP 01-NOV-2011 TO<br>31-OCT-2012 | | |
| 5002 | TBD, But NLT<br>POP 1-OCT-2012 TO<br>31-OCT-2012 | | |
| 0401 –<br>0403 | POP 01-NOV-2007 TO<br>31-OCT-2008 | F3R3C0 - 50 LRS<br>ALAN BLUMHAGEN<br>300 O MALLEY AVE RM 330<br>SCHRIEVER AFB CO 80912<br>719-560-4713<br>FOB: Other | F3R3CO |
| 1401-<br>1403 | POP 01-NOV-2008 TO<br>31-OCT-2009 | | |
| 2401-<br>2403 | POP 01-NOV-2009 TO<br>31-OCT-2010 | | |
| 3401-<br>3403 | POP 01-NOV-2010 TO<br>31-OCT-2011 | | |
| 4401-<br>4403 | POP 01-NOV-2011 TO<br>31-OCT-2012 | | |
| 5003 | TBD, But NLT<br>POP 1-OCT-2012 TO<br>31-OCT-2012 | | |
| 0501 -<br>0506 | POP 01-NOV-2007 TO<br>31-OCT-2008 | F1Y3CA - 90LRS/LGRM<br>MR. LOUIS NIEDBALSKI<br>7100 SABER RD BLDG 1284<br>F.E. WARREN ARB WY 82005-2663<br>307-773-3306<br>FOB: Other | F1Y3CA |
| 1501-<br>1506 | POP 01-NOV-2008 TO<br>31-OCT-2009 | | |
| 2501-<br>2506 | POP 01-NOV-2009 TO<br>31-OCT-2010 | | |
| 3501-<br>3506 | POP 01-OCT-2010 TO<br>31-OCT-2011 | | |
| 4501-<br>4506 | POP 01-NOV-2011 TO<br>31-OCT-2012 | | |

| | | | |
|---|---|---|---|
| 5004 | TBD, But NLT<br>POP 1-OCT-2012 TO<br>31-OCT-2012 | | |
| 0601 -<br>0604 | POP 01-NOV-2007 TO<br>31-OCT-2008 | F2W3C7 - 341 LRS/LGRM<br>MR. WILLIAM HARTMAN<br>5 80TH ST N BLDG 400<br>MALMSTROM AFB MT 59402<br>406) 731-6042<br>FOB: Other | |
| 1601-<br>1604 | POP 01-NOV-2008 TO<br>31-OCT-2009 | | |
| 2601-<br>2604 | POP 01-NOV-2009 TO<br>31-OCT-2010 | | |
| 3601-<br>3604 | POP 01-NOV-2010 TO<br>31-OCT-2011 | | |
| 4601-<br>4604 | POP 01-NOV-2011 TO<br>31-OCT-2012 | | |
| 5005 | TBD, But NLT<br>POP 1-OCT-2012 TO<br>31-OCT-2012 | | |
| 0701 -<br>0702 | POP 01-NOV-2007 TO<br>31-OCT-2008 | F1K3CA - 460 LRS<br>MS. TRISH BULLINGTON<br>75 S WOLF CREEK ST MS 57 BLDG 940<br>BUCKLEY AFB CO 80011 9527<br>720-847-6520<br>FOB: Other | F1K3CA |
| 1701-<br>1702 | POP 01-NOV-2008 TO<br>31-OCT-2009 | | |
| 2701-<br>2702 | POP 01-NOV-2009 TO<br>31-OCT-2010 | | |
| 3701-<br>3702 | POP 01-NOV-2010 TO<br>31-OCT-2011 | | |
| 4701-<br>4702 | POP 01-NOV-2011 TO<br>31-OCT-2012 | | |
| 5006 | TBD, But NLT<br>POP 1-OCT-2012 TO<br>31-OCT-2012 | | |

| | | | |
|---|---|---|---|
| 0801-<br>0802 | POP 01-01-NOV-2007<br>TO 31-OCT-2008 | F3L3CA - 21 LRS<br>MR. TOM O'TOOLE<br>665 W ENT AVE | F3L3CA |
| 1801-<br>1802 | POP 01-NOV-2008 TO<br>31-OCT-2009 | PETERSON AFB CO 80914<br>719-556-4448<br>FOB: Other | |
| 2801-<br>2802 | POP 01-NOV-2009 TO<br>31-OCT-2010 | | |
| 3801-<br>3802 | POP 01-NOV-2010 TO<br>31-OCT-2011 | | |
| 4801-<br>4802 | POP 01-NOV-2011 TO<br>31-OCT-2012 | | |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.242-15 | Stop-Work Order | AUG 1989 |
| 52.242-15 Alt I | Stop-Work Order (Aug 1989) - Alternate I | APR 1984 |
| 52.242-17 | Government Delay Of Work | APR 1984 |

