DEPARTMENT OF THE AIR FORCE
21ST SPACE WING (AFSPC)

26 June 2008

21 CONS/LGCBB
135 Dover St, Stop 1117
Peterson AFB, CO 80914-1055

Santa Barbara Applied Research
ATTN: Tom Delaney
2151 Alessandro Drive, Suite 220
Ventura, CA 93001

SUBJECT: Contract No. FA2517-07-D-6009 Modification 02, Inclusion of Patrick AFB

Dear Mr. Delaney,

In accordance with Section I – Contract Clauses: FAR 52.243-1 Changes – Fixed Price, FAR 52.243-1 Alt II Changed – Fixed Price Alternate II and FAR 52.243-2 Changes – Cost Reimbursement for contract FA2517-07-D-6009, the 21st Contracting Squadron requests that you submit a **Firm Fixed Price (FFP)/COST** proposal for the attached Performance Work Statement (PWS) revision for the inclusion of Patrick AFB into the Multi-Wing Logistics Support Contract (MWLSC). All revised areas in the PWS for Patrick are in blue font.

Attachment 1 shows the proposed Contract Line Item Number (CLIN) structure that will be incorporated into Section B of the contract.

Your proposal shall be clear, concise, and shall include sufficient detail for effective evaluation of the cost/price data submitted. Due to the anticipated modification exceeding $650,000 Certified Cost and Pricing Data is required.

Your Certified Cost and Pricing submission shall clearly articulate rate development, hour development, and Other Direct Costs (ODCs). Your cost proposal should provide a breakdown of the number of hours proposed by individual and/or labor category. If a material list is provided as part of your approach to the PWS a bill of materials may be necessary for proper Government evaluation of your proposal. If you propose using a Subcontractor as a part of your proposal, a separate cost and pricing proposal may be submitted to the Contracting Officer due to the proprietary nature of their direct and indirect rates. However, Subcontract costs should be reflected in your cost proposal. Travel shall include the estimated number of trips, number of proposed personnel traveling, locations and estimated costs.

For any proposal over $650,000 certified cost and pricing data shall be required. In accordance with FAR Table 15-2, Instructions for Submitting Cost/Price Proposals When Cost or Pricing Data Are Required, you are required to submit with your proposal "any information reasonably required to explain your estimating process, including: (1) the judgmental factors applied and the mathematical or other methods used in the estimate, including those used in projecting from know data; and (2) the nature and amount of any contingencies including in the

proposed price." Please ensure that the following items are specifically addressed in your proposal:

a. Identify and provide copies of any quantitative risk analysis or any other written analysis of the risks involved in performing the work under the proposal you have submitted;
b. Identify and provide copies of minutes, briefings, or reports from meetings or panels convened to review the price proposal;
c. Identify the nature and amount of any management reserve, risk reserve, minimum required and variance labor hours, or any other contingency included in the proposal price; and
d. Explain the effective profit calculation or similar calculation.

If you have any questions regarding this Request For Proposal you are encouraged to submit your questions to the Contracting Officer to ensure you have a clear understanding of the intent of the requirement. Please submit all questions regarding this RFP NLT 1300 **03 July 2008**. A modification to the basic contract will be issued as soon as negotiations have been completed. Also, the Government reserves the right to award without discussions.

IAW the basic contract you have 30 days to propose however; including phase-in the Government is expecting full performance to begin 01 August 2008. Given this, please submit your proposal as soon as possible. Your proposal shall be submitted no later than 1300 on **24 July 2008** and may be submitted electronically to the undersigned.

Please direct any questions to the persons listed below:

Contract Specialist: Anthony Saporito, phone: 719-556-9381,
E-mail: anthony.saporito@peterson.af.mil
Contracting Officer: Kylie Hager, phone: 719-556-4796,
E-mail: kyile.hager@peterson.af.mil

Sincerely,

KYLIE HAGER
Contracting Officer

Attachments:
PWS FA2517-07-D-6009 Dated 25 June 2008
Attachment 1