# Attachment 1

**Basic Ordering Period:**

CLIN 0900 - PHASE-IN SERVICES, FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM PHASE-IN SERVICES AS STATED IN SECTION 8 OF THE PERFORMANCE WORK STATEMENT, FOR ALL FUNCTIONS AT PATRICK AFB AND ALL GEOGRAPHICALLY SEPERATED UNITS.
Unit of Issue: Monthly
Proposed Period of Performance (PoP): ____________
Proposed Price: $____________

CLIN 0901 – Patrick AFB LOGISTICS SUPPORT SERVICES, FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM BASE SUPPLY AND HAZMART SERVICES IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTERS 1, 3, 4, 14, 15, 17, 18, 19 & 20 AND FUEL MANAGEMENT IAW PERFORMANCE WORK STATEMENT, SECTION 2, CHAPTER 1, 6, 14, & 15.
Unit of Issue: Monthly
PoP: 01 August 2008 – 31 October 2008
Proposed Price: $____________

CLIN 0902 – Patrick AFB TRAV/TRAN/MATER. SUPPLY/FUEL, COST
TRAVEL, TRAINING AND MATERIALS IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 15, & SECTION 6. NO PROFIT ALLOWED. GENERAL AND ADMINISTRATIVE COSTS ALLOWED.
Unit of Issue: Cost
PoP: 01 August 2008 – 31 October 2008
Proposed Cost: $____________

CLIN 0903 – Patrick AFB CARGO MOVEMENT SERVICES, FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS, MATERIALS AND SERVICES NECESSARY TO PERFORM PACKING AND CRATING SERVICES FOR INBOUND/OUTBOUND FREIGHT SHIPPING FOR SURFACE FREIGHT IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 7, 14, & 15.
Unit of Issue: Monthly

PoP: 01 August 2008 – 31 October 2008
Proposed Price: $___________

CLIN 0904 – Patrick AFB CARGO MOVEMENT TRAVEL & TRAINING
TRAVEL AND TRAINING IAW PERFORMANCE WORK STATEMENT SECTION 6. NO PROFIT ALLOWED. GENERAL AND ADMINISTRATIVE COSTS ALLOWED.
Unit of Issue: Cost
PoP: 01 August 2008 – 31 October 2008
Proposed Cost: $___________

**Option Period 1:**

CLIN 1901 – Patrick AFB LOGISTICS SUPPORT SERVICES, FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM BASE SUPPLY AND HAZMART SERVICES IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTERS 1, 3, 4, 14, 15, 17, 18, 19 & 20 AND FUEL MANAGEMENT IAW PERFORMANCE WORK STATEMENT, SECTION 2, CHAPTER 1, 6, 14, & 15.
Unit of Issue: Monthly
PoP: 01 November 2008 – 31 October 2009
Proposed Price: $____________

CLIN 1902 – Patrick AFB TRAV/TRAN/MATER. SUPPLY/FUEL, COST
TRAVEL, TRAINING AND MATERIALS IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 15, & SECTION 6. NO PROFIT ALLOWED. GENERAL AND ADMINISTRATIVE COSTS ALLOWED.
Unit of Issue: Cost
PoP: 01 November 2008 – 31 October 2009
Proposed Cost: $____________

CLIN 1903 – Patrick AFB CARGO MOVEMENT SERVICES, FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS, MATERIALS AND SERVICES NECESSARY TO PERFORM PACKING AND CRATING SERVICES FOR INBOUND/OUTBOUND FREIGHT SHIPPING FOR SURFACE FREIGHT IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 7, 14, & 15.
Unit of Issue: Monthly
PoP: 01 November 2008 – 31 October 2009
Proposed Price: $___________

CLIN 1904 – Patrick AFB CARGO MOVEMENT TRAVEL & TRAINING
TRAVEL AND TRAINING IAW PERFORMANCE WORK STATEMENT SECTION 6. NO PROFIT ALLOWED. GENERAL AND ADMINISTRATIVE COSTS ALLOWED.
Unit of Issue: Cost
PoP: 01 November 2008 – 31 October 2009
Proposed Cost: $___________

**Option Period 2:**

CLIN 2901 – Patrick AFB LOGISTICS SUPPORT SERVICES, FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM BASE SUPPLY AND HAZMART SERVICES IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTERS 1, 3, 4, 14, 15, 17, 18, 19 & 20 AND FUEL MANAGEMENT IAW PERFORMANCE WORK STATEMENT, SECTION 2, CHAPTER 1, 6, 14, & 15.
Unit of Issue: Monthly
PoP: 01 November 2009 – 31 October 2010
Proposed Price: $____________

CLIN 2902 – Patrick AFB TRAV/TRAN/MATER. SUPPLY/FUEL, COST
TRAVEL, TRAINING AND MATERIALS IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 15, & SECTION 6. NO PROFIT ALLOWED. GENERAL AND ADMINISTRATIVE COSTS ALLOWED.
Unit of Issue: Cost
PoP: 01 November 2009 – 31 October 2010
Proposed Cost: $____________

CLIN 2903 – Patrick AFB CARGO MOVEMENT SERVICES, FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS, MATERIALS AND SERVICES NECESSARY TO PERFORM PACKING AND CRATING SERVICES FOR INBOUND/OUTBOUND FREIGHT SHIPPING FOR SURFACE FREIGHT IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 7, 14, & 15.
Unit of Issue: Monthly
PoP: 01 November 2009 – 31 October 2010
Proposed Price: $___________

CLIN 2904 – Patrick AFB CARGO MOVEMENT TRAVEL & TRAINING
TRAVEL AND TRAINING IAW PERFORMANCE WORK STATEMENT SECTION 6. NO PROFIT ALLOWED. GENERAL AND ADMINISTRATIVE COSTS ALLOWED.

