GSA Federal Supply Service




331

**Welcome to the World of Federal Logistics**

GSA's LOGWORLD procurement vehicle provides comprehensive logistics services with a wide range of innovative logistics solutions. This is your **'One-Stop'** shopping source to meet your logistics requirements. GSA also provides a simplified procurement tool (e-Buy) that allows you to issue a "best value" task order in weeks instead of months using traditional procurement methods, all at fair and reasonable prices.

We have evaluated and awarded contracts to top tier logistic services providers. Your research and evaluation of logistic providers has been completed for you, thus allowing you to more efficiently and effectively issue task orders "stress free."

If you have a requirement such as transportation/distribution, warehouse/depot management, consultation to improve the efficiency of your logistics infrastructure, weapons systems acquisition sustainment . . . or any other logistics related requirement, LOGWORLD has the solution.

GSA's Federal Supply Service takes great pride in helping federal agencies fulfill their requirements efficiently while saving taxpayer dollars.

Find out how easy it is to place a task order against GSA's Logistics Schedule by visiting GSA*Advantage!*® (www.gsaAdvantage.gov). You will have over 200 of the most respected contractors in the industry at your fingertips with just a click of your mouse. You can also submit Requests for Quotes, (RFQs), Requests for Proposals (RFPs) and Requests for Information (RFIs) on GSA e-Buy electronically. GSA e-Buy allows you to have direct contact with Schedule contractors. You can submit your requirement by e-mail and receive responses the same day.

For more information, please call 800-241-7246 (RAIN).

Sincerely,
Your LOGWORLD Team

# Table of Contents


**Summary of Services**
Logistics Worldwide .....2
What is a Multiple Award Schedule (MAS)? .....3
Advantages of Federal Supply Schedules .....4
Authorized Users .....5
Geographic Coverage .....5
How to Find Potential Contractors .....5

**Scope of Contract**
Services Outside Scope of Contract .....6
Support Provided by the Government .....6

**Logistics Worldwide (LOGWORLD) Services**
SIN 874-501 Supply and Value Chain Management Services .....7
SIN 874-502 Acquisition Logistics .....9
SIN 874-503 Distribution and Transportation Logistics Services .....10
SIN 874-504 Deployment Logistics Services .....11
SIN 874-505 Logistics Training Services .....11
SIN 874-506 Support Products .....11
SIN 874-507 Operations & Maintenance .....12
SIN 874-599 Introduction of New Services .....14
Services Not Included .....14

**Ordering Procedures for Services**
How to Use This Schedule .....15
Orders by Size .....15
Price Reductions .....16
NAICS Codes .....16
Best Value .....17
Oral Presentations .....17
Labor Hour Task Orders .....17
How Do I Pay? .....17
Incidental Items .....18
Organizational Conflicts of Interest .....18
Approval of Subcontracts .....18

**Detailed Information about Ordering from Schedules** .....19

**Innovative Acquisition Approaches**
Basic Guidelines for Using "Contractor Team Arrangements" .....21
Encouragements to Use Innovative Acquisition Approaches .....21

**GSA-Managed Acquisitions** .....22

**Helpful Information** .....23

**Sample Forms** .....24

# Summary of Services





## Logistics Worldwide (LOGWORLD)

This Federal Supply Schedule enables federal agencies to procure comprehensive logistics solutions that enhance or replace existing operations. Industry experts can help your agency reinvent its supply chain, acquire logistics support for a product or system, modify its transportation network, supplement its deployment capabilities, provide complete facility operations and maintenance, and much more.

Agencies placing orders against Logistics Worldwide (LOGWORLD) are reminded there is no need to seek further competition beyond receiving and evaluating a minimum of three Schedule contractor's responses. There is no need to synopsize requirements or to create a separate determination of fair and reasonable pricing. You make a "best value" judgment for your agency from quotes received based on your own selection criteria (i.e. socioeconomic goals, past performance, teaming arrangements and location). Your agency may, for small business concerns, establish a preference in their RFQ to help support attainment of socioeconomic goals.

Agencies save time and money when they use GSA Federal Supply Schedules. By following GSA's simplified ordering procedures, you can leverage our worldwide buying power to achieve the best possible value to meet your needs while staying in strict compliance with applicable laws and regulations. Our mission is to take the stress out of the acquisition process so you can focus on your mission.

## What is a Multiple Award Schedule (MAS)?

A Multiple Award Schedule covers contracts that GSA's Federal Supply Service has negotiated with a number of qualified companies for a group of related services and/or products to be delivered directly to the customer. The terms Federal Supply Schedule and Multiple Award Schedule are synonymous and are often interchangeable. Schedule contracts are awarded to companies supplying the same types of items - in this case Logistics Services – at varying prices. The ordering procedures listed on pages 15 through 20 provide an easy to use process to satisfy your requirements.

Any questions concerning the Logistics Services Schedule can be discussed with the GSA Contracting Officer or Business Management Specialist at 800-241-7246 (RAIN).



