GSA e-Buy | GSA *Advantage*

GSA Schedules e-Library | Home | Federal Supply Schedule Listing | Basic Schedule Ordering Guidelines | Help

Search: all the words Go

## Schedule Summary

For general questions, contact:
Maureen Duckworth
Phone: (253) 931-7514
E-mail: maureen.duckworth@gsa.gov

## 874 V LOGISTICS WORLDWIDE (LOGWORLD)




**GSA Contracts Online**
**Federal Buyers...**
View Contract Clauses ▸▸

**Vendors**
*Click here* to view the current solicitation on FedBizOpps

874 V Category list: - Categories - Go

| Category | Description |
|---|---|
| 874 501 | Supply and Value Chain Management - Services that include all phases of planning, acquisition and management of logistics systems. These services include, but are not limited to planning, acquisition, design, development, testing, production, fielding, management, operation, maintenance, sustainment, improvement, modification and disposal. Examples of the type of services that may be performed under this SIN include: Logistics consulting for planning for the acquisition and life cycle phases of supply and value chain systems including the following: defining and establishing program objectives, strategies, plans and schedules; develop milestone documentation; market research and acquisition planning; material requirements identification, planning, acquisition and management; develop specifications or performance based work statements and task estimates; develop, document and support maintenance procedures and technical manuals; configuration data management and related documentation; expansion and consolidation studies, field problem analysis and recommendation of corrective actions and system modernization; needs assessment/system assessment; inventory/asset/vendor management; Inventory management and operation (inclusive of salvage, recycle and/or disposal management); operation of warehouses, stockrooms, storage facilities or depots; fulfillment systems and operations; platform management; information logistics processing systems analysis design, and implementation; staging, shipping, receiving, packing, crating, moving and storage (excluding household goods); packaging, labeling, bar coding system consultation, design, implementation, operation and maintenance; design and installation of material handling systems; hazardous material storage and handling (Non-radioactive only); warehouse and location management systems; recycling program management of warehousing materials; preservation and protection of specialized inventory or documents; maintenance, repair and overhaul (MRO) support and/or support process management; aircraft repair and maintenance; ship repair and maintenance; property disposal management; logistics strategic planning services; logistics systems engineering services; logistics program management services and support; Unique Identification (UID)/Radio Frequency Identification (RFID) services; Program and project management; acquisition and life cycle management; spares modeling; supply chain integration planning; global integrated supply chain solutions - planning and implementation.<br><br>Note - acquisition functions can not be procured as stand-alone services. |
| 874 502 | Reserved |
| 874 503 | Distribution and Transportation Logistics Services - Services that include distribution and transportation logistics services such as planning and designing, implementing or operating systems or facilities for the movement of supplies, equipment or people by road, air, water or rail. Examples of the type of services that may be performed under this SIN include but are not limited to: movement and short-term storage (excluding household goods); transportation system development and management; distribution and transportation logistics consulting; |

carrier management and routing; freight forwarding, consolidation and management; third-party logistics (3PL); facilitating customs processing; Electronic Freight Manifest (EFM) systems; tracking system analysis, design, operations and management; shuttle services; program and project management. Note: Commercial passenger airline services covered by the Airline City Pair Program and courier services covered by Schedule 48, Transportation, Delivery and Relocation Solutions are excluded.

874 504 Deployment Logistics Services - Services that include, but are not limited to providing expert advice, assistance, guidance, management, or operational support services that permit the deployment of supplies, equipment, materials and associated personnel. Examples of the type of services that may be performed under this SIN include deployment logistics consulting; war gaming (field exercises); contingency planning; inventory and property requirements planning, movement, storage and accountability systems; asset management (including pre-positioning assets); space planning and project integration/implementation; public and private sector support and/or resources; facilitating customs processing/accountability; scenario based field exercises; communication and logistics systems design, plan, deployment and operation; medical and emergency unit storage and restocking management; program and project management.

874 505 Logistics Training Services - Logistics Training Services - Training in system operations, automated tools for supply and value chain management, property and inventory management, distribution and transportation management, and maintenance of equipment and facilities supporting these activities. Click on SIN hyperlink to view LOGWORLD contractors by business size.

874 506 Support Products - Contractors may provide ancillary products used only in direct support of services provided under SINs 874-501, 874-503, 874-504, 874-505 and 874-507. This SIN cannot be used as a stand alone SIN. The acquisition of commercial-off-the-shelf (COTS) hardware and software (other than in support of logistics related services) under this SIN is not allowed.

Note: Any licensing fee/agreements required for COTS hardware and software will be negotiated at the task order level.

874 507 Operations & Maintenance Logistics Management and Support Services. - The purpose of this SIN is to provide a turnkey/total solution in support of a logistics function. Under the turnkey solution, a combination of support services may include, but are not limited to: janitorial services, maintenance, trash disposal, laundry, mail routing, guard, reception and related services however these services must be incidental to and in support of the logistics function. Individual support services may not be offered, ordered, or sold separately under this SIN. Examples of the type of logistics related services under this SIN include: logistical support services; integrated facility management and operations management support; supply support services; equipment asset management and maintenance support services; fleet management and maintenance support services; preventative maintenance planning support services; property management and maintenance support services; strategic and tactical planning support services; strategic account management support services; mobile utility support equipment operation, maintenance and repair support services; Base operations support (BOS); depot maintenance; project management. Contractors are strongly encouraged to team with other GSA Schedule holders for the services noted above. Excluded from this SIN are services involving the operation of computer centers.

Note - For separate SIN requirements NOT a part of logistics management and support, refer to Schedule 03FAC, Facilities Maintenance and Hardware, SIN(s) 811-002 , Complete Facilities Maintenance and/or 811-003, Complete Facilities Management.
Contractors are strongly encouraged to team with other GSA Schedule holders for the services noted above.

874 599 Introduction of New Service - Introduction of New Service - New services within the scope of the schedule, specifically covered by a numbered SIN that has the potential to provide the Government with a more economical or efficient means of meeting mission requirements. Click on the SIN hyperlink to view LOGWORLD contractors by business size.