# GENERAL SERVICES ADMINISTRATION

## Federal Supply Service

*Authorized Federal Supply Schedule Price List*

**Schedule for - Logistics Worldwide (Logworld)**
**Federal Supply Group:** 87 **Class:** 874 V
**Contract Number: GS-10F-0277M**
**For more information on ordering from Federal Supply Schedules**
**click on the FSS Schedules button at http://www.fss.gsa.gov**
**Contract Period: 5-8-2007 through 5-7-2012**
**Pricelist Effective May 8, 2007**

**Contractor:** The Ginn Group
200 Westpark Drive
Suite 100
Peachtree City, GA 30269

**Business Size:** Small, Service-Disabled, Veteran-Owned

**Telephone:** (404) 669-9214
**Extension:**
**FAX Number:** (404) 669-9215
**Web Site:** www.ginngroup.com
**E-mail:** bgragg@ginngroup.com

**Contract Administration:** Billy C. Gragg

# CUSTOMER INFORMATION:

**1a. Table of Awarded Special Item Number(s) with appropriate cross-reference to page numbers:**
874-501
874-501(RC)
874-503
874-503 (RC)
874-504
874-504 (RC)
874-505
874-505 (RC)
874-507
874-507 (RC)

**1b. Identification of the lowest priced model number and lowest unit price for that model for each special item number awarded in the contract. This price is the Government price based on a unit of one, exclusive of any quantity/dollar volume, prompt payment, or any other concession affecting price. Those contracts that have unit prices based on the geographic location of the customer, should show the range of the lowest price, and cite the areas to which the prices apply.**

1c. **If the Contractor is proposing hourly rates a description of all corresponding commercial job titles, experience, functional responsibility and education for those types of employees or subcontractors who will perform services shall be provided. If hourly rates are not applicable, indicate Not applicable for this item.**

2. **Maximum Order:** $10,000,000

3. **Minimum Order:** $300

4. **Geographic Coverage (delivery Area):** FOB Domestic Only

5. **Point(s) of production (city, county, and state or foreign country):** Same as company address

6. **Discount from list prices or statement of net price:** Government Net Prices (discounts already deducted). See prices attached

7. **Quantity discounts:** None Offered

8. **Prompt payment terms:** Net 30 days

9a. **Notification that Government purchase cards are accepted up to the micro-purchase threshold:** Yes

9b. **Notification whether Government purchase cards are accepted or not accepted above the micro-purchase threshold:** Contact Contractor

10. **Foreign items (list items by country of origin):** None

11a. **Time of Delivery (Contractor insert number of days):** Specified on the Task Order

11b. **Expedited Delivery. The Contractor will insert the sentence Items available for expedited delivery are noted in this price list. under this heading. The Contractor may use a symbol of its choosing to highlight items in its price list that have expedited delivery:** Contact Contractor

11c. **Overnight and 2-day delivery. The Contractor will indicate whether overnight and 2-day delivery are available. Also, the Contractor will indicate that the schedule customer may contact the Contractor for rates for overnight and 2-day delivery:** Contact Contractor

11d. **Urgent Requirements. The Contractor will note in its price list the Urgent Requirements clause of its contract and advise agencies that they can also contact the Contractor s representative to effect a faster delivery:** Contact Contractor

12. **F.O.B Points(s):** Destination

13a. **Ordering Address(es):** Same as contractor

13b. **Ordering procedures: For supplies and services, the ordering procedures, information on Blanket Purchase Agreements (BPA s), and a sample BPA can be found at the GSA/FSS Schedule homepage (fss.gsa.gov/schedules).**

14. **Payment address(es):** Same as company address

15. **Warranty provision:** Contractor s Standard Commercial Warranty

16. **Export Packing Charges (if applicable):** N/A

17. **Terms and conditions of Government purchase card acceptance (any thresholds above the micro-purchase level):** Contact Contractor

18. **Terms and conditions of rental, maintenance, and repair (if applicable):** N/A

19. **Terms and conditions of installation (if applicable):** N/A

20. **Terms and conditions of repair parts indicating date of parts price lists and any discounts from list prices (if applicable):** N/A

20a. **Terms and conditions for any other services (if applicable):** N/A

21. **List of service and distribution points (if applicable):** N/A

22. **List of participating dealers (if applicable):** N/A

23. **Preventive maintenance (if applicable):** N/A

24a. **Special attributes such as environmental attributes, (e.g., recycled content, energy efficiency, and/or reduced pollutants):** N/A

24b. **If applicable, indicate that Section 508 compliance information is available on Electronic and Information Technology (EIT) supplies and services and show where full details can be found (e.g. contactor s website or other location.) The EIT standards can be found at: www.Section508.gov/.**

25. **Data Universal Numbering System (DUNS) number:** 36-4206839

26. **Notification regarding registration in Central Contractor Registration (CCR) database:** Registered

# PRICES

| *GSA Awarded Labor Categories* | *GSA Rates 5/8/2006 5/7/2007* | *GSA Rates 5/8/2007 5/7/2008* | *GSA Rates 5/8/2008 5/7/2009* | *GSA Rates 5/8/2009 5/7/2010* | *GSA Rates 5/8/2010 5/7/2011* | *GSA Rates 5/8/2011 5/7/2012* |
|---|---|---|---|---|---|---|
| Senior Program Analyst | $82.66 | $85.14 | $87.69 | $90.32 | $93.03 | $95.83 |
| Project Manager | $110.93 | $114.26 | $117.69 | $121.22 | $124.85 | $128.60 |
| Site Manager | $93.86 | $96.68 | $99.58 | $102.56 | $105.64 | $108.81 |
| Quality Assurance Manager | $100.94 | $103.97 | $107.09 | $110.30 | $113.61 | $117.02 |
| Quality Assurance Specialist | $73.03 | $75.22 | $77.48 | $79.80 | $82.20 | $84.66 |
| IDIQ Project Manager | $110.93 | $114.26 | $117.69 | $121.22 | $124.85 | $128.60 |
| Senior Logistics Analyst | $79.44 | $81.82 | $84.28 | $86.81 | $89.41 | $92.09 |
| Logistics Analyst Level I | $67.28 | $69.30 | $71.38 | $73.52 | $75.72 | $78.00 |
| Logistics Analyst Level II | $73.03 | $75.22 | $77.48 | $79.80 | $82.20 | $84.66 |
| Logistics Analyst Level III | $78.32 | $80.67 | $83.09 | $85.58 | $88.15 | $90.79 |
| Logistics Accounting Clerk | $38.09 | $39.23 | $40.41 | $41.62 | $42.87 | $44.16 |
| Senior Operations Analyst (ORSA) | $79.44 | $81.82 | $84.28 | $86.81 | $89.41 | $92.09 |
| Senior Computer Systems Analyst | $74.53 | $76.77 | $79.07 | $81.44 | $83.88 | $86.40 |
| Computer Systems Analyst I | $53.77 | $55.38 | $57.04 | $58.76 | $60.52 | $62.33 |
| Computer Systems Analyst II | $59.40 | $61.18 | $63.02 | $64.91 | $66.86 | $68.86 |
| Computer Systems Analyst III | $65.54 | $67.51 | $69.53 | $71.62 | $73.77 | $75.98 |
| Computer Based Training Specialist/Instructor | $49.90 | $51.40 | $52.94 | $54.53 | $56.16 | $57.85 |
| Senior Applications Engineer | $113.86 | $117.28 | $120.79 | $124.42 | $128.15 | $131.99 |
| Applications Engineer | $89.09 | $91.76 | $94.52 | $97.35 | $100.27 | $103.28 |
| Computer Programmer I | $37.12 | $38.23 | $39.38 | $40.56 | $41.78 | $43.03 |
| Computer Programmer II | $45.96 | $47.34 | $48.76 | $50.22 | $51.73 | $53.28 |
| Computer Programmer III | $59.40 | $61.18 | $63.02 | $64.91 | $66.86 | $68.86 |
| Computer Programmer IV | $65.54 | $67.51 | $69.53 | $71.62 | $73.77 | $75.98 |
| Configuration Management Specialist | $47.20 | $48.62 | $50.07 | $51.58 | $53.12 | $54.72 |
| Senior Database Management Specialist | $57.99 | $59.73 | $61.52 | $63.37 | $65.27 | $67.23 |
| Database Management Specialist | $47.05 | $48.46 | $49.92 | $51.41 | $52.96 | $54.54 |
| Date Entry Clerk | $38.65 | $39.81 | $41.00 | $42.23 | $43.50 | $44.81 |
| Operations Manager | $54.35 | $55.98 | $57.66 | $59.39 | $61.17 | $63.01 |
| Systems Administrator | $49.47 | $50.95 | $52.48 | $54.06 | $55.68 | $57.35 |
| Computer Operator I | $28.28 | $29.13 | $30.00 | $30.90 | $31.83 | $32.78 |
| Computer Operator II | $31.88 | $32.84 | $33.82 | $34.84 | $35.88 | $36.96 |
| Computer Operator III | $38.82 | $39.98 | $41.18 | $42.42 | $43.69 | $45.00 |
| Computer Operator IV | $41.51 | $42.76 | $44.04 | $45.36 | $46.72 | $48.12 |
| Computer Operator V | $46.00 | $47.38 | $48.80 | $50.27 | $51.77 | $53.33 |
| Senior Training Specialist | $55.99 | $57.67 | $59.40 | $61.18 | $63.02 | $64.91 |
| Imaging Specialist | $55.99 | $57.67 | $59.40 | $61.18 | $63.02 | $64.91 |
| Training Specialist | $47.05 | $48.46 | $49.92 | $51.41 | $52.96 | $54.54 |
| Help Desk Manager | $63.10 | $64.99 | $66.94 | $68.95 | $71.02 | $73.15 |
| Help Desk Specialist | $42.70 | $43.98 | $45.30 | $46.66 | $48.06 | $49.50 |
| Hardware Specialist | $61.21 | $63.05 | $64.94 | $66.89 | $68.89 | $70.96 |
| Hardware Draftsman | $46.67 | $48.07 | $49.51 | $51.00 | $52.53 | $54.10 |
| Electronics technician - Maintenance I | $35.40 | $36.46 | $37.56 | $38.68 | $39.84 | $41.04 |

