IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HALLMARK CAPITAL GROUP, L.L.C. Plaintiff, | ) | |
| v. | ) | No. 08-356C (Judge Williams) |
| THE UNITED STATES, Defendant. | ) | |

DECLARATION OF LINDA L BRANTLEY

1. I am the contracting officer responsible for supply and logistics support at Patrick Air Force Base, FL. I am currently attempting to obtain supplies and logistical support via a modification to the Peterson Air Force Base "MultiWing Logistics Support Contract (MWLSC)." If I am unable to obtain supply and logistics support via that contract modification, I will obtain such support via a General Services Administration (GSA) Federal Supply Schedule contract called "LogWorld."

2. Ms Shelley Hall, the previous contracting officer, examined the various supply and logistics support services intended to be included in the MWLSC, these are: quality control functions, logistics support center functions, base supply functions, hazardous material management functions, vehicle operations and maintenance functions, fuels management functions, cargo movement functions, reserve unit support functions, weapons storage, combat oriented supply organization functions, material control functions, environmental support functions, information technology functions and deployments, exercises, disaster preparedness and real world events support. All such support can be obtained under the GSA LogWorld contract.

3. Ms Shelley Hall provided a draft copy of the Patrick AFB FL Logistic Support

Performance Work Statement to the GSA LogWorld Business Manager, Maureen Duckworth. This Performance Work Statement contained all of Patrick's logistical and supply requirements to include those that were determined to be out of scope of the MWLSC. On January 29, 2008, Ms Duckworth indicated that the lead contracting officer for LogWorld confirmed that all of our supply and logistics support requirements would be within the scope of the GSA LogWorld contract. Further, Ms Hall followed up with GSA via a separate email on February 7, 2008 to determine that if took away the various supply and logistics functions of Patrick's requirements that were to incorporated into the MWLSC, would we still be in the scope of the LogWorld contract, and there again, Ms Duckworth confirmed that our requirements could still be met with the LogWorld Contract. The email's containing these GSA's determinations will be provided to the Department of Justice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2008.

Linda L Brantley

Linda L. Brantley

STATE OF FLORIDA )
)
COUNTY OF BREVARD )

The foregoing instrument was acknowledged before me this 25 day of JUNE 20 08 by LINDA L BRANTLEY, who is personally known to me or who produced a military identification card as identification and who did/did not take an oath.

Michelle L Smith

Notary Public

MICHELLE L. SMITH
MY COMMISSION # DD689886
EXPIRES June 27, 2011
(407) 398-0153 FloridaNotaryService.com

**Brantley, Linda Ms Civ USAF AFSPC 45 CONS/LGCBA**

**From:** maureen.duckworth@gsa.gov
**Sent:** Thursday, February 07, 2008 3:28 PM
**To:** Hall, Shelley Ms Civ USAF AFSPC 45 CONS/LGCBB
**Subject:** Re: INFO - PATRICK AFB LOGISTICS SUPPORT REQUIREMENT CHANGE

**Attachments:** pic26363.jpg

pic26363.jpg (22 KB)

Yes Shelley, the removal of some of the assignments does not affect the good fit for the LogWorld Schedule.
Let me know how it progresses! I am always looking for 'success stories' and your project sounds perfect! If you end up using Logworld I would love to hear about it.

Maureen, Duckworth
Business Manager
Business Management Division
GSA FAS Management Services Center (AQSAC) 400 15th St SW Auburn, WA 98001
Phone: 253 931-7514
maureen.duckworth@gsa.gov

(Embedded image moved to file: pic26363.jpg)expo2008logo

Plan now to attend the GSA Expo, April 22-24, 2008, in Anaheim, CA!
For updated information and to register, visit expo.gsa.gov

"Hall, Shelley Ms Civ USAF AFSPC 45 CONS/LGCBB" <Shelley.Hall@patrick.af.mil>

02/07/2008 11:39 AM

To
maureen.duckworth@gsa.gov

cc
"Coon, Damon G Maj USAF AFSPC 45 CONS/LGCB" <Damon.Coon@patrick.af.mil>

Subject
INFO - PATRICK AFB LOGISTICS SUPPORT REQUIREMENT CHANGE

Maureen,

I had previously forwarded you a draft PWS for the subject requirement for review to determine whether it fit in the LOGWORLD GSA contract. Since that time, it has been

determined that a portion of that requirement will be folded into a regionalized contract. The remaining functions are:
official travel services, personal property movement, air terminal, munitions management and maintenance, and Civil Engineering material acquisition.