PERIOD OF PERFORMANCE

| **F-2.** | **Period of Performance** |
|---|---|

Performance under this contract shall be detailed on individual task orders placed against the basic contract. Performance periods shall consist of a one-month phase-in period, a one-year basic ordering period, and four optional one-year ordering periods, and a one month phase-out period. Specific period dates are as follows:

a. Phase-in: 30 Sep 2007 – 31 Oct 2007
b. Basic Ordering Period: 1 Nov 2007 – 31 Oct 2008
c. First Optional Ordering Period: 1 Nov 2008 – 31 Oct 2009
d. Second Optional Ordering Period: 1 Nov 2009 – 31 Oct 2010
e. Third Optional Ordering Period: 1 Nov 2010 – 31 Oct 2011
f. Fourth Optional Ordering Period: 1 Nov 2011 – 31 Oct 2012
g. Phase-out: TBD, but NLT 1 Oct 2012 – 31 Oct 2012

PLACE OF PERFORMANCE

| F-3. | **Place of Performance** |
|---|---|

Services shall be performed at the following locations:

1. Peterson AFB, CO
2. Schriever AFB, CO
3. Buckley AFB, CO
4. F.E. Warren AFB WY
5. Malmstrom AFB, MT
6. Vandenberg AFB, CA.

Patrick AFB and Los Angeles AFB are included in the scope of this contract should the support detailed in Section 2 of this Performance Work Statement be required at those locations, and negotiated into the basic contract. As such, performance may occur at the following two places:

7. Patrick AFB, FL
8. Los Angeles AFB, CA

GOVERNMENT-FURNISHED PROPERTY

| F-4. | **Identification of Government-Furnished Property** |
|---|---|

Pursuant to the "Government Property" clauses herein, the Government will furnish the item(s) of property listed in Section Ten of the Performance Work Statement for use in performance of this contract.

Note: The property identified in Section Ten of the Performance Work Statement is for proposal purposes. Section Ten will be updated to reflect results of the inventory conducted in accordance with Section Eight of the Performance Work Statement for all items equal to or greater than $5,000 in value.

Section G - Contract Administration Data

CLAUSES INCORPORATED BY FULL TEXT

**WAWF Submittal Information**

Wide Area Work Flow Receipt and Acceptance (WAWF-RA) vendor information can be found at the 21st Contracting Squadron WAWF web page: https://www.peterson.af.mil/21cons/wawf.html. The web page provides information needed to register and utilize WAWF-RA.

The following information is provided to assist in completing WAWF invoice(s).

**Invoice Type** (choose only one):

☐ Stand-Alone Invoice
☐ *(also mark if Fast Pay Applies – FAR 52.213-1)*

☐ Construction Payment Invoice

☐ Invoice + Receiving Report (Combo)

☐ Performance Based Payment

☒ Invoice as 2-In-1 (Services Only)

☐ Progress Payment

☐ Cost Voucher (FAR 52.216-7, 52.216-13, 52.216.14, 52.232-7)

**Contract Number:** TBD

**Delivery Order:** TBD

**Cage Code/Ext:** TBD

**Pay DoDAAC:** TBD

| | | |
|---|---|---|
| **IssueBy DoDAAC:** | Peterson AFB: | FA2517 |
| | Schriever AFB | TBD |
| | Buckley AFB | TBD |
| | F.E. Warren AFB | TBD |
| | Malmstrom AFB | TBD |
| | Vandenberg AFB | TBD |

| | | |
|---|---|---|
| **Admin DoDAAC:** | Peterson AFB: | FA2517 |
| | Schriever AFB | TBD |
| | Buckley AFB | TBD |
| | F.E. Warren AFB | TBD |
| | Malmstrom AFB | TBD |
| | Vandenberg AFB | TBD |

**Inspected By DoDAAC/Ext:** TBD

**Ship-To Code/Ext:** N/A

| | | |
|---|---|---|
| **Service Acceptor/Ext:** | Peterson AFB: | F3L3CA |
| | LSC: | F3LFG7 |
| | Schriever AFB: | F3R3C0 |
| | Buckley AFB: | F1K3CA |
| | F.E. Warren AFB: | F1Y3CA |
| | Malmstrom AFB: | F2W3C7 |