Unit of Issue: Cost
PoP: 01 November 2009 – 31 October 2010
Proposed Cost: $___________

**Option Period 3:**

CLIN 3901 – Patrick AFB LOGISTICS SUPPORT SERVICES, FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM BASE SUPPLY AND HAZMART SERVICES IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTERS 1, 3, 4, 14, 15, 17, 18, 19 & 20 AND FUEL MANAGEMENT IAW PERFORMANCE WORK STATEMENT, SECTION 2, CHAPTER 1, 6, 14, & 15.
Unit of Issue: Monthly
PoP: 01 November 2010 – 31 October 2011
Proposed Price: $____________

CLIN 3902 – Patrick AFB TRAV/TRAN/MATER. SUPPLY/FUEL, COST
TRAVEL, TRAINING AND MATERIALS IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 15, & SECTION 6. NO PROFIT ALLOWED. GENERAL AND ADMINISTRATIVE COSTS ALLOWED.
Unit of Issue: Cost
PoP: 01 November 2010 – 31 October 2011
Proposed Cost: $____________

CLIN 3903 – Patrick AFB CARGO MOVEMENT SERVICES, FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS, MATERIALS AND SERVICES NECESSARY TO PERFORM PACKING AND CRATING SERVICES FOR INBOUND/OUTBOUND FREIGHT SHIPPING FOR SURFACE FREIGHT IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 7, 14, & 15.
Unit of Issue: Monthly
PoP: 01 November 2010 – 31 October 2011
Proposed Price: $___________

CLIN 3904 – Patrick AFB CARGO MOVEMENT TRAVEL & TRAINING
TRAVEL AND TRAINING IAW PERFORMANCE WORK STATEMENT SECTION 6. NO PROFIT ALLOWED. GENERAL AND ADMINISTRATIVE COSTS ALLOWED.
Unit of Issue: Cost
PoP: 01 November 2010 – 31 October 2011
Proposed Cost: $___________

**Option Period 4:**

CLIN 4901 – Patrick AFB LOGISTICS SUPPORT SERVICES, FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS AND SERVICES NECESSARY TO PERFORM BASE SUPPLY AND HAZMART SERVICES IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTERS 1, 3, 4, 14, 15, 17, 18, 19 & 20 AND FUEL MANAGEMENT IAW PERFORMANCE WORK STATEMENT, SECTION 2, CHAPTER 1, 6, 14, & 15.
Unit of Issue: Monthly
PoP: 01 November 2011 – 31 October 2012
Proposed Price: $____________

CLIN 4902 – Patrick AFB TRAV/TRAN/MATER. SUPPLY/FUEL, COST
TRAVEL, TRAINING AND MATERIALS IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 15, & SECTION 6. NO PROFIT ALLOWED. GENERAL AND ADMINISTRATIVE COSTS ALLOWED.
Unit of Issue: Cost
PoP: 01 November 2011 – 31 October 2012
Proposed Cost: $____________

CLIN 4903 – Patrick AFB CARGO MOVEMENT SERVICES, FFP
CONTRACTOR SHALL, EXCEPT FOR ITEMS, EQUIPMENT, VEHICLES AND SERVICES SPECIFIED IN SECTION 10 OF THE PERFORMANCE WORK STATEMENT AS GOVERNMENT-FURNISHED PROPERTY OR SERVICES, PROVIDE ALL PERSONNEL, SUPERVISION, TRANSPORTATION, ITEMS, MATERIALS AND SERVICES NECESSARY TO PERFORM PACKING AND CRATING SERVICES FOR INBOUND/OUTBOUND FREIGHT SHIPPING FOR SURFACE FREIGHT IAW PERFORMANCE WORK STATEMENT SECTION 2, CHAPTER 1, 7, 14, & 15.
Unit of Issue: Monthly

PoP: 01 November 2011 – 31 October 2012
Proposed Price: $___________

CLIN 4904 – Patrick AFB CARGO MOVEMENT TRAVEL & TRAINING
TRAVEL AND TRAINING IAW PERFORMANCE WORK STATEMENT SECTION 6. NO PROFIT ALLOWED. GENERAL AND ADMINISTRATIVE COSTS ALLOWED.
Unit of Issue: Cost
PoP: 01 November 2011 – 31 October 2012
Proposed Cost: $___________