## Ordering Procedures Have Become Easier Than Ever

Streamlined acquisition procedures make ordering your services and products simple and convenient.

- Simplified Ordering
- "Best Value" Evaluation
- Maximum Order Provisions
- Blanket Purchase Agreement
- Contractor Team Arrangements
- Price Reductions
- Government Purchase Card

You'll find all these streamlined procedures and more described in this booklet.

 Summary of Services

## Advantages of Federal Supply Schedules

- Easy access to commercially available services
- Volume discount pricing
- Streamlined selection of vendors
- Multiple award for varying requirements
- Establish Blanket Purchase Agreements (BPAs) and negotiate even better pricing
- Direct contractor/customer relationship
- Compliance with all applicable laws and regulations (including small business set-aside determination, see FAR 19.502-1)
- CBD synopsis is NOT required
- Competition requirements are met (see FAR 6.102 (d)(3)) when at least three Schedule contractor's offers have been evaluated
- Prices have been determined to be fair and reasonable
- In some instances, the government credit card can be utilized when placing orders
- Task orders can be issued within weeks as opposed to months
- Maximum order limitations have been removed – Replaced by large order price reduction
- Ease of ordering
- Schedule orders count toward agency's socioeconomic goals (including 8a) – see FAR 8.404
- Full compliance with Section 803 of the National Defense Authorization Act (2002) when your RFQ is posted on e-Buy.




## Authorized Users

The agencies and activities named below may use contracts established under this Federal Supply Schedule.

- All federal agencies and activities in the Executive, Legislative and Judicial branches.
- Government contractors authorized in writing by a federal agency pursuant to 41 CFR 101-26.
- Mixed ownership government corporations (as defined in Government Corporation Control Act) such as the U.S. Postal Service.
- The government of the District of Columbia.
- Other activities and organizations authorized by statute or regulation to use GSA as a source of supply.

## Geographic Coverage

This Schedule can be used **worldwide** by all federal agencies and authorized users noted above.

## How to Find Potential Contractors

This Schedule lists all the categories of services on the LOGWORLD Services Schedule, including brief descriptions of the Special Item Numbers (SINs). However, the contractors are listed on several websites, as indicated below.

- GSA*Advantage!*®, **www.gsaAdvantage.gov** (keyword search on specialty or company name)
- Schedules e-Library (www.gsa.gov/elibrary) and search by Schedule number (874 V), SIN number, or key words
- LOGWORLD Schedule website, **www.gsa.gov/logworld**

# Scope of Contract

Services under this Schedule are designed to support agencies in meeting their logistics requirements. Review pages 7-14 for a complete Special Item Number (SIN) description.

## Services Outside Scope of Contract



Construction and Architect/Engineering services as set forth in FAR Part 36 are outside the scope of LOGWORLD (including construction, alteration or repair of buildings, structures, or other real property). Offerors interested in providing these services may contact GSA's Public Buildings Service (PBS) for additional information.

## Support Provided by the Government

Contractors shall have access within reasonable limits to:

a) Government publications; archival materials; videotape; film, photo and graphic art repositories; and governmental employees as are necessary and appropriate to satisfy the contractor's information requirements in completing project work.

b) Managers and employees within agencies where work is being performed, that are essential to carrying out contractual obligations; one or more subject-matter experts to advise and assist the contractor with respect to technical aspects or operating systems selected for training or quality and productivity improvement; physical support for carrying out work, such as room space, utilities drawn from existing sources, currently available instructional equipment such as computer terminals and audiovisual display devices when such use does not conflict with the controlling organizations' operational Schedule.

c) Technical reference material not subject to Privacy Act restrictions.







# Logistics Worldwide (LOGWORLD) Services Scope

Federal agencies frequently require logistics management services and related products to manage material and other resources to meet their mission in a timely, efficient, and cost effective manner. It is the goal of this solicitation to help agencies utilize the latest value chain and distribution concepts, methodologies and technologies to achieve efficient logistics operations that result in improved customer service.

Contracts under this Schedule are subject to the Service Contract Act of 1965, and all contractors are required to comply with prevailing wage determinations as issued by the Department of Labor.

The following are examples of tasks that may be performed under each Special Item Number (SIN). These are examples only and are not meant to exclude or limit services performed under this Federal Supply Schedule.

### Blanket Purchase Agreements Are an Easy, Streamlined, Smart Way to Buy

Blanket Purchase Agreements offer a direct and highly flexible purchasing option. Take advantage of this easy-to-use, versatile mechanism to meet your recurring equipment, software and services needs. It makes great business sense.

## SIN 874-501 Supply and Value Chain Management Services

This SIN includes planning, development, management, operation and maintenance of logistics systems. These systems may relate to acquisition support, movement and maintenance of resources (including the material requirements determination and acquisition planning, storage, movement, distribution, maintenance, evacuation and disposition of material and equipment); asset or property visibility and management; and operation and maintenance of the infrastructures that support these activities. Contractors may provide assistance and guidance in support of an agency's assessment of the best combination of channels to create value for its customers. Services may include vendor-managed inventory systems; the operation of private and/or government-owned warehouses, stockrooms, or other storage facilities; shipping and receiving; staging and storage; packing and crating (excluding household goods); and design, re-engineering, operation and maintenance of distribution and material handling equipment systems.