| *GSA Awarded Labor Categories* | *GSA Rates 5/8/2006 5/7/2007* | *GSA Rates 5/8/2007 5/7/2008* | *GSA Rates 5/8/2008 5/7/2009* | *GSA Rates 5/8/2009 5/7/2010* | *GSA Rates 5/8/2010 5/7/2011* | *GSA Rates 5/8/2011 5/7/2012* |
|---|---|---|---|---|---|---|
| Electronics technician - Maintenance II | $54.59 | $56.23 | $57.91 | $59.65 | $61.44 | $63.28 |
| Electronics technician - Maintenance III | $61.02 | $62.85 | $64.74 | $66.68 | $68.68 | $70.74 |
| Corps/Theater Automated Data Processing Service Center Manager | $76.36 | $78.65 | $81.01 | $83.44 | $85.94 | $88.52 |
| Communications Network Manager | $76.36 | $78.65 | $81.01 | $83.44 | $85.94 | $88.52 |
| Planner I (Logistical, Intelligence, Operational, Training, Personnel) | $57.19 | $58.91 | $60.67 | $62.49 | $64.37 | $66.30 |
| Planner II (Logistical, Intelligence, Operational, Training, Personnel) | $69.96 | $72.06 | $74.22 | $76.45 | $78.74 | $81.10 |
| Planner III (Logistical, Intelligence, Operational, Training, Personnel) | $82.66 | $85.14 | $87.69 | $90.32 | $93.03 | $95.83 |
| Communications Specialist | $69.60 | $71.69 | $73.84 | $76.05 | $78.34 | $80.69 |
| Senior Business Process Reengineering Specialist | $103.05 | $106.14 | $109.33 | $112.61 | $115.98 | $119.46 |
| Business Process Reengineering Specialist | $70.95 | $73.08 | $75.27 | $77.53 | $79.85 | $82.25 |
| Technical Writer/Editor | $60.30 | $62.11 | $63.97 | $65.89 | $67.87 | $69.90 |
| Supply Management Specialist | $52.07 | $53.63 | $55.24 | $56.90 | $58.61 | $60.36 |
| Supply Technician | $47.81 | $49.24 | $50.72 | $52.24 | $53.81 | $55.42 |
| Maintenance Management Specialist | $56.88 | $58.59 | $60.34 | $62.15 | $64.02 | $65.94 |
| Stock Clerk | $29.44 | $30.32 | $31.23 | $32.17 | $33.13 | $34.13 |
| Tools and Parts Attendant | $33.81 | $34.82 | $35.87 | $36.95 | $38.05 | $39.20 |
| Warehouse Specialist | $34.36 | $35.39 | $36.45 | $37.55 | $38.67 | $39.83 |
| Laborer | $25.97 | $26.75 | $27.55 | $28.38 | $29.23 | $30.11 |
| Forklift Operator | $37.10 | $38.21 | $39.36 | $40.54 | $41.76 | $43.01 |
| Shipping/Receiving Clerk | $31.11 | $32.04 | $33.00 | $33.99 | $35.01 | $36.07 |
| Janitor | $25.97 | $26.75 | $27.55 | $28.38 | $29.23 | $30.11 |
| Truck Driver - Light | $27.52 | $28.35 | $29.20 | $30.07 | $30.97 | $31.90 |
| Truck Driver - Medium | $34.98 | $36.03 | $37.11 | $38.22 | $39.37 | $40.55 |
| Truck driver - Heavy | $37.08 | $38.19 | $39.34 | $40.52 | $41.73 | $42.99 |
| Heavy Equipment Mechanic | $49.37 | $50.85 | $52.38 | $53.95 | $55.57 | $57.23 |
| Motor Vehicle Mechanic | $53.20 | $54.80 | $56.44 | $58.13 | $59.88 | $61.67 |
| Automotive Body Repairer, Fiberglass | $46.25 | $47.64 | $49.07 | $50.54 | $52.05 | $53.62 |
| Automotive Glass Installer | $42.35 | $43.62 | $44.93 | $46.28 | $47.67 | $49.10 |
| Automotive Worker | $48.67 | $50.13 | $51.63 | $53.18 | $54.78 | $56.42 |
| Electrician, Automotive | $50.93 | $52.46 | $54.03 | $55.65 | $57.32 | $59.04 |
| Mobile Equipment Servicer | $44.34 | $45.67 | $47.04 | $48.45 | $49.91 | $51.40 |
| Motor Equipment Metal Mechanic | $53.19 | $54.79 | $56.43 | $58.12 | $59.87 | $61.66 |
| Motor Equipment Metal Worker | $48.67 | $50.13 | $51.63 | $53.18 | $54.78 | $56.42 |
| Motor Vehicle Mechanic Helper | $41.94 | $43.20 | $44.49 | $45.83 | $47.20 | $48.62 |
| Motor Vehicle Upholstery Worker | $46.49 | $47.88 | $49.32 | $50.80 | $52.32 | $53.89 |
| Painter, Automotive | $50.93 | $52.46 | $54.03 | $55.65 | $57.32 | $59.04 |
| Radiator Repair Specialist | $48.67 | $50.13 | $51.63 | $53.18 | $54.78 | $56.42 |
| Tire Repairer | $37.23 | $38.35 | $39.50 | $40.68 | $41.90 | $43.16 |
| Transmission Repair Specialist | $53.20 | $54.80 | $56.44 | $58.13 | $59.88 | $61.67 |
| Furniture Refinisher | $41.31 | $42.55 | $43.83 | $45.14 | $46.49 | $47.89 |
| Furniture Refinisher Helper | $34.02 | $35.04 | $36.09 | $37.17 | $38.29 | $39.44 |
| Heating, Refrigeration and Air Conditioning Mechanic | $47.82 | $49.25 | $50.73 | $52.25 | $53.82 | $55.44 |
| Maintenance Trades Helper | $34.02 | $35.04 | $36.09 | $37.17 | $38.29 | $39.44 |