Considering just those requirements that are left, would you still consider these a good candidate for the LOGWORLD contract?

Additionally, our functional experts have determined that the nature of these requirements are compliance-based versus performance-based. Does that have any effect on inclusion into the LOGWORLD contract?

Shelley A. Hall
Contracting Officer/Section Chief
45 CONS/LGCBB
1201 Edward H. White II St.
Patrick AFB FL 32925
Phone: 321-494-4394
DSN: 854-4394
Fax: 321-494-5136
e-mail: shelley.hall@patrick.af.mil

## Brantley, Linda Ms Civ USAF AFSPC 45 CONS/LGCBA

**From:** Hall, Shelley Civ USAF AFSPC 45 CONS/LGCBB
**Sent:** Tuesday, January 29, 2008 12:44 PM
**To:** Coon, Damon G Maj USAF AFSPC 45 CONS/LGCB
**Cc:** Cazares, Antonio Mr Civ USAF AFSPC 45 CONS/LGCBA
**Subject:** FW: INFO/ACTION - MARKET RESEARCH FOR PATRICK AFB LOGISTICS OPERATIONS REQUIREMENT

**Attachments:** pic00142.jpg; Conformed PWS 29 SEP 07.doc

pic00142.jpg (22 KB) Conformed PWS 29 SEP 07.doc (...

Here's the answer from GSA.

Shelley A. Hall
Contracting Officer/Section Chief
45 CONS/LGCBB
1201 Edward H. White II St.
Patrick AFB FL 32925
Phone: 321-494-4394
DSN: 854-4394
Fax: 321-494-5136
e-mail: shelley.hall@patrick.af.mil

-----Original Message-----
From: maureen.duckworth@gsa.gov [mailto:maureen.duckworth@gsa.gov]
Sent: Tuesday, January 29, 2008 12:09 PM
To: Hall, Shelley Civ USAF AFSPC 45 CONS/LGCBB
Subject: Re: INFO/ACTION - MARKET RESEARCH FOR PATRICK AFB LOGISTICS OPERATIONS REQUIREMENT

Hello Shelley,
Yes, the Lead CO for LogWorld confirms that this is an excellent fit for LogWorld contractors. He noted that the Logworld contractor may have to team with a IT (Schedule 70) contractor to fulfill the computer portions.
I am really looking forward to your progress. Could you tell me who gets awarded?

Maureen, Duckworth
Business Manager
Business Management Division
GSA FAS Management Services Center (AQSAC) 400 15th St SW Auburn, WA 98001
Phone: 253 931-7514
maureen.duckworth@gsa.gov

(Embedded image moved to file: pic00142.jpg)expo2008logo

Plan now to attend the GSA Expo, April 22-24, 2008, in Anaheim, CA!
For updated information and to register, visit expo.gsa.gov

"Hall, Shelley Civ USAF AFSPC 45 CONS/LGCBB"

To
maureen.duckworth@gsa.gov

<Shelley.Hall@patrick.af.mil>

01/29/2008 05:07 AM

cc
"Coon, Damon G Maj USAF AFSPC 45 CONS/LGCB" <Damon.Coon@patrick.af.mil>

Subject
INFO/ACTION - MARKET RESEARCH FOR PATRICK AFB LOGISTICS OPERATIONS REQUIREMENT

I am doing market research to ascertain various acquisition strategies for procuring logistics operations support for Patrick AFB FL. Last year, I attended the GSA Expo and attended the briefing on the LOGWORLD GSA schedule and became very interested in whether our requirement would fit into this set of acquisition tools. I have attached a draft copy of the Performance Work Statement. Please understand this is a draft only and does not necessarily represent the final requirement. Can you review it and let me know if you feel that this requirement or parts thereof fall into the LOGWORLD GSA schedule? Any input you can provide would be greatly appreciated.

Shelley A. Hall
Contracting Officer/Section Chief
45 CONS/LGCBB
1201 Edward H. White II St.
Patrick AFB FL 32925
Phone: 321-494-4394
DSN: 854-4394
Fax: 321-494-5136
e-mail: shelley.hall@patrick.af.mil
(See attached file: Conformed PWS 29 SEP 07.doc)