Task orders may include:

- System assessment and consultation
- Material requirements planning
- Inventory management and operation
- Asset or property visibility and management










- Operation of warehouses, stockrooms or storage facilities
  - Fulfillment systems and operations
  - Configuration management
  - Platform management
  - Vendor/acquisition management
  - Information processing systems analysis, design, and implementation
- Staging, shipping and receiving
- Packing and crating
- Packaging, labeling, bar coding system consultation, design, implementation, operation and maintenance
- Operation and maintenance of distribution and/or material handling equipment
- Design and installation of material handling systems
- System modernization consultation
- Expansion and consolidation studies
- Moving and storage (excluding household goods)
- Consultation on hazardous material storage and handling
- Warehouse and location management systems
- Recycling program management of warehousing materials
- Preservation and protection of specialized inventory or documents
- Maintenance, repair and overhaul (MRO) support
- Maintenance, repair and overhaul (MRO) process management
- Property disposal management
- Logistics strategic planning services
- Logistics systems engineering services
- Global integrated supply chain solutions - planning and implementation
- Logistics program management services and support
- Supply chain logistics services, solutions and support
- Logistics business process re-engineering
- Logistics decision support solutions
- Logistics performance measures

## SIN 874-502 Acquisition Logistics

Acquisition Logistics Services are those within the logistics management discipline which support a product or system through its life cycle. Services may include Acquisition Logistics or Integrated Logistics Support associated with the design, development, test, production, fielding, sustainment and improvement of cost effective systems including the eventual disposal or salvage of these systems. Contractors may provide logistics expertise in the pre-production or design phase of systems to ensure that the system can be supported through its life-cycle and that the infrastructure elements necessary for operational support are identified and acquired. These services may continue through the life-cycle of the system or product and include guidance, assistance and/or operational support. (Note: Task orders primarily for engineering services may be acquired under the GSA Professional Engineering Services MAS.) The supply chain management elements that are involved in this activity may be acquired under this SIN or in combination with other SINs.



Task orders may include:

- Participation in or consultation with concept development or integrated process teams
  - Needs assessments
  - Define and establish program objectives, strategies, plans and Schedules
  - Develop milestone documentation
  - Market research and acquisition planning
  - Material requirements identification, planning, acquisition and management
- Develop specifications or performance based work statements and task estimates



LOGWORLD Services Scope

- Develop, document and support maintenance procedures and technical manuals
- Configuration and data management with related documentation
- Develop and monitor funding plans
- Support packaging, handling, storage and transportation operations
- Supply chain integration planning
- Inventory or asset management
- Vendor management
- Conduct field problem analysis and recommend corrective action
- Spares modeling
- Disposal, recycling or salvage management

## SIN 874-503 Distribution and Transportation Logistics Services

This SIN includes moving and storage, transportation system development and management, carrier management/routing and freight forwarding (excluding household goods and small package services). These services may include planning and design, implementation or operation of systems or facilities for the movement of goods, supplies, equipment or people by road, air, water, rail, or pipeline. Commercial passenger airline services covered by the Airline City Pair Program are excluded.

Task orders may include:

- Distribution system analysis, development and management
- Location modeling and distribution network analysis
- Fleet planning, operation and maintenance
- Carrier management and routing
- Freight forwarding, consolidation and management
- Tracking system analysis, design, operation and management

## SIN 874-504 Deployment Logistics Services

This SIN includes contingency planning; inventory and property planning, movement, storage and accountability; and communications and logistics systems to permit rapid deployment and management of supplies and equipment. Contractors may provide expert advice, assistance, guidance or operational support to identify and utilize existing regional or global resources, identify alternative capabilities and plan for effective integration of public and private sector support or resources.

Task orders may include:



- Contingency planning
- Material and property requirements planning, movement, storage and accountability systems
- Asset management and visibility
- Regional and global resource capability identification and integration
- Public and private sector resource management
- Communication and logistics systems design, planning and operation
- Medical and emergency unit storage and inventory management

## SIN 874-505 Logistics Training Services

This SIN includes training in system operations and automated tools for supply and value chain management, property and inventory management, distribution and transportation management and maintenance of equipment and facilities supporting these activities.

## SIN 874-506 Support Products

This SIN includes products delivered in direct support of services provided under the other SINs. These products may include, but are not limited to: training manuals, CD-ROMs, overhead slides and logistics software utilized in performing a task. Volume purchasing of commercial-off-the-shelf (COTS) hardware and software under this SIN is not allowed, but instead should be purchased using IT Schedule 70.