| *GSA Awarded Labor Categories* | *GSA Rates 5/8/2006 5/7/2007* | *GSA Rates 5/8/2007 5/7/2008* | *GSA Rates 5/8/2008 5/7/2009* | *GSA Rates 5/8/2009 5/7/2010* | *GSA Rates 5/8/2010 5/7/2011* | *GSA Rates 5/8/2011 5/7/2012* |
|---|---|---|---|---|---|---|
| Office Appliance Repairer | $47.48 | $48.90 | $50.37 | $51.88 | $53.44 | $55.04 |
| Painter, Maintenance | $41.31 | $42.55 | $43.83 | $45.14 | $46.49 | $47.89 |
| Plumber, Maintenance | $53.84 | $55.46 | $57.12 | $58.83 | $60.60 | $62.42 |
| Pneudraulic Mechanic | $47.44 | $48.86 | $50.33 | $51.84 | $53.39 | $55.00 |
| Sheet-Metal Worker Maintenance | $47.04 | $48.45 | $49.90 | $51.40 | $52.94 | $54.53 |
| Telecommunication Mechanic I | $47.02 | $48.43 | $49.88 | $51.38 | $52.92 | $54.51 |
| Telecommunication Mechanic II | $49.20 | $50.68 | $52.20 | $53.76 | $55.38 | $57.04 |
| Welder Combination Maintenance | $43.14 | $44.43 | $45.77 | $47.14 | $48.55 | $50.01 |
| Boiler Tender | $54.52 | $56.16 | $57.84 | $59.58 | $61.36 | $63.20 |
| Production Control Clerk | $39.29 | $40.47 | $41.68 | $42.93 | $44.22 | $45.55 |
| Scheduler, Maintenance | $32.81 | $33.79 | $34.81 | $35.85 | $36.93 | $38.04 |
| Carpenter, Maintenance | $46.86 | $48.27 | $49.71 | $51.21 | $52.74 | $54.32 |
| Small Engine Mechanic | $39.48 | $40.66 | $41.88 | $43.14 | $44.44 | $45.77 |

# Labor Descriptions

| | |
|---|---|
| This note applies to all Descriptions with degree requirements | Two (2) years experience is equivalent to one (1) year of education (i.e., eight (8) years' experience is equivalent to a Bachelor's degree; ten (10) to twelve (12) years' experience is equivalent to a Master's degree) |
| Senior Program Analyst | Responsible for supervising and participating in logistical functional area design, development, maintenance and testing. Participates in identification and description of user requirements. Participates in determination and generation of data requirements. Participates in functional process descriptions. Prepares models/designs. Performs input/output design. Participates in analysis of functional descriptions, user documentation, and/or training materials. Requires BS and min. 5 years experience. |
| Project Manager | Provides competent leadership and responsible program direction through successful performance of a variety of detailed, diverse elements of project transitioning. Directs completion of tasks within estimated time frames and budget constraints. Schedules and assigns duties to subordinates and subcontractors and ensures assignments are completed as directed. Enforces work standards and reviews/resolves work discrepancies to ensure compliance with contract requirements. Interfaces with the Contractor's LOGJAMSS Program manager as well as Government management personnel including, but not limited to, the Contracting Officer and the Contracting Officer's Technical Representative. Reports in writing and orally to contractor management and Government representatives. Requires BS and min. 8 years experience. |
| Site Manager | Possesses knowledge of the policies and regulations governing military force requirements, logistics support concepts, maintenance and supply management, quality control and materiel handling operations. Provide functional expertise in Army automated supply, maintenance and transportation systems; Must be able to communicate ideas comprehensively and effectively through written and oral presentations. Requires BS and min. 5 years experience. |
| Quality Assurance Manager | Develops and implements quality control methodologies to ensure compliance with quality assurance standards, guidelines, and procedures in a large logistical computer-based organization. Develops and defines major and minor characteristics of quality including quality metrics and scoring parameters and determines requisite quality control resources for an actual ID/IQ. Establishes and maintains a process for evaluating hardware, software, and associated documentation and/or assists in the evaluation. Conducts and/or participates in formal and informal reviews at pre-determined points throughout the development life cycle. Requires BS and min. 5 years experience. |
| Quality Assurance Analyst | <u>Duties:</u> Provides technical and administrative direction for personnel performing software development tasks, including the review of work products for correctness, adherence to the design concept and to user standards, review of program documentation to assure government standards/requirements are adhered to, and for progress in accordance with schedules. Coordinates with the Project Manager and/or Quality Assurance Manager to ensure problem solution and user satisfaction. Makes |

| | |
|---|---|
| | recommendations, if needed, for approval of major systems installations. Prepares milestone status reports and deliveries/presentations on the system concept to colleagues, subordinates, and end user representatives. Requires BS and min. 3 years experience. |
| ID/IQ Project Manager | Provides competent leadership and responsible program direction through successful performance of a variety of detailed, diverse elements of project transitioning. Directs completion of tasks within estimated time frames and budget constraints. Schedules and assigns duties to subordinates and subcontractors and ensures assignments are completed as directed. Enforces work standards and reviews/resolves work discrepancies to ensure compliance with contract requirements. Interfaces with the Contractor's LOGJAMSS Program manager as well as Government management personnel including, but not limited to, the Contracting Officer and the Contracting Officer's Technical Representative. Reports in writing and orally to contractor management and Government representatives. Requires BS and min. 2 years experience. |
| Senior Logistics Analyst | Acts as the senior technical analyst for specialized logistical related projects or activities. Performs (or guides the performance of) specialized support and provides guidance to other Task Orders staff members in the performance of support specified in the applicable Task Orders. Participates in preparing briefings and presentations. Participates in the technical review of Task Orders services and post-project evaluations. May advise the Program Manager and/or the Project managers in technical matters to ensure user satisfaction with end products. Prepares and delivers presentations to peers, subordinates, and user representatives. Requires BS and min. 8 years experience. |
| Logistical Analyst I | Performs required standard studies and analyses specified in the applicable Task Orders. Participates in preparing briefings and presentations. Participates in preparing written reports and in performing post-project evaluations. Coordinates with the Project Manager, and client agency managers to ensure solution and user satisfaction for logistical technical matters. Prepares and delivers presentations to peers, subordinates, and user representatives. Determines functional and cross-functional logistical requirements, includes superior knowledge in a specific functional area; knowledge of: analyzing functional processes to identify required tasks and the interrelationships among tasks; identifying resource requirement for each task; developing functional requirements for complex integrated logistical systems; or developing recommendations functional process improvement. Performs required studies and analyses of logistical network/system support specified in the applicable task order. Participates in preparing briefings and presentations. Participates in preparing written reports and in performing post-project evaluations; possesses knowledge of the policies and regulations governing the life cycle management of automated management information systems and the procedures and techniques used for their design, analysis, development, validation, deployment and maintenance; familiar with personal computer operations and office automation applications, to include spreadsheets, databases, graphics, programming languages and work processing; skilled in merging logistics and accounting automated files, analyzing the data, and producing comprehensive reports, briefings and diagrams representative of that data; familiar with the Department of the Army Finance and Accounting System, |