## SIN 874-507 Operations and Maintenance

This SIN is designed to satisfy more comprehensive requirements. Schedule contractors provide the best practices, technologies, and methods to plan, design, manage, operate and maintain reliable and efficient systems, equipment, facilities and logistics infrastructures. All of this is designed to improve equipment and logistics performance, and reduce life cycle costs. Typical tasks include complete turnkey operations, maintenance and support services (O&M), base operation support (BOS), depot maintenance, preventative maintenance planning, fleet/property management and maintenance, mobile utility support equipment operation, maintenance and repair, strategic account/project management, integrated facility management and operations management support. Excluded from these services are construction and the operation of computer centers (which is covered under the IT Schedule). Teaming with other GSA Schedule holders may be a viable method of acquisition, particularly considering satisfaction of small business goals (e.g., providing pest control, guard services, elevator maintenance, fire suppression support, beautification services, etc.)

Task orders may include:

- Logistical Support Services
- Supply Services
- Depot Maintenance
- Establishment & Sustainment of Deployment Logistics Operations/Sites
- Equipment Asset Management and Maintenance
- Fleet Management and Maintenance
- Preventative Maintenance Planning
- Property Management and Maintenance
- Strategic and Tactical Planning
- Strategic Account Management
- Mobile Utility Support Equipment Operation, Maintenance and Repair
- Project Management, Integrated Facility Management, and Operations Management Support







# Ordering Procedures for Services

## SIN 874-599 Introduction of New Service

This SIN includes new services within the scope of the Schedule, **but not specifically covered by a numbered SIN**. Service must have the potential to provide the government with a more economical or efficient means of meeting mission requirements.

## Services Not Included

Federal agencies should not use this vehicle for the acquisition of supplies that are not integral to the task and incidental in nature. Services that are not appropriate for purchase under this Schedule include, but are not limited to: financial or freight rate audits; engineering services not related to logistical systems, IT systems integration, network services, volume purchase of IT hardware, software development, database planning, marketing/media services, household goods moving and storage and commercial passenger airline services. These services are available from other MAS Schedules or Programs.



## How to Use This Schedule

The services that have been awarded under this Schedule are listed in the "Scope of Contract" section. To find out how to locate the contractor for a particular service, look under the "How to Find Potential Contractors" section, which tells you how to find the contractor's ordering address, telephone number, contract number and contract effective date.

Consult the contractor's catalog or price list for more detailed ordering information, such as:

- Orders exceeding $1M
- Minimum order allowed
- Geographic coverage (delivery area)
- Contract price or discount
- Quantity discounts



## Orders Under $2500

Prepare a Statement of Work and place the order directly with the contractor of your choice for the services that best meet your needs.

## Orders $2500 and Over

To ensure a "best value" determination is made, as required by FAR 8.404:

- Prepare a Performance Based Statement of Work
- Send Request For Quotes to at least three Schedule contractors and seek price reductions
- Evaluate and make a "best value" selection

## DoD Orders Over $100,000 and the Requirements of the National Defense Authorization Act for 2002, Section 803

The Department of Defense (DoD) has implemented new rules for ordering services over $100,000 under multiple award contracts. The rules are derived from Section 803 of the National Defense Authorization Act for 2002.

Section 803 requires DoD, and entities contracting on behalf of DoD, to contact substantially more sources than Federal Supply Schedule (FSS) policy currently states. FSS policy requires that contracting officers (CO) contact at least three Schedule holders capable of performing the work. Section 803 requires the CO to contact as many Schedule holders as practicable in order to ensure that at least three responses are received. If three responses are not received, the CO must determine that additional qualified contractors could not be identified despite reasonable efforts to do so.







Good market research is the key to ensuring all practicable offerors have been extended a fair opportunity to participate in your acquisition. As with most rules, there are exceptions:*

1. Unusual urgency
2. Only one source can respond due to unique or specialized nature of the work
3. New work is logical follow-on under the same contract
4. Must be placed to satisfy a minimum guarantee

* As noted in FAR16.505 (b)(2)(i-iv) and DFAR 216.505-70 (b)

Contacting all Schedule holders that offer the required work satisfies the requirements of Section 803 because you have informed them of the opportunity for award.

## Orders $1M and Over - Renegotiation Level

If the "best value" selection places your order over $1,000,000, you have an opportunity to obtain a better Schedule contract price. This level acts as a trigger device for ordering agencies to request better pricing and terms. Before placing your order, contact the contractor to ask for a better discount price. The contractor may:

1. offer a new lower price for this requirement;
2. offer the lowest price available under the contract; or
3. decline the order within five days

A delivery order that exceeds this level may be placed with the contractor selected in accordance with ordering provisions provided herein. The order will be placed under the Schedule contract.

## Price Reductions

There may be circumstances when a customer agency finds it advantageous to request a price reduction, such as where the quantity of an individual order clearly indicates the potential for obtaining a reduced price. Customer agencies that obtain a further price reduction may still place these orders against the Schedule contract. MAS contractors will not be required to pass on to all Schedule users a price reduction extended only to an individual agency for a specific order.

## NAICS Codes

Listed below are the NAICS Codes and dollar values necessary to qualify as a small business for providing Logistics Services.