| | |
|---|---|
| | the budget process and forecasting. Requires BS and min. 2 years experience. |
| Logistical Analyst II | Performs required standard studies and analyses specified in the applicable Task Orders. Participates in preparing briefings and presentations. Participates in preparing written reports and in performing post-project evaluations. Coordinates with the Project Manager, and client agency managers to ensure solution and user satisfaction for logistical technical matters. Prepares and delivers presentations to peers, subordinates, and user representatives. Determines functional and cross-functional logistical requirements, includes superior knowledge in a specific functional area; knowledge of: analyzing functional processes to identify required tasks and the interrelationships among tasks; identifying resource requirement for each task; developing functional requirements for complex integrated logistical systems; or developing recommendations functional process improvement. Performs required studies and analyses of logistical network/system support specified in the applicable task order. Participates in preparing briefings and presentations. Participates in preparing written reports and in performing post-project evaluations; possesses knowledge of the policies and regulations governing the life cycle management of automated management information systems and the procedures and techniques used for their design, analysis, development, validation, deployment and maintenance; familiar with personal computer operations and office automation applications, to include spreadsheets, databases, graphics, programming languages and work processing; skilled in merging logistics and accounting automated files, analyzing the data, and producing comprehensive reports, briefings and diagrams representative of that data; familiar with the Department of the Army Finance and Accounting System, the budget process and forecasting. Requires BS and min. 4 years experience. |
| Logistical Analyst III | Performs required standard studies and analyses specified in the applicable Task Orders. Participates in preparing briefings and presentations. Participates in preparing written reports and in performing post-project evaluations. Coordinates with the Project Manager, and client agency managers to ensure solution and user satisfaction for logistical technical matters. Prepares and delivers presentations to peers, subordinates, and user representatives. Determines functional and cross-functional logistical requirements, includes superior knowledge in a specific functional area; knowledge of: analyzing functional processes to identify required tasks and the interrelationships among tasks; identifying resource requirement for each task; developing functional requirements for complex integrated logistical systems; or developing recommendations functional process improvement. Performs required studies and analyses of logistical network/system support specified in the applicable task order. Participates in preparing briefings and presentations. Participates in preparing written reports and in performing post-project evaluations; possesses knowledge of the policies and regulations governing the life cycle management of automated management information systems and the procedures and techniques used for their design, analysis, development, validation, deployment and maintenance; familiar with personal computer operations and office automation applications, to include spreadsheets, databases, graphics, programming languages and work processing; skilled in merging logistics and accounting automated files, analyzing the data, and producing comprehensive reports, briefings and diagrams representative of that data; familiar with the Department of the Army Finance and Accounting System, |

| | |
|---|---|
| | the budget process and forecasting. Requires BS and min. 6 years experience. |
| Logistics Accounting Clerk | The Logistics Accounting Clerk will have knowledge of primary Army accounting procedures and systems. The clerk will have exceptional computer skills, which include creating and manipulating spreadsheets. Requires High School Diploma and min. 3 years experience. |
| Senior Operations Research Analyst (ORSA | Uses Operational Research Analysis processes as approaches for improving organization performance and services needed to implement new or revised business or functional processes. Includes the examination of organization goals, objectives, structures/hierarchies, culture, systems, and roles for the purpose of executing a ground-up redesign for achieving the long term, full scale integration required; The review of current processes, data, and systems, and the identification of non-value added activities as well as ways to streamline and integrate value-added activities in order to achieve short term integration; Identification of organizational, management, work flow, information flow, personnel, information technology, and decision support problems that exist in current business processes or practices which impede the accomplishment of missions, goals, and objectives; Effectively integrate workforce and information technology, including cultural change management. Requires BS and min. 3 years experience. |
| Senior Computer Systems Analyst | Applies software, hardware, and standards information technology skills in the analysis, specification, development, integration, and acquisition of logistical systems for information management applications. Ensures these systems and applications are compliant with standards for open systems architectures, reference models, and profiles of standards -- such as the IEEE Open Systems Environment reference model -- as they apply to the implementation and specification of information management solutions on the application platform, across the application program interface, and the external environment/software application. Evaluates and recommends COTS applications and methodologies that can be acquired to provide interoperable, portable, and scaleable information technology solutions to logistical systems. Performs analysis and validation of reusable software/hardware components to ensure the integration of these components into interoperable information management designs for logistical systems. Evaluates analytically and systematically problems of workflow, organization, and planning and develops appropriate corrective action. Applies business process improvement practices to re-engineer methodologies/principles and business process modernization projects. Applies, as appropriate, activity and data modeling, transaction flow analysis, internal control and risk analysis and modern business methods and performance measurement techniques. Assist in establishing standards for information systems procedures. Requires BS and min. 6 years experience. |
| Computer Systems Analyst I | At this level, initial assignments are designed to expand practical experience in applying systems analysis techniques and procedures. Provides several phases of the required systems analysis where the nature of the system is predetermined. Uses established fact finding approaches, knowledge of pertinent work processes and procedures, and familiarity with related computer programming practices, system software, and computer equipment. |

| | |
|---|---|
| | Carries out fact finding and analysis as assigned, usually of a single activity or a routine problem; applies established procedures where the nature of the system, feasibility, computer equipment and programming language have already been decided; may assist a higher level systems analyst by preparing the detailed specifications required by computer programmers from information developed by the higher level analyst, may research routine user problems and solve them by modifying the existing system when the solutions follow clear precedents. When cost and deadline estimates are required, results receive closer review.<br><br>The supervisor defines objectives, priorities, and deadlines. Incumbents work independently; adapt guides to specific situations; resolve problems and deviations according to established practices; and obtain advice where precedents are unclear or not available. Completed work is reviewed for conformance to requirements, timeliness, and efficiency. May supervise technicians and others who assist in specific assignments. Requires BS and min. 2 years experience. |
| Computer Systems Analyst II | Applies systems analysis and design skills in an area such as a record keeping or scientific operation. A system of several varied sequences or formats is usually developed, e.g., develops systems for maintaining depositor accounts in a bank, maintaining accounts receivable in a retail establishment, maintaining inventory accounts in a manufacturing or wholesale establishment, or processing a limited problem in a scientific project. Requires competence in most phases of system analysis and knowledge of pertinent system software and computer equipment and of the work processes, applicable regulations, work load, and practices of the assigned subject-matter area. Recognizes probable interactions of related computer systems and predicts impact of a change in assigned system.<br><br>Reviews proposals which consist of objectives, scope, and user expectations; gathers facts, analyzes data, and prepares a project synopsis which compares alternatives in terms of cost, time, availability of equipment and personnel, and recommends a course of action; and upon approval of synopsis, prepares specifications for development of computer programs. Determines and resolves data processing problems and coordinates the work with program, users, etc.; orients user personnel on new or changed procedures. May conduct special projects such as data element and code standardization throughout a broad system, working under specific objectives and bringing to the attention of the supervisor any unusual problems or controversies.<br><br>Works independently under overall project objectives and requirements; apprises supervisor about progress and unusual complications. Guidelines usually include existing systems and the constraints imposed by related systems with which the incumbent's work must be meshed. Adapts design approaches successfully used in precedent systems. Completed work is reviewed for timeliness, compatibility with |

| | |
|---|---|
| | other work, and effectiveness in meeting requirements. May provide functional direction to lower level assistants on assigned work. Requires BS and min. 4 years experience. |
| Computer Systems Analyst III | Applies systems analysis and design techniques to complex computer systems in a broad area such as manufacturing; finance management; engineering, accounting, or statistics; logistics planning; material management, etc. Usually, there are multiple users of the system, however, there may be complex one-user systems, e.g., for engineering or research projects. Requires competence in all phases of systems analysis techniques, concepts, and methods and knowledge of available system software, computer equipment, and the regulations, structure, techniques, and management practices of one or more subject-matter areas. Since input data usually come from diverse sources is responsible for recognizing probable conflicts and integrating diverse data elements and sources. Produces innovative solutions for a variety of complex problems.<br><br>Maintains and modifies complex systems or develops new subsystems such as an integrated production scheduling, inventory control, cost analysis, or sales analysis record in which every item of each type is automatically processed through the full system of records. Guides users in formulating requirements; advises on alternatives and on the implications of new or revised data processing systems; analyzes resulting user project proposals, identifies omissions and errors in requirements and conducts feasibility studies; recommends optimum approach and develops system design for approved projects. Interprets information and informally arbitrates between system users when conflicts exist. May serve as lead analyst in a design subgroup, directing and integrating the work of one or two lower level analysts, each responsible for several programs. Supervision and nature of review are similar to level II; existing systems provide precedents for the operation of new subsystems. Requires BS and min. 5 years experience. |
| Computer Based Training Specialist/Instructor | Performs analyses and defines requirements relating to all aspects of the TADDDES function (Training Assessment, Design, Development, Delivery and Support), in accordance with the Systems Approach to Training (SAT), to include but not limited to the following activities: perform functional and positional analyses; prepare inventory of relevant tasks relating to specific functions or positions; organize and facilitate conduct of task selection boards to validate and prioritize tasks; design life cycle training curricula; match tasks to performance conditions and standards; conduct skill perish ability analyses; identify Terminal Learning Objectives (TLO) and outcome measurements, to include development of test materials and hands-on evaluations; design overarching training curricula and develop specific Programs of Instruction (POI) within the context of a life cycle training management approach; identify, evaluate and select training delivery modalities; identify and define requirements for systems embedded training; determine TADSS (Training Aids, Devices, Simulations and Simulators) requirements and coordinate development of TADSS materials; develop associated POI materials (lesson plans, student handouts, instructor manuals, etc.); prepare specialized Training Support Packages (continuing education, remedial training, rapid-train-up, sustainment training, etc.); conduct training evaluation and outcome assessments; and, integrate training development |