**NAICS 541614 Logistics Consulting Services** -The small business size standard is $6 million.

**NAICS 561210 Facilities Support Services** -The small business size standard is $30 million.



## Best Value

The "best value continuum," as described in FAR 15.1, provides for a range of acquisition strategies based on the complexity and performance risk associated with a particular acquisition combined with the degree to which its scope is clearly definable. Simple, well-defined and/or low risk acquisitions lend themselves to a low priced, technically acceptable evaluation scheme. More complex requirements with a higher performance risk, which are less well defined, are candidates for a tradeoff process where technical expertise, innovation, and past performance can be evaluated in conjunction with price. The entire breadth of this continuum is available on LOGWORLD and ordering agencies are encouraged to take advantage of this flexibility when designing their acquisition strategies.

## Oral Proposals and Presentations

Ordering agencies are encouraged to use oral proposals and/or presentations as a means of streamlining their acquisition of complex requirements through this Multiple Award Schedule (see FAR 15.102). Oral proposals and presentations can save time, staff resources, and money.

## Labor Hour Task Orders

The preferred type of task order to be placed against contracts under this Schedule is firm fixed price. Labor hour task orders are permitted: 1) if it is not possible at the time placing the order to estimate accurately the extent or duration of the work as outlined in FAR 16.6; and 2) if the Schedule contractor is designated as being able to accept labor hour task orders.

## How Do I Pay?

Agencies may, when identified in the contractor's catalog/pricelist, make payments for oral or written delivery orders by using the government commercial credit card.[1] Other payment options include invoice and contract financing payments which are made via Electronic Funds Transfer (EFT).

Ordering agencies are to note that FAR 32.202-1 outlines that it is the responsibility of the contractor to provide all resources needed for performance of a contract. For purchase of commercial items, the financing of the contract is normally the contractor's responsibility. Please refer to FAR 32.2 for information regarding "commercial advance payment," "commercial interim payment," "delivery payment," and for advisory and approval guidance.

---

1 "Government commercial credit card" means the uniquely numbered credit card issued by the contractor under the Single Award Federal Supply Schedule IG 615, or replacement contracts. Governmentwide Commercial Credit Card Service allows named individual government employees to pay for official government purchases. Relevant terms and instructions for use of the government the commercial credit card are contained in the aforementioned Schedule and within your agency's written internal operating procedures. The contractor shall not process a transaction for payment through the credit card clearinghouse until the purchased supplies have been shipped or services performed. Unless the cardholder requests correction or replacement of a defective or faulty item in accordance with other contract requirements, the contractor shall immediately credit a cardholder's account for items returned as defective or faulty.



## Incidental Items

For administrative convenience, open market (non-contract) items may be added to a Federal Supply Schedule BPA or the individual task/delivery order if the items are clearly labeled as such on the order, all applicable acquisition regulations have been followed, and price reasonableness has been determined by the ordering activity for the open market items. It is important to recognize GSA has not negotiated or evaluated prices for those services and products that are not listed in Schedule contracts. Therefore, **you must comply with the requirements for full and open competition by following all applicable acquisition regulations and determining price reasonableness**.

## Organizational Conflicts of Interest

The type of service ordered may present a conflict of interest to the contractor. Care must be exercised to ensure all parties are aware and properly mitigate or avoid these conflicts.

**A.** Definitions.

"Contractor" means the person, firm, unincorporated association, joint venture, partnership, or corporation that is a party to this contract.

"Contractor and its affiliates" and "Contractor or its affiliates" refer to the Contractor, its chief executives, directors, officers, subsidiaries, affiliates, subcontractors at any tier, and consultants and any joint venture involving the Contractor, any entity into or with which the Contractor subsequently merges or affiliates, or any other successor or assignee of the Contractor.

An "organizational conflict of interest" exists when the nature of the work to be performed under a proposed government contract, without some restriction on activities by the Contractor and its affiliates, may either (i) result in an unfair competitive advantage to the Contractor or its affiliates or (ii) impair the Contractor's or its affiliates' objectivity in performing contract work.

**B.** To avoid an organizational or financial conflict of interest and to avoid prejudicing the best interests of the government, ordering offices may place restrictions on the Contractors, its affiliates, chief executives, directors, subsidiaries and subcontractors at any tier when placing orders against Schedule contracts. Such restrictions shall be consistent with FAR 9.505 and shall be designed to avoid, neutralize, or mitigate organizational conflicts of interest that might otherwise exist in situations related to individual orders placed against the Schedule contract. Examples of situations, which may require restrictions, are provided at FAR 9.508.

## Approval of Subcontracts

The ordering activity may require that the Contractor receive, from the ordering activity's Contracting Officer, written consent before placing any subcontract for furnishing any of the work called for in a task order.




## Special Ordering Procedures for Services Priced on GSA Schedules at Hourly Rates

GSA has established the following special ordering procedures for services that require a Statement of Work. These special ordering procedures take precedence over the procedures in FAR 8.404 (b)(2) through (b)(3).