| | |
|---|---|
| | function activities. Requires BS and min. 4 years experience. |
| Senior Application Engineer | Analyzes and studies complex logistical system requirements. Designs software tools and subsystems to support software reuse and domain analyses and manages their implementation. Manages software development and support using formal specifications, data flow diagrams, other accepted design techniques, and Computer Aided Software Engineering (CASE) tools. Interprets software requirements and design specifications to code, and integrates and tests software components. Estimates software development costs and schedule. Reviews existing programs and assists in making refinements, reducing operating time, and improving current techniques. Supervises software configuration management. Requires BS and min. 4 years experience. |
| Applications Engineer | Analyzes functional business applications and design specifications for functional activities. Develops block diagrams and logic flow charts. Translates detailed design into computer software. Tests, debugs, and refines the computer software to produce the required product. Prepares required documentation, including both program-level and user-level documentation. Enhances software to reduce operating time or improve efficiency. Provides technical direction to programmers to ensure program deadlines are met. Requires BS and min. 2 years experience. |
| Computer Programmer I | Assists higher level staff by performing elementary programming tasks which concern limited and simple data items and steps which closely follow patterns of previous work done in the organization, e.g., drawing flow charts, writing operator instructions, or coding and testing routines to accumulate counts, tallies, or summaries. May perform routine programming assignments (as described in Level II) under close supervision.<br><br>In addition, to assist higher level staff, may perform elementary fact-finding concerning a specified work process, e.g., a file of clerical records which is treated as a unit (invoices, requisitions, or purchase orders, etc.); reports findings to higher level staff.<br><br>May receive training in elementary fact-finding. Detailed, step-by-step instructions are given for each task and any deviation must be authorized by a supervisor. Work is closely monitored in progress and reviewed in detail upon completion. Requires BS and min. 2 years experience. |
| Computer Programmer II | At this level, initial assignments are designed to develop competence in applying established programming procedures to routine problems. Performs routine programming assignments that do not require skilled background experience but do require knowledge of established programming procedures and data processing requirements. Works according to clear cut and complete specifications. The data are refined and the format of the final product is very similar to that of the input or is well defined when significantly different, i.e., there are few, if any, problems with interrelating varied records and outputs. |

| | |
|---|---|
| | Maintains and modifies routine programs. Makes approved changes by amending program flow charts, developing detailed processing logic, and coding changes. Tests and documents modifications and writes operator instructions. May write routine new programs using prescribed specifications; may confer with EDP personnel to clarify procedures, processing logic, etc.<br><br>In addition, may evaluate simple interrelationships in the immediate programming area, e.g., whether a contemplated change in one part of a simple program would cause unwanted results in a related part; confers with user representatives to gain an understanding of the situation sufficient to formulate the needed change; and implements the change upon approval of the supervisor or higher level staff. The incumbent is provided with charts, narrative descriptions of the functions performed, an approved statement of the product desired (e.g., a change in a local establishment report), and the inputs, outputs, and record formats.<br><br>Reviews objectives and assignment details with higher level staff to insure thorough understanding; uses judgment in selecting among authorized procedures and seeks assistance when guidelines are inadequate, significant deviations are proposed, or when unanticipated problems arise. Work is usually monitored in progress; all work is reviewed upon completion for accuracy and compliance with standards. Requires BS and min. 4 years experience. |
| Computer Programmer III | As a fully qualified computer programmer, applies standard programming procedures and detailed knowledge of pertinent subject matter (e.g., work processes, governing rules, clerical procedures, etc.) in a programming area such as: a record keeping operation (supply, personnel and payroll, inventory, purchasing, insurance payments, depositor accounts, etc.); a well-defined statistical or scientific problem; or other standardized operation or problem. Works according to approved statements of requirements and detailed specifications. While the data are clear cut, related, and equally available, there may be substantial interrelationships of a variety of records and several varied sequences of formats are usually produced. The programs developed or modified typically are linked to several other programs in that the output of one becomes the input for another. Recognizes probable interactions of other related programs with the assigned program(s) and is familiar with related system software and computer equipment. Solves conventional programming problems. (In small organizations, may maintain programs which concern or combine several operations, i.e., users, or develop programs where there is one primary user and the others give input.)<br><br>Performs such duties as: develops, modifies, and maintains assigned programs; designs and implements modifications to the interrelation of files and records within programs in consultations with higher level staff; monitors the operation of assigned programs |

| | |
|---|---|
| | and responds to problems by diagnosing and correcting errors in logic and coding; and implements and/or maintains assigned portions of a scientific programming project, applying established scientific programming techniques to well-defined mathematical, statistical, engineering, or other scientific problems usually requiring the translation of mathematical notation into processing logic and code. (Scientific programming includes assignments such as: using predetermined physical laws expressed in mathematical terms to relate one set of data to another; the routine storage and retrieval of field test data; and using procedures for real-time command and control, scientific data reduction, signal processing, or similar areas.) Tests and documents work and writes and maintains operator instructions for assigned programs. Confers with other EDP personnel to obtain or provide factual data.<br><br>In addition, may carry out fact-finding and programming analysis of a single activity or routine problem, applying established procedures where the nature of the program, feasibility, computer equipment, and programming language have already been decided. May analyze present performance of the program and take action to correct deficiencies based on discussion with the user and consultation with and approval of the supervisor or higher level staff. May assist in the review and analysis of detailed program specifications and in program design to meet changes in work processes.<br><br>Works independently under specified objectives; applies judgment in devising program logic and in selecting and adapting standard programming procedures; resolves problems and deviations according to established practices; and obtains advice where precedents are unclear or not available. Completed work is reviewed for conformance to standards, timeliness, and efficiency. May guide or instruct lower level programmers; may supervise technicians and others who assist in specific assignments. Works on complex programs under close direction of higher level staff or supervisor. May assist higher level staff by independently performing moderately complex tasks assigned, and performing complex tasks under close supervision. Requires BS and min. 6 years experience. |
| Computer Programmer IV | Applies expertise in programming procedures to complex programs; recommends the redesign of programs, investigates and analyzes feasibility and program requirements, and develops programming specifications. Assigned programs typically affect a broad multi-user computer system which meets the data processing needs of a broad area (e.g., manufacturing, logistics planning, finance management, human resources, or material management) or a computer system for a project in engineering, research, accounting, statistics, etc. Plans the full range of programming actions to produce several interrelated but different products from numerous and diverse data elements which are usually from different sources; solves difficult programming problems. Uses knowledge of pertinent system software, computer equipment, work processes, regulations, and management practices.<br><br>Performs such duties as: develops, modifies, and maintains complex programs; designs |