GSA has determined that the prices for services contained in the contractor's price list applicable to this Schedule are fair and reasonable. However, the ordering office using this contract is responsible for considering the level of effort and mix of labor proposed to perform a specific task being ordered and for making a determination that the total firm-fixed price or ceiling price is fair and reasonable. When ordering services, ordering offices shall-

**1.** Prepare a Request (Request for Quote or other communication tool):

**A.** A statement of work (a performance-based statement of work is preferred) that outlines, at a minimum, the work to be performed, location of work, period of performance, deliverable Schedule, applicable standards, acceptance criteria, and any special requirements (i.e., security clearances, travel, special knowledge, etc.) should be prepared.

**B.** The request should include the statement of work and request the contractors submit either a firm-fixed price or a ceiling price to provide the services outlined in the statement of work. A firm-fixed price order shall be requested, unless the ordering office makes a determination that it is not possible at the time of placing the order to estimate accurately the extent or duration of the work or to anticipate cost with any reasonable degree of confidence. When such a determination is made, a labor hour or time-and-materials proposal may be requested. The firm-fixed price shall be based on the prices in the Schedule contract and shall consider the mix of labor categories and level of effort required to perform the services described in the statement of work. The firm-fixed price of the order should also include any travel costs or other direct charges related to performance of the services ordered, unless the order provides for reimbursement of travel costs at the rates provided in the Federal Travel or Joint Travel Regulations. A ceiling price must be established for labor-hour and time-and-materials orders.

**C.** The request may ask the contractors, if necessary or appropriate, to submit a project plan for performing the task, and information on the contractor's experience and/or past performance performing similar tasks.

**D.** The request shall notify the contractors as to what basis will be used for selecting the contractor to receive the order. The notice shall include the basis for determining whether the contractors are technically qualified and provide an explanation regarding the intended use of any experience and/or past performance information in determining technical qualification of responses

**2.** Transmit the Request to Contractors:

**A.** Based upon an initial evaluation of catalogs and price lists, the ordering office should identify the contractors that appear to offer the "best value" (considering the scope of services offered, pricing and other factors described in the original request, as appropriate).

**B.** The request should be provided to a minimum of three (3) contractors if the proposed order is estimated to exceed the micro-purchase threshold, but not exceed the maximum order threshold. Ordering offices should strive to minimize the contractors' costs associated with responding to requests for quotes for specific orders. Requests should be tailored to the minimum level necessary for adequate evaluation and selection for order placement. Oral presentations could be appropriate and should be considered, when possible.

3. Evaluate Responses and Select the Contractor to Receive the Order:

After responses have been evaluated against the factors identified in the request, the order should be placed with the Schedule contractor that represents the "best value". (See FAR 8.404)

4. The ordering office should give preference to small business concerns when two or more contractors can provide the services at the same firm-fixed price or ceiling price.

5. When the ordering office's requirement involves both products and services, the ordering office should total the prices for the products and the firm-fixed price for the services and select the contractor that represents the "best value". (See FAR 8.404)

6. The ordering office, at a minimum, should document orders by identifying the contractor from which the services were purchased, the services purchased, and the amount paid. If other than a firm-fixed price order is placed, such documentation should include the basis for the determination to use a labor-hour or time-and-materials order. For agency requirements in excess of the micro-purchase threshold, the order file should document the evaluation of Schedule contractors' quotes that formed the basis for the selection of the contractor that received the order and the rationale for any trade-offs made in making the selection.

## Blanket Purchase Agreements

Federal Supply Schedule contracts contain BPA provisions to maximize your administrative and purchasing savings. This feature permits Schedule users and contractors to set up "accounts" to fill a "reoccurring requirement." These accounts establish a period for the BPA and generally address issues such as frequency of ordering and invoicing, authorized callers, discounts, delivery locations and time. Agencies may qualify for the best quantity/volume discounts available under the contract, based on the potential volume of business that may be generated through such an agreement, regardless of the size of the individual orders. In addition, agencies may be able to secure a discount higher than that available in the contract based on the aggregate volume of business possible under the BPA. Finally, contractors may be open to a progressive type discounting where the discount would increase once the sales accumulated under the BPA reach certain prescribed levels. Use of a BPA may be especially useful with the new renegotiation level feature. See page 23 for a Suggested Format for customers to consider when using this purchasing tool.

Inform contractors in the request (based on the agency's requirement) if a single BPA or multiple BPAs will be established, and indicate the basis that will be used for selecting the contractors to be awarded the BPAs.

A. SINGLE BPA: Generally, a single BPA should be established when the ordering office can define the tasks to be ordered under the BPA and establish a firm-fixed price or ceiling price for individual tasks or services to be ordered. When this occurs, authorized users may place the order directly under the established BPA when the need for service arises. The Schedule contractor that represents the "best value" should be awarded the BPA. (See FAR 8.404)

B. MULTIPLE BPAs: When the ordering office determines multiple BPAs are needed to meet its requirements, the ordering office should determine which contractors can meet any technical qualifications before establishing the BPAs. When multiple BPAs are established, the authorized users must follow the procedures in FAR 8.404 above and then place the order with the Schedule contractor that represents the "best value".