| | |
|---|---|
| | and implements the interrelations of files and records within programs which will effectively fit into the overall design of the project; working with problems or concepts, develops programs for the solution to major scientific computational problems requiring the analysis and development of logical or mathematical descriptions of functions to be programmed; and develops occasional special programs, e.g., a critical path analysis program to assist in managing a special project. Tests, documents, and writes operating instructions for all work. Confers with other EDP personnel to secure information, investigate and resolve problems and coordinate work efforts. In addition, performs such programming analysis as: investigating the feasibility of alternate program design approaches to determine the best balanced solution, e.g., one that will best satisfy immediate user needs, facilitate subsequent modification, and conserve resources; on typical maintenance projects and smaller scale, limited new projects, assisting user personnel in defining problems or needs and determining work organization, the necessary files and records, and their interrelation with the program; or on large or more complicated projects, participating as a team member along with other EDP personnel and users and having responsibility for a portion of the project.<br><br>Works independently under overall objectives and direction, apprising the supervisor about progress and unusual complications. Modifies and adapts precedent solutions and proven approaches. Guidelines include constraints imposed by the related programs with which the incumbent's programs must be meshed. Completed work is reviewed for timeliness, compatibility with other work, and effectiveness in meeting requirements. May function as team leader or supervise a few lower level programmers or technicians on assigned work. Requires BS and min. 8 years experience. |
| Configuration Management Specialist | Interprets guidance and directives, and prepares, publishes, and enforces configuration management and quality assurance procedures to ensure system integrity and quality. Prepares studies, plans, and other documentation as required. Receives, records, and processes documentation concerning changes to the baseline configuration. Maintains records of change status. Monitors and enforces documentation change procedures. Ensures that all documentation is current and correct. Establishes configuration management standards. Requires High School Diploma and min. 2 years experience. |
| Senior Data Base Management Specialist | Analyst (AWD: Computer Operator IV #03044): Manages and/or develops logistical data base projects. Provides highly technical expertise in the use of Data Base Management Systems (DBMS) concepts. Evaluates and recommends available DBMS products and services to support validated user requirements. Defines file organization, indexing methods, and security procedures for specific user applications. |
| Data Base Management Specialist | Provides highly technical expertise in the use of DBMS. Evaluates and recommends available DBMS products to support validated user requirements. Defines file organization, indexing methods, and security procedures for specific user applications. Requires BS and min. 1 year experience. |
| Data Entry Clerk | Performs data entry via on-line data terminal, key-to-tape, key-to-disk, or similar device. Verifies data entered, where applicable. High School Diploma and min. 1 year |

| | |
|---|---|
| | experience. |
| Operations Manager | Manages automated logistics systems. Schedules machine time and directs data entry efforts. Provides users with computer output. Oversees all operations to ensure downtime is minimized, necessary supplies are restocked in a timely manner, customer requests/complaints are readily resolved, etc; Analyzes logistical information requirements and logistical computer software possessing a wide range of capabilities, including numerous engineering, business, and records management functions. Develops plans for automated information systems from project inception to conclusion. Analyzes user interfaces, maintain hardware and software performance tuning, analyze workload and computer usage, maintain interfaces with outside systems, analyze downtimes, analyze proposed system modifications, upgrades and new COTS. Analyzes the problem and the information to be processed. Defines the problem, and develops system requirements and program specifications, from which programmers prepare detailed flow charts, programs, and tests. Coordinates closely with programmers to ensure proper implementation of program and system specifications. Develops, in conjunction with functional users, system alternative solutions. Requires BS and min. 4 years experience. |
| System Administrator | Supervises and manages the daily activities of configuration and operation of logistical business/computer systems. Optimizes system operations and resource utilization and performs system capacity analysis and planning. Provides assistance to users in accessing and using business/computer systems. Monitors and supports computer processing. Coordinates input, output, and file media. Distributes output and controls computer operation. Requires BS and min. 3 years experience. |
| Computer Operator I | Works under close personal supervision and is provided detailed written or oral guidance before and during assignments. As instructed, resolves common operating problems. May serve as an assistant operator working under close supervision or performing a portion of a more senior operator's work. SCA. |
| Computer Operator II | Processes scheduled routines which present few difficult operating problems (e.g., infrequent or easily resolved error conditions). In response to computer output instructions or error conditions, applies standard operating or corrective procedure. Refers problems which do not respond to preplanned procedure. May serve as an assistant operator, working under general supervision. SCA. |
| Computer Operator III | Processes a range of scheduled routines. In addition to operating the system and resolving common error conditions, diagnoses and acts on machine stoppage and error conditions not fully covered by existing procedures and guidelines (e.g., resetting switches and other controls or making mechanical adjustments to maintain or restore equipment operations). In response to computer output instructions or error conditions, may deviate from standard procedures if standard procedures do not provide a solution. Refers problems which do not respond to corrective procedures. SCA. |
| Computer Operator IV | Adapts to a variety of nonstandard problems which require extensive operator intervention (e.g., frequent introduction of new programs, applications, or procedures). In response to computer output instructions or error conditions, chooses or devises a course of action from among several alternatives and alters or deviates from standard procedures if standard procedures do not provide a solution (e.g., reassigning |

| | |
|---|---|
| | equipment in order to work around faulty equipment or transfer channels); then refers problems. Typically, completed work is submitted to users without supervisory review. Requires SCA. |
| Computer Operator V | Resolves a variety of difficult operating problems (e.g., making unusual equipment connections and rarely used equipment and channel configurations to direct processing through or around problems in equipment, circuits, or channels or reviewing test run requirements and developing unusual system configurations that will allow test programs to process without interfering with ongoing job requirements). In response to computer output instructions and error conditions or to avoid loss of information or to conserve computer time, operator deviates from standard procedures. Such actions may materially alter the computer unit's production plans. May spend considerable time away from the control station providing technical assistance to lower level operators and assisting programmers, systems analysts, and subject matter specialists in resolving problems. SCA. |
| Senior Training Specialist | Conducts the research necessary to develop and revise training courses and prepares appropriate training catalogs. Develops all instructor materials (course outline, background material, and training aids). Develops all student materials (course manuals, workbooks, handouts, completion certificates, and course critique forms). Trains personnel by conducting formal classroom courses, workshops, seminars, and/or computer based/computer aided training. Provides daily supervision and direction to staff. Requires BS and min. 2 years experience. |
| Imaging Specialist | Provides highly technical and specialized solutions to complex imaging, Multi-Media, Interactive Video Disk and other electronic media problems. Performs analyses, studies, and reports related to imaging and Multi-Media Interactive Video Disk and other electronic media requirements/problems. Requires High School Diploma and min. 2 years experience. |
| Training Specialist | Conducts the research necessary to develop and revise logistical training courses and prepares appropriate training catalogs. Prepares all instructor materials (course outline, background material, and training aids). Prepares all student materials (course manuals, workbooks, handouts, completion certificates, and course critique forms). Trains personnel by conducting formal classroom courses, workshops, and seminars. Present or otherwise orchestrate the actual delivery of training via multiple modalities (didactic, workshops, correspondence, distant learning, etc.). Administer or proctor tests and examinations, evaluate student performance, identify remedial training needs, and counsel/mentor students. Requires High School Diploma and min. 2 years experience. |
| Help Desk Manager | Provides daily supervision and direction to staff who are responsible for phone and in-person support to users in the areas of e-mail, directories, standard Windows desktop applications, and applications developed or deployed under this contract. These personnel serve as the first point of contact for troubleshooting hardware/software PC and printer problems. Requires High School Diploma and min. 1 year experience |
| Help Desk Specialist | Provides phone and in-person support to users in the areas of e-mail, directories, standard Windows desktop applications, and applications developed under this contract or predecessors. Serves as the initial point of contact for troubleshooting |