BPA REVIEW REQUIREMENTS: Such reviews shall be conducted at least annually. The purpose of the review is to determine whether the BPA still represents the "best value". (See FAR 8.404)

## Basic Guidelines For Using "Contractor Team Arrangements"

Federal Supply Schedule contractors may use "Contractor Team Arrangements" (see FAR 9.6) to provide solutions when responding to a customer agency's requirements. These Contractor Team Arrangements can be included under a Blanket Purchase Agreement (BPA) or under an individual order. Orders under a Contractor Team Arrangement are subject to terms and conditions of the individual Federal Supply Schedule contracts.

Participation in a Contractor Team Arrangement is limited to Federal Supply Schedule contractors. Customers should refer to FAR 9.6 for specific details on Contractor Team Arrangements. Following is a general outline of the process:

- The customer identifies the requirements
- Federal Supply Schedule contractors may individually meet the customers needs, OR
- Federal Supply Schedule contractors may submit a Schedule Contractors "Team Solution" to meet the customer's requirements
- The customer makes a "best value" selection

## Encouragement to Use Innovative Acquisition Approaches

In the spirit of the Federal Acquisition Streamlining Act (FASA), all federal agencies have been encouraged to facilitate innovative contracting/acquisition approaches. FAR 1.102 provides Guiding Principles on the Federal Acquisition System. Principles include:

- Satisfy the customer (cost, quality, and timeliness of delivery)
- Maximize use of commercial products and services
- Consider contractor's past performance
- Promote competition
- Minimize administrative costs
- Conduct business with integrity, fairness and openness
- Fulfill public policy objectives

Each member of the "Acquisition Team" is to exercise personal initiative and sound business judgment and is responsible for making acquisition decisions that deliver the "best value" product or service to meet the customers needs. FAR 1.102-4 indicates that each Government Acquisition Team members should be empowered to make acquisition decisions within their areas of responsibility, including selection, negotiation, and administration. The contracting officer has the authority, to the maximum extent practical, to determine the applications of rules, regulations, and policies.

Contractor Teaming arrangements, Blanket Purchase Agreements and Performance Incentives are examples of innovative acquisition approaches.

## An Extra Tool for Your Acquisition Toolbox: GSA-Managed Acquisitions

Whether you decide to conduct your own procurement or have us do some or all of it for you (GSA-Managed Acquisition), GSA is here to help. Through GSA's Office of Professional Services (a division of the Federal Technology Service – FTS), you can get the level of assistance you need on a cost-reimbursable basis in the areas of acquisition management, project management, procurement support, and financial management for IT and specific professional services from GSA Schedules, including the **LOGWORLD** Schedule. We've already covered the benefits of doing the procurement yourself; so let's take a look at your other option – GSA-Managed Acquisitions through GSA's FTS.

In a GSA-Managed Acquisition, you can meet your requirements by using specific elements of GSA support, or by outsourcing the entire project for a turnkey solution. GSA works with you to understand your requirements and helps you choose, implement and manage the acquisition for the best solutions to meet your needs. You define the project and the budget; GSA does the rest, freeing up your valuable resources for other tasks.

Benefits of GSA-Managed Acquisitions include:

Acquisition Expertise: GSA professionals will work with you to define your requirements, write statements of work, perform market surveys, develop acquisition strategies, run technical evaluation boards, evaluate "best value," and award task orders.

Professional Project Management: FTS professionals will manage the project after award to oversee scheduling and deliverables, accounts payable and financial oversight, all while keeping costs in check!

Back-Up Support: Even if you don't need a total turnkey solution, you can still turn to GSA-Managed Acquisitions for support. Use GSA resources to complement your agency's contracting capabilities on an "as needed" basis.

Look to GSA-Managed Acquisitions to decrease your agency's procurement costs and risk and increase your agency's effectiveness in achieving its goals. FTS professionals will deliver your project on time and on budget. For more information, contact Professional Services, Federal Technology Service, at (703) 306-6140 or visit www.gsa.gov/professionalservicesoffice.



## For Further Assistance:

U.S. General Services Administration
Federal Supply Service
Management Services Center
(800) 241-7246
E-mail to Logisticservices@gsa.gov

## Related Services:

The LOGWORLD Schedule (874V) is commonly used in conjunction with the Environmental (899) and the Professional Engineering (871) Schedules. Innovative and creative procurement techniques are encouraged to facilitate your agency's requirements.