| | |
|---|---|
| | hardware/software PC and printer problems. Requires High School Diploma. |
| Hardware Specialist | Reviews computer systems in terms of machine capabilities and man-machine interface. Prepares reports and studies concerning hardware. Prepares functional requirements and specifications for hardware acquisitions. Ensures that problems have been properly identified and solutions will satisfy the user's requirements. Requires High School Diploma and min. 2 years experience. |
| Hardware Draftsman | Develops engineering drawings, using computer based drawing packages such as Aptitude. Develops engineering drawings for site plans, electrical interconnects, and mechanical plans for specialized hardware. Requires High School Diploma and min. 2 years experience. |
| Electronics Technician, Maintenance I | Applies technical knowledge to perform simple or routine tasks following detailed instructions. Performs such tasks as replacing components and wiring circuits; repairing simple electronic equipment; and taking test readings using common instruments such as digital multimeters, signal generators, semiconductor testers, curve tracers, and oscilloscopes. Receives technical guidance, as required, from supervisor or higher level technician. Work is spot-checked for accuracy. SCA |
| Electronics Technician, Maintenance II | Applies comprehensive technical knowledge to solve complex problems by interpreting manufacturers' manuals or similar documents. Work requires familiarity with the interrelationships of circuits and judgment in planning work sequence and in selecting tools and testing instruments. Receives technical guidance, as required, from supervisor or higher level technician, and work is reviewed for compliance with accepted practices. May provide technical guidance to lower level technicians. SCA. |
| Electronics Technician, Maintenance III | Applies advanced technical knowledge to solve unusually complex problems that typically cannot be solved solely by referencing manufacturers' manuals or similar documents. Examples of such problems include determining the location and density of circuitry, evaluating electromagnetic radiation, isolating malfunctions, and incorporating engineering changes. Work typically requires a detailed understanding of the interrelationships of circuits. Exercises independent judgment in performing such tasks as making circuit analyses, calculating wave forms, and tracing relationships in signal flow. Uses complex test instruments such as high frequency pulse generators, frequency synthesizers, distortion analyzers, and complex computer control equipment. Work may be reviewed by supervisor for general compliance with accepted practices. May provide technical guidance to lower level technicians. SCA. |
| Corps/Theater Automated Data Processing Service Center-Phase II (CTASC) Manager | Responsible for overall successful operation of CTASC system. Supervises system administrator and computer operators assigned to system operations division. Ensures that software, hardware and standards information technology is applied to CTASC environment. Perform analysis and validation of software/hardware components to ensure the integration of operating system and application is performing to standard. Ensures down time is minimized and customer request/complaints are readily resolved. Provide oversight for customer interface systems and parameter management. Maintain current baseline application and operating system on CTASC. Develop, in conjunction with functional users, schedule of processes as required by command and system efficiencies. Ensure network and computer communications hardware and software requirements are in accordance with communication standards and protocols |

| | |
|---|---|
| | to support CTASC operations. Ensure all security requirements for the CTASC computer and associated communication equipment are met. Develop and implement security architecture as appropriate. Requires BS and min. 2 years experience. |
| Communications Network Manager | This position is paramount to effective communication associated with automation processes for logistical systems Reviews computer systems in terms of machine capabilities and man-machine interface. Prepares reports and studies concerning hardware. Prepares functional requirements and specifications. Analyzes network and computer communications hardware characteristics and recommends equipment procurement, removals, and modifications. Adds, deletes, and modifies, as required, host, terminal, and network devices. Assists and coordinates with communications network specialists in the area of communication software. Analyzes and implements communications standards and protocols according to site requirements. Analyzes network and computer communications software characteristics and recommends software procurement, removals, and modifications. Adds, deletes, and modifies, as required, host, terminal, and network devices in light of discerned software needs/problems. Assists and coordinates with communications network specialists in the area of communications software. Analyzes network characteristics (e.g., traffic, connect time, transmission speeds, packet sizes, and throughput) and recommends procurement, removals, and modifications to network components. Designs and optimizes network topologies and site configurations. Plans installations, transitions, and cutovers of network components and capabilities. Ensures maintenance of systems. Coordinates requirements with users and suppliers. Provides support on all phases of analysis, design, testing, and implementation of networks and the telecommunications infrastructure to support EC/EDI functions. Analyzes and defines security requirements for a variety of computer and telecommunications issues. Designs, develops, engineers, and implements solutions to requirements. Gathers and organizes technical information about an organization's mission goals and needs, existing security products, and ongoing programs. Performs risk analyses which also include risk assessment. Develops, analyzes, and implements security architecture(s) as appropriate. Requires BS and min. 2 years experience. |
| Planner (Logistical, Intelligence, Operational, Training, Personnel) | Serves as functional planner in the development and implementation of strategic, operational, and/or tactical level plans (Operational, Exercise, etc.). Reviews plans, orders and or directives from higher and lateral organizations to identify specified, implied, and assumed tasks. Analyzes missions and functions of a variety of units to identify mission essential tasks. Prepares essential input to a variety of planning documents, operations orders, exercises directives and or other references. Coordinates, monitors the conduct, and evaluates performance and outcomes of planning efforts; Plans comprehensive programs designed to practice and assess multi-level organizational mobilization planning and execution capability. Participates in planning, preparation and delivery of collateral multi-discipline, multi-echelon staff training to help better prepare target organizations to obtain maximum benefit from participation in training or other functional activities. Developed generic and specific exercise scenarios, control instructions and task implementers. Manages specific activities relating to employment of exercise observers/controllers, capture of lessons learned, conduct of after action reviews, and identification of remedial action program requirements. Oversees the application of deliberate planning and the development and introduction of crisis management team planning. Monitors and evaluates actual |

| | |
|---|---|
| | execution in support of the time sensitive plans. Prepares and delivers formal and informal presentations of planning actions and or responsibilities. SCA. |
| Communications Specialist | Analyzes network characteristics (e.g., traffic, connect time, transmission speeds, packet sizes, and throughput) and recommends procurement, removals, and modifications to network components. Designs and optimizes network topologies and site configurations. Plans installations, transitions, and cutovers of network components and capabilities. Coordinates requirements with users and suppliers. Requires High School Diploma and min. 2 years experience. |
| Senior Business Process Reengineering Specialist | Applies process improvement and reengineering methodologies and principles to conduct process modernization projects. Responsible for effective transitioning of existing project teams, and the facilitation of project teams in the accomplishment of project activities and objectives. Provides group facilitation, interviewing, training, and provides additional forms of knowledge transfer. Key coordinator between multiple project teams to ensure enterprise-wide integration of reengineering efforts. Provides daily supervision and direction to Business Process Reengineering Specialist. Requires BS and min. 4 years experience. |
| Business Process Reengineering Specialist | Duties. Applies process improvement and reengineering methodologies and principles to conduct process modernization projects. Duties include activity and data modeling, developing modern business methods, identifying best practices, and creating and assessing performance measurements. Provides group facilitation, interviewing, training, and provides additional forms of knowledge transfer. May be under the supervision and direction of a Senoir Business Process Reengineering Specialist or may work independently. Requires BS and min. 2 years experience. |
| Technical Writer/Editor | Gathers, analyzes, and composes technical information required for preparation of user manuals, training materials, installation guides, proposals, reports, etc. Edits functional descriptions, system specifications, user manuals, special reports, or any other customer deliverables and documents. Conducts research and ensures the use of proper technical terminology. Translates technical information into clear, readable documents to be used by technical and non-technical personnel. SCA. |
| Supply Management Specialist | The Supply Management Specialist (SMS) will have a strong working knowledge of all aspects of U.S. Army supply. The SMS will have expertise in requisitioning under the Military Standard Requisitioning and Issue (MILSTRIP) system, warehousing, receiving, material handling, issuing and transporting. The SMS will be familiar with standard automated Army supply systems such as SARSS, CCSS, SDS, ULLS, MRDB and LIF. The SMS will have knowledge of the process of inventory accounting, physical inventory, location survey, preservation and packaging of materials designated for issue. This person will possess strong interpersonal skills necessary for influencing others to accomplish the organizational missions and encouraging teamwork. Requires High School Diploma and min. 2 years experience. |
| Supply Technician | Performs limited aspects of technical supply management work such as inventory management, storage management, cataloging, property utilization related to depot, local, or other supply activities. Work usually is segregated by commodity area or function, and controlled in terms of difficulty, complexity, or responsibility. SCA. |