## Other Helpful References:

- Logistics Services Schedule including links to solicitation, MAS Owner's Manual, and Getting on Schedule www.gsa.gov/logworld
- Logistics Services Schedule E-mail logworld@gsa.gov
- For Sample Statement of Work www.gsa.gov/mgmtservices (click on MSC References)
- For information concerning eligibility to use Schedules, basic ordering guidelines, and Frequently Asked Questions (FAQ) go to: www.gsa.gov/schedules and click on "For Customers Ordering from Schedules"
- Current contract award information, including contractors listed by Schedule: www.gsa.gov./elibrary
- Acquisition Reform Network. Look under "site map" for an extensive library of links to acquisition topics. www.arnet.gov
- GSA*Advantage!*® This site allows you to order services on-line via e-Buy or to search for appropriate vendors. www.gsaAdvantage.gov
- General Inquiries: National Customer Service Center (800) 488-3111
- The LOGWORLD Contract can be found at www.eps.gov. The contract number is TFTP-MB-008745-B.
- Online ordering instructions and training can be found at: https://fsstraining.gsa.gov

## Potential Contractor Information:

LOGWORLD provides logistic services to the Federal Government Worldwide. Highly qualified contractors who would like to enter the world of Federal Logistics are encouraged to partner with GSA. Interested contractors please visit www.gsa.gov/logworld for more information.



Sample Forms

## Best Value Blanket Purchase Agreement

**Best Value**
**Blanket Purchase Agreement**
**Federal Supply Schedule**

**(Insert Customer Name)**

In the spirit of the Federal Acquisition Streamlining Act ______(Agency)______ and ______(Contractor)______ enter into a cooperative agreement to further reduce the administrative costs of acquiring commercial items and services from the General Service Administration (GSA) Federal Supply Schedule Contract(s) ______________.

Federal Supply Schedule contract BPAs eliminate contracting and open market costs such as: search for sources, the development of technical documents, solicitations and the evaluation of bids and offers. Contractor Team Arrangements are permitted with Federal Supply Schedule contractors in accordance with Federal Acquisition Regulation (FAR) Subpart 9.6

This BPA will further decrease costs, reduce paperwork and save time by eliminating the need for repetitive, individual purchases from the Schedule contract. The end result is to create a purchasing mechanism for the government that works better and costs less.

Signatures

______________________________ ______________________________

Agency Date Contractor Date

**VICTORY OVER RED TAPE**

## Blanket Purchase Agreement

BPA NUMBER

__________

**(Customer Name)**
**Blanket Purchase Agreement**

Pursuant to GSA Federal Supply contract number(s) ___________, Blanket Purchase Agreements, the Contractor agrees to the following terms of a Blanket Purchase Agreement (BPA) EXCLUSIVELY WITH __(Ordering Agency)________.

1. The following contract items can be ordered under this BPA. All orders placed against this BPA are subject to the terms and conditions of the contract, except as noted below:

   | **Special Item Number** | ***Special BPA Discount/Price** |
   | --- | --- |
   | | |
   | | |

2. Delivery:

   | **Destination** | **Delivery Schedule/Dates** |
   | --- | --- |
   | | |
   | | |

3. The government estimates, but does not guarantee, that the volume of purchases through this agreement will be _______________.

4. This BPA does not obligate any funds .

5. This BPA expires on _____________ or at the end of the contract period, whichever is earlier. Note: BPAs cannot exceed the Schedule contract period. If GSA exercises an option to extend the term of the Schedule contract, the BPA may be extended as well.

6. The following office(s) is (are) hereby authorized to place orders under this BPA:

   | **Office** | **Point of Contact** |
   | --- | --- |
   | | |
   | | |

*(continued on next page)*

7. Orders will be placed against this BPA via Electronic Data Interchange (EDI), FAX or paper.

8. Unless otherwise agreed to, delivery tickets or sales slips containing the following information as a minimum must accompany all deliveries under this BPA:

   A. Name of contractor
   B. Contract number
   C. BPA number
   D. Special Item Number
   E. Task/Delivery order number
   F. Date of purchase

9. The requirements of a proper invoice are as specified in the Federal Supply Schedule contract. Invoices will be submitted to the address specified within the task/delivery order transmission issued against this BPA.

10. The terms and conditions included in this BPA apply to all purchases made pursuant to it. In the event of an inconsistency between the provisions of this BPA and the Contractor's invoice, the provisions of this BPA will take precedence.

***IMPORTANT** - A new feature of the Federal Supply Schedules Program permits contractors to offer price reductions in accordance with commercial practice. Contractor Team Arrangements are permitted with Federal Supply Schedule contractors in accordance with FAR Subpart 9.6.

## Request for Contract Award Information

Customers requesting contract award information (i.e., List of Contractors) should fill in the following information. Fax the request to: (253) 931-7573

**Customer Name**________________________________________

**Fax Number/Mailing Address** __________________________________

__________________________________________________

**Contract Award Information Requested For:**

**Federal Supply Schedule Number:**______________________________

**Or**

**Special Item Number:**______________________________________

**Or**

**Item Description:**________________________________________

# Notes

GSA Smarter Solutions




GSA/CMLS
WAREHOUSE 9 SECTION F
501 W. FELIX ST
P.O. Box 6477
FORT WORTH TX 76115-6477

FIRST CLASS MAIL
POSTAGE AND
FEES PAID
GSA PERMIT G-30

Official Business
Penalty for Private Use $300

**www.gsa.gov**

**October 2004**
**00SC-3603**
**5-4-00307**

Federal Recycling Program Printed on Recycled Paper