| | |
|---|---|
| Maintenance Management Specialist | The Maintenance Management Specialist (MMS) will possess thorough knowledge of the sources, responsibilities and various means for providing advice or assistance in resolving Army maintenance problems. The MMS will be familiar with the various levels of Army maintenance and the level of skill required at each of those levels, to include division and installation DOL operations. The MMS will have knowledge of the regulations and policies governing source of repair determinations, depot maintenance cycles and maintenance work order requirements. This person will require competent oral and written communication skills necessary for presenting analyses, reports and briefings in a comprehensive manner. Requires High School Diploma and min. 2 years experience. |
| Stock Clerk | Receives, stores, and issues equipment, materials, supplies, merchandise, foodstuffs, or tools, and compiles stock records of items in stockroom, warehouse or storage yard. Counts, sorts, or weighs incoming articles to verify receipt of items on requisition or invoice. Examines stock to verify conformance to specifications. Stores articles in bins, on floor or on shelves, according to identifying information, such as style, size or type of material, Fills orders or issues supplies from stock. Prepares periodic, special or perpetual inventory of stock. Requisitions articles to fill incoming orders. Compiles reports on use of stock handling equipment, adjustments of inventory counts and stock records, spoilage of or damage to stock, location changes, and refusal of shipments, May mark identifying codes, figures, or letters on articles. May distribute stock among production workers, keeping records of material issued. May make adjustments or repairs to articles carried in stock. May cut stock to site to fill order. SCA. |
| Tools And Parts Attendant | Receives, stores, and issues hand-tools, machine tools, dies, replacement parts, shop supplies and equipment, such as measuring devices, in industrial establishment. Keeps records of tools issued to and returned by workers. Searches for lost or misplaced tools. Prepares periodic inventory or keeps perpetual inventory and requisitions stock as needed. Unpacks and stores new equipment. Visually inspects tools or measures with micrometer for wear or defects and reports damaged or worn-out equipment to superiors. May coat tools with grease or other preservative, using brush or spray gun. May attach identification tags or engrave identifying information on tools and equipment, using electric marking tool. SCA. |
| Warehouse Specialist | As directed, performs a variety of warehousing duties which require an understanding of the establishment's storage plan. Work involves most of the following: Verifying materials (or merchandise) against receiving documents, noting and reporting discrepancies and obvious damages; routing materials to prescribed storage locations; storing, stacking, or palletizing material6 in accordance with prescribed storage methods; rearranging and taking inventory of stored materials; examining stored materials and reporting deterioration and damage; removing material from storage and moves and arranges heavy pieces of office and household furniture, equipment, and appliances; moves heavy pieces of automotive, medical engineering, and other types of machinery and equipment. Spreads sand and salt on icy roads and walkways; picks up leaves and trash. SCA. |
| Laborer | Performs tasks which require mainly physical abilities and effort involving little or no specialized skill or prior work experience. The following tasks are typical of this occupation: Loads and unloads trucks, and other conveyances; move" supplies and |

| | |
|---|---|
| | materials to proper location by wheelbarrows or hand-truck ; stacks materials for storage or binning; collects refuse and salvageable materials. Digs, fills, and tamps earth excavations ; levels ground using pick, shovel, tamper and rake; shovels concrete and snow; cleans culverts and ditches cuts tree and brush; operates power lawnmowers. Maintains grounds of industrial, commercial or public property such as buildings, camp and picnic grounds, parks, playgrounds, greenhouses, and athletic fields, and repairs structures and equipment, performing one or more of the following tasks: Cuts grass, using walking-type or riding mowers (less than 2000 lbs.). Trims hedges and edges around walks, flower beds, and wells, using hedge trimmers, clippers and edging tools. Prunes shrubs and trees to shape and improve growth, using shears and other hand-tools. Sprays lawn, shrubs, and trees with fertilizer or insecticide. Plants grass, flowers, trees, and shrubs. Waters lawn and shrubs during dry periods, using hose or activating sprinkler system, Picks up and burns or carts away leaves, paper or other litter. Removes snow from walks, driveways, roads, or parking lots, using shovel and snow-blower. Spreads salt on walkways and other areas. Repairs and paints fences, gates, benches, tables, guard rails, and outbuildings. Assists in repair of roads, walks, buildings, and mechanical equipment. May clean comfort stations, office and workshop areas, and parking lots by sweeping, washing, mopping and polishing. SCA. |
| Forklift Operator | Operates a manually controlled gasoline, electric or liquid propane gas powered forklift to transport goods and materials of all kinds about a warehouse, manufacturing plant, or other establishment. SCA. |
| Shipping/Receiving Clerk | Performs clerical and physical tasks in connection with shipping goods of the establishment in which employed and receiving incoming shipments. In performing day-to-day, routine tasks, follows established guidelines. In handling unusual non-routine problems, receives specific guidance from supervisor or other officials, May direct and coordinate the activities of other workers engaged in handling goods to be shipped or being received. Shipping duties typically involve the following: Verifying that orders are accurately filled by comparing items and quantities of goods gathered for shipment against documents; insuring that shipments are properly packaged, identified with shipping information, and loaded into transporting vehicles; and preparing and keeping records of goods shipped, e.g., manifests, bills of lading. Receiving duties typically involve the following: Verifying the correctness of incoming shipments by comparing items and quantities unloaded against bills of lading, invoices, manifests, storage receipts, or other records; checking for damaged goods; insuring that goods are appropriately identified for routing to departments within the establishment; preparing and keeping records of goods received. SCA. |
| Janitor | Cleans and keeps in an orderly condition factory working areas and washrooms, or premises of an office, apartment house, or commercial or other establishment. Duties involve a combination of the following: Sweeping, mopping or scrubbing, and polishing floors; removing chips, trash, and other refuse; dusting equipment, furniture, or fixtures; polishing metal fixtures or trimmings; providing supplies and minor maintenance services; and cleaning lavatories, showers, and restrooms. SCA. |
| Truck Driver - Light | Drives a truck to transport materials, merchandise, equipment, or workers between various types of establishments such as: Manufacturing plants, freight depots , |

| | |
|---|---|
| | warehouses, wholesale and retail establishments, or between retail establishments and customers' houses or places of business. May also load or unload truck with or without helpers, make minor mechanical repairs, and keep trucks in good working order. SCA. |
| Truck Driver – Medium | Drives a truck to transport materials, merchandise, equipment, or workers between various types of establishments such as: Manufacturing plants, freight depots , warehouses, wholesale and retail establishments, or between retail establishments and customers' houses or places of business. May also load or unload truck with or without helpers, make minor mechanical repairs, and keep trucks in good working order. SCA. |
| Truck Driver – Heavy | Drives a truck to transport materials, merchandise, equipment, or workers between various types of establishments such as: Manufacturing plants, freight depots , warehouses, wholesale and retail establishments, or between retail establishments and customers' houses or places of business. May also load or unload truck with or without helpers, make minor mechanical repairs, and keep trucks in good working order. SCA. |
| Heavy Equipment Mechanic | Analyzes malfunctions and repairs, rebuilds and maintains power equipment, such as cranes, power shovels, scrapers, paving machines, motor graders, trench-digging machines, conveyors, bulldozers, dredges, pumps, compressors and pneumatic tools. Operates and inspects machines or equipment to diagnose defects. Dismantles and reassembles equipment, using hoists and hand tools. Examines parts for damage or excessive wear, using micrometers and gauges. Replaces defective engines and subassemblies, such as transmissions. Tests overhauled equipment to insure operating efficiency. Welds broken parts and structural members. May direct workers engaged in cleaning parts and assisting with assembly and disassembly of equipment. May repair, adjust and maintain mining machinery, such as stripping and loading shovels, drilling and cutting machines, and continuous mining machines. SCA. |
| Motor Vehicle Mechanic | Repairs, rebuilds, or overhauls major assemblies of internal combustion automobiles, buses, trucks or tractors. Work involves most of the following: Diagnosing the source of trouble and determining the extent of repairs required replacing worn or broken parts such as piston rings, bearings, or other engine parts; grinding and adjusting valves; rebuilding carburetors; overhauling transmissions; and repairing fuel injection, lighting, and ignition systems. in general, the work of the Motor Vehicle Mechanic requires rounded training and experience usually acquired through a formal apprenticeship or equivalent training and experience. SCA. |