**Performance Work Statement**
**Table of Contents**

**Section I**

Scope of Work
Program Overview
Support Functions
Organizational Responsibilities
Administrative
Workload Increase/Decrease

**Chapter 2**
Quality Control Plan

**Chapter 3**
Publications/ Forms

**Chapter 4**
Mission Readiness

**Chapter 5**
Operating Budget

**Chapter 6**
Required Contractor Managed Programs

**Chapter 7**
Information Technology Systems

**Chapter 8**
Standard Base Supply System Operation
- General
- Organizational Responsibilities
- Programs
- Administrative Requirements
- Base Computer Support Responsibilities
- Difficulty Reports
- SBSS Terminal Security
- Scheduling Forecast
- Forced Record Alteration
- Communication Outage Procedures
- POST-POST
- Document Control
- Training
- Customer Complaints
- SBSS Operations
- Mission Support
- Base Level Responsibilities in support of regionalization
- Procedures, Analysis and Accountability Functions
- Customer Support Function
- Records Maintenance
- Equipment Management
- Pick up and Delivery
- Receiving
- Storage

Inventory Management
Inspection and Identification
Mobility Readiness Spares Package
SBSS Turn In
Reutilization
Interceptor Body Armor
Mobility Section (Weapons Storage, Mobility Bag Management)
Hazardous Materials Management/
Hazardous Material Pharmacy/Operation
Combat Oriented Supply Organization

**Chapter 9**
Munitions

**Chapter 10**
Fuels Management

**Chapter 11**
Official Travel and Personal Property Movements
Passenger Travel-Official
Personal Property Movement Services
Customer Services
Quality Control

**Chapter 12**
Air Terminal Services

**Chapter 13**
Freight and Packaging
Freight Movements
Packaging, Crating and Preservation

**Chapter 14**
CE Material Acquisition

**Chapter 15**
Joint Chemical Biological, Radiological, Nuclear Defense (CBRND)
Equipment Assessment Program

**Chapter 16**
Combat Oriented Supply Organization (COSO)

**Chapter 17**
Environmental

**Section II**
Performance Plan
Performance Objectives
Performance Thresholds
Government Quality Assurance
Performance Evaluation

**Section III**
Government-Furnished Property and Services
Government Furnished Facilities
Government Furnished Equipment

Information Technology
Government Furnished Special Purpose Agency Peculiar Vehicles
Government Furnished Material
Government Furnished Services
Records
Information and Data
Disposition of Government Property
Official Government Records
Government Furnished Accountable Documents/Records/Data
Estimated Dollar Value of GFP subject to risk of loss clause FAR 52.245.-2 (G)
Estimated Dollar Value of GFP (Government Owned)

**Section IV**
General Information Quality Assurance
Performance of Services during crisis declared by the National Command Authority, oversees combatant commander, emergency situations, and contingency rescue operations.
Contractor Personnel
Contractor Employees (General Information)
Training Requirements and Opportunities
Conservation of Utilities
Base Rules and Regulations
Quality Assurance

**Section V**
Contractor Furnished Property, Services, Data, Submissions, Documents and Access to government Resources
Contractor Furnished Items and Services
Meetings, Submissions, Reports and Documentation
House Keeping

**Section VI**
Work Continuity
Orientation Period (Phase In)
Existing Backlog at Contract Start
Phase Out
Government Inventory Phase In/Phase Out
Variation in contract work load

**Section VII**
Appendix A - Abbreviations and Acronyms

Appendix B- Definitions

Appendix C- Work Load Estimates

Appendix D- Facility Floor Plans

Appendix E-1 Government Furnished Facilities

Appendix E-2 Government Furnished Accountable Equipment (CACRL)

Appendix E-3 Reserved

Appendix E-4 Government Furnished Equipment/Vehicle Listing

Appendix E-5 Government Furnished Information Technology Equipment

Appendix E-6 Government Furnished Vehicles and Material Handling Equipment

Appendix E-7 Government Furnished Admin Supplies

Appendix F Applicable Government Publications and Forms

Appendix G Industrial Safety Requirements Summary

Appendix H Quality Standards

Appendix I Hours of Operation

Appendix J Associate Contract Agreements (ACA)

**LOGISTICS SUPPORT SERVICES CONTRACT**
**PERFORMANCE WORK STATEMENT**
**SECTION I**
**CHAPTER 1**
**DESCRIPTION OF SERVICES/ PROGRAM OVERVIEW**

**1.1. SCOPE OF WORK**: The contractor shall:
**(PO Reference 1.1 thru 16.15 (G-2) and (G-3 Chapters 1-17)**

1.1.1. The Logistics Support Services Contract (LSSC) consists of Standard Base Supply (excluding those functions performed at the AF or AFSPC Logistics Support Center (LSC)), Fuels Management, Munitions Management, Weapons Management, Mobility Bags, Individual Body Armor (IBA), CE Material Acquisition and Transportation (excluding Vehicle Maintenance and Operations) processes. The contractor shall provide all personnel, equipment, tools, materials, supervision, resources and services necessary to perform the contract processes as defined in this Performance Work Statement (PWS), except as specified in Section VII, and Appendix E-1 through E-6 as government-furnished property, facilities, equipment and services. The contractor shall perform to the standards in this contract and mandatory compliance documents specified in this contract. The estimated quantities of work are listed in Section VII, Appendix C, and Workload Estimates. The contractor shall maintain hours of operation as specified in Section VII, Appendix I and operations within the scope of this PWS.

**1.2. PROGRAM OVERVIEW**:

1.2.1. **<u>General</u>:** The contract consists of Standard Base Supply (excluding those functions performed at the AF or AFSPC Logistics Support Center), Fuels Management, Munitions Management, Weapons Handling, Mobility Bags, Material Management, Customer Support, Equipment Liaison Office, HazMart, Individual Body Armor (IBA), Information Technology, LAN administration, Supply, CE Material Acquisition and Transportation (excluding Vehicle Maintenance and Operations) processes at PAFB and CCAFS.

1.2.1.1. For this acquisition the contractor shall manage Logistics Support Services operations. Manage, receive, transport, inventory, deliver, pickup, store, disburse, authorize, distribute materials, account for equipment, munitions, weapons, mobility bags, IBA, and Petroleum, Oil, Lubricant (POL) Products. Manage allocations and forecast for munitions and fuels to ensure accurate and accountable records are maintained. Arrange for the movement of personal property and official passenger travel; prepare and ship cargo for all modes of transportation and provide air terminal services and combat readiness functions to authorized customers. Management and accountability shall be accomplished through the current and transitioning systems in paragraph 7.1 Information Technology Systems, processes identified in this PWS Section I and mandatory compliance directives identified in Appendix F to meet overall government mission requirements. The 45th Space Wing (45 SW); mission partners and customers rely on these base operations to meet both day to day and contingency requirements.

1.2.1.2. In performing the basic functions and processes of the contract activity the contractor shall manage, deliver, pickup, authorize, requisition, unload, receive, warehouse, store, inventory, process, load, transport, pack, distribute, issue, ship, identify, account for, screen, and dispose for all modes of transportation. The contractor shall provide transportation personal property counseling, research, maintain records, provide staffing for customer service hours identified in appendix I, and training to 45 SW customers, mission partners, and Wing contractors. Contractor personnel shall maintain proficiency and be able to carry out responsibilities delineated in this contract. The contractor shall perform the responsibilities of Hazardous Material Pharmacy (HazMart), CE Material Acquisition Satellite Pharmacy for 45 SW, mission partners and contractor organizations. In performing munitions and fuels management the contractor shall inventory, control, forecast, process allocations, deliveries, receipts, issues, storage and inspection for 45 SW mission partners and contractor organizations. In addition, the contractor shall provide required contingency and off-line support capability, administration, management, quality control and minor maintenance of facilities. Utilize assets such as materiel, weapons, munitions and special handling cargo in the performance of this contract.

1.2.1.2.1. Contractor shall ensure that all labor hours (regular and overtime) performed in support of an established support agreement/MOA/MOU or JON are tracked and submitted for the appropriate reimbursement through the LRF Resource Advisor with a copy provided to the FD/FC. When processes labor hours the contractor shall ensure the appropriate JON is utilized and that reimbursement is accurate and timely.

1.2.1.3. Manage all functions of the contract except those identified as inherently governmental positions. The contractor shall not act as a Contracting Officer Representative (COR), Ordering Officer (Aviation Breathing Oxygen (ABO)), Supply Stock Fund Manager, Base Supply Accountable Officer, Munitions Accountable Supply Officer (MASO), IBA Equipment Custodian, LRF Weapons Custodian, Base Fuels (FP) Responsible Officer, Functional Director (FD) or the Functional Commander (FC). These duties are assigned to a Government official.

1.2.1.4. Air Force Standard Information Technology Systems shall be used for managing LSSC in support of the Department of Defense (DOD) Joint Total Asset Visibility initiative and reporting IAW DOD guidelines. (Refer to paragraph 7.1 for Information Technology Systems)

1.2.1.5. Areas of responsibility include all 45 SW organizations, mission partners, Geographically Separated Units (GSUs) supported through the 45 Space Wing, and nine personal property movement service counties (Volusia, Indian River, Brevard, Orange, Seminole, Osceola, Martin, Saint Lucie and Okeechobee).

1.2.1.6. Designate as key and essential personnel considered necessary to manage and perform all PWS requirements specified in paragraphs 1.1 through 15.5 and provide in writing to appropriate FC/FD within 30 days of contract start those personnel deisngated and update as necessary.

1.2.2. Contractor employees must speak, read, write and understand the English language.

1.2.3. Be responsible for programs and implement any corrective actions when 45 LRF/CC, FD, QAS or MAJCOMs direct requirements for special accounting, analysis, inspections, special inventory control, monitoring, sourcing and reporting.

1.2.4. Performance during labor strikes: Because the services called for under this contract are of critical importance to the Air Force, the government reserves the right to take over performance of this contract in the event of a labor strike by the contractors employees. In such event, the services will be performed exclusively by government employees and not a mix of government and non-striking contractor employees. Under such circumstances and at the direction of the Contracting Officer, the contractor agrees to remove its non-striking work force from the performance site and not to interfere in any way with government performance. Further, the contractor agrees under such circumstances to permit the government to use any essential contractor-furnished property and supplies. The government will equitably compensate the contractor for use of such property and supplies.

1.2.5. The contractor shall provide their Quality Control and Contingency Plan for review as part of the contractor's proposal. The Quality Control Plan and Contingency Plan shall be assessed at periodic intervals. (A1-1)

1.2.6. Upon award of the contract the contractor's Quality Control and Contingency Plan shall be incorporated into the contract PWS through the process of a contract modification.

**1.3. SUPPORT FUNCTIONS:** The contractor shall:

1.3.1. The contractor shall manage the LSSC support functions to include organizational additional duties, administrative, data management, training and mission readiness support responsibilities IAW Appendix F.

1.3.2. Contractor shall conduct organizational unit SAV visits at the request of organizational commander’s, FC, or the Supply Accountable Officer.

1.3.2.1. Contractor shall provide a written report of the SAV visits to the organizational commander and the appropriate FD or supply accountable officer.

**1.4. ORGANIZATIONAL RESPONSIBILITIES**: The contractor shall:
(SS G-1)

1.4.1. The contractor shall appoint in writing and maintain current appointment letters for the following and provide a copy to each FD and the FC IAW applicable directives:

Security Manager IAW AFI 31-101 and AFI 31-601
Computer Security (COMPUSEC) Monitor IAW AFI 33-102
Telephone Control Officer IAW AFI 33-111
ADPE Custodian IAW AFI 33-112
Computer Systems Security Monitor IAW AFI 33-202
Time Change Technical Orders (TCTO) Monitor IAW AFI 33-360
Technical Order Distribution Office (TODO) Manager IAW T.O. 00-5-2
Safety Monitor &Operational Risk Management (ORM) IAW AFI 91-202
Building Custodian IAW AFPAM 87-8 and 45SWI 32-9001
Self Inspection Program Monitor IAW AFI 90-101
Vehicle Control Officer IAW AFI 24-301
Operations Security Coordinator IAW AFI 10-701

1.4.2. Assign an Organization Computer Manager as the focal point for computer operation issues and Information Technology System annual surveys IAW AFI 33-112.

1.4.3. Provide 45 LRF FD/FC and QAS(s), monthly, a current electronic copy of the Organizational Roster of all assigned personnel.

1.4.4. Furnish the names, duty telephone and off duty telephone numbers of personnel designated to operate the Logistics Support Services Control Center (LSSC/CC) and distribute to 45 SW/CP, each FD and FC. Contractor shall comply with Privacy Act 1974.

1.4.5. Appoint a custodian to process request for medical supplies through the base hospital Medical Logistics.

1.4.6. Provide briefings, attend meetings, conferences, and provide technical guidance on matters when requested by the FD and FC and Contracting Officer (CO).

1.4.7. Contractor shall maintain all government furnished vehicles, facilities, equipment and material handling equipment specified in Section VII, E-1 through E-6. Contractor shall perform vehicle/equipment operator care of furnished vehicles/equipment.

1.4.8. Contractor shall attend 920th Maintenance Meetings on a regular basis or as required by the FD/FC.

1.4.9. Contractor shall develop a confined space program IAW Federal, State, and Local laws.

1.4.10. Contractor shall ensure hurricane requirements specified below and Operations Plan 10-2, Full Spectrum Response (FSTR) are perfomed.

14.10.1. Contractor shall deploy one fuel operator with the 45 SW Hurricane Evacuation Site Staff (HESS). This individual shall remain with the HESS and provide fuel support for the duration of the evacuation.

14.10.2. Contractor shall provide fuel support to the 45 SW Hurricane Recovery Team (HRT) operations and as required for hurricane support.

14.10.3. Contractor shall ensure the MASO is provided with the combination of any lock or key used to secure government-furnished munitions facilities, equipment or materials prior to HURCON evacuations.

14.10.4. Contractor shall ensure that keys to all facilities and combinations are provided to the FD/FC prior to HURCON evacuations.

14.10.5. Contractor shall prepare weapons for relocation in the appropriate weapons containers when directed by supply accountable officer or FD/FC prior to HURCON evacuations.

14.10.6. Contractor shall recall emergency essential personnel as directed by the FD/FC during contingency operations, natural disasters, or required base recalls.

**1.5. ADMINISTRATIVE**: The contractor shall:

1.5.1. Manage the administrative functions to ensure documentation is protected, stored and filed as required. All information pertaining to this contract shall be accessible to each FD and FC and Quality Assurance Specialist (QAS) upon request IAW FAR Subpart 4.7. and 45.5.

1.5.1.1 All electronic documentation shall be maintained on a government owed system and government owned hardware and turned over/released to the government with the appropriate access at the end of the contract period.

1.5.2. Provide data inputs for monthly Status of Reporting and Training Systems (SORTS) to the 45 LRF SORTS Monitors in the format provided by the government.

1.5.3. Serve as Functional Area Records Manager (FARM) and ensure all files and records are properly maintained and prepared for staging or disposition IAW AFI 33-322 and AFMAN 37-123.

1.5.4. Maintain document files and manage the reports control system program IAW AFI 37-138. Back up files shall be maintained as specified by specific compliance documents for each functional area.

1.5.5. Maintain unclassified correspondence files IAW AFMAN 37-123 and AFI 37-138.

1.5.6. Receive, safe guard, control, account, distribute and store classified correspondence and documentation IAW DOD 5220.22-M.

1.5.7. Review and provide semi-annual updates to each FD for compliance document references/changes to any PWS paragraph and Appendix F.

1.5.8. Review and provide monthly updates to workload factors in the format outlined in Appendix C to each FD.

1.5.9. When preparing written communication and staffing correspondence the contractor shall;

1.5.9.1. Prepare written communication as required or at the request of the FD/FC IAW AFH 33-337 and the 45 SW Correspondence Guides, i.e., point papers, staff summary sheets and delegation letters.

1.5.10. Contractor shall develop a monthly informational letter to advise all commanders (45th SW and Mission Partners) of their units' responsibilities to ensure they are kept advised in areas that require action and assignment of personnel. This letter shall include all functional areas of this contract, i.e., equipment, weapons, munitions, organizational tank custodians, pallet build up etc. Solicit input and coordinate through FD/FC for LRF/CC signature.

1.5.11. Manage, schedule, and conduct a complete inventory semi-annually for all government furnished equipment and contractor property inventory records. Perform inventories and provide the government property administrator, contracting officer and each FD/ FC and QAS a copy of completed inventory.

1.5.11.1. Contractor shall conduct inventories and maintain accurate records of government furnished property, equipment and ADPE. Government furnished property records shall be updated no later than 10 workdays after receipt on new property, equipment or automated data processing equipment. IAW FAR Part 45.6.

1.5.12. Develop and maintain a contingency plan to operate the Civil Engineering Material Acquisition (CEMAS) during scheduled or unscheduled computer outages (post-post operations). Submit the plan through the FD/FC for approval and publish a 45SW supplement to AFMAN 23-110, vol. II, Part Two, and AFPAM 32-1004, Vol. 4.

1.5.13. Contractor shall develop and provide weekly and monthly metrics/statistics for commander's briefings relating to workload data, customer service, AEF support and launch support etc., for all functional areas of the contract in the format provided by the government FD/FC.

1.5.14. Contractor shall comply with AFSPC Air Force Smart Operations for the 21st Century (AFSO 21) directives. Attend LRF AFSO 21 team meetings and participate in any initiatives selected by the 45 Space Wing Commander, MSG Commander or the FD/FC.

**1.6 Workload Increase/Decrease**

1.6.1. Workload Increase/Decrease. The government workload data furnished are estimates and are subject to variations. The workload in Section VII, Appendix C Work Load Factors is firm within a net variation of plus or minus 15 percent from the government estimates stated in this section. If, after the twelve-month period, from 1 Oct to 30 Sept, an individual line item has varied above or below 15 percent from the total estimated contract workload, negotiations for an equitable price adjustment, for that line item, may be initiated by either party. For monthly workload estimates, the 12 months shall be averaged. If the net increase or decrease is greater than 15 percent of the number published in the PWS, an equitable adjustment is negotiable. For a yearly workload estimate, the year's total will be compared to the number published in the PWS. If the net increase or decrease is greater than 15 percent, an equitable adjustment is negotiable. Any increase or decrease in price shall be based on the percentage in excess of plus/minus 15 percent. Contractor should notify LRF/CO should total line item workload estimates net increase or decrease in excess of 15 percent.

**CHAPTER 2**
**Quality Control Plan**

**2.1. General:** The Contractor shall: (PO G-4) (A1-1)

2.1.1. In compliance with the contract clause entitled "Inspection of Services" (FAR 52.264-4), the contractor shall establish, provide and maintain a Quality Control Plan to ensure the requirements of this contract are provided as specified. The plan must contain, as a minimum; the items listed in Chapter 1, paragraph 1.1 through paragraph 15.7.3 and shall be submitted to the Contracting Officer. The Contracting Officer and Functional Commander will notify the contractor of acceptance or required modifications to the plan before the contract start date and as amended by the contractor.

2.1.2. The contractor shall make appropriate modifications to the quality control plan, at no additional cost to the government, and obtain acceptance of the plan by the Contracting Officer and Functional Directors and Commander.

2.1.2.1 The contractor shall make available to the government quality control reports for periodic assessment by the FD and QAS.

2.1.3. Receive, review, coordinate, implement, prepare responses and initiate corrective action on all Air Force special subjects, audits and command special interest items submitted for contractor areas of responsibilities IAW AFI 90-101. (AI-2)

2.1.4. The contractor shall perform 100% of all critical and non-critical items pertaining to contract operations that are reflected in the Air Force Inspector General (IG) Self Inspection Guide 90-201, AFSPC SIG 90-201 and 45SWI 90-201 and its checklists.

2.1.5. The Contractor's Quality Control plan shall:

2.1.5.1. Establish and maintain a Quality Control Plan in compliance with the Section II contract Clause FAR 52.246-4 entitled "Inspection Of Service Fixed Price which includes an inspection system that covers as a minimum all services listed in Section II Description of Services State proactive method for identifying and preventing defects in the quality of service performed before the level of performance becomes unsatisfactory. Additionally, control procedures for all government keys or lock combinations shall be included.

2.1.5.2. Provide proactive methods of identifying and preventing defects in the quality of services performed before the level of performance becomes unacceptable.

2.1.5.3. A description of the records to be kept to document inspections and corrective or preventive actions taken.

2.1.5.3.1. The records of inspections shall be kept on-site and made available to the government throughout the contract performance period and for the period after contract completion until final settlement of any claims under this contract.

2.1.5.4. Implement an inspection system that covers as a minimum the areas to be inspected on a scheduled or unscheduled basis, frequency of inspection, method of inspection, title of individuals who will perform the inspection, and the documentation and verification means available to government Quality Assurance Specialist (QAS).

2.1.5.5. Develop performance metrics that will be used to audit and track trends in levels of performance. As a minimum Performance Objectives items in Section II, shall have performance metrics that are briefed monthly to the QAS, FDs and FC. In addition, any area of weakness identified by the contractor's quality control section review or QAS reviews identified prior to meeting shall be briefed. Briefing shall be NLT the 15th day of the month, as scheduled by the QAS. In conjunction with the contractor's quality control plan, these metrics shall be effective in identifying, preventing and correcting problems and improving processes.

2.1.6. The contractor shall provide customer assistance through a single point of contact to work/resolve customer complaints and concerns. The contractor shall maintain records of customer complaints to identify trends and possible problem areas. Conduct customer service visits when requested by the customer or as required by compliance documents. The contractor shall develop a customer satisfaction baseline throughout the life of the contract that measures the degree of customer satisfaction being provided and brief at monthly Contract Performance briefing. (PO G-4)

2.1.7. Submit to the QAS and each FD the scheduled inspections projected for the following month no later than the 15th day of the preceding month.

2.1.8. Perform QAS and FD requested inspections within 16 working hours of notification and respond to the QAS with its findings within 24 working hours.

2.1.9. Respond in writing to the FD, CO and QAS (within 1 workday of notification) on any other government inspections or observations of incomplete or defective performance. Include in the response, as a minimum, why the defect occurred and corrective measures taken to insure a performance deficiency does not occur in the future.

2.1.10. Contractor shall utilize the AFSPC Inspector General Self-Inspection Program (SIP) and Finding Tracking System to monitor deficiencies identified by government QAS and contractor's quality control section. Deficiencies shall be entered NLT 2 workdays. IAW Air Force Inspector General (IG) Self Inspection Guide 90-201, AFSPC SIG 90-201 and 45SWI 90-201.

**CHAPTER 3**
**Publications/ Forms**

**3.1. General:** The contractor shall:

3.1.1. Access most current authorized electronic DoD, AF and other service publications through the Internet IAW AFI 33-360V1.

3.1.2. When requested by 45 LRF provide inputs to publications to include Department of Defense Directives, regulations, Air Force Instructions, respective supplements, Support Agreements (SA), Memorandums of Agreements (MOA), Memorandums of Understanding (MOU), Operations Plan (OPLAN). IAW AFI 33-360 Vol. 1; AFI 25-201; AFI 31-101.

3.1.3. Maintain current and review annually, LSSC Operating Instructions (OIs) and plans IAW AFI 33-360 Vol. 1.

3.1.4. Provide updates and maintain current all 45 SW supplements for which LSSC and 45 LRF are responsible. Ensure these supplements are routed through electronic means of coordination. (Refer to Section VII)

3.1.4.1. Maintain, review, update, process, and implement applicable 45 SW supplements to AFMAN 23-110, Vol II, Part Two.

3.1.4.1.1. Route to the Functional QAS and Supply Accountable Officer for review/coordination prior to staffing.

3.1.4.1.2. Route to appropriate 45 SW Staff Agencies for review, coordination and approval by the Supply Accountable Officer and 45 LRF/CC.

3.1.4.2. Review MOAs, SA, and OPLANs annually or as required and forward inputs to the functional QAS and FD for review and approval. The FD will determine if establishment of reimbursable requirements are required.

3.1.4.3. Contractor shall perform only authorized services and not change operations for the purpose of meeting SAs and MOAs without the approval of the FD. Contractor shall ensure that supported organizations are authorized service requested. Contractor shall advise the Functional Director prior to providing support for services outside the agreement to ensure reimbursement is obtained.

3.1.4.4. Establish and maintain Associate Contractor Agreements (ACA) as required with all other contractors to define specific work relationships to perform the mission. Copies of all ACAs will be provided to the FD/FC and the Contracting Officer. (Refer to Appendix J)

3.1.4.5. Develop, implement, and maintain OIs and contingency plans listed in Section IV and Appendix F as required for actions to be taken during contingency or exercise operations.

3.1.4.6. Coordinate OIs through appropriate agencies i.e. CEV, Bioenvironmental for hazardous material, Wing and Weapons Safety for explosive operations. OIs shall be submitted through the functional QAS to each FD for coordination and forwarding to the FC for approval.

3.1.4.7. Establish and maintain a complete contingency plan that shall ensure continuation of services during periods of crisis. The contractor contingency plan shall be prepared IAW the Base Level Assessment (BLA). All requirements of this PWS relating to contingency operations shall be addressed in the contractor's contingency plan. Contractor shall include Key personnel and contractor's Action Plan in the event Key Personnel are not available in this Contingency Plan. One copy of the plan shall be provided to the ACO, FDs and FC NLT 60 days following the contract start date. Changes must be submitted to the each FD for coordination and the FC for approval within 30 days after changes occur.

3.1.5. Review and validate deployment support plans in support of headquarters directives and coordinate required revisions through LGRM IAW AFMAN 23-110, Vol. II, Part Two.

3.2. Forms: Contractor shall:

3.2.1. Order, stock, and distribute all forms and publications for LSSC, IAW AFI 33-360 Vol 2.

3.2.2. Access most current authorized electronic forms through the Internet IAW AFI 33-360 Vol 2.

3.3. The contractor shall ensure the use of electronic files to the greatest extent possible and as allowed by compliance documents in order to achieve paperless processing and conserve paper products.

**CHAPTER 4**
**Mission Readiness**

**4.1 General:** The contractor shall:

4.1.1. Provide contingency services operations in support of actual or exercise deployments, accidents, disasters, attacks, power outages and other contingencies.

4.1.2. Establish a LSSC Control Center (CC) and activate as necessary, to perform the responsibilities specified in wing Operation Plans (OPLANs). When activated, the LSSC/CC shall be manned according to guidelines established by the Battle Staff. Upon activation of the LSSC/CC, the contractor will provide a daily briefing each morning (time will be determined by the FDs) to the FDs and the FC or his designated representative. Any situation/event that results in the contractor's inability to respond will be elevated immediately to the Contracting Officer.

4.1.3. Ensure checklist and reporting processes for natural disaster response to include civilian request for military assistance, Major Attack Response, and Major Accident Response are updated and maintained in the 45 SW reporting data base. Checklist shall be approved by the appropriate FD and the FC prior to publishing.

4.1.4. Initiate the pyramid alert recall when directed by the FD or FC through the Contracting Officer.

4.1.5. Comply with deployment support plans in support of headquarters directives
(Section VII, Appendix F).

4.1.6. Respond to Wing exercises annually and provide each FD a written after action report on areas requiring LSSC participation. These exercises include, but are not limited to the following scenarios: terrorist attack, mobility, major accident response, natural disaster (hurricane), and power and communications outages. This effort shall be included as part of the price of the contract to include any required overtime to support exercises.

4.1.6.1. When required, respond to exercises or actual emergency situations that do not fall within normal duty hours or in excess of the number specific above IAW 45 SW OPLANS Host Tenant Support Agreements and instructions. Overtime will only be paid for exercises which exceed the numbers specified in paragraph (See above paragraph 4.1.6). Mission partner exercise overtime will be funded by the appropriate Job Order Number (JON) for the mission partner requesting the support..

4.1.7. Upon notification activate, establish and maintain a Cargo Deployment Function (CDF) and subsection, Passenger Deployment Function (PDF), in compliance with 45SW IDP 10-403. Contractor shall oversee the flow of deploying cargo and passengers through the CDF and PDF. Submit a letter through the 45 MSS/DPMAE to 45 SW/CC to recall READY augmentees to support the CDF and PDF. Contractor shall supply sufficient manning to support the following sub-sections of the CDF: Cargo in Check, Joint Inspectors, Cargo Marshalling and Load Teams, Passenger Briefing, Passenger Manifesting and Load Planners. Manning shall be based on 24-hour operations upon activation of a mobility exercise or actual deployment.

4.1.8. All cargo and passenger processing actions shall comply with Deployment Schedule of Events (DSOE) to minimize late departures.

4.1.9. Oversee CDF and report to the Deployment Control Center (DCC).

4.1.10. Furnish and maintain current the Mobility Readiness Spars Packages (MRSP)/Mobility Element and Combat Readiness alert/recall roster to the Wing Deployment Control Center (DCC), 45 LRF/LGRR.

4.1.11. Deployment Work - Center Training - Manage and conduct training for deployment work center personnel and designated augmentees from 45 SW, mission partners and contractor organizations to ensure they are qualified to perform deployment work center tasking IAW AFI 10-403 and 45 SW Installation Deployment Plan.

4.1.11.1. Conduct wartime skills training and validate training annually; minimal work center training as follows: (PO AT-9)

| COURSE NUMBER | COURSE TITLE |
|---|---|
| 284001 | Hazardous Materials |
| 284002 | Cargo Preparation and Marking |
| 284003 | Palletization of Cargo |
| 284004 | Work Center Management |
| 284005 | Load Planning Training |
| 284006 | Passenger Processing |
| 284007 | Cargo Deployment Function |
| 284008 | Cargo Handling |
| 284009 | Ramp Supervision Training |
| 284010 | Surface Transportation of Cargo Training |
| 284011 | Quality Control Training |
| 284012 | Mobility Operations Orientation Training |

4.1.11.2. Provide mobility training for all organizations with a deployment commitment. Provide a schedule one month prior to the scheduled training to organizations. Course objectives shall include procedures for moving passengers and cargo deployment by air and surface transportation IAW AFI 10-403, 45 SW OPLANs, Operations Planning and MAJCOM guidance.

4.1.11.3. Hazardous Cargo Training: Ensure LSSC and unit representatives are trained to certify hazardous material via all modes of transportation and provide annual awareness training. Individuals should be qualified to inspect, quality control, and handle hazardous cargo IAW AFJMAN 24-204, International Air Transport Association (IATA), International Maritime Dangerous Goods (IMDG) book, and Code of Federal Regulation (CFR) Title 49. Identify in writing these individuals as authorized to certify hazardous shipments to the FD/FC. This letter shall be kept current and updated annually or as changes occur). (PO AT-9)

## CHAPTER 5
## OPERATING BUDGET

**5.1. General:** The contractor shall:

5.1.1. Develop financial information and requirements for the operating budget for LSSC Responsibility Centers (RCs)/Cost Centers (CCs) and submit to each FD and FC quarterly and as requested by the 45 LRF/RA.

5.1.2. Advise the FD and FC of any new requirements affecting O&M funds. Provide detailed justification for additional O&M funds through the Functional QAS to the appropriate FD for review and coordination/approval IAW AFI 65-601, Vol. 1, and Vol. 2 and purchase when/if funds are available.

5.1.3. Submit quarterly any cost associated with warranty extensions, service agreements, equipment /Information Technology (IT) upgrades for consideration of funding to the Supply Accountable Officer.

5.1.4. Submit through the Functional QAS a written request for government furnished items/services, referenced in Appendix E, which are authorized by the government and required in the performance of the contract. Request shall include quantity, description of item, cost, and acquisition justification. If not in GSA Advantage or item is $2,500 or above, three sources where product can be obtained will be provided. The appropriate FD will approve all GPC and Base Supply requests prior to purchase when funds are available.

5.1.4.1. All request for supplies/services shall be provided to the appropriate FD for approval quarterly NLT the fifth workday of the first month of the quarter, unless the supplies/service is an emergency request. Failure of submission by the contractor on this date shall result in no supplies/services for that quarter.

5.1.4.2. All material purchased by the government through these two methods shall be routed and approved by the appropriate FD, property administrator and contracting officer prior to submittal. When purchased the contractor shall add such purchases to the government property list, ADPE or CA/CRL account which ever is appropriate. Property listing shall be updated within 10 workdays.

5.1.5. Record and report 45 SW expenditures in support of Joint Chiefs of Staff (JCS), contingencies, headquarters, and local exercises as officially designated and authorized by the FD or FC using the correct JON number.

5.1.6. Notify the appropriate FD when operations will exceed the basic workload estimates provided. Immediately (within 1 hour) notify FD of any unprogrammed requirements prior to performing them. Any performance outside the basic workload will not be reimbursed unless prior approval has been authorized. Prior to performing services outside the normal duty hours of operation under the basic terms of this contract request overtime approval through the appropriate FD.

5.1.6.1. Upon completion of overtime requirement, contractor shall document and submit within 1 workday overtime performance, to include employee name, JON and actual hours worked to the appropriate FD who will forward to the 45 LRF/RA.

5.1.6.2. Reimbursable overtime shall have an approved funded JON/Operational Support Number (OSN) specified on the overtime documentation.

5.1.6.3. Contractor shall submit monthly overtime supporting documentation for reimbursement to the 45 LRF/RA NLT the first workday of the month. After LRF/RA approval the contractor shall ensure that processing is submitted through Wide Area Work Flow (WAWF) no later than the fifth workday of the month.

5.1.6.4. Contractor shall provide the 45 LRF/RA NLT the first workday of each month the monthly supporting documentation for contract reimbursement cost. After approval from the 45 LRF/RA the contractor shall input contract reimbursement cost through WAWF NLT the fifth workday of each month.

5.1.6.5. Contractor shall maintain a computer based tracking system to track contractor employees regular and overtime labor hours. The tracking system used, shall depict which contract area performed the labor hours and which wing (45th or 920th), mission partner or contractor that the LSSC supported. Report labor hours and provide documentation to the 45 LRF FD/FC and RA monthly NLT fifth workday of each month.

5.1.6.6. Contractor shall ensure that labor hour reimbursement for services performed which are authorized by a SA and MOA. Ensure correct JONs for labor hours are accurate prior to submission for reimbursement. Contractor shall ensure these hours are also tracked in the above mentioned computer based tracking system.

**5.1.7.** In the CE Material Acquisition area offeror shall be responsible for and coordinating with the Resource Manager to ensure receipt of the necessary Job Order Number (JON)/fund cite for property movement and shipment prior to movement or shipment of property.

**5.1.7.1.** Material Acquisition shall collect data, compile, prepare, and submit cost/budget estimates IAW AFMAN 23-110, Vol. 2 Part Two, AFI 32-1001, and AFPAM 32-1004, Vol. 4, Chapter 15.

**5.1.7.2.** Material Acquisition Direct procurements or decentralized purchases (GPC card or Blanket Purchase Agreement (BPA)) shall be used for items not available through base supply and/or which the required delivery date (RDD) cannot be met by base supply IAW AFPAM 32-1004, Vol. 4, Chapter 4.

**CHAPTER 6**
**REQUIRED CONTRACTOR MANAGED PROGRAMS**

**6.1 General:** The contractor shall: (PO G-1)

6.1.1. The contractor shall manage and maintain the following programs:

6.1.1.1. Manage the contractor Safety Program IAW AFI 91-202 and AFOSH STDs listed in Appendix F.

6.1.1.2. Manage the Self-Inspection Program IAW AFSPCI 90-201.

6.1.1.3. Manage the Security Program IAW AFI 31-101.

6.1.1.4. Manage the Resource Protection Program IAW AFI 31-101.

6.1.1.5. Manage the Information Awareness Program (IAP), Information Security Officer (ISSO) for contract IAW AFI 33-204, AFI 33-203 Vol 1.

6.1.1.6. Manage the Disaster Preparedness and Disaster/Readiness Program and its work centers 45 SW OPLANs.

6.1.1.7. Manage all programs listed in 45 SW OPLANs.

6.1.1.8. Manage the Air Force Reusable Container Program IAW AFI 24-203, Chap 9.

6.1.1.9. Manage the Wood Packaging Material (WPM) Program IAW AFI24-203, Attachment 4.

6.1.1.10. Manage the Radio Frequency Identification (RFID) Tag Program IAW DOD 4500.9R, Part II, App O (F) and Part III, App H (F) and App I (B).1.1.11 and AFI 24-203, Chapter 18.

6.1.1.11. Manage the Procedures, Accountability, Analysis Program and Supply Internal Surveillance Program, IAW AFMAN 23-110, Vol. II, Part Two.

## CHAPTER 7
## INFORMATION TECHNOLOGY SYSTEMS

**7.1. General:** The contractor shall:

7.1.1. Manage, operate, maintain, perform maintenance, provide interface, provide systems administrators and ensure certification and accreditation for required systems as noted below IAW AFSSI 5024, Vol. I and AFI 33-112.

7.1.2. Manage and maintain an inventory of all Information Technology systems, equipment and software to ensure accountability of (ADPE). Contractor shall ensure all excess ADPE is turned in within one work week of replacements.
7.1.3. Maintain a computerized document control system for the BCE Material Acquisition activity to monitor contract repair/maintenance requests IAW AFPAM 32-1004, Vol. 4 Chapter 18

System Administrator - SA
Interface - IT
Certification and Accreditation – C/A

| **Information Technology Systems** | **SA** | **IT** | **C/A** |
|---|---|---|---|
| Air Force Equipment Management System (AFEMS) | | X | |
| Air Force Records Information System (AFRIMS) (https://afrims.amc.af.mil) | | X | |
| Air Material Command Aircraft Maintenance System (G081) | | | |
| Airlift Load Planning Program System (ALPPS) | | X | |
| Automated Business Services System (ABSS) | | X | |
| Automated Civil Engineer System (ACES) | | X | |
| Automated Stock Number User Directory (ASNUD) | | X | |
| Automated Technical Order Maintenance System (ATOMS) | X | X | |
| Base Contracting Automated System (BCAS) | | X | |
| Bell & Howell Retrieval System | X | | |
| Cargo Movement and Operating System (CMOS) | X | X | X |
| Civil Engineer Material Acquisition System (CEMAS) | | X | |
| Combat Ammunitions System–Base (CAS) | X | X | |
| Agile Munitions Support Tool (AMST) | | X | |
| Contingency Processing System (CPS) | | X | |
| Core Automated Maintenance System (CAMS) (Until IMDS is fielded) | | X | |
| DAAS Defense Automated Addressing System | | X | |
| Data Maintenance System 1100 (DMS 1100) | | X | |
| Defense Fuels Automated Management System (DFAMS) | X | X | |
| Defense Automated Accounting System (DFAS) | X | X | |
| Department of Defense Message System (DDMS) | | X | |
| Depot Maintenance Hazardous Materials Management System (DMHMMS) | | X | |
| Discover System | | X | |
| Documentation Imaging System (DIS) | X | X | |
| Electronic Transaction System (ETS) | | X | |

| | | | |
|---|---|---|---|
| Environmental Management and Information System or AF approved system | | X | |
| Enterprise Solution – Supply (ES-S) | | X | |
| Federal Logistics Data (FEDLOG) | | X | |
| Financial Electronic Document Server (FEDS) | | X | |
| Fuels Automated Management System (FAMS) | X | X | |
| Fuels Automated System (FAS) | X | X | X |
| Global Airlift Transportation Execution System (GATES) | X | | X |
| Hazardous Material Information Resource System (HMIRS) | | X | |
| Integrated Deployment System (IDS) | | X | |
| Intrusion Detection System (IDS) | | X | |
| Integrated Logistics System-Supply (ILS-S) | | X | |
| Integrated Maintenance Data System (IMDS) (Upon fielding) | | X | |
| Interim Work Information Management System (IWIMS) | | X | |
| Integrated Booking System (IBS) | | X | |
| Joint Computer-aided Acquisition and Logistics Support System (JCALS) | | | |
| Logistics Module – Base Level (LOGMOD-B) | X | | |
| Materiel Accounts Payable System (MAPS) | | X | |
| Mission Capable (MICAP) Asset Sourcing System (MASS) | | X | |
| Mobility Inventory Control Accountability System (MICAS) | X | X | |
| Remote Global Airlift Transportation Execution System (RGATES) | X | | X |
| Records or Registered Equipment Management System (REMS) | | X | |
| Services Information Management System (SIMS) | X | | |
| Standard Base Supply System (SBSS) (Until ILS-S is fielded) | X | X | |
| Stock Number User Directory (SNUD) (as applicable) | X | X | |
| Supply Automated Tracking System (SATS) | X | X | |
| Weapons Systems Manage Information System (WSMIS) | | X | |
| Worldwide Port System (WPS) | | X | |
| Wide Area Work Flow (WAWF) | | X | |

7.1.3. Perform system maintenance (i.e., hardware, software and any peripherals, install, remove, repair, replace etc.), on all ADPE not serviced by the 45 SW Computer Contract. Perform back up procedures, archive files and updates as necessary for systems which LSSC has primary responsibility.

7.1.4. Provide System Administration for specified systems above and for all LSSC servers and computers located in LSSC (to include governmental employee computers within 45 SW 45 LRF). Ensure certification and accreditation for Information Technology Systems listed above are completed as required IAW AFSSI 5024, Vol. I and AFI 33-112.

7.1.5. Establish and maintain a 45 LRF share drive folder and web pages. The contractor shall provide share folder access to the 45 LRF functional QAS(s), FDs, 45 SW organizations, mission partners and other customers as required and as designated by 45 LRF.

7.1.6. Establish and maintain current a public share drive/folders, organization share drive/folder and a 45 SW Munitions Community of Practice (COP) on the Air Force Knowledge Now for Munitions Electronic Document files and customer/organizational use. Privileges to these accounts will be coordinated and approved by the Munitions Accountable Systems Officer (MASO) and the munitions QAS.

7.1.7. Maintain a current web page and assign a Web Administrator for the LRF and LSSC, IAW AFI 33-129.

7.1.7.1. Assign a qualified individual to manage, maintain, update a web page with associated web pages for 45 LRF to include LSSC on the 45 SW Logistics Web page IAW AFI 33-129. Coordinate with the appropriate FD prior to posting web page content and include those areas determined necessary by the QAS, FD and 45 LRF/CC.

7.1.7.2. Coordinate with LSSC and 45 LRF functional areas to ensure each section is represented on web page and requested information is posted. Ensure that information related to training, reference information, organization rosters, telephone listings, OIs, customer guides and organizational photos are posted as requested by LSSC and 45 LRF. Designate a specific share folder for posting of all Supply Bulletins for customer use.

7.1.7.2.1. Contractor shall place available training classes on the LSSC Web page for customer reference and use.

7.1.8. Comply with LAN access and use of the internet in support of LSSC requirements IAW AFI 33-129.

7.1.9. Use the government provided Electronic Mail (E-Mail) in support of LSSC requirement IAW AFI 33-119.

7.1.9.1. Ensure all processed transactions, which interface with systems beyond LSSC, are in proper format for the receiving system.

7.1.10. Establish controls to ensure no program or procedures are implemented which will circumvent, conflict or reflect erroneous data with the internal processes of all IT systems.

7.1.11. Report to the appropriate FD and Communication Squadron within 1 hour any contractor violation of LAN policies discovered by the contractor or reported by the Wing.

7.1.12. The Base Civil Engineer (BCE) system administrator will provide the offeror the rights to grant access to CEMAS. The offeror shall be responsible for identifying offeror personnel requiring access to CEMAS and deleting those individuals who are no longer authorized access. IAW AFPAM 32-1004, Vol. 4, Chap. 2 and within the authority provided by BCE.

**CHAPTER 8**
**STANDARD BASE SUPPLY SYSTEM (SBSS) OPERATION**

**8.1. General:** The contractor shall:

8.1.1. Operate a base level Air Force Standard Base Supply System (SBSS) at PAFB and CCAF. Manage material assigned to the Base Supply (FB) accounts, Base equipment (FE) accounst. Establish and operate an SBSS Category I organization that shall perform all base-level supply functions and tasks required by AFMAN 23-110 and related compliance documents, as amended from time to time and supplemented by Air Force Space Command and the 45SW. IAW AFMAN 23-110, 45 SW Supplements to AFMAN 23-110, AFSPC to AFMAN 23-110 and AFSPCI 23-112.

8.1.1.1. Performance of Special Logistics Support functions and tasks in AFMAN 23-110, Vol. II, Part Two is not required, except Sections H, I, K, M, N, Q, R, S, T, U, Z, AA, AB and AC. Contractor shall use the Standard Base Supply System (SBSS) (transitioning to Enterprise Solution – Supply (ES-S) and Expeditionary Combat Support System (ECSS)) and Discoverer IAW AFMAN 23-110, Vol. II, Part Two. Contractor shall perform all base level requirements specified in AFSPC 23-112.

8.1.2. Follow written End-Of-Year (EOY) AFSPC closeout procedures IAW AFMAN 23-110, Vol. II, Part Two; AFPAM 32-1004, Vol. 4, Chapter 6 and HQs AFSPCI 23-112. Coordinate end of year requirements with the Base Supply Stock Fund Manager and the Base Supply Accountable Officer.

8.1.3. Contractor shall notify the Supply Accountable Officer/ QAS within 1 hour of any customer related issues, feedback/complaints from the AFSPC LSC or any local customer issues not resolved by the LSC or Base Level LSSC.

8.1.4. Prepare a monthly briefing for the Supply Accountable Officer on the status of mobility bags, IBA, forward supply points, bench stocks and equipment accounts and as required by AFMAN 23-110, Vol II, Part Two.

8.1.5. Prepare and schedule a monthly Supply “How Goes It” meeting with the Chief of Supply/Accountable Officer and Supply QAS(s). Include areas specified in AFMAN 23-110, Vol II, Part Two and other areas requested by 45 LRF, i.e., mobility bags passed due turn-in, equipment accounts not signed, unsigned Q-13’s, over due AF Forms 68, etc, . This monthly meeting shall not be consolidated with other meetings expressed in this PWS.

8.1.6. Contractor shall create and maintain current numerous electronic group distribution lists to contact, disseminate and receive information to the various distribution groups i.e., equipment custodians, organizational supply accounts, bench stock monitors, supply point monitors, weapons custodians, etc. Coordinate with the QAS or Supply Accountable Officer for additional requirements.

8.2. Organizational Responsibilities: The contractor shall:

8.2.1. The contractor shall initiate and maintain current appointment letters for all required custodians/monitors i.e., equipment custodian and organizational bench stock monitors etc. and provide a electronic copy to the Supply Accountable Officer and QAS IAW applicable directives IAW AFI 23-110.

8.3. Programs**.**

8.3.1. Precious Metals Recovery Program (PMRP*)* – Manage the PMRP for the 45 SW and all other organizations tenanted on PAFB, CCAFS and GSUs. IAW AFMAN 23-110, Vol VI, Chap 4 and 45SWI 23-101.

8.3.1.1. Designate contractor personnel as the 45 SW PMRP monitor and alternate and ensure the 45 SW Commander appoints these individuals. These individuals shall perform all responsibilities of the 45 SW PMRP Monitor IAW 45SWI 23-101, paragraph 4.

8.3.2. Function as the PMRP office of primary responsibility (OPR) for 45SWI 23-101. Develop changes or revisions for publication as necessary. All changes or revisions shall be routed through the functional QAS to the Supply Accountable Officer for review and approval prior to publication IAW 45 SWI 23-101.
8.3.3. Ensure the assignment of Precious Metals Indicator Codes (PMIC) to “L” and “P” stock numbers when appropriate.

8.3.4. Act as the LSSC unit/organization PMRP monitor for all functions requiring precious metals recovery reporting, collection, and turn-in.

8.3.5. Manage the 45 SW Reusable Container Program IAW AFI 24-202, Chapter 6.

8.3.5.1. Control, store and ensure proper disposable actions are initiated for reusable containers issued from SBSS storage areas IAW AFI 24-202, Chapter 6, DOD 4145.19-R and AFMAN 23-110, Vol. II, Part Two.

8.3.6. Manage, control and administer the 45 SW Zero Overpricing Program (ZOP) IAW AFMAN 23-110, Vol. 7, Part 4.

8.3.6.1. Receive, review, and forward Air Force zero overpricing challenges to the computer support base supply or contracting as necessary IAW AFMAN 23-110, Vol. 7, Part 4, and AFPAM 32-1004, Vol. 4.

8.3.7. Manage the standard base supply Warranty Program IAW AFMAN 23-110, Vol. I, Part 1, Chapter 10, Section 10-J.

8.3.8. Manage the Foreign Object Damage (FOD) Program IAW AFI 21-101 Chapter 18.

8.3.9. Manage the Special Packaging Instructions (SPI) Program IAW AFI 24-202, Chapter 6, AFMAN 23-110 Vol 1, Chap 10, AFI 21-201, Chap 2.

8.3.10. Manage the War Reserve Material (WRM) and War Consumable Distribution Objective (WCDO) Program IAW USAF WMP Vol. 1, AFI 21-201, and AFI 25-101.

8.3.11. Manage the 45 SW Shelf Life Program IAW AFMAN 23-110, Vol. 7, Part Three, AFMAN 23-110, Vol. II, Part Two and DOD 4140.27 M. (PO SR-4)

8.3.12. Manage the Electronic Static Display (ESD) program IAW AFMAN 23-110, Vol. II, Part Two and T.O-00-25-234.

8.3.13. Manage the Functional check program IAW 23-110, Vol. II, Part Two, Chap 14.

8.3.14. Manage the Airlift Challenge Program IAW AFMAN 23-110, Vol. II, Part Two and AFSPCI 23-112.

8.3.15. Manage Supply Reject Program IAW 23-110, Vol. II, Part Two and AFSPCI 23-112. Manage the local purchase Standard Procurement System reconciliation program IAW AFSPCI 23-112 and AFMAN 23-110, Vol. II, Part Two.

8.3.16. Manage the Supply Deficiency Report program IAW 23-110, Vol. II, Part Two and AFSPCI 23-112.

8.3.17. Manage the receipt-not-due-in (356-reject) program IAW 23-110, Vol. II Part Two and AFSPCI 23-112.

8.3.18. Manage the Tracer Action Reconciliation Program IAW AFMAN 23-110, Vol. II, Part Two and AFSPCI-23-112.

8.3.19. Manage the Inspection Program IAW AFMAN 23-110, Vol. II, Part Two (PO SR-1).

8.3.20. Manage the Delinquent Document Program IAW AFMAN 23-110, Vol. II, Part Two (PO S-1).

8.3.21. Manage the Base-level Awaiting Parts Program IAW AFMAN 23-110, Vol. II, Part Two (PO SR-8).

8.4. Administrative Requirements

8.4.1. Execute and maintain written procedures to operate the Standard Base Supply System (SBSS) and Standardized Asset Tracking System (SATS) during scheduled or unscheduled computer outages (post-post operations). IAW AFMAN 23-110, Vol. II, Part Two, AFI 23-110 Vol. 2, Part 5, and AFSPC 23-112.

8.4.2. Develop and maintain a current Continuity Binder to include flow charts for each work center processes. Provide a copy to 45 LRF, Supply Accountable Officer during phase in period and as updates occur.

8.5. Base Computer Support Responsibilities: Contractor shall:

8.5.1. Perform all base supply level computer support responsibilities specified IAW AFSPCI 23-112.

8.5.2. The Base Computer Support Activity and Base SATS Administrator shall maintain close communication with the AFSPC LSC Computer Operators to ensure the SATS/SBSS interface is always up or brought down in an orderly manner. IAW AFSPCI 23-112.

8.5.3. Annually provide the Supply Accountable Officer and AFSPC LSC Computer Operations a letter identifying the Standard Assets Tracking System (SATS) administrator. The letter must include name, office symbol, phone number, and e-mail address. AFSPCI 23-112.

8.6 Difficulty Reports (DIREPS): The contractor shall:

8.6.1. Resolve all problems peculiar to the base (i.e. terminal problems, password resets, etc.). Research, document, and submit proposed DIREPS to AFSPC LSC/LGRP for additional research when programming problems are suspected.

8.7. SBSS Terminal Security: The contractor shall: (PO G-1)

8.7.1. Manage security matters for users at the base. This will include additions, changes, and deletions to the security file, TRIC updates, password resets, and monitoring Part 8 of the D20 for security violations. Each security violation of a controlled TRIC by a base user will be investigated to determine any unauthorized attempt to process a controlled TRIC.

8.8. Scheduling Forecasts: The contractor shall:

8.8.1. The base computer support activity shall send proposed changes to the monthly forecast to the regionalized LSC activity by the fifteenth workday of each month. Note: Only proposed changes are required.

8.9. Forced Record Alterations (FIX): Contractor shall: (PO S-2)

8.9.1. Submit FIX request and supporting documentation to the base procedures element for further research. The Supply Manager shall review and approve/disapprove FIX actions prior to routing to AFSPC LSC for further research. The Supply Accountable Officer will sign the FIX document and forwarded to Document Control for filing.

8.10. Operate the Remote Processing Station (RPS) IAW AFMAN 23-110, Pt 4, Chap 2 and AFSPC 23-112.

8.11. Communication Outage Procedures: Contractor shall:

8.11.1 Contractor shall follow procedures in AFSPC 23-112 if the base loses connectivity. The base will follow post-post procedures. The AFSPC LSC will suspend print SATS documents and FAX them to the base. Satellite

bases are unaffected if their connectivity is not through the host base. Regionalized DFAS (Accounting and Finance) operations will not be affected.

8.12. Post-Post: Contractor shall:

8.12.1. Contractor shall follow all base-level requirements of post-post phases, MASS, established guidance and procedures IAW AFSPCI 23-112 when the SBSS is temporarily inoperative or other circumstances impose significant limitations on normal processing capabilities. Computer outages, wartime priorities, and normal off-line processing constraints require specific procedures tailored to an individual base's mission and workload, IAW AFSPCI 23-112

8.12.2. The responsibilities explained in this section include demand processing, requisitioning, receipts, due-out releases, turn-ins, storage and issue, shipments, and transfers.

8.12.3. In the event of an emergency at AFSPC LSC, the bases will assume processes/responsibilities when notified by the AFSPC LSC.

8.13. Document Control: The contractor shall: (PO S-2)

8.13.1. Document Control: Establish, Manage, and maintain a document control system to ensure records are auditable and traceable IAW AFMAN 23-110, Vol. II, Part Two and compliance documents in Appendix F.

8.13.2. Manage the SBSS Document Control area and Reporting Systems IAW AFMAN 23-110, Vol. II, Part Two and AFSPCI 23-112.

8.13.3. Establish a base supply document control system and document file system to control auditable documents and report files to support accountability. Requests for waiver of standard Air Force delinquency criteria to meet local needs shall be routed through the accountable officer for signature and require HQ AFSPC approval prior to implementation IAW AFMAN 23-110, Vol. II, Part Two and AFSPCI 23-112. (PO S-2)

8.13.4. Implement controls to ensure all auditable documents are identified, located and placed in document files daily within the delinquency criteria specified in AFMAN 23-110, Vol. II, Part Two, AFSPCI 23-112, and AFI 21-201, Chapter 16. (PO S-1)

8.13.5. Accountable documents shall be filed in Document Control for the specified timeframes. Alternate or multiple locations are not authorized for end of day documents. These documents shall be secured in primary location of document control.

8.13.6. Forward all certified item record alteration documents (SBSS TRIC code DIC or FIX) to the government supply accountable officer for approval within one workday after document is processed. Notify the supply accountable officer within 1 workday of any document which has been lost.

8.13.7. Operate the Document Retrieval System and use it to file and store all accountable documents which are not electronically stored in SATS. The Functional QAS's shall have an assigned password to access and review retrieval documents stored in this system at any time during the contract period. IAW AFMAN 23-110, Vol. II, Part Two.

8.14. Training: The Contractor shall:

8.14.1. General: The contractor shall manage and conduct all LSSC training for supply, mobility, equipment, weapons, fuels, munitions and transportation.

8.14.2. Monitor, ensure attendance and direct training activities listed in Section IV and below to ensure contractor personnel and customers maintain proficiency in the performance of their duties and responsibilities as prescribed in applicable directives.

| CONTRACTOR REQUIRED CUSTOMER TRAINING CLASSES | |
|---|---|
| **CLASS** | **FREQUENCY** |
| SBSS BLOCK TRAINING (I,II,III) | Monthly |
| DISCOVER TRAINING | Monthly |
| Organizational Fuel Tank Custodian Training | Monthly |
| SATS TRAINING | Monthly |
| WEAPONS CUSTODIAN TRAINING | Monthly and As Required |
| MUNITIONS CUSTODIAN TRAINING | Monthly and As Required |
| SBSS COMPUTER TRAINING | Monthly |
| AFEMS TRAINING | Monthly |
| ES-S Training | Quarterly |
| MASS Training | Quarterly |
| MICAS Training | Quarterly |
| SBSS Computer Training | Quarterly |

8.14.2.1. Schedule and provide Base Level Supply Customer training to include SBSS Block Training, Discover Training, Air Force Approve Hazardous training, SATs Training, Weapons Custodian Training, Munitions Custodian, Munitions Commander Training, Fuels Tank custodian training, ES-S training, SBSS Computer Training, AFEMS Training and other applicable supply systems for 45 SW and tenant organizations. Publish training sessions globally to all organizations. All training shall be conducted as classroom training, however refresher training shall be provided via the web page for customer use for reference. Training shall be provided quarterly or as requested by the organization or staff officer of using agencies. Document attendance at all training sessions and provide notification of class completion to supported organizations and applicable activities. Provide copies of training schedules and attendance rosters to the functional QAS IAW AFMAN 23-110, Vol. II, Part Two and Part 13.

8.14.2.2. The contractor shall offer developed training via the web page to customers for reference and refresher training. This web page training will not be used as an alternate method for classroom training.

8.14.2.3. Contractor shall provide monthly training to GPC Card Holders on SBSS and HazMart policies at all 45 CONS GPC training sessions. Contractor shall ensure that Standard SBSS policies are brief and procedures for customers to use when purchasing hazardous materials to ensure cradle to grave tracking or equipment to ensure accountability and tracking.

8.14.2.4. Contractor shall provide contingency/expeditionary training, as required by the 2SOXX CFETP, for base assigned and reserve 2SO personnel tasked to deploy in support of a supply UTC when that training can not be accomplished by their assigned unit.

8.15. <u>Customer Complaints</u>. The contractor shall:

8.15.1. Respond and resolve customer complaints within 3 workdays.

8.15.2. Maintain a customer complaint log, provide QAS or FD/FC a copy weekly to review to determine contractor support, level of customer complaint, and the professional manner in which customer complaints were resolved.

8.16 SBSS General (PO SR-10)

8.16.1. Maintain accountability and inventory control on supply point details and perform supply point reconciliation's and inventories. Contractor shall perform joint inventories with supply point custodians. IAW AFMAN 23-110, Vol. II, Part Two.

8.16.2. Establish controls to ensure all forced transfers to Defense Reutilization and Marketing Office (DRMO) (SBSS TRIC Code 'TRM' with TEX (Transaction Exception) Code 5, E, L, N, V, and @) are supported by adequate

justification. Retain approval documentation on file for as long as the requirement is valid IAW AFMAN 23-110, Vol. II, Part Two and AFSPCI 23-112 (PO 13).

8.16.3. Process issue and due-out release documents to include selecting and delivering items to customers within the time frames specified in Appendix H IAW AFMAN 23-110, Vol. I, Part One, Chap 24 and AFMAN 23-110, Vol. II, Part Two. (PO SR-7)

8.16.4. Manage, inventory, receive, deliver, bin, review and maintain all 45th SW, mission partners and contractors Bench Stock functions IAW AFMAN 23-110, Vol. II, Part Two.

8.16.4.1. The contractor shall operate internal organizational bench stocks to support LSSC shops (i.e., Packing and Crating) IAW AFMAN 23-110, Part 13.

8.16.5. Manage Repair Cycle Support function and Due-In From Maintenance (DIFM) items. Contractor shall provide a weekly briefing to the Supply Accountable Officer on any DIFM assets past due or where procedures are not being followed by customers for effective processing of assets. Contractor shall not deviate from established procedures. IAW AFMAN 23-110, Vol. II, Part Two, AFPAM 32-1004, Vol. 4 and T.O. 00-20-3. 1.14.5. (PO SR-10)

8.16.6. Ensure QAS receives a copy of the 324 management notice once each workday after daily requirements computation is completed IAW AFMAN 23-110, Vol. II, Part Two and AFMAN 23-110, Vol II, Part 4, and IAW AFSPC 23-112.

8.16.7. Monitor, control and clear rejects/management notices to ensure valid document clearance action within six calendar days IAW AFMAN 23-110, Vol. II, Part Two and AFSPCI 23-112 (PO S-5)

8.16.7.1. If rejects are clear carded, clearly state the reason why: "Processed in error," "clear card", etc. Contractor shall not use "clear card" as a reason for processing, specify the underlying problems that exist.

8.16.7.2. Ensure QAS receives a copy of the complete in-line file status of the 312 management notice after file status is processed once each quarter. IAW AFMAN 23-110, Vol. II, Part Two and AFMAN 23-110, Vol. II, Part 4.

8.16.7.3. Establish follow-up procedures to ensure the processing of mandatory in-line and off-line SBSS programs. Complete the in-line follow-up program once each workday. Forward a copy of the F030 management notice to the government QAS after follow-up program is completed IAW AFMAN 23-110, Vol. II, Part Two.

8.16.7.4. Process issues for all expedite and routine issue requests for supplies and equipment. After-hours support must also be provided. (Refer to AFMAN 23-110, Vol. II, Part Two, AFMAN 23-110, Vol. I, Part One, Chap two and Appendix H. (PO SR-7)

8.17. Mission Support Operations: Contractor shall. (PO SR-3)

8.17.1. Perform all base level MICAP responsibilities and coordinate all MICAP activity requirements with the HQs AFSPC LSC IAW AFSPCI 23-112. Notify AFSPC LSC promptly of all MICAP actions taken. Brief applicable MICAPs to the government Supply Accountable Officer for wing leadership briefings as required. IAW AFSPCI 23-112

8.17.1.1. Unless stock fund restrictions are imposed, desired overall stockage effectiveness and bench stock availability rates are as follows: (PO SR-3)

8.17.1.2. Inventory Accuracy (M32, Inventory Accuracy Stratification [FY Cumulative]) -- (Complete Total Line) -- AFSPC Standard 98%.

8.17.1.3. Item Records Past Due Inventory -- AFSPC Standard 0. (M32, Total Past Due Inventory Line).

8.17.1.4. Bench Stock Availability--AFSPC Standard 95%. (M32, Overall Total). (PO SR-3)

8.17.1.5. Reverse Post Rate--AFSPC Standard .5%. (M32, Computed by dividing total RVPs by the number of printable transactions).

8.17.1.6. Serviceable Balance No Location -- AFSPC Standard 0. (M32).

8.17.1.7. Average Repair Cycle Days (XF) -- AFSPC Standard 10 Days. (Use ACC203 program computation to obtain this info until M32 data is corrected).

8.17.1.8. Average Repair Cycle Days (XD) -- AFSPC Standard 5 Days. (Use ACC203 program computation to obtain this information until the M32 data is corrected).

8.17.1.9. Warehouse Refusals--AFSPC Standard 0--Report number of warehouse refusals without explanation. (M32)

8.17.1.10. MICAP delete codes 0, 6, and 9--No AFSPC Standard--Report number with explanation for each incident.

8.17.1.11. Base Fuels/Area Lab Analysis Correlation Rate -- AFSPC Standard 95%

8.17.1.12. Penetration of minimum inventory of fuels levels — AFSPC Standard 0

8.17.1.13. Quarterly In-commission rate — HQ AFPSC Standard 80%.

8.17.1.14. Munitions Accountability rate-AFSPC Standard 100%.

8.18. Base Level Responsibilities in Support of Regionalization

8.18.1. Specific guidance to perform requirements of assigned tasks are IAW AFMAN 23-110, Volume 2, Part 2, and as stated in AFSPC 23-112. Contractor shall perform all base level responsibilities outlined in AFSPC 23-112.

8.18.2. In the event of an emergency at AFSPC LSC, the bases will assume processes/responsibilities when notified by the AFSPC LSC.

8.19. Procedures, Analysis and Accountability Function: Contractor shall.

8.19.1. Manage and perform the Procedures, Analysis and Accountability Program responsibilities outlined in IAW AFMAN 23-110, Vol. II, Part Two and provide monthly, NLT first work day, analysis reports as well as special emphasis items, audits and inspections to the government Supply Accountable Officer and QAS Contractor shall provide the QAS/FD a quarterly supply analysis schedule IAW AFMAN 23-110, Vol. II, Part Two. (AI-2)

8.19.2. Contractor shall perform base level procedures element responsibilities that directly supports internal surveillance program for the base, IAW AFSPC 23-112 and AFMAN 23-110, Vol. II, Part Two.

8.19.3. Contractor shall meet with the Supply Accountable Officer quarterly to review reports, make sure analyses and recommendations are adequate, review the status of analyses and recommendations are adequate, identify in the order of importance new areas requiring review and use current trend analyses for directing corrective action.

8.19.4. Contractor shall conduct annual surveillance visits to all LRS supply activities functions at least once yearly.

8.20. Customer Service Function: Contractor shall.

8.20.1. Establish, manage and perform base-level Customer Service Functions, that shall perform the tasks identified as base responsibilities outlined in AFSPC Instruction 23-112 and IAW AFMAN 23-110, Vol II, Part Two.

8.20.2. Manage and perform all specified responsibilities outlined in AFSPCI 23-112 for the Customer Service Requirements functions and IAW 23-110, Vol. II, Part Two**.**

8.20.3. Contractor shall manage Adjusted Stock Levels IAW AFSPCI 23-112.

8.20.4. Contractor shall manage and perform all specified responsibilities outlined in AFSPCI 23-112 for Customer Service Requisitioning functions and IAW AFMAN 23-110, Vol II, Part Two.

8.20.5. Monitor and perform required actions for the exchange of Air Force property with commercial sources.

8.20.6. Contractor shall manage and perform all specified responsibilities outlined in AFSPCI 23-112 for the due-out validation program and IAW AFMAN 23-110, Vol. II, Part Two.

8.20.6.1. Back-up files will be maintained to recover data should a hard drive failure occur.

8.20.7. Contractor shall manage and perform all specified Exception Code Management responsibilities IAW AFSPCI 23-112 and AFMAN 23-110, Vol. II, Part Two**.**

8.20.7.1. Forward requests to establish exception codes to AFSPC LSC Requisitioning for processing. The AFSPC LSC may either establish a new exception code or direct the base to use an existing one.

8.20.7.2. Assign exception codes to any stock number as long as they do not override an existing exception code on the stock number. Forward override requests to the AFSPC LSC Requisitioning for processing.

8.20.7.3. Provide a courtesy copy of any updated local supplement to AFMAN 23-110 affecting IEX/REX/EEX/SEX codes or override records to include interim letter changes (ILC). The AFSPC LSC will determine if an exception control image is required. Bases will publish locally assigned exception codes in their supplements to AFMAN 23-110 to avoid unnecessary telephone queries to the AFSPC LSC and possible duplication.

8.20.8. Offline Requisition Serial Numbers. Base Customer Services are assigned serial numbers 9000-9099. Utilize serial numbers 9300-9399 at each base for Serialized Control and Reporting System (SCARS).

8.21. Records Maintenance: Contractor shall.

8.21.1. Manage and perform Records Maintenance responsibilities specified in AFSPCI 23-112 and AFMAN 23-110.

8.21.2. Contractor shall manage and perform the Demand Processing, Research, Records Maintenance, functions required at Base Level IAW AFMAN 23-110, Vol. II, Part Two and AFSPCI 23-112.

8.22. Equipment Management: Contractor shall.

8.22.1. Manage and perform all Equipment Management responsibilities and functions for the Base Equipment Liaison Office (ELO) IAW AFSPCI23-112 and those functions not performed by the LSC in accordance with AFMAN 23-110 Vol. 2 Part 2 and AFSPCI 23-112.

8.22.1.1. Contractor shall provide an equipment inventory status report to the accountable officer monthly. This report will include accomplished/pending and overdue customer inventories.

8.22.2. Ensure that equipment management customer CA/CRL jacket files are maintained, allowances interpreted and custody accounts cleared and updated IAW AFMAN 23-110, Vol. 2 Part 2. (PO EM-3)

8.22.3. The contractor shall provide a Consolidated Delivery Schedule to pick up EAID and non-EAID equipment items from equipment custodian and deliver to LSSC Supply. Pre-post method shall be used for processing turn-ins of EAID and non-EAID equipment. Process all equipment turn-in action requests, to include pick-up of material and update of accountable records, within workdays of receipt. (PO EM-1)

8.22.4. Monitor, control and clear rejects/management notices to ensure valid document clearance action within six calendar days IAW AFMAN 23-110, Vol. II, Part Two and AFSPCI 23-112 (PO EM-2).

8.22.5. Ensure the Weapons, Ammo and Bag (WAB) requirements/consolidation is completed within 30 days of receipt.

8.22.6. Contractor shall provide an office call training session on responsibilities for controlling government property as well as a briefing of the roles and responsibilities of their responsible custodians upon assignment of a new responsible commander.

8.22.7. Equipment Accountability Office (EAO) The contractor shall

8.22.8. Assist unit property custodians with Equipment Management issues and perform base level equipment management functions.

8.22.9. Visit organizations to provide equipment management assistance.

8.22.10. Schedule, assist, and document results of annual inventories conducted in conducted in conjunction with equipment custodians for all organizations possessing equipment assets.

8.22.11. Reconcile equipment, such as digital cameras, gym equipment, projection equipment, ect., purchased using the government purchase card (GPC), with the units organizationally visibility list/CA/CRL (R-15/R-14).

8.22.12. Identify capitalized equipment (over $100K) for chief financial officers act reporting.

8.22.13. Assist deploying custodian with the inventory of deployed/deploying assets.

8.22.14. Upon completion of visits, provide responsible officers (commanders) with a written status report and a suspense to mitigate discrepancies.

8.22.15. Ensure custodians/responsible officers are trained on the policies and procedures pertaining to the report of survey process for lost, damaged, destroyed or stolen government property.

8.22.16. Provide responsible officers with suggested areas of improvement for organization/wing element accountability and to enhance equipment capability.

8.22.17. Assist organizations with initiating corrective actions based on problems found during visits.

8.22.18. Conduct follow-ups to ensure corrective/preventive measures have been taken to ensure equipment accountability. If discrepancies are not resolved within 30 days, notify the applicable accountable officer.

8.22.19. Create metrics to track the health of equipment accountability within the organization/wing. Such metrics will include custodial account inventory accuracy and inventory schedule effectiveness.

8.22.20. Provide monthly metrics of equipment accountability to supply accountable officers at monthly How-Goes-IT meetings.

8.22.21. Ensure BLOCK III training is conducted for responsible/deploying custodians also provide a commanders briefing to the squadron commanders in processing checklist.

8.22.22. Request weapons/communications security (COMSEC) reconciliation listings (R46) during specified intervals. Ensure COMSEC reconciliation is coordinated with base COMSEC managers.

8.22.23. Update Air Force Equipment Management System (AFEMS) data.

8.22.24. Process all identity change (TRIC: FER) request.

8.22.25. Attend base deployment concept briefings to identify organizations deploying/transferring equipment.

8.22.26. Coordinate with 45 LRF/LGRR to identify equipment to be deployed or transferred.

8.22.27. Perform all equipment actions involving the movement of equipment, to include redistribution orders (RDOs), deployments and transfers.

8.22.28. Request equipment/WRM deployment review listings (1RB581) through the LRF RPS or utilize similar listings through AFEMS.

8.22.29. Process deployments transfers, notify gaining unit of incoming equipment to ensure proper receipt of assets. Process the equipment receipts with a TRIC: FED.

8.22.30. Track all deployments/transfers until received by gaining base.

8.22.31. Validate, forward and manage table of allowance change request. (TACRS) and equipment action request, AF Forms 601.

8.22.32. Manage the equipment out of balance listings (Q10)

8.22.33. Manage AFEMS Rejects/Variances (Except Vehicles)

8.22.34. Manage the allowance source code listings (Q09)

8.22.35. Process request for initial issue/replacement equipment.

8.22.36. Manage base organizations excess equipment

8.23. Pick up and Delivery: Contractor shall. (PO S-3) (PO S-4) (PO SR-9) (PO PD-1) (PO PD-2)

8.23.1. Manage a pick up and delivery service within the LSSC transportation activity for all property movement of base supply assets. Deliver all property processed through normal supply channels, and turn-ins from 45 SW customers, tenants and contractors. IAW AFMAN 23-110, Vol II, Part Two and IAW AFI 24-210, Chap. 9, DoD 4500.9-R, Part II, Chap. 205, DoD 4145.19-R-1, AFMAN 23-210 and AFMAN 23-110, Vol. II, Part Two, and Appendix H. (PO PD-1)

8.23.2. Load, off-load, in-check, maintain accountable records, receive, inspect, store, transfer, process turn-ins, prepare property for inbound and outbound movement, prepare hazardous material, in-transient shipments, process all of the above requirements as specified in compliance documents and move property designated for and shipped from LSSC within established directives and timelines specified in Appendix F and Appendix H. Ensure a readily available pool of special handling equipment, such as foklifts, tractor-trailers, vehicles are available as needed. Segregate property for proper handling. Maintain all related documents, files, registers and accountability of property. IAW AFMAN 23-110, Vol. I, Part One, Chap 24, Vol. 2 part 2. AFI 24-201, and DoD 4500.9-R, Part II and III. AFI 24-210, Chap. 9, DoD 4145.19-R-1, AFMAN 23-210 and AFMAN 23-110, Vol. II, Part Two. (PO PD-2) (PO SR-9)

8.23.3. Ensure all classified, sensitive and controlled deliveries and shipments are handled on a continuous hand-to-hand signature receipt IAW AFI 24-210, Chap. 9, DoD 4500.9-R, Part II, Chap. 205, DOD 4145.19-R-1, AFMAN 23-210 and AFMAN 23-110, Vol. II, Part Two.

8.23.4. Ensure the movement (delivery and shipment) of MICAP, 999, Project Coded and Non Mission Capable Supply (NMCS). Divert or redirect frustrated shipments that are outside UMMIPS time standards IAW AFI 24-201, Chap. 4, ATEL 2, DoD 4500.32-R, Vol. 1, AFMAN 23-110, Vol. I, Part One, Chap 24, IAW AFMAN 23-110, Vol. II, Part Two and Appendix F and HQ APSPC supplement to 23-110.

8.23.5. Initiate, process and follow-up on Supply Deficiency Reports (SDRs) for inbound and outbound property movements. Perform tracer action on shipments identified on the Delinquent Document Listing (R40) and the Tracer Action Register (TAR) Listing within prescribed time frames. IAW AFJI 24-228, Chap. 1; AFI 24-201, Chap. 13, DoD 4500.9-R, Part II, Chap. 209 and 210 and AFMAN 23-110, Vol. II, Part Two.

8.23.6. Load vehicles with material for transport to and from customers and DRMO. Deliver shipment/material to DRMO generated from base supply turn-ins or transfers (TRM). Ensure documentation supporting movement of the material is attached prior to transport and deliver to appropriate agency. Ensure all supporting documentation is obtained from DRMO. IAW AFMAN 23-110, Vol. II, Part Two. (PO S-3) (PO S-4)

8.23.7. The contractor shall pick up and transport unserviceable assets, scrap material, reparable or condemned repair cycle assets (items assigned Expendability, Reparability, and Recoverability Code (ERRC) XF/XD). All government property identified, as excess serviceable shall be picked up from PAFB, CCAFS customers, and Range contractor work centers for turn-in to LSSC Supply when requested by the supported organizations. Prepare necessary documentation as required. Documentation shall be attached prior to transporting the material IAW AFMAN 23-110, Vol. II, Part Two.

8.23.8. The contractor shall provide a Consolidated Delivery Schedule to pick up EAID and non-EAID equipment items from equipment custodian and deliver to LSSC Supply. Pre-post method shall be used for processing turn-ins of EAID and non-EAID equipment. Process all equipment turn-in action requests, to include pick-up of material and update of accountable records, within twenty workdays of receipt.

8.23.9. The contractor shall pick up material/property consigned to the CE Materiel Acquisition Supply Store at the direction of the FD/FC in the local area to meet the RDD if the vendor cannot meet the RDD and pick up is advantageous to the government. The offeror shall notify the functional QAS, FD/FC when such occasions arise IAW AFPAM 32-1004, Vol. 4, Chapter 4.

8.23.10. Use the Supply Asset Tracking System (SATS) for pickup and delivery requirements. Assist Supply Document control Element in resolving document errors generated in the P&D function.

8.24. Receiving: Contractor shall. (PO G-1) (PO SR-7)

8.24.1. Manage, segregate, handle, research, in-check, account for and process receipts. Ensure accuracy of receipt documents. Process all receipts using SATS unless the SATS system is down IAW chapter 10, 15, AFJMAN 23-215 for receiving and SATS chapter 10 and Appendix H. (PO SR-7)

8.24.2. Contractor shall ensure receipts are processed within the timeframes specified in Appendix H for local purchase and depot receipts. Contractor shall establish a holding area for all receipts when timely processing can not be accomplished and further research is required. Property received in error and waiting pick up by base customers, vendors, etc., shall be located in a specified area pending resolution. (PO SR-7)

8.24.3. Contractor shall designate in writing to the Supply Accountable Officer all personnel authorized to receive, inspect, and handle classified/sensitive, weapons and controlled property ensure security clearance is annotated. Maintain a file of unit personnel authorized to sign for, receipt, inspect, and handle sensitive/classified, controlled items, munitions and general property IAW AFMAN 23-110, Vol. II, Part Thirteen, Chap 1, and AFI 21-201, Chapters 17, and 20.

8.24.4. Submit all unresolved “proof of delivery” requests through the functional QAS to the Supply Accountable Officer for approval prior to processing receipts and taking adjustment action.

8.24.5. The contractor shall research and assist in the resolution of problems associated with local purchase deliveries and vendor payments in accordance with AFMAN 23-110, Vol. I, Part 1, Chapter 8 and AFMAN 23-110, Vol. 1, Part Three, Chap 6. Contractor shall keep the Stock Fund Manager advised of all discrepancies and corrective actions taken to resolve.

8.24.6. Manage and maintain the Supply Deficiency Report Program (SDR) IAW AFMAN 23-110 , Vol. II, Part Two. (PO S-4)

8.25 Storage (PO G-1)

8.25.1. Warehouse Storage: Contractor shall manage LSSC warehouse operations and storage system IAW AFMAN 23-110, Vol. II, Part Two, DoD 4145.19-R-1, AFR 69-9, T.O. 00-25-154, T.O. 00-25-213, T.O. 00-25-246, T.O. 00-85A-23-1, T.O. 00-110N-3, T.O. 00-110N-7, T.O. 4T-13, T.O. J-1-4, T.O. 42B-1-2, AFMAN 23-209, AFMAN 23-210 and TO 00-25-234.

8.25.2. Establish and operate specialized or segregated storage areas at PAFB and CCAFS to ensure compliance with the safety and security provisions of DOD 4145.19-R-1, AFMAN 23-110, Vol. II, Part Two, AFI 31-101 and all local OIs and applicable TO's specified in Appendix F. All materiel requiring special handling must be segregated and safeguarded while under the contractors physical control, whether in permanent storage or awaiting transfer to/from other parties.

8.25.3. Provide secure specialized storage in compliance with mandatory publications listed in Appendix F for all classified, sensitive, pilfer able, Electrostatic Sensitive Device (ESD), functional check items, weapons and hazardous material in the contractors possession until such time as accountability is transferred to another authorized individual or organization. (PO SR-5)

8.25.4. Process stored/stocked items resulting in Issues from warehouses through the SBSS. Select property and segregate for specified locations on PAFB and CCAFS. Material from warehouses shall be stocked, moved to shipment area and processed within the time frames specified in Appendix H. (PO SR-8)

8.25.5. Establish controls to ensure warehouse shipment are processed which create a suspense detail for off-base shipments reflect assignment of a Property Movement/Handling Area warehouse in-checker code not later than two workdays after shipment transaction date for priority group 1 and 2, or five workdays for priority group 3 IAW Appendix H. (PO SR-9)

8.25.6. Manage, store, maintain, requisition, issue, inspect, and inventory cylinders IAW Compliance documents specified in Appendix F.

8.25.6.1. Control by serial numbers all cylinders outgoing or incoming from filling or repair. Enter date received on DD Form 1574 tag to provide method for employing "first-in, first-out" issue procedures, IAW Compliance documents specified in Appendix F.

8.25.7. Provide courtesy storage of property for other base organizations if space is available and when approved by the FD/FC. Placard material to identify ownership.

8.25.8. Place items received or turned-in which generate a "notice-to-stock" in location within two workdays if a location has already been assigned. If no location has been assigned, assign a location, update computer records, and place items in location within three workdays. Appendix H (PO SR-2)

8.25.9. Identify SBSS or CMOS shipment interface procedures in need of improvement and eliminate conditions causing delinquent shipments. When delinquent shipment can not be resolved weekly notify the function QAS and the FD/FC.

8.25.10 Contractor shall maintain warehouses IAW DOD 4145.19-R.1 and AFMAN 23-110, Vol. I and Vol. II. The contractor shall ensure that housekeeping within warehouse operations are maintained in excellent condition at all times and forecast for additional warehouse space as required to meet mission objectives.

8.26 Inventory Management: The contractor shall. (PO SR-6)

8.26.1. Manage, operate, perform and maintain an inventory element which shall ensure that the following responsibilities are performed:

8.26.1.1. Manage, schedule, and conduct complete inventories for all items on SBSS accountable records. IAW AFMAN 23-110 Vol. I, Part One, Chap 6, AFMAN 23-110, Vol. I, Part Three, AFMAN 23-110, Vol. II, Part Two and AFSPC Sup 1 and AFMAN 23-110, Vol. II, Part Four, Chap 2

8.26.1.2. Establish procedures to ensure unresolved weapons, classified item, and pilfer able item discrepancies meeting dollar value criteria are reported upon discovery during inventory or as soon as discrepancies become known to the AFOSI through the government accountable officer.

8.26.1.3. Contractor shall ensure that all downrange and geographically separated locations supply point inventories are scheduled and performed. When funds are not available for on-site inventory performance by the contractor at downrange and geographically separated locations the contractor shall ensure that these locations forward results of their inventories to Base Supply for processing. Failure of the downrange contractor or geographically separated locations to conduct scheduled inventories will be reported to the government supply accountable officer NLT five work days after scheduled date of performance. Results of all Supply Point Inventories will be reported to the Base Supply Accountable Officer for review.

8.26.1.4. Establish controls to ensure inventory accuracy rates specified in Appendix H, Paragraph 6.1, are maintained. (PO SR-6)

8.27. Inspection and Identification: The contractor shall.

8.27.1. Manage, operate and maintain an inspection element which shall ensure that the following responsibilities are performed:

8.27.2. Contractor shall establish, manage, operate and maintain the SBSS inspection section. Ensure the Chief Inspector and inspection personnel perform inspection duties of the Inspection section IAW AFMAN 23-110, Vol. II, Part Two.

8.27.3. The Chief Inspector shall brief the government supply Accountable Officer and government supply Quality Assurance Specialist monthly on the inspection and identification section. Topic's to be reviewed shall include inspection results, corrective actions implemented, areas where inspections were performed as well as those areas specified in AFMAN 23-110, Vol. II, Part Two which require performance.

8.27.4. Perform all SBSS inspection requirements IAW AFMAN 23-110, Vol. I, Part 1, Chap 4 and Vol. II, Part Two. Chief Inspector shall be appointed to perform these responsibilities and identified by letter to LGRM/FD. Warehouse personnel assigned inspection duties shall be trained as specified in AFMAN 23-110, Vol. II, Part Two.

8.27.5. Inspect, rotate, and request testing of shelf life controlled items in storage. Only items with unexpired shelf life shall be stored in serviceable warehouse or MRSP locations IAW AFMAN 23-110, Vol II, Part Two, AFMAN 23-110, Vol. VII, Part Three and DOD 4140.27.

8.28. Mobility Readiness Spares Package (MRSP): The contractor shall.

8.28.1 Manage, assemble, inventory, reconcile, and issue MSRP items. IAW AFMAN 23-110, Vol. II, Part Two.

8.28.2. Secure all equipment within the MRSP with packaging, bagging, and netting of pallets and any other requirements necessary to make the kit air transportable.

8.29. <u>SBSS Turn-in Area</u>.

8.29.1. Establish controls and procedures to ensure property is turned in, reported, distributed, placed in stock and/or transferred to DRMO according to the policies and procedures established in AFMAN 23-110, Vol. II, Part Two and

related directives for PAFB and CCAFS. Contractor shall maintain accountability of government-acquired property and disposition of such property.

8.29.2. Establish a weekly schedule for transporting property to designated DRMS/DRMO pick up points and publicize and maintain current in supply bulletin or supply web site to customers.

8.29.3. Research and respond to the in-transit control and transfer to DRMS/DRMO follow-up and ensure accountable documents are returned to SBSS and placed in the Document Retrieval System.

8.29.4. Transfer SBSS property and material to DRMS/DRMO when the date of last demand exceeds the criteria specified in AFMAN 23-110, Vol. II, Part Two.

8.30. Reutilization: The contractor shall.

8.30.1. Obtain the approval of the Base Supply Accountable Officer prior to obtaining any free issue material processed for the LSSC contractor. Maintain property accountability. Provide the Stock Fund Manager and functional QAS a copy of documentation for any acquired free issue property processed prior to and after processing IAW AFMAN 23-110, Vol I, Part 3, Chap 6 and Vol II, Part 10, Chap 1.

8.30.2. Establish a customer screening area for SBSS local purchase items that have on hand balances, a zero demand level, and date of last demand over 365 days. Provide the government SMAG a copy of a '16ALL' inquiry for each item offered at a reduced price. Advertise the items to customers and issue at half price if requirement exists IAW AFMAN 23-110, Vol. II, Part Two and AFMAN 23-110, Vol. VI.

8.30.3. Offer the material to authorized customers as free issue when date of last demand is 730 days or over or as specified in AFMAN 23-110, Vol. II, Part Two and AFMAN 23-110, Vol. VI. Free issue of material to contractors shall not occur unless approved by the Base Supply Accountable Officer, Stock Fund Manager, Property Administrator, Contracting Officer and Functional QAS.

8.31. Interceptor Body Armor (IBA): The Contractor shall (PO SS-2)

8.31.1 Contractor shall manage, maintain, process, issue, build up, receive, inventory, provide secure storage, and ensure accountability of IBA and associated IBA assets except when the using activity is authorized by 45 LGRM/FD to store their own.

8.31.1.1 Contractor shall coordinate all transfer of IBA through 45 LRF/LGRM IBA Equipment Account Custodian.

8.31.1.2. IBA shall be ready for issue no later than one hour after notification of deployment.

8.31.1.3. Contractor shall ensure that all deployed IBA are transferred to the appropriate Equipment CA/CRL when deployed and upon return assets are transferred to the 45 LRF/LRGM Equipment Account Custodian account.

8.31.2. Contractor shall comply with procedures outlined in the 45 SW policy "CATM Training IBA".

8.32. Mobility Section: (PO G-1) (PO SS-1)

8.32.1. Weapons Storage: The contractor shall

8.32.1.1. Manage, maintain and account for the 45 SW and associated tenants reflected on the 45 SW WAB and 920th Rescue Wing Mobility Weapons. The contractor is responsible for providing secure proper storage, receipt, issue, maintenance, inventory control, accountability, control access to the weapons vault(s) for all mobility weapons.

8.32.1.2. Act as the owning organization for the 45th Space Wing and the 920th Rescue Wing centralized weapons account. Contractor shall perform the responsibilities specified in AFMAN 23-110, Vol. II, Part Two that are required of the owning organization. These accounts shall reflect separate centralized organizational codes for the

45 SW and 920th Rescue Wing base supply Mobility Bag Element. All other weapons authorized per compliance documents, shall be identified to the owning organization with applicable custodians assigned. IAW AFMAN 10-401, AFMAN 23-110, Vol. II, Part Two, AFMAN 36-2227, AFI 24-101, AFI31-101, AFI 31-207, AFI 36-2226, AF CAT 21-209, DOD 4500.9-R Part I, DOD 5100.76-M, and applicable SPIs and Technical orders.

8.32.1.2.1. For the 920th RQW, LSSC will act as the owner however, 920th RQW will perform all the user responsibilities outlined in AFMAN 23-110.

8.32.1.3. The 45 LRF Mobility Weapons Account Custodian is assigned as the primary/alternate Mobility Weapons Account equipment custodian. At time of deployment the contractor shall ensure that weapons are transferred to the appropriate organizational CA/CRL of the deploying unit and upon return weapons shall be processed back to the 45 LRF Mobility Weapons Account.

8.32.1.4. Personnel assigned to the Mobility Bag Element, Mobility Weapons shall control access to weapons and be familiar with requirements IAW AFMAN 36-2227, AFI31-101, AFI 31-207, AFI 36-2226, AF CAT 21-209, DoD 4500.9-R Part I, DoD 5100.76-M, and applicable technical orders.

8.32.1.5. Personnel assigned to the Mobility Weapons element shall have a secret clearance, not be assigned to the munitions element.

8.32.1.6. Contractor shall coordinate with Security Forces to inspect weapons at the prescribed frequencies and maintain weapons support kits and for escort of weapons off base.

8.32.1.7. Contractor shall ensure weapons are stored and shipped in the proper containers and ensure that the organization deploying weapons has the correct containers prior to release of weapons for deployment. Contractor shall ensure that sufficient holsters, weapons magazines, ammunition pouches, and slings are available for each weapon prior to issue.

8.32.1.8. Contractor shall annually review the mobility weapons requirements in conjunction with mobility bag authorizations (NLT 1 January) as described in AF Policy Directive 16-8 and AFI 31-207.

8.32.1.9. Out of cycle weapons authorizations will be adjusted to meet out of cycle mobility bag authorizations. Once weapons authorizations are reviewed, base supply Mobility Bag Element will take actions to make adjustments to the inventory using normal supply procedures, i.e. request disposition instructions.

8.32.1.10. Contractor shall ensure that all weapons are inventoried on an annual basis regardless of who is providing secure storage or if the weapon is in daily/periodic use or extended storage. Monthly serial number verifications will be conducted on all weapons assigned as daily/periodic use. This monthly verification will be used to ensure weapons are properly accounted for and will not satisfy the annual inventory requirement.

8.32.1.11. The base supply Mobility Bag Element shall perform all the responsibilities of the owning organization and are responsible for coordinating with combat arms to inspect weapons at prescribed intervals established in TO 33K-1-100, AFMAN 36-2226, and other applicable technical orders.

8.32.1.12. The contractor shall ensure that during storage handling (Combat Arms inspections, serialized inventory or cleaning), individuals handling the weapons are required to take the following actions: (1) Wear cotton gloves. (2) Ensure weapons are not rusty. (3) Ensure serviceability tags include serial numbers and are stored with the applicable weapon. (4) At a minimum, affix serial number, serviceability, and NSN information to the outside of each weapons container during storage. NOTE: This information must be removed from the container before shipment in accordance with applicable Special Packaging Instructions (SPI). (5)Tag any identified unserviceable weapons accordingly and request disposition instruction through normal supply channels. (6) Record serviceability inspection on AFTO Form 105, Inspection Maintenance Firing Data for Ground Weapons, and store with the applicable weapon as inspections are completed. Note: AFI 36-2226 places responsibilities for inspection and base level repair of weapons with the local CATM organization.

8.32.1.13. If CATM technicians are unable to repair the weapons, they will complete a DD Form 1577-2, "Unserviceable (Repairable) Tag-Material," attach the tag to the weapons, annotate the AFTO Forms 105 and return the weapon to the owning organization for disposal action.

8.32.1.14. After any inspection, the contractor shall have all corroded small arms removed from storage and taken to a centralized cleaning facility and procedures outlined in AFMAN 23-110, Vol. II, Part Two are complied with.

8.32.1.15. Contractor shall ensure that under no circumstances will weapon parts be interchanged or cannibalized by anyone except CATM personnel.

8.32.1.16. Contractor shall ensure that all item record changes of weapons relating to storage category and item identification changes are coordinated with 45 LRF Mobility Weapons Account Custodian, Supply Accountable Officer and CATM to ensure proper inspection and identification of weapons.

8.32.1.17. Contractor shall ensure that the CATM technicians inspect all weapons received. Complete SF 364, Supply Discrepancy Report and SF 361, Transportation Discrepancy Report, as applicable for all unserviceable or damaged weapons received.

8.32.1.18. Contractor shall coordinate with CATM for all pre-embarkation inspections which may be required for weapons being deployed from CONUS to OCONUS or to a potential combat zone. Exceptions: Weapons inspected and gauged within the last 90 days and/or packed in sealed barrier bags or containers with a pre-issue inspection to include gauging.

8.32.1.19. The contractor shall ensure shipment of weapons are performed and coordinate with Traffic Management to ensure proper packaging of weapons for shipment according to applicable SPIs and TOs. Procedures for the physical movement of weapons are contained in AFMAN 10-401, AFI 24-101, DOD 4500.9-R, DOD 5100.76-M.

8.32.1.20. Contractor shall perform documented inspections on containers monthly. For those weapons in courteous storage the contractor shall notify the owning organization if humidity indicators change from blue to pink.

8.32.1.21. Weapons will not be removed from extended storage for exercises (AFI 36-2226). Weapons required by aircrew, air control squadrons, etc., for exercises will be identified as "in use", stored and inspected as applicable. All other weapons for these units will be placed in "extended storage". The number of weapons to support aircrew exercises will be determined locally.

8.32.1.22. The contractor shall store and issue safety magazines.

8.32.1.23. The contractor shall store and issue training weapons as required.

8.32.2. Mobility Bag Management: The contractor shall (PO SS-3)

8.32.2.1. Manage, receive, buildup, store, inventory, issue and track mobility bags for 45 SW and authorized tenants IAW AFMAN 23-110, Vol. II, Part Two and to include AFSPC Supplement to AFMAN 23-110, Vol. II, Part Two, T.O. 14P3-1-141, T.O. 14P4-9-31, T.O. 14P4-9-31S-27.

8.32.2.2. Be responsible for all mobility bag requirements relating to Combat Readiness functions IAW AFMAN 23-110, Vol. II, Part Two and Part 3.

8.32.2.3. Develop and maintain a current Continuity Binder to include flow charts of work center processes. Provide a copy to 45 LRF during phase in period and as updates occur.

8.32.2.4. Provide data inputs for monthly Status Of Reporting and Training Systems (SORTS) to the FD/FC in the format provided by the government.

8.32.2.5. Develop, execute, and maintain a contingency plan to operate the Air Force Approved Mobility Tracking System during scheduled or unscheduled computer outages (post-post operations). Perform system backups weekly.

Submit the plan through the FD/FC for approval and publish a 45 SW supplement to 1.3.2.2.7.1.1. Supplement AFMAN 23-110, Vol. II, Part Two and Vol. II, Part 11,13, and AFSPCI 23-112 to provide detailed post-post operating procedures for all supported activities.

8.32.2.6. Provide courtesy storage of mobility bag property for other base organizations if space is available and when approved by the FD/FC. Placard material to identify ownership.

8.32.2.7. Use the MICAS Inventory Tracking System or AFSPC approved system for mobility bag management, to issue all mobility gear and update asset positions daily, download data and mail to MAJCOM as required.

8.32.2.7.1. Contractor shall not use post-post procedures when issuing assets unless approved by supply accountable officer.

8.32.2.8. Contractor shall populate all screens in MICAS or AFSPC approved system in the format as specified by 45 LGRM QAS/FD, fill out a hand receipt when issuing/turning in of mobility bag assets, process immediately upon issue, and provide reports as requested by 45 LGRM QAS/FD.

8.32.2.9. To ensure funding is programmed the 45 LGRM FD/QAS shall be notified of any projected funding requirements that impede requisitioning for mobility bag replenishment NLT 180 days prior to requirement. When short notice changes occur that affect the availability of assets LGRM FD/QAS shall be notified immediately of new funding requirements. Account for, monitor and requisition Chemical Warfare Defense Equipment (CWDE) when the supported activity authorizes and provides funds.

8.32.2.10. Mobility bags shall be ready for issue no later than one hour after notification of deployment.

8.32.2.10.1. Contractor shall ensure personnel are issued all required items needed for their destination per deployment orders and ensure requesting organization is authorized issue of asset by validating 45 SW WAB or tenant WAB documents on file.

8.32.2.11. Order, receive, store and transfer as necessary CWDE for Patrick AFB as directed by AFSPC or appropriate OPLAN and Host Tenant Support Agreements.

8.32.2.12. Inspect Chemical Warfare Defense Equipment (CWDE) items in bags (decontamination kit, chemical agent paper and ground crew ensemble) for shelf life and serviceability and replace as required by applicable mandatory compliance documents or as directed by HQs AFSPC Supplements.

8.32.2.13. Inspect Chemical/Biological Masks, Type MCU-2A/P for serviceability. Inspect and perform preventative maintenance on all gas masks every six months and inspect all filters and parts, repair/replace as necessary. Preventative maintenance includes the washing of masks. Ensure every AFTO Form 1574 Serviceable Tag is dated and initialed at time of inspection.

8.32.2.14. Inspect and inventory all individual mobility clothing i.e., parka, socks and equipment upon return by deployed unit if seal has been broken IAW AFMAN23-110, Vol. II, Part Two. IAW 45 SW policies ensure units clean sleeping bags prior to turn-in.

8.32.2.15. Chemical warfare gear will be stored in bulk configuration, and placed in built up configuration prior to issue.

8.32.2.16 Contractor shall not build up shelf life items in mobility bags and shall ensure these assets are placed in the mobility bags at the time of issue.

8.32.2.17. Inspect assets for expired or unserviceable, demilitarized and dispose of unserviceable and/or expired material IAW AFMAN 23-110, Vol. II, Part Two, AFMAN 23-110, Vol. VII, Part Three and DoD 4140.27.

8.32.2.18 Ensure that bulk mobility assets are stored and are identified by NSN, Qty, lot number, shelf-life and date of manufacture. (PO SS-6)

8.32.2.19. When required, contractor shall store, issue, maintain and acquire training equipment for customers. These assets shall be segregated from deployment issue stock; mark all training gear "For Training Use Only". Contractor shall advertise excess training equipment to wing and tenant organizations prior to transfer to DRMO/DRMS.

8.33 Hazardous Materials Management/Hazardous Material Pharmacy (HazMart) Operation. The contractor shall: (PO SS-4)

8.33.1. Manage and operate a Hazardous Materials Element, consisting of the HazMart Pharmacy, hazardous outside storage, hazardous material handling and movement. The contractor shall manage the receipt, storage, issue, inspection and distribution of hazardous materials (HAZMAT) purchased/obtained through SBSS and all other sources of supply. HAZMAT obtained through other sources shall be tracked from the time the material enters the installation until it is depleted or leaves the installation. Manage, properly process, pack, preserve, crate, and prepare hazardous property for shipment IAW AFI 32-7086, AFSPC Supplement to AFI 32-7086 AFMAN 23-110, Vol. II, Part Two, AFR 69-9, AFJMAN 23-209, AFJMAN 23-210, AFJMAN 24-204 and T.O. 00-110N.

8.33.2. Manage the LSSC Hazardous Material Program IAW AFI 32-7086, AFSPC Supplement to AFI 32-7086 and 45 SW Full Spectrum Threat Response (FSTR) OPLAN 10-2, Vol. 1 & 2.

8.33.2.1. Ensure compliance with hazardous materials Performance Orientated Packaging Systems (POPS) requirements. Consolidate compatible items for shipments when possible and economically feasible except as prohibited IAW AFJMAN 24-204, Chapter 1.

8.33.2.2. Ensure all HAZMAT such as corrosives, poisons, flammables, etc; or Other Regulated Materials (ORM) are segregated from all other commodities IAW AFJMAN 24-204, Chapter 1, Attachment 18.

8.33.2.3. Ensure Material Safety Data Sheets (MSS) and Shippers Declaration for Hazardous Material accompanies all movements of HAZMAT IAW AFJMAN 24-204, Attachment 17, and AFI 32-7086.

8.33.2.4. Monitor HAZMAT usage. Establish procedures to ensure items maintained in shops have usage data updated in the HAZMAT computer tracking system. Temporary authorizations and items in excess of the authorized quantity shall not be issued without prior approval. Provide written monthly report to the HMMP Team showing updated usage information, report is due by the fifth calendar day following the reporting month.

8.33.3. Establish and operate a free-issue, reuse and redistribution program in the HazMart. This shall include procedures for ensuring that items available in the free-issue area are issued before supply stock, when item required is on hand in this area. Free issue material shall be issued on a first-come, first-serve basis. Provide written monthly report to the HMMP Team showing free issue information, report is due by the fifth calendar day following the reporting month. The HazMart shall not provide courtesy storage for any shop without the prior approval of the Functional QAS or FD/FC.

8.33.3.1 Pick up and deliver HAZMAT to/from customers as requested.

8.33.4. Operate the HazMart using the most current Air Force approved HAZMAT management system.

8.33.4.1. The contractor shall obtain an up-to-date manufacturer specific MSDS for each HAZMAT and forward an electronic copy to the HAZMAT request reviewers/authorizers. Contractor shall follow procedures to obtain Material Stock Numbers (MSN) as directed for new HAZMAT management system.

8.33.4.2. Ensure all hazardous material obtained through the SBSS on 45 SW installations are processed through the most current Air Force approved HAZMAT management system.

8.33.4.3. Ensure an approved AF Form 3952 is obtained prior to requisition of items in Federal Standard 313 classes IAW AFI 32-7086, Chap 2, AFSPC Supplement to AFI 32-7086 and AFMAN 23-110, Vol. II, Part Two, AFJMAN 24-204, DOD 4145.19-R-1, AFJMAN 23-209 and materials identified as HAZMAT by the HMMP Team.

8.33.4.4. Assist and train all HAZMAT users/customers in the use of the most current AF approved HAZMAT management system.

8.33.4.5. Maintain and update all supply related data fields on the tracking system. Make all required inputs including AF Form 3952 data and MSDS data. Perform monthly checks on HAZMAT management system to ensure data is current and correct. Provide written report to the HMMP Team of discrepancies identified or no discrepancies, which ever applies, report is due by the fifth calendar day following the reporting month.

8.33.4.6. Electronic authorizations (AF Form 3952) are required prior to a customer receiving HAZMAT.

8.33.4.7. The HazMart shall ensure authorized customer levels are not exceeded prior to initiating the requested issue or requisitioning action.

8.33.4.8. Perform Ad-Hoc queries and reports from the HAZMAT management system as requested and for visiting agencies, government agencies and Functional QAS within the capabilities of the system. Examples include but are not limited to pollution prevention opportunity assessments and Environmental, Safety, Occupational Health Compliance and Management Program (ESOHCAMP) assessments.

8.33.4.9. Participate in the Hazardous Material Management Process (HMMP) Team and attend scheduled meetings. Provide appropriate HazMart operational-related funding requirements through the Functional QAS. Requirements include computer hardware, bar code printers and materials to operate the HazMart (labels, gloves, etc). For high cost items such as computers and bar code printers provide requirement at least two years prior to need for programming purposes.

8.33.4.10. Conduct quarterly shop visits and ensure that each shop enrolled in Hazmart is visited annually. Provide a schedule to the HMMP Team and the shops to be visited one month prior to scheduled visit. During the visit provide the shop point of contact with a current inventory list and determine if shop is in compliance with HAZMAT management requirements. Provide written report to the HMMP Team of shops visited and pertinent HAZMAT management compliance information, report is due by the fifth calendar day following the reporting month. (PO SS-5)

8.34.1. Ensure personnel working in the HazMart are trained in implementation of both the contractors HazMart Emergency Response Plan and the 45SW Emergency Response Plan (FSTR) or the Comprehensive Emergency Team Plan (CEPT).

8.34.2. The HazMart shall use the 45 SW Resource, Recycle and Recovery Programs to the fullest extent possible.

8.34.3. The LSSC Contractor shall be enrolled in the HazMart and have designated monitors.

8.34.4. Participate in the Patrick Hazardous Materials Control Program IAW AFPAM 32-1004, Vol. 4, Chapters 1 and 19.

8.34.5. The contractor shall follow procedures outlined in AFI 32-7086, appropriate AFSPC Supplement to AFI 32-7086 and the HazMart Customer Guide when purchasing all hazardous materials.

8.34.6. Establish controls and procedures to facilitate issuance, stocking and maintenance of the smallest possible quantity of in-stock HazMart material and preclude procurement in excess of current requirements. Ensure HazMart items are procured and issued the smallest container size possible. HazMart personnel shall check free issue and turn-in/residue locations as a first source of supply.

8.34.6.1.1. Contractor shall advertise assets as free issue when available on a weekly basis.

8.34.7. Eliminate the duplication of like items for Issue Exception Code (IEX - SBSS TRIC code) 9 materials, whenever possible.

8.34.8. Develop, revise, and maintain a HazMart Customer Guide. Review at least annually; submit changes to Functional QAS for determination if immediate revision is required. All such instructions and guides shall be submitted through the Functional QAS for coordination and approval by FD/FC prior to publication.

8.34.9. Comply with AFI 32-7086, Chapter 4. Manage Class I and Class II Ozone Depleting Substances (ODS) allocations and follow procedures outlined by AFI 32-7086, AFSPC Supplement to AFI 32-7086, AFSPC Logistics policies and HQ USAF policies for submission of ODS waivers for SAO approval.

8.34.10. Manage and ensure compliance with ESOHCAMP policies and procedures for all areas of the LSSC contractor.

8.35.11. The contractor shall be assigned as a <90 Day Hazardous Waste Accumulation Site and comply with all federal, state, local and Air Force rules, regulations and requirements associated with <90 Day Hazardous Waste Accumulation Site operations.

8.36.12. The Hazmart shall be the collection point for universal waste fluorescent lamps from the wing populace and contractors on PAFB. Collection shall be scheduled for a minimum of two days per week (Mon-Fri) and at least two consecutive hours per day (not to include the hours of 1130-1300). The contractor shall make provisions for accepting fluorescent lamps at any other time by appointment Mon-Fri during normal operating hours. The contractor shall ensure all fluorescent lamps are handled and managed in accordance with applicable federal, state, local and Air Force Universal Waste rules regulations and requirements. Contractor shall ensure the hours of operation and appointment information/telephone numbers are made public and periodically (at a minimum of once per quarter) re-publicized to the wing.

8.36.13. The Contractor shall conduct GPC HAZMAT Management training for all purchases as requested for HAZMAT purchased/obtained through SBSS and all other sources of supply.

8.36.14. The contractor shall be responsible for funding contractor TDY. The HazMart Operator shall attend the HMMP Workshops, HMMP Training or any other related meetings/conferences as directed by the government at the contractor expense.

**CHAPTER 9**
**MUNITIONS**

**9.1. General:** The Contractor shall

9.1.1. Ensure overall management of wing munitions ordinance support, provide policy guidance to 45 LRF and perform all responsibilities of the munitions operations, functions, procedures, and program management as outlined in these mandatory compliance documents and as stated in this contract chapter. Perform IAW AFI 21-201, AFSPC Supplement to AFI 21-201, 45 SWI 21-201, AFMAN 91-201, T.O. 11A-1-10, T.O. 11A-1-60, T.O. 11A-1-53, DoD 5100.76-M, AFI 91-202 and PWS Appendix F.

9.1.2. Scope of the responsibility: Overall compliance with munitions ordnance operations and concentrate on the safe, secure, and efficient use of personnel and materiel resources, while maintaining the highest degree of munitions capability and accountability in accordance with all governing standards. The goal is upholding a combat readiness capability commensurate with mission tasking. In addition the contractor shall maintain close communication with the MASO and ensure compliance with specified mandatory compliance documents.

9.1.2.1 Munitions Hours of Operation: The contractor shall provide staffing and maintain customer service hours of operation from 0730–0130, 5 days a week. Document control personnel shall be present in the Munitions control center during hours of operation from 0630–0130, 5 days a week. The contractor shall provide staffing and maintain customer service hours of operation one time monthly for UTA weekend support from 0730-0130 to support the 920th RQW as required on reimbursable basis.

9.1.3. Contractor shall perform requirements specified below to include compliance documents specified in AFI 21-201, Attachment 1, PWS Appendix F and AFSPC Supplement to AFI 21-201.

9.1.3.1. The contractor shall ensure that where AFI references directs submission or reporting to MAJCOM all such reporting is forwarded through the MASO.

9.1.3.2. Contractor shall manage and perform all responsibilities outline in AFI 21-201, Chap 1, with the exception of paragraph 1.2.3 which is a MAJCOM responsibility.

9.1.3.2.1. Contractor shall act as the MASO designated representative when delegated in writing by the 45 LRF MASO, IAW AFI 21-201. Provide a proficient Munitions Management/Superintendent/Chief on-site who shall perform munitions accountability and munitions ordinance operations/functions as outlined below and as specified in AFI 21-101. All personnel (supervisory and non-supervisory) who operate, handle, transport, maintain, load, munitions must receive initial weapons safety training before performing any of those task. Conduct recurring training annually thereafter not later than the end of the month in which the initial training was conducted IAW 91-202. Contractor shall submit the government all request for approval to deviate from safety and security standards.

9.1.3.3. Contractor shall manage and perform all responsibilities outlined in AFI 21-201, Chap 2, with the exception of those responsibilities specified to be performed by the MAJCOM, MASO or organizational commander.

9.1.3.4. Contractor shall manage and perform all responsibilities outlined in AFI 21-201, Chap 3, with the exception of those responsibilities specified to be performed by the MAJCOM, MASO or organization commander. (PO M-1) (PO M-2)

9.1.3.5. Contractor shall manage and perform all responsibilities outlined in AFI 21-201, Chap 4, with the exception of those responsibilities specified to be performed by the MAJCOM, MASO or organization commander. (PO M-4)

9.1.3.6. Contractor shall manage and perform all responsibilities outlined in AFI 21-201, Chap 5. (PO M-1)

9.1.3.7. Contractor shall perform all responsibilities outlined in AFI 21-201, Chap 6, with the exception of paragraph 6.3.8.

9.1.3.8. Contractor shall perform all responsibilities outlined in outlined in AFI 21-201, Chap 7, with the exception of paragraphs 7.21 – 7.22.9.9.3. Guidance provided in AFI 21-201, Chapters 8 through 15 are considered advisory information for contractor use. (PO M-2, PO M-4, PO M-5, and PO M-6)

9.1.3.9. Contractor shall comply with AFI 21-201, attachments 1-6 with the exception of the Abbreviations and Acronyms which are provided as advisory.

9.1.3.10. Contractor shall ensure prior to contract award and during contract performance that all employees working in the Munitions element have a security clearance of Secret.

9.1.3.11. Contractor personnel assigned in the munitions element shall not have access to the Mobility Weapons Vault storage area.

9.1.3.12. Contractor shall ensure all past and present users of affected national stock/lot numbers are notified of munitions suspended or restricted by T.O. 11A-1-10, AFI 21-201, paragraph 2.6.14 and Conventional Munitions Restricted or Suspended (CMRS) notifications and actions are initiated as required.

9.1.3.13. Contractor shall ensure safety information is available and personnel in hazardous areas are briefed about the dangers IAW AFSPC Supplement to AFMAN 91-202.

9.1.3.14. Contractor shall ensure all munitions are transported (picked up or delivered) in a safe and secure manner at PAFB or CCAFS, IAW AFMAN 91-201, paragraph 2.71 and DOD 5100.76M, paragraph C2.1.7.

9.1.3.15. Contractor shall at the request of customers transport munitions to required on and off base locations. Contractor shall coordinate with and ensure that security forces provide escort responsibilities.

9.1.3.16. Contractor shall transport munitions between Air Terminal hotspot and the assigned munitions storage facilities, IAW AFI 21-201 and AFMAN 91-201.

9.1.3.17. When required contractor shall transport all munitions assets, class 1.1 or other compatible groupings not authorized for storage at PAFB because of compatibility groupings, or for which sufficient storage is not available to CCAFS for courtesy storage IAW AFMAN 91-201, Chapter 6.

9.1.3.18. Contractor shall transport to DRMO or the explosive ordnance disposal area all serviceable or unserviceable munitions authorized for disposal IAW Ammunition Disposition Request (ADR) instructions. Inspect and certify munitions IAW T.O. 11A-1-10, 11A-1-10 and AFI 21-201.

9.1.3.19. Contractor shall manage the LSSC Ground, Weapons, and Explosive Safety Program (Munitions) IAW AFMAN 91-201, AFI 91-202, and AFSPC Supplements to AFMAN 91-201 and AFI 91-202.

9.1.3.20. Contractor shall review, update, and maintain current a 45 SW Munitions Instruction to implement Air Force Policy Directive (AFPD) 21-2 to provide using agencies with procedures for obtaining munitions support. Coordinate through the MASO for approval.

9.1.3.21. Contractor shall develop and maintain a current Continuity Binder to include flow charts of work center processes. Provide a copy to MASO during the phase in period and as updates occur.

9.1.3.22. Contractor shall develop and maintain munitions OIs as required IAW AFI 21-201. AFI 91-202, AFMAN 91-201, and HQs Supplements, providing detailed instruction on operation procedures and potential hazards.

9.1.3.23. Contractor shall ensure that a copy of the weekly munitions maintenance and inspection schedule as well as a copy of the monthly munitions and maintenance forecast, consolidated munitions schedule, is provided to the MASO and QAS, IAW AFI 21-201, paragraph 6.4.4.

9.1.3.24. Contractor shall provide a qualified Munitions Supervisor who shall manage and ensure compliance with PWS compliance documents (Appendix F) and PWS paragraphs 9.1.1 through 9.1.4, for munitions operations.

9.1.3.25. Contractor munitions personnel shall meet the qualifications specified and in Section IV, Key Personnel.

9.1.3.26. Contractor shall ensure Munitions Key Personnel in Section IV (supervisory and non-supervisory) who operate, handle, transport, maintain, load, or dispose of explosives receive initial weapons safety training before performing any tasks and shall be qualified to perform assigned responsibility prior to performance. Conduct weapons and explosive safety recurring training annually thereafter, not later than the end of the month in which the initial training was conducted. Ensure all personnel managing, accounting for, maintaining, inspecting, handling, transporting, and storing munitions are qualified in the tasks to be performed and are trained as specified in AFMAN 91-201, paragraph 2.2 and 2.12, AFI 91-202, paragraph 10.10., and T.O. 11A-1-10, paragraph 1 and T.O 11A-1-60, paragraphs 1.1, 2.2.3, 2.2.4 and chapter 3.

9.1.3.27. Contractor shall submit to the MASO all requests for approval to deviate from safety and security standards.

9.1.3.28. Contractor shall ensure applicable explosives site plan data and maps are maintained in the flight and reviewed annually to ensure any changes are reflected in the documentation during the annual explosive safety inspection of the MSA. Ensure all planned new storage areas/changes to facilities' usage or footprints are coordinated with MASO, wing safety, resource protection, and civil engineering prior to implementation. IAW AFMAN 91-201, paragraph 4.2 and 4.7, and AFI 91-202, 10.4.11 and 10.5.

9.1.3.29. Contractor shall ensure explosive operations are performed by a minimum of two munitions personnel. One must be a task-qualified munitions inspector; however, all must be munitions personnel. IAW AFI 21-201, paragraph 2.7.23.

9.1.3.30. Contractor shall control access to all government provided key and locks to preclude unauthorized entry. IAW AFI 21-201, and DOD 5100.76M, paragraphs C2.5. and C2.6.

9.1.3.31. Contractor shall ensure that lock combinations are changed when personnel having access to the combinations no longer have a need to know such combinations. Written procedures shall be included in the contractors Security Plan and Quality Control Plan. IAW AFI 21-201.

9.1.3.32. Contractor shall develop Munitions Employment Plan (MEP) to support the OPLAN, providing detailed guidance for employing personnel during contingencies operations. The MEP may be used to develop a Base Support Plan, ensuring capability exists to receive, store, inspect, assemble, test, repair, troubleshoot and deliver all munitions and WRM (wartime reserve material) as contained in AFI 21-201, paragraph 2.5.6., AFMAN 10-401, AFMAN 10-401 Vol 2, AFI 10-403, and AFI 10-404, paragraph 2.11. and Attachment 26.

9.1.3.33. Contractor shall perform an annual review or update as changes occur to the wing/base instruction/supplement (45 SW 21-201) to aid commanders, custodians and munitions users in munitions accountability procedures. Ensure the government MASO approves procedures before publication.

9.1.3.34. Contractor shall publish local procedures governing munitions operations during severe weather or electrical storms IAW AFMAN 91-201, paragraphs 2.12.8, 2.56, and 2.71.4.1.

9.1.3.35. Contractor shall publish emergency action procedures to cover, as a minimum, severe weather conditions, explosive incidents and accidents, increased security conditions, and contingency support. AFI 21-201, paragraphs 2.15.19 and 6.2.8.

9.1.3.36. Contractor shall utilize a standardized munitions storage location system IAW T.O. 11A-1-61-1, Storage and Out-loading Instructions Conventional Ammunition for all bulk stored (custody or stock) and base stock munitions.

9.1.3.37. Contractor shall operate specialized or segregated storage areas to ensure compliance with the safety and security provisions of AFI 21-201, AFSPC Sup to 21-201, DOD 4145.19-R-1, AFMAN 91-201, AFMAN23-110, Vol. II, Part Two, T.O. 11A-1-10, T.O. 11A-1-60, DoD 5100.76-M, AFI 31-101 and all local OIs and applicable TO's specified in Appendix F.

9.1.3.38. Contractor shall as delegated by the MASO provide the organization or unit commanders a briefing on custody account responsibility not later than 30 days after submission of the AF Form 68, Munitions Authorization Record and provide documentation to the MASO of the training conducted.

9.1.3.39. Contractor shall manage WRM Munitions assets, review classified WRM/WCDO document and ensure that adequate WRM assets are on hand at all times. Attend the base WRM/WCDO briefing. Provide the MASO WRM/WCDO availability information for briefing. Ensure that WRM/WCDO assets are accurately maintained in stock.

9.1.3.40. Contractor shall ensure munitions shipments are properly booked through transportation channels and shipments are aggressively tracked to ensure timely departure, AFI 21-201, paragraph 5.4.20.

9.1.3.41. Contractor shall notify organizations of the suspense date for annual requirements forecasting to ensure adequate time for preparation and submission to the MASO and QASE for review prior to submission to AFSPC. Ensure that all budget forecasts and WCDO/WRM forecasts are included in the forecast submission to meet WCDO/WRM requirements. IAW AFI 21-201 and HQ AFSPC Supplement.

9.1.3.42. Contractor shall perform and prepare the annual forecast requirements and submission of requirements forecasts for agencies without MAJCOM Munitions User Functional Manager (MUFM) and forward through the MASO for submission. IAW AFI 21-201, paragraph 5.4.6.

9.1.3.43. Contractor shall comply with the specific procedures and responsibilities for accountability, CAS transactions, management, and disposition of munitions. IAW AFI 21-201, paragraph 5.4., and Chapter 7.

9.1.3.44. Contractor shall provide munitions reports and updates to the MASO as requested/required.

9.1.3.45. Contractor shall review, perform analysis, and submit responses to QAS, and other inspection reports (reference PWS Chapter 3).

9.1.3.46. Contractor shall ensure adequate management actions have been taken to fix discrepancies and identify root causes, identified by the QAS, MASO and inspections.

9.1.3.47. Contractor shall develop and publish required inventory schedules for custody account inventories and semi annual stockpile inventories in coordination with the customers and MASO and provide custodians and MASO a copy of the inventory schedule. IAW AFI 21-201 and HQs AFSPC Supplement.

9.1.3.48. Contractor shall perform and be present during annual and quarterly custody inventories with the custodians and ensure compliance with accountability and inventory procedures. Contractor shall perform annual and quarterly custody account inventories with the custodian and MASO IAW AFI 21-201, and AFSPC Supplement to AFI 21-201, and 45 SWI 21-201. (M-7)

9.1.3.49. Contractor shall perform semi-annual stockpile inventories with the MASO and when requested as the delegated MASO representative and ensure compliance with accountability and inventory procedures. IAW AFI 21-201 and AFSPC Supplement to 21-201, and 45 SWI 21-201 (M-7)

9.1.3.50. Contractor shall perform monthly 10% stockpile inventories and ensure compliance with accountability and inventory procedures. IAW AFI 21-201, and AFSPC Supplement to 21-201, and 45 SWI 21-201. (M-7)

9.1.3.51. Contractor shall perform any required change of MASO account inventories and ensure compliance with accountability and inventory procedures. IAW AFI 21-201, and AFSPC Supplement to 21-201, and 45 SWI 21-201. (M-7)

9.1.3.52. Contractor shall review all phases of the FV account operations at least semiannually IAW AFI 21-201, and AFSPC Supplement to AFI 21-201, AFI 23-110 and provide a written report to the MASO. During this review, all inventory adjustments will be evaluated for DoD 5100.76M and AFI 31-101 reporting requirements. If lost assets were not previously reported, notify the MASO who will report to Security Forces personnel for initiation of RCS HAF-SP (AR) 7101, Reporting of Significant Arms and Non-nuclear Munitions Losses and Incidents, IAW AFI 31-101.

9.1.3.53. Contractor shall produce and distribute CAS reports, listings, Ad Hoc reports or perform analysis as requested by the MASO.

9.1.3.53.1. Contractor shall obtain approval from the MASO prior to providing any CAS system access for employees and customers.

9.1.3.53.2. Contractor shall request in writing to the MASO any personnel requiring AMST access and what privileges are required.

9.1.3.54. Contractor shall appoint in writing and maintain current appointment letters IAW AFI 21-201, and AFSPC Supplement to 21-201. Provide recommended individuals for appointment by the MASO and/or LRF/CC per AFI 21-201 and AFSPC Supplement to AFI 21-201.

9.1.3.55. Contractor shall designate in writing to the MASO and maintain a current list of contractor appointed Senior Munitions Inspector and Munitions Inspector personnel qualified to inspect and issue munitions. Contractor shall designate in writing an individual to act as the MASO delegate, to perform responsibilities authorized by the MASO.

9.1.3.56. Contractor shall provide the MASO a copy of the monthly Base Supply Records review and report on the results of this review, IAW AFI 21-201.

9.1.3.57. Contractor shall as delegated by the MASO provide, update and document detailed training to primary and alternate custodians on their responsibilities and on proper custody account management within 30 days of

appointment or prior to receiving custody of munitions, whichever is sooner. Post custodian training slides on the LSSC web-page for custodian reference.

9.1.3.58. Contractor shall obtain approval from the MASO and provide courtesy munitions storage at PAFB and coordinate with Ordinance services at CCAFS for organizations without explosive licensed storage capability.

9.1.3.59. Contractor shall prior to processing issues for munitions, validate available quantity and requirements specified in AFI 21-201.

9.1.3.60. Contractor shall store munitions according to the unit's storage location system and make every effort to store all munitions indoors IAW AFI 21-201, paragraph 5.2.13. AFI 31-101, AFMAN 91-201, paragraphs 1.1., 1.2., 2.10., 2.11., 2.12., 2.18., 2.19., 2.22., 2.26., 2.27., 2.28.4., 2.29. thru 33, 2.42. thru 44, 2.55, and 56, Section 2E Transportation DoD 5100-76M, paragraph C1.1,T.O 11A-1-61-1 and specific item technical orders.

9.1.3.61. Contractor shall store at CCAFS all munitions class 1.1 or other compatible groupings not authorized for storage at PAFB because of compatibility groupings, or for which sufficient storage is not available IAW AFMAN 91-201, paragraphs 2.26 through 2.44.

9.1.3.62. Contractor shall appoint a Document Control Manager in writing to manage and maintain paper and electronic documents IAW AFI 21-201. Contractor shall maintain a public share folder for electronic documents and file documents IAW AFI 21-201. Contractor shall manage and maintain current a 45 SW Munitions COP site for use by base personnel.

9.1.3.63. Contractor shall coordinate with local information security manager and/or local area network administrators for establishing electronic document filing procedures to ensure that electronically maintained records have security permissions applied to prevent unauthorized alteration, movement or deletion of the files or documents. IAW AFI 21-201, paragraph 7.8.5

9.1.3.64. Contractor shall establish and implement electronic document filing procedures and maintain documents IAW Electronic Document (E-Doc) flow procedures outlined in AFI 21-201, paragraph 7.8.5., and Attachment 5.

9.1.3.65. Contractor shall forward all lost document certificates to the MASO for approval within one workday.

9.1.3.66. Contractor shall establish a custody account file and ensure custodians have read access to electronic files. IAW AFI 21-201, paragraph 7.4.4. (PO M-2)

9.1.3.67. Contractor shall perform complete munitions inspections as required by technical orders and special instructions. Conduct scheduled, periodic, receiving, shipping, storage monitoring, returned munitions, pre-issue, and special inspections as required. IAW AFI 21-201, paragraph 3.1.1.1. and T.O. 11A-1-10 (PO M-1) (PO M-2)

9.1.3.68. Contractor shall ensure 100% of containers are sealed with anti-pilferage seals. IAW T.O. 11A-1-10 (PO M-5)

9.1.3.69. Contractor munitions element shall interface with tenant munitions expeditors to ensure effective processing of transaction data occurs in the CAS system within one hour. IAW AFI 21-201, paragraph 7.2.4, and HQs AFSPC Supplement.

9.1.3.69.1. Contractor munitions element shall interface with tenant munitions expeditors who perform responsibilities identified in AFI 21-201, Chap 7, paragraph 7.1.4. Contractor shall ensure effective communication and flow of transaction data for processing of movements in CAS within timeframe specified in AFI 21-201, Figure 7.1.

9.1.4. Contractor shall create and maintain current an electronic group distribution lists for contacting or disseminating information to the various distribution groups i.e., munitions custodians, certifiers, commanders etc. Coordinate with the MASO or QAS for additional requirements.

91.5. Contractor shall provide a munitions inventory status report to the accountable officer monthly. This report will include accomplished/pending and information on any account approaching overdue status for custodian quarterly inventories.

91.6. Contractor shall update, receive and disseminate Patrick AFB global directory for munitions certifiers and munitions custodians upon review and signature of AF Form 68s from MASO.

# CHAPTER 10
# FUELS MANAGEMENT

**10.1. General.** The contractor shall:

10.1.1 Provide on site personnel to perform all necessary functions of a base-level Fuels Management Team IAW AFI 23-201 and DOD 4140-25M and related compliance documents supplemented by Air Force Space Command. Provide an on-site PAFB fuels manager who shall perform all functions of the Fuels Management Officer, except for the government's fuels accountable officer's duties. This individual shall act as a technical advisor to any installation environmental protection committee and energy conservation board established to ensure compliance IAW AFI 23-502 and AFPD 23-1.

10.1.1.1 Refuel or defuel Fuels Products (FP) products upon request to meet all aircraft servicing requirements. Dispatch personnel and equipment to points of service. Respond to priority 1 thru 4 service requests within the timeframe specified in Appendix H and AFRC 21-101, Table 1-1. (PO F-4)

10.1.1.2 Deliver fuel, refuel or defuel aircraft at CCAFS Skid Strip, John F. Kennedy Space Center (KSC) Shuttle Landing Facility and commercial airports within the local area to include J-STAR support at Melbourne International Airport and TICO Airport at Titusville, FL. to include launch support i.e., shuttle, Delta, etc. Provide additional off-base support as directed by the contracting officer and services requiring presidential support.

10.1.1.3 Requisition Air Force FP aviation and ground fuels for issue or direct delivery to organizational support tanks at locations on PAFB, CCAFS, Antigua Island, Melbourne Airport (Joint Stars), Merritt Island Airport (Sheriff Department), and MTA. DD Form 1155 shall be approved by the government accountable officer prior to submission of orders IAW AFMAN 23-110, Vol. 1, Part 3, Chapter 1 and DESC Contract Bulletins.

10.1.2. Process all requisition, receipt, issue, and inventory documents for all fuel products and liquid oxygen (LOX) managed by this contract. These documents are reviewed and edited for accuracy. Process fuel product transactions IAW DoD 4140.25-M and Defense Energy Support Center (DESC) Fuels Automated System (FAS). instructions. DESC FAS instructions are posted at: http://www.desc.dla.mil. All rejects shall be cleared daily.

10.1.2.1. Requisition liquid Aviators Breathing Oxygen (ABO) from DESC. Liquid oxygen shall be expensed to aircraft maintenance at the time of delivery to the storage tank. Specify the MILSPEC requirement for liquid ABO to conform to MIL-0-27210 and provide the following information when ordering: (1) Quantity (2) Date required (3) Delivery location PAFB facility 682 and tank number. Record receipts and issues of liquid ABO by each maintenance organization on AF Form 1235 (Physical Inventory).

10.1.3. Prepare and submit accurate and timely reports IAW AFMAN 23-110, Vol. 1, Part 3, Chapter 1; AFI 23-201; AFMAN 10-206 and DoD 4140.25M as well as reports requested from higher headquarters.

10.1.3.1. Contractor shall create and maintain current an electronic group distribution lists for contacting or disseminating information to the various distribution groups i.e., organizational tank custodians etc. Coordinate with the QAS or Fuels Responsible Officer for additional requirements.

10.1.4. Establish written procedures to collect and process cash sales for aviation fuel IAW DESC-I-7 instructions.

10.1.4.1. Coordinate procedures with Accounting and Finance and the Security Forces and ensure funds are secured until deposited with Accounting and Finance.

10.1.5. Prepare energy conservation reports as directed by higher headquarters. Act as a central repository to consolidate wing data for mobility fuels and submit data as required IAW AFSPC direction and higher headquarters.

10.1.6. Investigate excessive gains/losses for fuel products IAW DoD 4140.25M, Vol. II, Chapter 10.

10.1.7. Document investigative action (s) for variances and provide the Fuels Accountable Officer the documented investigated action no later than fifth workday of following month.

10.1.8. Requisition fuel or cryogenic products for direct delivery to bulk storage tanks and organizational tanks.

10.1.9. Ensure sufficient on hand inventory levels of all fuel or cryogenics products to ensure uninterrupted support to customers.

10.1.10. Maintain minimal aviation fuel inventory levels established by the Defense Energy Supply Center (DESC) and published in their Inventory Management Plan (IMP). Deviations from established minimal levels require notification and authorization IAW AFI 23-201, Chapter 5 and DoD 4140.25M, Vol. II, Chapter 11. Maintain the War Reserve Material (WRM) and War Consumable Distribution Objective (WCDO) levels IAW USAF WMP Vol. 1, AFI 21-201 and AFI 25-101.

10.1.11. Use the DESC published contract bulletin or modification to requisition ground fuels.

10.1.12. Provide fuel contingency service in support of actual or exercise deployments, accidents, disasters, attacks, power outages and other contingencies.

10.1.12.1. When required, respond to exercises and/or actual emergency situations that do not fall within normal duty hours IAW 45 SW OPLANS, Host Tennant Support Agreements and instructions.

10.1.12.2. Notify the appropriate FD and FC when operations will exceed the basic workload estimates provided. Immediately (within 1 hour) notify FD/FC of any un-programmed requirements prior to performing them. Any performance outside the basic workload will not be reimbursed unless prior approval has been authorized. Prior to performing services outside normal duty hours of operation, under the basic terms of this contract, request overtime approval, from the appropriate FD

10.1.12.3. Establish and maintain a complete fuel contingency plan that will ensure continuation of services during periods of crisis. The fuel contingency plan will be prepared IAW AFI 10-2501. All requirements of this PWS relating to contingency operations shall be addressed in the contractor’s contingency plan. One copy of the plan

shall be provided to the ACO NLT 60 days following the contract start date with a copy to the appropriate FD. Changes must be submitted to the appropriate FD and FC for approval within 30 days after changes occur.

10.1.12.4. Develop execute and maintain a contingency plan to operate during scheduled and unscheduled Business Systems Modernization – Energy (BSM-E) Fuels Automated System (FAS) interface applications; Fuels Manager for inventory control, and interface applications involving the Fuels Enterprise Server (Purple Hub), Fuels Control Center and Bulk Ports outages (post-post operations). Submit the plan through the appropriate FD and FC for approval.

10.1.12.5. EMERGENCY, EXERCISES, SPECIAL EVENTS AND UNFORESEEN BASE CLOSURES**.** Services may be required to support an activation or exercise of contingency plans outside normal hours of operation. Anticipate increased, short-noticed, rapid response-type requests in support of these emergency, exercises, special events and unforeseen base closures. During other than normal duty hours, the contractor will be on call.

10.1.12.6. Emergency Services. Upon notification of an emergency or disaster recovery operation via the base Emergency Notification Network, notify appropriate personnel of the emergency and initiate proper actions. The contractor is required to physically report to the base in all emergency situations with qualified personnel within 30 minutes during normal duty hours and within 1 hour outside of normal duty hours. The contractor will be deemed mission-essential in the event of base closure or delayed reporting for emergency services only.

10.1.12.7. Performance of Services during Crises Declared by the National Command Authority**.**
According to the Department of Defense Instruction (DODI) 3020.37, it is determined that all services with the exception of the Self Help Store to be performed under this contract are essential for performance during crisis unless otherwise directed by the Wing Commander.

10.1.13. Ensure communications equipment is maintained IAW AFI 33-106.

10.1.14. Prepare, maintains and execute a current Fuels Support Plan IAW AFI 23-201.

10.1.15. Encode Vehicle Identification Links (VIL) for authorized customers IAW DESC FAS instructions.

10.1.16. Establish and maintain a document control file to ensure records are auditable and traceable IAW AFMAN 37-139 and Appendix H for base fuels (FP2520) and for commercial vendor deliveries to organizational tanks on Antigua Island. Review for accuracy, all accounting documentation submitted for FP2520 and Antigua Island.

10.1.17. Order and maintain Technical Orders IAW TOs 00-5-1, 00-5-2, and 00-5-2-2.

10.1.18. Develop, publishes, and maintain current Fuels Operating Instructions (FOI) and local checklists (LCL) when required IAW AFI 23-201, Chapter 1. (Functional Director approval of FOIs and LCLs is required prior to publication.)

10.1.18.1. As a minimum, LCLs will be developed for internal transfers of fuel between bulk storage systems, liquid Air Breathing Oxygen issues/transfers; CCAFS fill stand operations for JP8 and ground fuels, commercial receipt of any FP product, including liquid oxygen and ground fuel servicing.

10.1.19. Establish an industrial hygiene program consistent with OSHA requirements as specified in 29 CFR 1910.

10.1.20. Operate the Fuels Laboratory to obtain fuel and Liquid Oxygen (LOX) samples; perform and document sample analysis; and comply with environmental requirements when disposing of fuel samples IAW AFI 23-201, TOs 37A-1-101, 42B-1-1, 42B1-1-10, 42B-1-23, 42B6-1-1, AFOSH STD 91-38, Chapter 5, and local base support agreements. LOX samples will be obtained and submitted to the Chemical Laboratory at CCAFS. (PO F-3)

10.1.21. Record analysis results in the Fuels Automated Sampling and Testing (FAST) program IAW the FAS User's Manual. Test results must be available within 24 hours from the time the sample is taken and input into

FAST. Operational requirements may dictate quicker response times IAW TO 42B-1-1, TO 42B-1-16 and TO 42B6-1-1. (PO F-5)

10.1.22. Notify the QASP immediately of any fuel or cryogenics commingling, accidents or sample failures.

10.1.23. Ensure a Fuels Operations Supervisor manages the Fuels Information Service Center (FISC), Preventive Maintenance, Mobile Distribution and Fuels Storage functions as described in AFI 23-201.

10.1.24. Ensure the Fuels Information Service Center reviews published aircraft flying schedules to ensure all fuels support requirements can be met without delays. Prioritization of aircraft refueling will be established by the Base Operations office.

10.1.25. Perform and document vehicle operator's inspections and organizational maintenance on assigned Government vehicles and equipment IAW AFI 23-201, AFI 24-302, AFMAN 24-307, Technical Orders 36-1-191, 00-25-172, 37-1-1, 37A-1-101 and the applicable equipment technical order or operator's manual. (PO F-2)

10.1.26. Participate in the Vehicle Control Officer (VCO) program IAW AFI 24-301.

10.1.27. Establish procedures to ensure vehicles are inspected each day the equipment is used and that each vehicle is inspected every 14 days per AFI 23-201, Chapter 6.

10.1.28. Ensure all aircraft refueling units are kept in proper repair and free of accumulations of grease, oil or other combustibles IAW NFPA 407.

10.1.29. DESC products that are out of specification will be brought back into specification IAW direction provided by DESC. Summary workload data regarding the frequency and extent of out-of-specification product will be maintained.

10.1.30. Service fuel products to authorized customers IAW AFI 23-201, AFI 23-204, Technical Orders 00-25-172, 00-25-172CL-1, 00-25-172CL-2, 00-25-172CL-4 and AFOSH Standard 91-38. (PO F-1)

10.1.31. Ensure fill stand operations are accomplished IAW Technical Orders 37-1-1, Section 3, T.O. 37A-1-101 and AFOSH Standard 91-38.

10.1.32. Receive, store, analyze and transfer all fuel or cryogenic products IAW AFI 23-201, AFOSH Standards 91-38, Technical Orders 00-25-172, 37-1-1, 37A-1-101, 37C2-8-24-1, 37C2-8-1-116WC-1, 42B-1-1, 42B6-1-1 and locally developed checklists.

10.1.33. Offload fuels or cryogenic products within the time frames specified in the applicable delivery contract IAW DoD 4140.25M.

10.1.34. The contractor shall pay demurrage charges which fall within the contractor's control as determined by the Contracting Officer and as specified in the delivery contract when the offload times are exceeded as a direct result of contractor actions IAW DoD 4140.25M.

10.1.35. Perform operator's inspection and maintenance IAW Technical Orders 37-1-1, 37A-1-101, Time Compliance Technical Orders (TCTO) UFC 3-460-03, 40CFR 112, 40 CFR 280 and manufacturer's technical manuals and warranties where no TO is applicable on the Military Service Station and the Bulk Fuels Storage.

10.1.35.1. Ensure operator maintenance of all petroleum facilities is performed and documented on AFTO Form 39 (Fuel System Discrepancy Record). Items that exceed user level maintenance shall be called into Civil Engineering Customer Service Desk, or submitted on an AF Form 332 for corrective action IAW TO 37-1-1. (PO F-6)

10.1.35.2. In the event of an automated tank gauging failure in the fuels area, accomplish manual physical inventories of all products managed by Fuels Management prior to 0800 hours daily.

10.1.36. Establish procedures to regularly use all tanks, transfer piping, pumps, meters, filter separators, offloading headers and truck fill-stands to help prevent deterioration of pumps, seals, hoses and gaskets.

10.1.37. Perform operator maintenance on Liquefied Oxygen Storage Tanks IAW Technical Orders 00-20-7, 0025-172, 37C2-8-24-1, 37C2-8-1-116WC-1, 42B6-1-1, AFI 23-201 and AFOSH Standard 91-31.

10.1.38. Operate the Automated Fuels Service Station (AFSS) at all locations. Should the AFSS fail at any time during contract performance, the AFSS shall be fully manned per the hours displayed in Appendix I.

10.1.39. Manage and comply with the Base Fuels Management Office (BFMO) requirements IAW at PAFB and CCAFS IAW AFI 23-204.

10.1.40. Provide to the QASP the names, duty and home telephone numbers of the control center Supervision.

10.1.41. Fuels Storage and Distribution at PAFB and CCAFS: The contractor shall provide staffing and maintain customer service hours of operation from 0630–2345, 5 days a week, including Federal holidays. 2345-0630 seven days a week provide on call capability with one hour response time for the contractor to be in place to provide fuel/liquid oxygen for assigned or transient aircraft, and emergency ground fuel requirements. A dispatcher shall be present in the fuels control center during hours of operation from 0630–2345, 5 days a week, including Federal holidays. Weekend support from 0630-2345 shall be provided to authorized customers i.e., tenants as required on reimbursable basis.

10.1.42. Contractor shall coordinate with Base Operations and the 920th RQW to obtain weekend flight schedules.

10.1.43. Contractor shall develop a confined space program IAW Federal, State, and Local laws prior to entering fuel areas that have been identified as a confined space.

## Chapter 11
## Official Passenger Travel and Personal Property Movements

**11.1. Official Travel Services.** The contractor shall.

11.1.1. Manage the traffic management official passenger travel function for both commercial and military modes of travel.

11.1.2. Process military travel arrangements and validate commercial travel reservations and ticketing for official air, bus and AMTRAK travel to include; rental car, hotel reservations, pet movement on AMC aircraft, excess baggage, cost charge, circuitous routing, blue bark movements, emergency leaves, unique/unusual travel situations, passenger briefings, excess costs, foreign clearance guide requirements, and worldwide travel advisories in the most expeditious and least expensive manner while utilizing DOD's hierarchy of travel for both peacetime and contingency travel. IAW Joint Federal Travel Regulations (JFTR) V1, Chapters 1-7; Joint Travel Regulations (JTR) V2, Chapters 1-7; DOD 4515.13R, Travel Eligibility, Chapter 1-10; AFI 24-101, Passenger Movement, Chapters one thru six; and DoD 4500.9-R, Part I, Passenger Movement, Chapter 101 thru 108 and Part III, Mobility, Chapter 301-305; USAF policies, CTO contract, local business rules and written procedures provided by the FD/FC.

11.1.3. Validate the Commercial Travel Office (CTO), Passenger Name Record (PNR) travel itinerary to ensure the most cost effective means of fulfilling official travel is provided when travel orders authorize travel and transportation. Deficiencies will be immediately reported to the Functional QAS. AFI 24-101, Chap 2, CTO contract and local PAFB business rules. (PO PO-1)

11.1.4. Use the CTO provided airline automated reservation system for random queuing, sampling and verifying use of government fares.

11.1.4.1. Ensure the CTO is the exclusive source for acquiring official commercial travel reservations. AFI 24-101, Chap 2, (2.6).

11.1.5. Adhere to established Bank of America (BoA) Central Billing Account (CBA) payment procedures and the Defense Travel System (DTS) reconciliation processes. Review, reconcile, and validate invoices and monthly billings. Prepare and submit SF Form 1113 and required billings to the FD/FC for approval and signature. Process

certified billing to the appropriate DFAS/OPLOC within one workday after approval. DOD 4500.9R, Part I, Chap 102-N; AFI 24-101, Chap 6 and attachment 6; CTO Contract and PAFB business rules. (PO PO-2)

11.1.6. Use the Global Air Transportation Executive System (GATES) for obtaining all Air Mobility Command (AMC) travel reservations. Issue and maintain register of unique control numbers for the Defense Travel System (DTS) travel. DOD 4500.9R, Appendix C thru O. (PO PO-3)

11.1.7. Maintain workload data and provide passenger forecasting requirements for all AMC channel service when requested. DOD 4500.9R, Appendix J.

11.1.8. Manage the Defense Transportation System (DTS) program as it relates to Traffic Management responsibilities. Along with the Commercial Travel Office contractor and Finance Service Office develop and maintain local business procedures. Maintain appropriate travel records, registers and logs. AFI 24-10, Chapter 4 and attachment 6.

11.1.9. Review and submit report data provided for the quarterly unused ticket and premium class travel report.

**11.2. Personal Property Movement Services.** The contractor shall:

11.2.1. Manage and operate the regionalized Personal Property Processing Office.

11.2.2. Ensure compliance with governing regulations and procedures for the timely counseling of outbound household goods, local moves, contractual moves, personally procured moves (PPM), boats, mobile homes, unaccompanied baggage, privately owned vehicles (POVs) and privately owned firearms. IAW DoD 4500.9-R, Part IV, Defense Transportation Regulation, Chap 401 – 413 & appendix F, I,K,L; Personal Property Consignment Guide Worldwide (PPCG), V1 and V2; AFD 24-5, Transporting and Storing Personal Property; AFJPAM24-225, Moving Your Mobile Home; AFJPAM24-226, It's Your Move; AFJI 24-231, Non-Temporary Storage Household Goods; AFJI24-232, Quality Control of Personal Property; Joint Federal Travel Regulation Vol. 1, (JFTR) Joint Travel Regulation; Vol. 2, (JTR), and AF supplement thereto; TOPS Manual; Traffic Advisories and HQ USAF policy. (PO PO-4)

11.2.3. Use TOPS system to counsel and schedule personal property entitlement counseling and personally procured moves. IAW DoD 4500.9-R, Part IV, Chap 401 thru 413 and associated appendixes; AF Sup to Joint Federal Travel Regulation, Vol. 1 and Joint Travel Regulation, Vol. 2; and International and Domestic Personal Property Consignment Guide (PPCIG) (PO PO-5)

11.2.4. Prepare personally procured movement (PPM) incentive payments for both inbound and outbound moves. AF Supplement to JTR, Vol. 1/JFTR, Vol. 2. (PO PO-6)

11.2.5. Provide customer service information and assistance to member inquiries regarding personal property movements, excess cost estimates, and claims. (PO PO-7)

11.2.6. Use TOPS systems to submit personal property quality assurance evaluation data to the regional support center at the Joint Personal Property Shipping Office (JPPSO) San Antonio, TX. DoD 4500.9R, Part IV, Chap 402 A –V; and Appendix's A, B, C, D, E, K, O, and P.

11.2.7. Inspect a minimum of 80 percent of inbound and outbound shipments monthly throughout the PAFB nine county areas of responsibilities for multi-service members, civilian employees including NAF employees and all DOD retirees. Witnessed weigh and reweigh of shipments will be accomplished to the maximum extent possible based on workload and location of weighing/reweighing. DoD 4500.9R, Part IV, Appendix 0. (PO PO-8)

11.2.8. Provide a properly equipped quality control inspector. DoD 4500.9R, Part IV, Appendix P.

11.2.9. Assist the Regional Storage Management Office (RSMO) in inspecting warehouses, when requested. DoD 4500.9R, Pat IV, Chap 410 D & E and Appendix D&E.

**CHAPTER 12**
**AIR TERMINAL SERVICES**

**12.1. General.** The contractor shall.

12.1.1. Provide air terminal cargo and passenger services for all US Government owned or operated aircraft and US sponsored foreign government aircraft in support of the Department of Defense (DOD) Airlift System, at Patrick AFB. Facilitate on-time aircraft departures and maintain the ability to provide sustained Air Terminal Ground Handling Services (ATGHS) for a working Maximum on Ground (MOG) capability of one wide-body aircraft or the equivalent thereof. (PO AT-1)

12.1.2. Plan, select, sequence, and monitor each aircraft passenger, cargo and mail load IAW AMCI 24-101, Vol. 9, Section E, paragraphs 17.1 through 30.6 and RGATES.

12.1.3. Validate load plans IAW DOD 4500.9R, Part III, Chapter 303, paragraph B.2.e.(4) and Figure 302-2.

12.1.4. Obtain passenger deviations when moving hazardous material IAW AMCI 24-101, Vol. 9, Attachment 3.

12.1.5. Maintain air terminal security awareness and test the Intrusion Detection System as required. AMCI 24-101, Vol.14, Section D (26-36); Section G (60) and AFI 24-114, para 2.1.8.

12.1.6. Perform, prepare, control and record movement of cargo and mail, provide cargo processing, special handling, and aircraft loading and unloading IAW: AMCI 24-101, Vol. 11, except paragraphs 4, 11, 17, 38, 74, 76-79, 81, 83, and 84; DoD 4500.9R, Part II, Chapter 203, Section C, paragraphs 5, 6, 7 and 8; DoD 4500.9R, Part III, Chapter 303, Section C, paragraphs C 5 d (1) ©, C 2 d (3) (a) and Fig 303-2; Appendix H, paragraph E, F, G, H, L, M, N, O; Appendix I, paragraphs A, B, C, D, H, K, O, Q, R; Appendix J (B); Appendix K; Appendix M (C & D); Appendix’s O, P, Q; Appendix U, (D&E); Appendix V, (A&G); Appendix X; AFMAN 24-204 (I); HQ AMC/A43 policy messages, RGATES.

12.1.7. Use the Global Air Transportation Executive System (GATES) and the Cargo Movement Operational System (CMOS) for both cargo and passenger manifesting and movement. DOD 4500.9R, Part I, Appendix C,D,E,F.

12.1.8. Provide technical assistance for preparation of hazardous materials marking and labeling IAW AFMAN 24-204 (I), along with applicable intermediate changes and supplements. Inspect all hazardous materials for proper certification and packaging before acceptance into the Defense Transportation System. Use AFMAN 24-204; International Air Transportation Association (IATA); Dangerous Goods Regulation (DGR); Code of Federal Regulations (CFR),Title 49, Parts 100-199; and International Civil Aviation Organization (ICAO) Technical Instructions for the Safe Transport of Dangerous Goods by Air. (PO AT-7)

12.1.9. Remove regulated bagged garbage from inbound international aircraft and transport to approved international garbage container provided by U.S. Customs and Border Patrol. Unlock the container, dispose of the garbage, and lock the container after each use. Keys to the container will be provided to air terminal personnel by BCBP personnel. In the event a spill occurs prior to or during transport, the local bureau of Customs and Border Protection office/agent must be notified immediately.

12.1.10. Provide storage and security for all inbound and outbound cargo/mail awaiting movement. AMCI 24-101,Vol 11, Section A, B and C.

12.1.11. Build-up and break-down multi-pallet trains, loose cargo, and mixed pallets, as required. AMCI 24-101, Vol. 11, Section C.

12.1.12. Develop a Joint Inspection (Inspector) (JI) program and Load Planning training program to ensure a sufficient number of contractor personnel are JI and load plans certified. AFI 24-114, para 1.4

12.1.12.1. Verify by joint inspection with the deploying unit; the weight, marking, labeling, and proper certification of cargo/hazardous shipments prior to receipt into the airlift system IAW DoD 4500.9R, Part III for all unit moves.

12.1.12.2. Provide sufficient air terminal personnel who have satisfactorily completed a “Preparer” or “Inspector” course for certifying, inspecting and performing quality control of hazardous materials shipments. AMCI 24-101, V-11, Section D and AFMAN 24-204(I), attachment 25.(PO AT-8)

12.1.13. Validate load plans, cargo, and documentation, and load/offload all supporting deploying/redeploying forces.

12.1.14. Activate the cargo marshalling area during deployment operations as outlined in DoD 4500.9R, Part III, Chapter 303 (A-C, D) and Appendix Q (A-E).

12.1.15. Provide a complete range of passenger and baggage services IAW: DoD 4515.13R, Chapters 2, 6 and 10; DoD 4500.54G; DOD 4500.9R, Part III, Chapter 303, Section B, paragraph B.2.e.(4) and Figure 302-2, Appendix V (J); Appendix S, (D); Appendix M, (C.3 and D); AMCI 24-101, Vol. 14, except Section A, paragraphs 1, 2.1–2.3, 2.5, 2.7, 2.10, Section B, paragraph 3 and 19, Section E, paragraphs 41, 42.1-42.3, 43..1 & 53; AMCI 24-101, Vol. 15; AMCI 24-101, Vol. 24, paragraph 4.15 thru 4.15.5; HQASMC/A43 policy messages and RGATES. (PO AT-3)

12.1.15.1 Load and unload arriving passengers and escort to/from the air terminal or U.S. Customs holding area as appropriate.

12.1.15.2. Meet all arriving passenger carrying aircraft within two minutes of aircraft block time. (PO AT-5)

12.1.15.3. Ensure passenger eligibility to travel aboard DoD-owned or operated aircraft.

12.1.15.4. Print and issue boarding passes via RGATES to departing passengers.

12.1.15.5. Provide gate services to include passenger accountability and anti-hijack processing for passengers and carry-on baggage. (PO AT-6)

12.1.15.6. Maintain the AMC Space Available travel program.

12.1.16. Upload, download, and transport baggage to/from aircraft. (PO AT-2)

12.1.16.1. Reweigh baggage as required to ensure the documented weights are accurate or upon the request of the aircrew or airline representative.

12.1.16.2. Provide expeditious baggage processing to include placement on baggage conveyors for arriving passengers and issuance of appropriate AMC baggage tags for departing passengers.

12.1.17. Collect the appropriate head tax from departing space available international passengers and a border clearance fee from arriving space available passengers. These fees are published by AMC annually. AMCI 24-101, Vol. 14, paragraph 44 50.

12.1.17.1. Prepare deposit documentation and process with the local financial services office within 3 workdays of collection.

12.1.17.2. Account for DD Form 1131, Cash Collection Vouchers,

12.1.17.3. Develop and implement internal audit procedure.

12.1.18. Manage the 463L pallets, nets, and tie-down equipment for daily operational mission support, contingency support and war readiness (WRM). DOD 4500.9R, Vol. VI, Management of System 463L Pallets, Nets, and Tie-down Equipment, Chapters 608, 609, 610, and 611 and AFI 24-114, 1.6.

12.1.18.1. Prepare and forward MTC-DR (M&Q) 8701 Pallet/Net Report quarterly. DoD 4500.9R, Vol. VI.

12.1.18.2. Maintain passenger and cargo workload data for annual airlift forecasting.

12.1.19. Establish a terminal safety program. As a minimum, use the following standards when establishing a terminal safety program, AFOSH 91-46, Materials Handling and Storage Equipment; AFOSH 91-100, Aircraft Flight Line-Ground Operations and Activities; AFJMAN 24-306, Manual for the Wheeled Vehicle Driver and AFMAN AFI 91-201, Explosive Safety Standards. (AMCI24-101, V11, Sec A, para 11)

12.1.20. Perform and document vehicle operator's daily inspections on Government vehicles and equipment IAW AFI 24-302. (PO AT-4)

**CHAPTER 13**
**FREIGHT AND PACKAGING**

**13.1. Freight Movements:** The contractor shall:

13.1.1. Load, off-load, in-check, receive, inspect, store, deliver, ship, certify and prepare hazardous material, load and offload SEAVANS and maintain all related documents, files and registers IAW Chap 3,4, 5, and 21, AFI 24-203, and DoD 4500.9R, Part II and III.

13.1.2. Maintain a shipment planning capability to process MILSTRIP shipments and customer initiated non-MILSTRIP shipment documentation. AFI 24-203, Chapter 3 and 4; DOD4500.9-R, Part II, Chapter 202, 203, 204, 205, 206, and appendix G, L, M, O, R, S, V and associated codes.

13.1.2.1 Ensure Transportation Account Codes (TACs) are accurately applied to shipments moving within the Defense Transportation System (DTS). DD 4500.9R, Vol. II, Appendix V, attachments V1 thru V9; and AFI 24-203, Chapter 7, 12 and 19 and attachment 4. (PO FM-5)

13.1.2.2. Select the mode of transportation that meets Uniform Materiel Movement and Issue Priority System (UMMIPS) time standards. AFI 24-203, Chapter 2, DoD 4500.9R, Vol. II; Chap 201 and 202.

13.1.3. Maintain a Carrier Performance Program. DoD 4500.9R, Part II, Chapter 207, A-K.

13.1.4. Prepare and distribute Commercial and Government Bills of Lading (CBL/GBL) pertaining to the movement of DoD cargo shipments. AFI 24-203, Chap 6; DoD 4500.9-R, Part II, Chap 206, 212, and appendix G.

13.1.4.1. Reconcile Commercial Bill of Lading shipments processed by Power Track and forward to the FD/FC for certification within established time frames. (PO FM-6)

13.1.4.2. Be knowledgeable of transportation funding and payment procedures. AFI 24-203, Chap 7 and 12.

13.1.5. Consolidate compatible items for shipment. Use most economically feasible modes of transportation to meet required delivery date, except as prohibited. AFI 24-203, Chap 5 and 6.

13.1.6. Use CMOS/SBSS, IBS, GTN, WPS and Power Track systems to process, book, track, ship, label, and carrier selection. Maintain capability to perform manual process during non-operational periods. AFI 24-203, Chap 2, 3, 4, 5 and 19; DOD 4500.9R, Part II, Chap 202 (A-Z), 203, 204, 205, 208, 212 and associated appendix's. (PO FM-1)

13.1.6.1. Use and perform CMOS system administrator system updates as required.

13.1.7. Verify small package billing invoices for accuracy 100% of the time and submit weekly billings to FD/FC for approval.

13.1.8. Serve as the focal point for processing inbound and outbound freight shipments to/from Port Canaveral, CCAFS and PAFB for authorized customers. Maintain liaison with US Customs and Border Patrol agents and port authority personnel for clearing inbound and outbound international shipments. DOD 4500.9R, Part V, Customs and Border Clearance Policies and Procedures.

13.1.9. Verify delivery of commercial express carrier shipments within the terms specified in the commercial express carriers tender or contract. Aggressively seek reimbursement from commercial express carriers when such carriers fail to meet required delivery requirements. DoD 4500.9R, Part II, Chap 212, A-C; AFI 24-203, Chap. 3.

13.1.10. Comply with Federal and local laws, regulations, and ordinances relating to vehicle size permit requirements, weight limitations and hazardous classification requirements. AFI 24-203, Chap. 4.

13.1.11. Manage Report of Shipment (REPSHIP) messages and maintain a REPSHIP file. AFI 24-203, Chapter, 5, 5.10; DoD 4500.9-R, Part II, Chapter 205. (PO FM-3)

13.1.12. Ensure all classified, sensitive and controlled material is properly stored in approved locations and continuous hand-to-hand signature receipt IAW AFI 24-210, Chap. 9, DOD 4500.9-R, Part II, Chap. 205, DOD 4145.19-R-1, AFMAN 23-210 and AFMAN 23-110, Vol. II, Part Two, AFI24-203, Chap 5. (PO FM-7)

13.1.13. Provide timely movement (delivery and shipment) of MICAP, 999, and Project Coded shipments. Divert or redirect frustrated shipments that are outside UMMIPS time standards IAW AFI 24-203, Chap. 3, ATEL 2, DoD 4500.9R, Vol. II, AFMAN 23-110, Vol. I, Part One, Chap 24, IAW AFMAN 23-110, Vol. II, Part Two, and Appendix F.

13.1.14. Identify and document Over, Short and Damaged (OS&D) shipments. Annotate the carrier freight bill with the discrepancy, date, drivers name and signature and report the OS&D to the claims examiner for TDR processing. AFI 24-203, Chap. 10, DoD 4500.9-R, Part II, Chap. 209 and AFMAN 23-110, Vol. II, Part Two.

13.1.14.1. Maintain a free astray program with local freight carriers to identify lost or astray DoD shipments. Contact carriers quarterly and determine the disposition of lost or astray shipments. DoD 4500.9R, Part II, Chapter 202H. AFI 24-203, Chap. 10.

13.1.15. In-transit shipments identified as being frustrated shall be repacked, re-certified, labeled and documented as required for onward movement.

13.1.16. Maintain records management and disposition of transportation records. IAW AFI 24-203, Chap 1; DoD 4500.9R, Part II, Chap 201, T.

13.1.17. Contractor will maintain and process Foreign Visit Form with the 45th Foreign Disclosure Officer (FD)) for inbound/outbound commercial drivers delivering and picking-up shipments from PAFB. IAW 45th SW/FDO policy letter.

13.1.17.1. Contractor will attend Foreign Visitor Escort Training conducted by the 45th SW/FDO.

13.1.17.2. Contractor will escort arriving/departing commercial vehicles to/from truck gate to the LSSC when requested.

13.1.18. Contractor shall manage the LSSC transportation activity for pickup and delivery for the movement of material to and from storage IAW AFMAN 23-110, Vol 2, Part 2, Chap 10.

13.2. **Packaging, Crating, and Preservation:** The contractor shall.

13.2.1. Package, preserve, containerize, label, block, and brace shipments to properly identify, prevent deterioration and damage during storage and shipment worldwide. Ensure shipments comply with guidance and criteria contained in AFI 24 Transportation Series for processing cargo movement and packaging and crating; DoD 4500.9R, Defense Traffic Regulation, Part II, Cargo Movement; Title 49, CFR; AFJMAN 24-204, Military Airlift of Hazardous Materials; International Civil Aeronautic Organization (ICAO); International Air Transportation Association (IATA); and International Maritime Dangerous Goods Code for Special Handling cargo; MIL-STD-129, Marking and Labeling; AFI 24-203, Chap 8, Para. 8.1 – 8.10, Chap 19 and Attachment 3. (PO FM-2)

13.2.2. Maintain packing materials, crating materials, container supplies to properly prepare cargo for movement or storage and ensure reutilization of reusable containers. AFI 24-203, Chap 8, 9 and attachments 3 and 5.

13.2.2.1. Ensure shipments weighing in excess of 75 pounds are skidded or palletized and properly secured with a height not to exceed 72 inches with no overhang and secured on four-way entry pallets or skids. AFI 24-203, Chap 9.

13.2.2.2. Inspect shipments containing fuel components to ensure they have been properly certified as drained and purged. AFI 24-203, Chap 4.

13.2.2.3. Package, preserve, mark and label cargo for shipment or storage. AFI 24-203, Chap 8, 9 and 15; and MIL-Std 129.

13.2.2.4. Maintain sufficient number of trained and qualified personnel to certify and handle hazardous material via all modes of transportation. Provide refresher training annually and document training for all personnel handling hazardous materials. Identify these individuals by contract start date. AFJM 24-204, Preparing Hazardous Materials for Military Air Shipments; 49 CFR, AFI 24-203, Chap 16, 16.1-16.8; and DOD 4500.9R, Part II, Chap 204, A-H. (PO FM-4)

13.2.2.5. Maintain an Electrostatic Sensitive Devices (ESD) control program and work station. IAW MIL-STD-1686, ESD Control Program; and AFI 24-203, Chap 8.

13.2.2.6. Stuff, brace and block SEAVAN containers for sealift shipments destined to Ascension AAF and Antigua AS, W.I., ensuring proper weight limitations and distribution. Maximum loaded SEAVAN weight for Ascension Island is 30,000 pounds. AFI 24-203, Chap 3; and the Sealift Contract for Ascension and Antigua.

13.2.2.7. Initiate and process Transportation Discrepancy Reports (TDRs) for inbound and outbound property movements. Perform tracer action on shipments identified on the Delinquent Document Listing (R40) and the Tracer Action Register (TAR) Listing IAW AFJI 24-228, Chap. 1; AFI 24-203, Chap. 1 and 10; DoD 4500.9-R, Part II, Chap. 209 and 210 and AFMAN 23-110, Vol. II, Part Two.
(PO FM-8)

13.2.2.8. Be knowledgeable of special packaging considerations for movement of special category cargo, i.e., Foreign Military Sales, small arms, hazardous materials, radioactive waste, industrial plant equipment, etc. AFI 24-203, Chap 8 and 9. (PO FM-2)

13.2.2.9. Ensure annual calibration of warehouse scales or more frequently when deemed necessary by the contractor to ensure accuracy of weights.

13.2.2.10. Maintain the Wood Packaging Material (WPM) Program IAW AFSPC/A4R message dated 15 March 2006 and to AFI 24-203, attachment 4.

**Chapter 14**
**Civil Engineer Material Acquisition**

**14.1.** The contractor shall manage, operate and account for all functions related to material acquisition, receiving, warehousing, storage, distribution, residual storage, self-help Store, accountability of records, Civil Engineer Material Acquisition System (CEMAS), and Civil Engineer Supply Store (COCESS). Establish logistic support stock, maintain bench stock, and maintain a centralized administrative stock area. IAW AFPAM 32-1004 Vol.4, AFI 32-1001, AFM 23-110 Vol.2 Part 2, Chap 31 and AFPAM 32-1098, T.O. 00-20-3.

**14.2. PROGRAM OVERVIEW**

**14.2.1.** Maintain and replenish stock and supplies to ensure that Patrick AFB, 45th Civil Engineer Material Control operations can be conducted.

**14.2.2. Civil** Engineer Material Acquisition System (CEMAS) will be used for tracking and managing supply/CE property, ordering, and inventory control.

**14.2.3.** Produce daily, monthly, quarterly and annual SBSS and ADPE reports and listings as required by AFMAN 23-110, Vol. II, Part Two.

**14.2.3.1. Daily** and monthly inventory adjustments (SF022-300, SF022-365)

**14.2.3.2. Weekly** list of items requisitioned (GPC requisition) (SF022-190)

**14.2.3.3. Daily** store stock issue & turn-in (shop code) (SF022-245)

15.2.3.4. Quarterly coded for delete due to non-utilization (SF022-395)

**14.2.4.** The contractor shall ensure CE Material Acquisition Work Order Closeout documentation

shall be complete and coordination accomplished to ensure work orders are properly closed out.

**14.2.5. Initiate** follow-up action on requisitions submitted either by direct procurement, decentralized purchases, and through Base Supply: (1) When status has not been received, (2) When the estimated shipment date/availability date are not satisfactory to meet the mission requirement, and (3) when requisition status notices indicate erroneous data.

**14.3. OPERATIONAL REQUIREMENTS AND SPECIFIC TASKS**

**14.3.1. Management.** Provide guidance and coordination for Civil Engineer logistics functions to assure effective and economical operation to include attending meetings when representation is requested by an appropriate Civil Engineer activity, (e.g., weekly Work Request Review Board (WRRB), weekly scheduler's meeting, etc.).

**14.3.2. Administration**. Provide administrative support for the Civil Engineer Logistics functions as contained in this SOW. All records, documents, and associated papers provided by the government and those generated during the period of this contract as part of a purchase transaction, become government property and will remain in place upon contract termination or completion. During the contract period these records, documents and associated papers will be made available for Air Force review upon request.

**14.3.2.1.** Work **in Progress.** At contract start date, work in progress and work requirements will be the new contractor's responsibility to complete. When the successor contractor takes over there will still be transactions which were started and paid for by the predecessor contractor for which the predecessor contractor will need to be reimbursed. The successor contractor must agree to process these transactions for reimbursement by preparing the required documentation (receipts list) and furnishing it to the Contracting Officer for payment.

**14.3.2.2.** Audits**.** The contractor will maintain all acquisition/supply documents and files for the life of the contract for audit purposes. These will include work orders, purchase documents, receipt documents, vendor invoices, issues to customers, transfers and any other pertinent document applicable to any transaction.

**14.3.2.3.** Data **Systems**. Operate and maintain database for Government-furnished system to include, but not limited to: Civil Engineer Material Acquisition System (CEMAS)

**14.4. Training:** CEMAS Training; Maintain internal training of all CEMAS personnel in all aspects of their required job classification skill IAW AFMAN 23-110, Vol. II, Part Two, and AFPAM 32-1004, Vol. 4.

**14.5 ACQUISITION OF MATERIALS** Perform Material Acquisition function. Use Standard Base Supply System (SBSS) to acquire all materials, equipment and tools to support the SOW. Material Acquisition Direct procurements or decentralized purchases (GPC card or Blanket Purchase Agreement (BPA)) shall be used for items not available through base supply and/or which the required delivery date (RDD) cannot be met by base supply IAW AFPAM 32-1004, Vol. 4. Input all purchases into CEMAS. Upon request of the Government make available for review.

**14.5.1.** Order Priorities. Assign the appropriate priority to each request to meet the Required Delivery Date (RDD) of the requester based on the categories in the table at 1.15.4.2. Follow-up weekly on all materials past the Agreed Delivery Date (ADD) and update the CEMAS accordingly. IAW AFPAM 32-1004, Vol. 4.

**14.5.2.** Bill of Materials (BOM). Firm Bill of Materials (BOM) and purchase materials with priorities as requested:

| Category | Days of Week to acquire item |
|---|---|
| Emergency (E) | within 1 day (24 hours) |
| Urgent (U) | within 5 workdays |
| Routine (R) | within 30 workdays |

**14.5.3.** Quality of Items. Purchase materials that meet or exceed specified requirements. Prior to purchasing a "suitable substitute," obtain approval from the shop foreman.

**14.5.4.** Spending. Monitor and advise the Functional Director of spend rates as requested.

**14.5.5.** Stock Replenishment. Replenish stock to levels sufficient to meet customer needs. Coordinate all material or supply additions or deletions and reorder points with the appropriate Civil Engineer shop foreman.

**14.6. MAINTAIN STORES.**

**14.6.1. Maintain CE Stores**. Use CEMAS to manage store stock inventories, stock status accuracy, and control and maintain the storage and distribution of received items.

**14.6.1.1.** Maintain a customer service function during normal duty hours, (Ref. Appendix I) to receive calls and walk in requests. Process issue request to authorized Civil Engineer personnel. Verify Customer ID in the system and ensure customer signs for all materials issued. Maintain receipts in a manner as to permit government audit as required.

**14.6.1.2.** Material Acquisition shall coordinate adjusted levels IAW AFPAM 32-1004, Vol. 4 and AFMAN 23-110, Vol. II, Part Two.

**14.6.1.3.** Material Acquisition bench stock account shall maintain a sign-out ledger for materials withdrawn from the bench stock for project support. Ledger shall contain as a minimum the bench stock item number, quantity; unit of issue, work order number, and organization/shop code IAW AFPAM 32-1004, Vol. 4 and AFMAN 23-110, Vol II, Part Two.

**14.6.1.4.** CE organizational bench stock withdrawals shall be documented. Compile material costs withdrawn by work order number and process documentation. Provide FD/FC documentation quarterly to collect reimbursements for bench stock account IAW AFPAM 32-1004, Vol. 4.

**14.6.1.5.** Manage and operate Self-Help Center excluding the following requirements from AFPAM 32-1098:
Offeror shall not provide staffing for technical support in hands-on training.
Offeror shall not service Military Family Housing.
Offeror shall not provide loaner tools.
Offeror shall not provide skilled staffing for continuity for projects from beginning to end.
Offeror shall not provide staffing to conduct pre-inspection, in progress inspection and final inspection of projects.
Offeror shall not have authority to tap the resources of shop personnel.

**14.7. CE HazMart.** Manage and operate a CE centralized Hazardous Materials program to include receipt, storage and issue of all hazardous materials. Issue hazardous materials to Civil Engineer shop personnel when their shop appears on the authorized listing for the item and ensure correct craft code is being used.

**14.7.1.** Monitor and track the status and location of all hazardous materials through the hazardous materials tracking system from the time material is received until it is issued. Ensure customer's complete AF Form 3952 and obtain a "Material Safety Data Sheet (MSDS).

**14.7.2.** Store hazardous material in approved storage areas segregated by category, (e.g. combustible, flammable, acids or corrosive) within the CE HazMart.

**14.7.3.** The contractor CE Hazmart function will participate in the Base Hazardous Materials Management Process Team. They will help customers identify HazMart stock numbers and environmentally preferred products.

**Chapter 15**

**Joint Chemical Biological, Radiological, Nuclear Defense (CBRND) Equipment Assessment Program**

15.1. Contractor shall manage, secure, store, maintain, inventory, control, monitor, transport, ship and receive CBRND equipment and perform all operations under the guidance of the JEAP/JSSAP and established regulations and processes at Patrick and CCAFS.

15.2. Contractor will be required to use manual and automated material handling equipment. Quality monitoring support of the day-to-day conditions of stored items shall be performed.

15.3. Contractor will perform automated continuous atmospheric monitoring equipment used to track the facility's atmospheric conditions at designated facilities and provide reports as required.

15.4. All equipment and supplies utilized in this operation to accomplish warehouse activities shall be requisitioned through the Supply FD who will coordinate funding by the JEAP POC. No 45 SW funds will be utilized in the performance of these responsibilities.

15.5. Facility access will be restricted to only authorized personnel. The JEAP Program Management Office will identify personnel who require access prior to their visit with the Supply FD.

## Chapter 16

## Combat Oriented Supply Organization (COSO)

16.1. The contractor shall operate a decentralized COSO operation which consists of an aircraft parts store, Readiness Spares Package (RSP), Primary Operating Stock (POS) aircraft spares and repair cycle capability for aircraft mission support. COSO procedures promote expeditious parts support by pre-positioning high use parts close to the flight line, IAW AFMAN 23-110, Vol Two, Part Two, Vol Two, Part 13 and 45 SWI 23-102. Location for this operation is in Bldg 708 and 710.

16.2. Maintain the current 45 SWI 23-102 to govern authority for Combat Oriented Supply Operation (COSO) policy and procedures. This instruction is the governing authority for COSO operations and shall comply with Air Force policy contained in AFMAN 23-110. The functional QAS will review and FD/FC will approve this instruction.

16.3. Contractor shall not act as the Maintenance/Supply liaison (MSL).

16.4. Place aircraft POS and RSP in the COSO. Operate an Aircraft Parts Store (APS).

16.5. Repair Cycle responsibilities for the Host account and COSO shall be performed in the COSO facility.

16.6. MICAP and After Hours Support shall be accomplished by the Host supply account.

16.6.1 After Hours Support procedures shall include support of COSO units and the COSO operation.

16.7. Manage, maintain, build-up, requisition, issue and store RSPs in a deployable configuration as specified in AFMAN 23-110, Vol. II, Part Two.

16.8. Secure all equipment within the RSP with packaging, bagging and netting of pallets and any other requirements necessary to make the kit air transportable.

16.9. Contractor shall meet supply delivery timeframes specified in AFMAN 23-110, Vol. II, Part Two, T.O. 00-20-3 and Appendix H.

16.10. Provide the maintenance organization with direct processing capability to the SBSS computer system.

16.11. Contractor shall ensure shippers declaration of dangerous goods certification (DD Form 1387-2) is prepared and signed by COSO personnel who have been trained IAW paragraph 1.3.4.1.3. And AFMAN 23-110, Vol. II, Part Two.

16.12. Inspect, rotate, and request testing of shelf life controlled items in storage. Only items with unexpired shelf life shall be stored in serviceable warehouse or MRSP locations IAW AFMAN 23-110, Vol II, Part Two, AFMAN 23-110, Vol. VII, Part Three and DOD 4140.27.

16.13. Mobility Readiness Spares Package (MRSP): The contractor shall.

16.14. Manage, assemble, inventory, reconcile, and issue MSRP items. IAW AFMAN 23-110, Vol. II, Part Two.

16.15. Secure all equipment within the MRSP with packaging, bagging, and netting of pallets and any other requirements necessary to make the kit air transportable.

## Chapter 17
## Environmental

**17.1 Environmental.** The LSC contractor is responsible for complying with all federal, state, Air Force, and local rules and regulations, all applicable environmental regulatory permits and all current 45 SW Management/Operating Plans to ensure environmental compliance at all times. The contractor shall demonstrate compliance with all changes to rules and regulations during the contract period. The contractor shall complete all appropriate training necessary to meet the requirements of all environmental programs. The Air Force will provide web-based environmental training not specific to Federal and or State license/certification requirements. The contractor shall be responsible for ensuring all employees obtain and maintain necessary certifications and training. The 45 SW Environmental Office is the single point of contact with all regulatory agencies concerning Air Force issues such as: regulatory interpretation, compliance reporting, inspections, and spills or releases. The contractor shall attend and provide necessary coordination and technical support for regulatory and Air Force inspections/audits. The contractor shall perform pre-inspections of contractor operated sites/systems prior to scheduled regulatory inspections.

**17.2. Hazardous and Controlled Waste Management** The contractor shall;

17.2.1. Manage all hazardous, non-hazardous, industrial and universal wastes in accordance with all applicable federal, state, local and Air Force policies, regulations and laws.

17.2.2. Manage all hazardous waste accumulation sites, and ensure that all new and existing waste streams have been identified, in accordance with the 45 SW OPLAN 19-14, Waste Petroleum Products and Hazardous Waste Management Plan, and all applicable policies, regulations, and laws.

17.2.3. Notify 45 SW Environmental Office of all changes in hazardous waste activities including, but not limited to, waste stream process modifications, the location or relocation of accumulation sites, and names of accumulation site managers and alternates.

17.2.4. Ensure that all employees who are responsible for hazardous waste management activities receive annual hazardous waste training and, where applicable, have job descriptions that meet the requirements of 40 CFR 265.16 and AFI 32-7042, paragraphs 2.6 and 1.10.1.11 respectively. All hazmat employees (this includes all employees associated with hazardous waste) must receive the appropriate level of DOT training.

17.2.5. *Military Munitions.* All conventional explosive ordnance, whether it remains useable/serviceable or has been designated as unserviceable, will be managed IAW DoD 6055.9-STD, *DoD Ammunition and Explosives Safety Standards*, July 1999, and *DoD Policy to Implement the EPA's Military Munitions Rule*, 1 July 1998, per memorandum from HQ USAF/IL dated November 2, 1998 and the CCAFS RCRA Subpart X Operating Permit.

17.2.6. Military munitions that are solid or hazardous waste for regulatory purposes will be stored and disposed of IAW applicable state and federal regulations, DoD and Air Force guidance, and the Military Munitions Rule found at 40 CFR §264/265 Subpart EE and Part 266 Subpart M and the CCAFS RCRA Subpart X Operating Permit as appropriate.

**17.3. Petroleum Tanks/Systems and Spill Prevention Control and Countermeasures (SPCC)** The contractor shall;

17.3.1. Manage state regulated and non-state regulated petroleum tanks/systems directly associated to assigned facilities and operations in accordance with FAC 62-761, FAC 62-762, 40 CFR 280, 45 SW OPLAN 19-14, 45 SW Comprehensive Emergency Management Plan (CEMP) 10-2 Volume II and all applicable policies, regulations, and laws at mainland sites.

17.3.2. Maintain all associated documentation on-site and in a current status for review during regulatory and Air Force inspections. All petroleum containers 55 gal or greater are subject to SPCC requirements.

17.3.3. Ensure that any spill/leak/release of petroleum product is reported IAW 45 SW CEMP 10-2 Volume II and 45 SW OPLAN 19-14.

17.3.4. Coordinate and get approval from the AF environmental function prior to commencement of any changes or modifications to petroleum tank systems.

17.3.5. Manage and inspect all applicable petroleum storage tanks and or oil storage containers directly associated to assigned facilities and operations in accordance with the SPCC requirements specified in 40 CFR 112 and 45 SW CEMP 10-2 Volume II and the regulated petroleum tank requirements of FAC 62-761, FAC 62-762. Applicable Contractor personnel shall meet all SPCC training requirements.

**17.4. Air Program** The contractor shall comply with all requirements in the Title V Air Operating Permit for those facilities/operations operated by the contractor. The contractor shall;

17.4.1. Manage, store and track hazardous materials to avoid exceeding the Risk Management Program threshold quantities identified in the 40 CFR Part 68.

**17.5. Environmental Impact Analysis Process** The contractor shall provide enough detailed information on all work requests (AF Form 332) for the government to accomplish a proper environmental analysis and assessment of environmental impacts of the proposed action in compliance with NEPA, 32 CFR 989 and 45 SW Instruction (SWI) 32-7002. The Air Force Environmental Planning Function may request the contractor to submit a completed AF Form 813. Alternatives to each action (work request) must be identified on the AF Form 813. The contractor shall receive, maintain and comply with final approved EIAP documentation prior to expenditure of funds for the requested action in accordance with 32 CFR 989, and 45 SWI 32-7002.

**17.6. Environmental Release Notification, Response and Clean-Up** The contractor shall follow all spill notification and response procedures established in the 45 SW CEMP 10-2 Volume II and the 45 SW OPLAN 19-14. The contractor shall discontinue use of all leaking/damaged equipment until it is repaired.

**17.7. Emergency Planning and Community Right to Know Act (EPCRA)** Contractor shall provide chemical usage and storage records for each calendar year for all assigned facilities and activities associated with contract operations. Contractor shall comply with request from the government for the data and contractor shall input data into electronic database provided by the government..

**17.8. Hazardous Material Management** The contractor shall participate (as requested) as an active member of the 45 SW Hazardous Material Management Process (HMMP) Team IAW AFI 32-7086, Chapter1. The contractor shall;

17.8.1. Enroll in and comply with the requirements of the 45 SW HAZMAT Pharmacy program, AFI 32-7086, Chapter 2, section 2.5, paragraph 2.5.5 and the 45 SW HAZMAT Guide.

17.8.2. Ensure all sub-contractors including construction contractors comply with HAZMAT management requirements identified herein.

17.8.3. Operate and comply with the requirements of the designated Air Force HAZMAT authorization and tracking system to manage the receipt, storage, issue, inspection, and distribution of all HAZMAT.

17.8.4. Develop and implement an aggressive HAZMAT reduction/elimination program.

17.8.5. Comply with the designated HAZMAT barcode system to track all HAZMAT from purchase to disposal.

17.8.6. Comply with all conditions of use identified on approved AF Form 3952, maintain an inventory listing of all HAZMAT used or stored in the work area, and maintain only limited quantities of HAZMAT in the work area turning in excess HAZMAT as soon as possible for reuse or redistribution.

17.8.7. Manage Class I and II Ozone Depleting Substance (ODS) requirements in accordance with AFI 32-7086, Chapter 4 and the 45 SW ODS Management Plan.

**17.9. Pollution Prevention.** The contractor shall participate in the 45 SW Recycling Program. The program recycles all paper; cardboard, plastic bottles and aluminum drink containers, glass, used oil filters, and toner cartridges. The contractor shall;

17.9.1. Ensure recycled content products, energy star products, water efficient and bio-based products are considered in all purchases and ensure construction projects for contractor facilities comply with this requirement.

17.9.2. Actively participate as a member of the 45 SW Pollution Prevention (P2) Working Group and the Green Procurement Program (GPP) Working Group (as requested).

17.9.3. Maintain a continuous program for identifying any pollution prevention opportunities at facilities and in processes associated with contractor operations.

17.9.4. Comply with the 45 SW Integrated Solid Waste Management Plan (ISWMP).

17.9.5. Comply with Alternate Fueled Vehicle (AFV) requirements of EO 13149, Greening the Government through Federal Fleet Management and Transportation Efficiency.

**17.10. Environmental Safety and Occupational Health Management System (ESOHMS).** The contractor shall comply with the requirements of the 45 SW ESOHMS. The contractor shall provide all necessary information and support to the 45 SW ESOHMS coordinator and cross-functional team so environmental aspects and impacts can be assessed for contractor-operated facilities/processes. The contractor shall ensure all employees receive initial government provided training within 90 days of employment and annual ESOHMS refresher training. All training shall be documented and maintained for the duration of the contract. Contractor environmental representative shall actively participate in the ESOHMS Cross-Functional Team.

**17.11. Environmental Safety and Occupational Health Compliance Assessment Management Program (ESOHCAMP)** Contractor shall comply with all ESOHCAMP requirements and deadlines including, but not limited to: pre-audit preparations; audit participation; attending all pertinent briefings/meetings before, during and after audit; providing all requested information on findings including verification of information. Develop management action plans by established deadlines and provide monthly updates. Complete corrective actions by established completion dates with notification to 45 SW Environmental Office. (A1-2)

**17.12. Contract Environmental Representative:** The contractor shall appoint in writing a primary and alternate Environmental representative for the contract. The contractor shall ensure all employees are aware of the Environmental representative and that individual's responsibilities. The Environmental Manager shall be directly responsible for coordinating compliance with Federal, State, local, Air Force and 45 SW requirements. The Environmental POC shall, at a minimum, ensure compliance with Hazardous Waste Program requirements (including hazardous waste handling, storage, and disposal); ensure compliance with all environmental permits if applicable; ensure compliance with hazardous materials management requirements; and coordinate the remediation of regulated substances (lead, asbestos, PCB transformers, etc.) if applicable. The person in this position must have adequate awareness training to accomplish the following duties; compliance with pollution prevention procedures; ensure waste collection, labeling, segregation and storage requirements are met; coordinate delivery and removal of waste containers; and maintain the required records and documentation, including environmental permit compliance and training.

## SECTION II
## PERFORMANCE PLAN

2.1. **Performance Plan (PP)**. The Performance Plan (PP) contains only those items considered most important for mission accomplishment. Performance Objectives (PO) and Assessment Items (AI) charts are attached at the end of this section.

2.2. **Performance Objectives/Assessment Items.** The performance objective is the task/services required in accordance with the Performance Work Statement (PWS). These are the PO requirements the government shall inspect. The absence of any contract requirement from the PO shall not detract from its enforceability nor limit the rights or remedies of the government under any other provision of the contract, including the clauses entitled "Inspection of Services" and "Default". Performance Assessment Items have been determined by the government as requiring periodic performance assessment. Each AI contains a government determined threshold. Assessment Items results will be considered in the contractor's overall performance rating with the Performance Objectives. The contractor's rating on these areas will be included in the Contractor's (CPAR) rating.

2.2.1. PWS paragraph where the performance objective may be defined.

2.3. **Performance Threshold.** The performance threshold defines the specific standard or level of performance expectation for each listed service.

2.4. **Government Quality Assurance.** Contractor performance shall be inspected to determine if it meets the contract standards via a government Performance Plan (PP). While a draft PP is provided with the Request for Proposal (RFP) the final PP shall be generated after contract award based on receipt and acceptance of a contractor Quality Control Plan or partnering agreement. While some form of surveillance is required for acceptance of services on all contracts; a variety of surveillance methods may be used.

2.4.1. Random sampling of recurring service outputs.

2.4.2. One hundred percent inspection of the output.

2.4.3. Periodic inspection of the processes or output.

2.4.4. Customer complaints where contract nonconformance can be validated. These may include contacts through the use of fax or email.

2.4.5. Quality Surveillance Checklists

2.4.6. Trend Analysis.

2.4.7. Contractor metrics, based on written documentation of inspections.

2.4.8. Third party audits.

2.4.9. Quality indexing.

**2.5. Performance Evaluation.** Performance of a service shall be evaluated to determine whether or not it meets the performance requirements of this contract. When the performance requirement is not met, a Performance Assessment Report (PAR) shall be issued to the contractor by the Contracting Officer. The contractor shall respond to the PAR the form and returning it to the Contracting Officer within five calendar days of receipt. Re-performance of unacceptable services at no additional cost is the preferred course of action when appropriate. In the case of PARs issued as the result of the contractor's inability to re-perform, the Contracting Officer shall take appropriate measures according to the clause entitled "Inspection of Services."

**GENERAL CONTRACT (PO G-1 thru G-5)**
**PERFORMANCE OBJECTIVE**

| PO | PERFORMANCE OBJECTIVE | PWS REFERENCE | PERFORMANCE THRESHOLD |
|---|---|---|---|
| G-1 | Manage security and resource protection programs | 1.4<br>6.1<br>8.7<br>8.24<br>8.25<br>8.32 | Zero (0) security violations. |
| G-2 | Manage and ensure performance of PWS contract compliance | Paragraph 1.1 through Paragraph 17.12 | 100% compliance |
| G-3 | Manage the PWS requirements, AFSPC Compliance Checklist and mandatory compliance documents. | PWS Chapters 1-17 | 100% Critical and 95% non-critical |
| G-4 | Respond and resolve customer complaints/feedback for all LSSC functions | 2.1<br>2.1.6 | 95% customer resolution within 24 (work) hours remaining 5% no later than 48 hours. |

**SUPPLY (PO S-1 thru S-5)**
**PERFORMANCE OBJECTIVE**

| PO | PERFORMANCE OBJECTIVE | PWS REFERENCE | PERFORMANCE THRESHOLD |
|---|---|---|---|
| S-1 | Manage the delinquent document program. | 8.3.20<br>8.13.4 | Zero (0) Delinquent controlled documents. Less than 2% delinquent uncontrolled documents. |
| S-2 | Accountable officer approval for forced record adjustments and lost documents. | 8.9<br>8.13<br>8.13.3 | 100% of accountable documents approved within one (1) workday. |
| S-3 | Process Supply Deficiency Reports (SDRs) for inbound/outbound receipts. | 8.23<br>8.23.6 | Zero (0) SDR's not submitted or follow-up not conducted. |
| S-4 | Perform tracer action on shipments identified in the Delinquent Document (R40) and Tracer Action Register (TAR) listings. | 8.23<br>8.23.6<br>8.24.6 | 95 % of listings shall be processed within established time frames. |
| S-5 | Manage SBSS clear rejects | 8.16.7 | 100% Rejects cleared with 5 calendar days<br>and reason "why" phrase entered when deleted rejects occur. |

**STORAGE/RECEIVING (PO SR-1 thru SR-10)**
**PERFORMANCE OBJECTIVE**

| PO | PERFORMANCE OBJECTIVE | PWS REFERENCE | PERFORMANCE THRESHOLD |
|---|---|---|---|
| SR-1 | Manage the Inspection program | 8.3.19 | 100% Critical and 95% non-critical inspection procedures performed. |
| SR-2 | All Notice to Stock with storage location processed in 1 workday and 2 workdays for items with no location**.** | 8.25.8 | Assigned warehouse locations stored within one (1) workday. Unassigned warehouse locations stored within two (2) workdays. |
| SR-3 | Bench Stock Availability Rate | 8.17<br>8.17.1.1 | Maintain overall 95% bench stock availability percentage. |
| SR-4 | Manage shelf-life program**.** | 8.3.11 | 95% of shelf life assets samples/stored have current shelf life date. |
| SR-5 | Store all sensitive, classified and controlled (CIC) material in approved storage locations. | 8.25.3 | 100% CIC assets stored in approved location |
| SR-6 | Inventory and inventory accuracy. | 8.26<br>8.26.1.4 | Zero (0) past due inventories greater than 365 days monthly and zero past due inventories greater than 180 days for classified and pilferable. Overall inventory accuracy greater than 98% with classified and pilferable at 100%. |
| SR-7 | Process receipts | 8.24.1<br>8.24.2<br>8.16.3<br>8.16.7.4 | 100 % Priority and 95% of all other receipts unloaded, in checked, inspected, and supply accountable records updated within specified time frames. |
| SR-8 | Maintain Awaiting Parts Program | 8.3.21<br>8.25.4 | 100% of all AWP due-outs have a firm due-in and follow-up and lateral checks performed. |
| SR-9 | Process Shipments within delivery UMMIPS time standards. | 8.23<br>8.23.2<br>8.25.5 | 98% of shipments processed within time standards. |
| SR-10 | Maintain DIFM Program | 8.16<br>8.16.5 | All DIFM related transactions will be process within 1 workday and DIFM customer contacted at least once per week for update status. |

**PICK UP AND DELIVERY (PO PD-1 thru PD-2)**
**PERFORMANCE OBJECTIVE**

| PO | PERFORMANCE OBJECTIVE | PWS REFERENCE | PERFORMANCE THRESHOLD |
|---|---|---|---|
| PD-1 | Deliver due-out releases within prescribed UMMIPS time frames. | 8.23<br>8.23.1 | 95% on time deliveries for all Due-Outs. |
| PD-2 | Deliver issues releases within prescribed UMMIPS time frames | 8.23<br>8.23.2 | 95% on time deliveries for all issues within UMMPS time frames. |

**EQUIPMENT MANAGEMENT (PO EM-1 thru EM-3)**
**PERFORMANCE OBJECTIVE**

| PO | PERFORMANCE OBJECTIVE | PWS REFERENCE | PERFORMANCE THRESHOLD |
|---|---|---|---|
| EM-1 | Manage turn-ins of EAID/ non-EAID equipment**.** | 8.22.3 | 95% of turn-ins processed within required time frames. Remaining 5% shall be completed following workday. |
| EM-2 | AFEMS equipment assets managed, reported and validated to clear rejects/variances | 8.22.4 | 100% Rejects cleared with 5 calendar days<br>and reason "why" phrase entered when deleted rejects occur. |
| EM-3 | Equipment inventories completed on time and CA/CRL jacket files accurate | 8.22.2 | 100% inventories accomplished on time. 100% CA/CRL Jacket files accurate |

**SPECIALIZED STORAGE (PO SS-1 thru SS-6)**
**PERFORMANCE OBJECTIVE**

| PO | PERFORMANCE OBJECTIVE | PWS REFERENCE | PERFORMANCE THRESHOLD |
|---|---|---|---|
| SS-1 | Weapons processed, issued, and inventoried as required IAW AFMAN 23-110 | 8.32 | Zero defects with issuing, processing, accounting and inventorying. |
| SS-2 | Inventory, issue, inspect, transfer and account for Individual Body Armor | 8.31 | Zero defects with IBA stored, issued, inspected, and inventoried 100% accountability and serviceability on all parts of IBA. |
| SS-3 | Inventory and inspect mobility bags stored in supply | 8.32 | Zero (0) defects with mobility bags/assets managed, stored, inventoried, processed, issued in supply. |
| SS-4 | Ensure Declared/authorized HAZMATs only stored/issued and have not exceeded maximum authorization/allowed limit | 8.33 | Zero (0) HAZMATs exceeding maximum allowed on hand. |

| | | | |
|---|---|---|---|
| SS-5 | Schedule and conduct Quarterly HAZMAT customer shop visits and correct inventory discrepancies within 5 work days. | 8.33.4.10 | 100% of all shops scheduled/conducted and inventory discrepancies corrected in 5 work days. |
| SS-6 | Storage procedures maintained for mobility assets. | 8.32.2.18 | 95% Bulk mobility assets stored, identified by NSN, Qty, lot number, shelf-life, date of manufacture. |

**MUNITIONS (PO M-1 thru M7)**
**PERFORMANCE OBJECTIVE**

| PO | PERFORMANCE OBJECTIVE | PWS REFERENCE | PERFORMANCE THRESHOLD |
|---|---|---|---|
| M-1 | Perform on time periodic munitions inspections. | 9.1.3.4<br>9.1.3.6<br>9.1.3.67 | 98% of periodic inspections due are scheduled/performed on time. |
| M-2 | Perform inspections IAW AFI, T.O. specific, inspection instructions. | 9.1.3.4<br>9.1.3.67 | 98% of all inspections performed accurate. |
| M-3 | Maintain accurate munitions authorization records (AF FORM 68) and custody jacket files. | 9.1.3.8 | 100% accuracy of AF Form 68's and custody jacket files. |
| M-4 | Ensure accuracy of container markings, stenciling, and condition code tags during inventory and inspections of stockpile and custody accounts. | 9.1.3.5 | Semi-annual Stockpile- 100%<br>Quarterly custody -100%<br>on all stockpile and custody account asset marked, stenciled and tagged. |
| M-5 | Maintenance and Quality Control of Munitions Accountable documents IAW AFI 21-201 and HQs Sup. | 9.1.3.8 | 100% accountable documents QC'd accurately filed |
| M-6 | Ensure munitions containers are sealed on stockpile assets. | 9.1.3.8<br>9.1.3.68 | 100% seals affixed to munitions containers |
| M-7 | Perform on time and accurate munitions inventories. | 9.1.3.48<br>9.1.3.49<br>9.1.3.50<br>9.1.3.51 | 100% Perform on time and accurate munitions inventories. |

**FUELS (PO F-1 thru F-6)**
**PERFORMANCE OBJECTIVE**

| PO | PERFORMANCE OBJECTIVE | PWS REFERENCE | PERFORMANCE THRESHOLD |
|---|---|---|---|
| F-1 | Perform Fuel Product (FP) servicing operations**.** | 10.1.30 | 100% of Fuel Product (FP) product servicing operations performed. |
| F-2 | Inspect/maintain fuel servicing/dispensing equipment | 10.1.25 | 100% fuel servicing equipment inspected/maintained. |
| F-3 | Perform quality analysis on fuel samples in accordance with technical references | 10.1.20 | 100% compliance with scheduled samples. |
| F-4 | Refuel/defuel all FP products to meet all servicing requirements | 10.1.1.1 | Respond to priority 1 thru 4 service requests within the timeframe specified.<br>100% on Priority 1<br>95% Priority 2-4 |
| F-5 | Record analysis results in the Fuels Automated Sampling and Testing (FAST) program IAW the FAS User's Manual | 10.1.21 | 100% of Test results must be available within 24 hours from the time the sample is taken and input into FAST. |
| F-6 | Perform operator maintenance on all petroleum facilities | 10.1.35.1 | 100% of all In-Use systems are checked out and documented on AFTO Form 39 IAW TO 37-1-1. |

**TRANSPORTATION**
**Terminal (PO AT-1 thru AT-9)**
**PERFORMANCE OBJECTIVE**

| PO | PERFORMANCE OBJECTIVE | PWS REFERENCE | PERFORMANCE THRESHOLD |
|---|---|---|---|
| AT-1 | Facilitate on-time aircraft departure. | 12.1.1 | Zero (0) mission delays attributed directly to contractor. |
| AT-2 | Arriving baggage | 12.1.16. | Ensure terminating baggage begins arriving at baggage claim within 20 minutes of aircraft block-in time. |
| AT-3 | Departing Service | 12.1.15 | 100% passenger processing completed within 30 minutes prior to aircraft departure |
| AT-4 | Perform daily operator inspections of aircraft loaders and staircase equipment | 12.1.20 | Zero (0) missed daily operator inspections |
| AT-5 | Passenger Aircraft Arrival | 12.1.15.2 | Meet 100% of all AMC passenger carrying aircraft within 2 minutes of block time. |
| AT-6 | Anti-hijack briefings/inspection | 12.1.15.5 | Brief and inspect 100% of all terminal processed departing passengers. |

| | | | |
|---|---|---|---|
| AT-7 | Inspect, process, handle, store, and certify hazardous shipments | 12.1.8 | Zero (0) hazardous material discrepancy reports |
| AT-8 | Manage and conduct LSSC wartime skills training and hazardous certification training | 4.1.11.1 and 4.1.11.3 | 90% primary or alternate training dates must be met 85% of training courses are conducted on schedule. |

**Transportation – Freight Movements and Packaging**
**(PO FM-1 thru FM-7)**
**PERFORMANCE PLAN**

| PO | PERFORMANCE OBJECTIVE | PWS REFERENCE | PERFORMANCE THRESHOLD |
|---|---|---|---|
| FM-1 | Maintain and process all cargo movements using the Cargo Movement Operational System (CMOS) | 13.1.6 | 100% use of CMOS. Update system by suspense dates in release message |
| FM-2 | Ensure proper packaging considerations. | 13.2.1<br>13.2.2.8 | No more than one (1) one shipment identified as improperly packaged, marked or labeled per quarter. |
| FM-3 | Prepare REPSHIP notices and Traffic Transfer Receipts for inbound/outbound controlled, sensitive and classified shipments. | 13.1.11 | Zero (0) missed REPSHIP notices on inbound/outbound shipments. |
| FM-4 | Maintain sufficient number of trained personnel to prepare and certify hazardous materials for shipment | 13.2.2.4 | Zero (0) mission failure due to lack of proper certification. |
| FM-5 | Ensure correct Transportation Account Code (TAC) is applied to shipments entering the DTS. | 13.1.2.1 | Zero (0) bill back costs due to erroneous TAC code application |
| FM-6 | Process and reconcile the Monthly Billing Statement (MBS) under Power Track procedures | 13.1.4.1 | Process within 3 workdays of receipt to FD/FC for approval and signature and within 1 workday after approval to paying office DFAS. |
| FM-7 | Store all sensitive, classified and controlled material in approved storage locations. | 13.1.12 | Zero (0) discrepancy reports for improper storage of classified, controlled or sensitive shipments. |
| FM-8 | Process Transportation Discrepancy Report (TDR) for inbound and outbound property movements | 13.2.2.7 | Submit 100% of all TDR IAW prescribing directives within 3 workdays of identifying discrepancy. |

**Transportation – Personal Property & Official Travel**
**(PO PO-1 thru PO-8)**
**PERFORMANCE OBJECTIVE**

| PO | PERFORMANCE OBJECTIVE | PWS REFERENCE | PERFORMANCE THRESHOLD |
|---|---|---|---|
| PO-1 | Validate Commercial Travel Office (CTO) use of city pair fare and lowest cost travel. | 11.1.3 | Randomly sample 50% official travel reservations per month. |
| PO-2 | Process and reconcile both CTO and Bank of America (BoA) monthly central billing invoice. | 11.1.5 | Process and submit within 8 days of receipt to FD/FC for approval/signature and within 1 workday after approval to paying office DFAS. Zero (0) late invoice payments |
| PO-3 | Obtain all Air Mobility Command (AMC) port calls via GATES system | 11.1.6 | Zero (0) unsupported AMC non-use. |
| PO-4 | Perform personal property entitlement counseling to Military, DOD civilian and NAF employees. | 11.2.2 | Zero (0) excess cost or member inconvenience due to counseling |
| PO-5 | Use TOPS system to counsel and transmit shipping data to JPPSO database | 11.2.3 | 100% use of TOPS system for personal property counseling |
| PO-6 | Counsel and assist members with Personally Procured Movement (PPM) | 11.2.4 | Compute member incentive payment for PPM moves with 100% accuracy. Forward to FD/QAS for signature approval within 2 workdays. |
| PO-7 | Provide prompt customer service assistance to member inquiries regarding personal property movements, excess cost estimates, and claims. | 11.2.5 | Assist member within 10 minutes of arrival and no more than 2 customer complaints per month. |
| PO-8 | Perform quality inspections on inbound and outbound personal property shipments. | 12.2.7 | Inspect 80% of shipments (inbound/outbound combined) monthly |

DRAFT

**CE MATERIAL ACQUISITION (CE 1- CE5)**
**PERFORMANCE OBJECTIVE**

| PO | PERFORMANCE OBJECTIVE | PWS REFERENCE | PERFORMANCE THRESHOLD |
|---|---|---|---|
| CE-1 | Perform Material Acquisition Function. | 14.2.1<br>14.5<br>14.5.1<br>14.5.2 | 95% or greater overall stock availability.<br>All other items delivered by RDD. |
| CE-2 | Maintain Customer Service function. | 14.6.1.1. | No more than 3 validated customer complaints per month. |
| CE-3 | Maintain accurate inventory status | 14.6.1 | Accuracy of 98% monthly. |
| CE-4 | Manage and operate the CE centralized Hazardous Material Program. | 14.7<br>14.7.1<br>14.7.2<br>14.7.3 | No Violations or incidents. |
| CE-5 | Manage Self-Help Center accurately and timely. | 14.6.1.5 | 98% of issued self help items were issued to authorized personnel only.<br><br>Facility managers list updated monthly. |

**Assessment Items**

| | **ASSESSMENT ITEMS** | | |
|---|---|---|---|
| **AI** | **Performance Objective** | **Reference** | **Performance Threshold/Frequency** |
| **AI-1.** | **Quality Control Program**<br>**Establish a quality control program tht encompasses all aspects of the contract and mandatory compliance documents. Implement the Quality Control Program** | **1.2.5**<br>**2.1** | **No more than five undocumented minor deficiencies and zero major deficiencies shall exist which were not identified by the contractor's quality control program.**<br><br>**95 of scheduled inspections are completed on time**<br><br>**95% of compliance document requirements are** |

DRAFT

| | | | |
|---|---|---|---|
| | | | **rated in-compliance for minor and 100% for major<br><br>Periodic** |
| **AI-2.** | **Outside Audit/Inspections** | **2.1.3<br>8.19.1<br>17.11<br><br>Section 5<br>5.2.3.14<br>5.2.3.15** | **No more than five minor deficiencies and zero major deficiencies hall exist on HQs and higher inspections which were not identified by the contractor's self inspection and compliance reviews and corrected prior to inspection.<br><br>No more than one minor deficiency and zero of major deficiencies identified during local or AF Audit agency reports<br><br>Periodic** |

**SECTION III**
**GOVERNMENT-FURNISHED PROPERTY (GFP) AND SERVICES**

**3.1. GOVERNMENT-FURNISHED FACILITIES.** The government will furnish or make available facilities described in Appendix E-1. Facilities have been inspected by Base Safety for compliance with AFOSH. Hazards for which workaround procedures have been established are included in Appendix E-1. The government will correct these hazards in accordance with base-wide government developed and approved plans of abatement taking into account safety and health priorities. A higher priority for correction will not be assigned to the facilities provided hereunder because of this contract initiative. The identification of any hazardous conditions does not warrant or guarantee that no other possible hazards exist, or that the work around procedures currently employed will be adequate to meet the responsibilities of the contractor. Compliance with the Occupational Safety and Health Act and other applicable laws and regulations for the protection of employees is exclusively the obligation of the contractor. Further, the government will assume no liability or responsibility for the contractor's compliance or noncompliance with such requirements, with the exception of the aforementioned responsibility to make corrections in accordance with approved plans of abatement subject to base-wide priorities. Prior to any modification/alterations of the facilities performed by the contractor, the contractor must notify and obtain written approval from the appropriate FD, Base Civil Engineer and provide documentation describing in detail the modification to be performed. The contractor shall prepare and submit an AF Form 332 to the Base Civil Engineer, through the appropriate FD, to obtain modifications. Refer to 45SWI 32-1002 for form preparation. The contractor shall return the facilities to the government in the same condition as received, fair wear and tear and approved modifications accepted. These facilities shall only be used in performance of this contract.

3.1.1. Obtaining Additional or Replacement Facilities. The contractor shall submit requests for additional facilities required in the performance of the contract IAW 45SWI 32-1001 through the appropriate FD.

3.1.2. Facilities Maintenance. The government will provide real property maintenance for government facilities. The contractor shall appoint building manager(s) and alternate(s) to be responsible for the care, custody and protection of the assigned real property in accordance with 45SWI 32-9001. The contractor shall request maintenance IAW the instructions contained in 45SWI 32-9001 and 45SWI 32-1002.

**3.2. GOVERNMENT-FURNISHED EQUIPMENT.** The government will provide the contractor such government-owned equipment as may be required in the performance of the contract as listed in Appendices E-2, E-4 and E-5. Government-furnished equipment shall be managed in accordance with the provisions of AFMAN 23-110,Vol. II, Part Two and the applicable Government Property clause.

3.2.1. Equipment Inventory. An inventory of government-furnished equipment must be done not later than ten (10) calendar days before start of the contract, within ten (10) calendar days of the start of any option periods, and not later than ten (10) calendar days before completion of the contract period (including any option periods). The contractor and a Contracting Officer Representative (COR) shall conduct a joint inventory of all government-furnished equipment and the contractor shall sign a receipt for all equipment provided by the government within phase-in period. Items of equipment missing or not in working order shall be recorded and the Contracting Officer notified in writing. The contractor and COR shall jointly determine the working order and condition of all equipment and document their findings on the inventory. If the contractor does not participate in the inventory, the contractor must accept as accurate the listing and stated condition of equipment provided by the government.

3.2.2. Equipment Accounting. Government-furnished equipment assigned Equipment Management Codes 2 through 5 are accounted for on Equipment Authorization Inventory Data (EAID) records under the provisions of AFMAN 23-110, Vol. II, Part Two. The contractor shall designate custodians and alternates to receipt and account for government furnished EAID equipment on custodian authorization/custody receipt listings. The government will provide the custodians and their alternate's initial equipment custodian training IAW AFMAN 23-110, Vol. II, Part Two, AFEMS is the official government record for these items as long as all FAR 45.5 requirements are met.

3.2.2.1. AFEMS Managed Equipment: The contractor shall notify FD of all lost/damaged/destroyed government property as soon as facts are known verbally. A written report shall be provided to the FD and CO not later than 10 days after the facts became known. Loss/Damage or destruction shall be IAW AFI 23-111 and the Government Property clause. The report shall contain the circumstances surrounding the loss, damage, and/or destruction.

3.2.3. Loss/Damage/Destruction (FAR Part 45 Items Only). Liability for government property shall be in accordance with the clause of the contract, "Government Property", FAR 52.245-2 for those items managed under FAR Part 45.

3.2.4. Obtaining Additional or Replacement AFEMS Equipment. The contractor shall submit requests for additional or replacement government-furnished equipment required in the performance of the contract using AF Form 601, Custodian Request/Receipt and/or AF Form 2005. The contractor shall submit such requests through the QAS Functional to the appropriate FD for technical determination and approval by the CO. Upon approval, the contractor shall obtain the equipment by placing orders for such items through the Standard Base Supply System (SBSS) and AFEMS using operating funds provided by the government for that purpose.

3.2.5. Equipment Maintenance.

3.2.5.1. When a special purpose vehicle (Crane or Mobile Crane) is required to load/offload oversize receipts, the contractor shall contact 45SW Civil Engineers who will provide the crane for loading/offloading the asset. When the contractor receives advanced notification from vendor/depot of incoming oversized receipts, the contractor shall coordinate with Civil Engineers to facilitate scheduling.

3.2.5.2. The government will provide contract repair services to modify, rebuild, modernize, overhaul and service government-furnished equipment listed in Appendices E-2, E-5 and E-6, when advantageous to the government. The contractor shall submit the appropriate requirements for such service. As funds are available the FD will submit the requirement to the SMAG who will prepare an AF Form 9 or purchase through the Government Purchase Card.

3.2.5.3. The joint service propellant services contractor shall perform maintenance on government furnished liquid oxygen storage tanks which is beyond operator’s responsibilities. Maintenance shall include purging, when necessary. Contractor shall notify Cape Support, phone 861-5050, of maintenance requirements that exceed operator's responsibilities. The authorized job order number (JON) shall be provided by Cape Support at the time maintenance is requested. The contractor shall transport the liquid oxygen tanks to the repair facility at CCAFS whenever the required maintenance cannot be performed on-site.

3.2.5.4. The government will provide maintenance on land mobile radios, radio battery chargers and the base station located in the following areas: Pick Up and Delivery, the Air Terminal and the LSSC/CC. Contractor shall obtain maintenance by calling 45th CS, phone 494-2662.

3.2.5.5. The government will provide items listed in Appendix E-4 on a one-time basis. The government will not replace these items at such time as they become unserviceable. The government will not provide maintenance and/or repair of these items. These items include, but are not limited to: break-room furniture and personnel convenience type items such as microwaves, refrigerators, coffee pots, TV’s, ovens, lockers, GFE vehicles, etc. These items must be turned in to DRMO/DRMS if/when the contractor does not have use for them. Free Issue property through the base supply excess or DRMO/DRMS shall not be made available for contractor use. Contractor may utilize Plant Clearance procedures to obtain property as specified in the FAR Part 45.604 when approved by the Contracting Officer.

**3.3. INFORMATION TECHNOLOGY.** The government will furnish required ADPE as listed in Appendix E-5. The contractor shall designate an ADPE custodian for the equipment. Not later than ten days prior to the contract start date, the contractor and a LRF representative of the government shall jointly inventory listed equipment IAW AFI 33-112.

3.3.1. Obtaining Additional or Replacement Information Technology. The contractor shall forecast for replacement and additional ADPE requirements quarterly and submit to the appropriate FD. Consideration will be given based on system requirements, age of equipment and usage. When new requirements exist for additional or replacement ADPE equipment the contractor may submit a request to the FD for consideration through the functional QAS and approved by the CO. Request shall be submitted through AFWAY or other approved AF system for approval. Once request is appropriately routed the LRF GPC card holder will purchase the approved request based on availability of funds.

3.3.2. Information Technology Maintenance: The government will perform maintenance on LAN connected microcomputers and ADPE equipment and stand alone computers listed in Appendix E-5. Contractor shall obtain maintenance by calling 45SW Help Desk at 494-2666. The contractor shall ensure that all equipment warranty issues are reported to the LRF GPC card holder as soon as possible to ensure that assets covered under warranties are repaired/replaced. The contractor shall perform maintenance and other related tasks associated with the LSSC servers.

**3.4. GOVERNMENT FURNISHED SPECIAL PURPOSE AGENCY PECULIAR VEHICLES.** The government will furnish agency peculiar special purpose vehicles and vehicular equipment only, as set forth in Appendix E-6. All such vehicles shall be managed under the USAF Vehicle Management System and shall be painted and marked in accordance with AFI 23-302 and T.O. 36-1-191. All USAF-owned contractor-operated vehicles shall constitute a portion of the vehicle inventory of the applicable major command and shall be reported under allowance source code "037". Government furnished equipment and special purpose vehicles shall only be used for government purposes in support of this contract. For all other vehicles refer to Section V, paragraph 5.1.1.

3.4.1. Obtaining Agency Peculiar Additional or Replacement Vehicles. Vehicle authorizations may routinely change as a result of mission adjustments. Additional vehicle authorizations must be requested by the contractor, approved by the FD, FC and submitted to the 45 MSG/CC. The contractor shall prepare documentation for retention and requests for additional or replacement vehicles IAW AFI 23-302 only after approval from the FD and FC. The contractor shall ensure that all required justification is included on AF Form 601 prior to forwarding the request through the QASE and FD to the Vehicle Operations Officer for new authorizations.

3.4.2. Vehicle Maintenance. The government will provide vehicle maintenance services only for the special purpose/agency peculiar, government-furnished vehicles listed in Appendix E-6 or subsequently authorized/assigned vehicles IAW AFI 23-301 and AFI 23-302. The vehicle maintenance contractor will service special purpose/Agency Peculiar vehicles at Patrick AFB and Cape Canaveral Air Force Station.

**NOTE:** Any vehicle maintenance, that affects the mission essential level, shall be reported to the 45 LSSC SORTS monitor.

**3.5. GOVERNMENT FURNISHED MATERIAL**

3.5.1. Materials. Government supplies and equipment required for daily mission operations will be furnished by the government with the exception of general office supplies (unless provided by the government in Appendix E-7). The contractor shall submit all requests through the functional QAS to the appropriate FD for approval prior to purchase. The contractor shall obtain such materials by placing orders through the SBSS, using operating funds provided by the government for that purpose. Expendable materials not purchased through the SBSS, shall be purchased quarterly by the LRF only after approval by the appropriate FD. At the end of the contract the contractor shall return all residual inventory to the government.

3.5.2. Fuel and Oil. For Agency Peculiar/Special Purposed Vehicles: Fuel and oil required for performance of work listed herein, will be provided by the government to the contractor for government-furnished special purpose vehicles listed in appendix E-6. The contractor shall use vehicle identification links, as applicable, to obtain required fuel. Fuel and oil used by the contractor shall be expensed against operating funds provided by the government for that purpose. The contractor shall comply with applicable energy consumption goals. Government-furnished equipment and special purpose vehicles shall only be used for government purposes in support of this contract.

**3.6. GOVERNMENT FURNISHED SERVICES.**

3.6.1. Utilities. All utilities (electric, water, and sewage) will be furnished by the government to the contractor for the performance of this contract.
3.6.1.1 The contractor shall ensure energy conservation is used at all times. When utilizing utilities contractor shall partner with the Wing where efficiencies can be applied.

3.6.2. Postal/Installation Distribution. The contractor may utilize the Base Information Transfer Center (BITC) for delivery and pick up of mail. The BITC will deliver to and pickup on a scheduled daily basis, Monday through Friday, excluding federal holidays. The BITC shall not be used for contractor company mail and postage for company mail shall be at the contractor's expense. The contractor shall use this service for official government mail only. No personal or contractor business mail shall be sent through the government BITC center.

3.6.3. Telephone. The government will provide telephone service for official use in the performance of this contract. Service will include access to the Defense Switching Network *(DSN), Federal Telephone Service 2000 (FTS), Class A/B (access to commercial trunks local dialing area), and Class C (on base only).

3.6.3.1. The contractor shall review the FTS Verification LOG provided monthly by 45 SCS/CXPB and verify that all calls made by fax or FTS are official calls. This log shall be provided to the 45 LRF Telephone Control Officer (TCO) for certification and signature for payment.

3.6.3.2. Requests for telephone service (installation, relocation, removal, repair, or change in class of service or equipment) shall be prepared by the contractor IAW 45SWI 33-103 and submitted through the appropriate FD for approval. Contractor shall submit requests through the appropriate 45 SCS system for approval by the 45 LRF TCO.

3.6.3.3. The contractor shall appoint a telephone control officer to perform these duties.

3.6.4. Custodial Services. The government will provide custodial services for administrative (office) areas, break areas, and restrooms on an alternate workday basis for Buildings 415, 654, 655, 675, 708, 710, 820, 821, 822, 984, 1353, and 1623, 49831 (CCAFS), 85110 (CCAFS). Housekeeping for all covered storage warehouses, open storage space and fuels storage facilities shall be the responsibility of the contractor.

3.6.4.1. Contractor employees designated and assigned as Building Managers and alternates must be thoroughly knowledgeable of the cleaning requirements/frequencies of service in the custodial contract. Inspections shall be performed to ensure satisfactory cleaning services are received at the specified frequencies. Unsatisfactory performance shall be reported based upon instructions provided by Base Civil Engineering.

3.6.5. Refuse Collection. The government will provide refuse collection. Refuse placed in refuse containers by contractor personnel shall be limited to that generated in the performance of the contract.

3.6.5.1. Recyclable Collection: The government will provide recyclable collection. Recyclables placed in recycling containers by contractor personnel shall be limited to that generated in the performance of the contract.

3.6.6. Insect and Rodent Control. The government will provide insect and rodent control. Service may be obtained by calling the Base Civil Engineering Service Call Desk, phone 494-2778.

3.6.7. Security Police and Fire Protection. Phone numbers:

| | Patrick AFB | Cape Canaveral Air Force Station |
|---|---|---|
| Security Police | 494-2008 | 911 |
| Fire Department | 911 | 911 |

3.6.8. PMEL Support. Government-furnished maintenance of fuel laboratory equipment will be limited to existing PMEL support. The scales used in shipping/receiving, packing and crating, and the air terminal area will be provided government furnished PMEL maintenance when available.

3.6.9. Emergency Medical Service. The government will provide first response emergency medical treatment.

3.6.10. Printing and Duplicating Services. The government will provide access to the printing and duplicating service as required by the contractor to accomplish the tasks contained in the PWS. All requests shall be routed

through the QAS and approved by the appropriate FD. The contractor shall ensure that all such requests for this service are in support of the LSSC contract. The contractor shall comply with AFI 37-162, as supplemented, to receive these services.

3.6.11. Telecommunications Service. The Telecommunications Center in Building 533 operates 24 hours per day, seven days a week and is available for use by the contractor for transmitting and receiving electrical record communications pertinent to the contract. The contractor shall comply with AFI 33-113. The contractor shall be responsible for message delivery to and pickup from the Telecommunications Center. The contractor shall provide for pickup of all messages with an IMMEDIATE or higher precedence received by the Telecommunications Center during and after normal duty hours. The following standards have been established in defining the parameters of response after notification has been received from the Telecommunications Center.

| IF THE PRECEDENCE IS | FLASH (ZZ) | IMMEDIATE (OO) | PRIORITY (P) |
|---|---|---|---|
| Then the response is required within: | 30 minutes | 2 Hours | 4 Hours |

3.6.11.1. During the phase-in period, the contractor shall provide the Tele-communications Center a letter that identifies personnel authorized to pickup unclassified or receipt for classified messages. The letter shall provide the name, position, social security account number and level of security clearance of each individual authorized. The contractor shall update the letter as personnel changes occur and at least quarterly. This letter and the updates shall be processed through the FD/FC.

3.6.11.2. Once approved, the contractor shall use Automated Message Handling System (AMHS) for message traffic. The government will provide AMHS access and required AMHS passwords for the system.

3.6.12. Air Force Technical Orders (AFTOS). The government will provide AFTOs required in the performance of this contract. Procedures for requisitioning AFTOs are contained in TO 00-5-2. The contractor shall establish a JCALS Account to requisition T.O.s using the most current ATOMS program. The contractor shall utilize the electronic web-site for access to Technical Orders to the fullest extent possible.

3.6.13. Forms and Publications. Most of the forms and publications are now available in electronic format. The contractor shall utilize the electronic web-site for access to forms and pubs to the fullest extent possible. Any forms listed in Appendix F, and required for performance of this contract, shall be furnished by the government if not available on the web-site. The contractor shall comply with AFI 37-161 to receive these services.

3.6.14. Government Base Fuels Service Station. The government will provide access to the Base Service Station fuels for the contractor's other than agency peculiar vehicles. The contractor shall be billed directly by DFAS.

3.6.15. Automatic Data Processing. The government will provide Local Area Network (LAN) and Wide Area Network (WAN) access only to perform the specific tasks of the contract.

**3.7. RECORDS.**

3.7.1. A government record generated by the contractor is a document prepared by the contractor to fulfill a requirement of the contract in accordance with the Statement of Objectives and/or the Performance Work Statement.

3.7.2. The contractor shall securely maintain and store for the government all records including those which the contract does not expressly require the contractor to deliver to the government.

3.7.2.1. The contractor shall be responsible for creating, maintaining and disposing of only those government required records that are specifically cited in this PWS or required by the provisions of mandatory directives listed in Appendix F, Applicable Publications and Forms. If requested by the government, the contractor shall provide the original record or a reproducible copy of any such record within three (3) working days of receipt of this request.

3.7.3. At the completion of the contract, the contractor shall turn over to the government or a successor, all government records under the contractor's management at that time. The contractor shall accomplish this turnover

of records in accordance with the instructions in the contract or, in the absence of any such instructions, in accordance with the direction of the Contracting Officer.

3.7.4. The contractor shall prepare all correspondence related to Logistics Support Services contract activities. Maintain correspondence and publications, properly dispose of records and files, establish and implement an effective system for monitoring suspense's, All files, documents and working papers provided by the government and/or generated for the government in performance of this contract become and remains government property. The contractor shall keep these items current to ensure mission support is not interrupted in the event of default, or non-performance. All records are subject to the Freedom Of Information and Privacy Act (FOIA). The contractor shall provide protection of personal information contained in records IAW *(AFI 37-132, Air Force Privacy Act Program.) Correspondence requiring FD/FC or other 45SW personnel signature shall be prepared IAW AFH 33-337 Tongue and Quill and the 45SW Correspondence Guide as described in this PWS. Maintain Internet accessibility to current files of pertinent instructions, regulations, manuals, (see Subsection C-6) AFI 37-160, V7. Such file may be maintained electronically. Monitor manually prepared reports and Report Control Symbol (RCS) reports for functions contained in this PWS. Prepare and submit required reports outlined in Appendix F and Sections I, II, III, IV and as required by the FD/FC, functional QAS or AFSPC (AFI 37-124). Note that all records and documentation must be in the prescribed 45 SW system standard format and be readable.

**3.8. INFORMATION AND DATA**

3.8.1. All sketches, notebooks, designs, drawings, specifications, blueprints, models, negatives, photographs, findings, memoranda, as well as all recommendations, ADPE programs, Accessible Data Products List items (ADPL), and data of every description, as well as all copies of the foregoing, furnished by the government, or produced or otherwise acquired by the contractor in the performance of this contract shall be the property of the government, and except as otherwise provided below shall not be marked or have a legend placed on any such information inconsistent with the government rights as described herein. (Any data belonging to third parties and furnished to the contractor by the government in performance of this contract shall be treated similarly to property of the government.) The contractor retains no right, title, or interest in and to the property referred to in this paragraph; and it shall be delivered by the contractor to the government upon completion or termination of this contract or when directed by the Contracting Officer. The government shall have the right to use, reproduce, or disclose the data covered by this provision in any way and for any purpose it may desire with the exception that competition sensitive data, marked as such by the contractor and so agreed to by the government, such as personal data on individuals, payroll records, management methodology, and organizational approaches, shall not be disclosed outside the government. The contractor agrees to mark the number of this contract on all data delivered hereunder.

3.8.2. Except as specifically authorized by this contract, or as otherwise approved in writing by the Contracting Officer, all information and data developed, acquired or furnished by or to the contractor in the performance of this contract, shall be protected by the contractor from unauthorized use, release, duplication or disclosure.

3.8.3. All contractor manning information is government property useable and releasable for whatever purposes the government sees appropriate. This includes, but is not limited to, release for future competition efforts.

3.8.4. The contractor shall take appropriate measures to assure that its personnel who have or might reasonably have access to such information and data referred to in paragraph 3.8.3. above, agree to honor the Contractor's commitment and safeguard such information and data.

**3.9. DISPOSITION OF GOVERNMENT PROPERTY**

3.9.1. All FAR Subpart 45.5 accountable assets are to be dispositioned through the Government Plant Clearance Officer on inventory schedules and in compliance with the Plant Clearance Officer's direction as applicable FAR Subpart 45.6 instructions.

**3.10. OFFICIAL GOVERNMENT RECORDS**

3.10.1. AFEMS is the official government record for all accountable equipment items managed under the SBSS CACRL accounting system as long as it meets the FAR 45.5 record requirements.

3.10.2. Official SBSS bench stock shall be the official record and system for material bench stock items as long as it meets the FAR 45.5 record requirements.

3.10.3. All other items not managed under the SBSS CA/CRL or IPMS accounting systems shall be managed under FAR Subpart 45.5 and the Government Property contract clause (FAR 52.245-2) which shall be the official government record for these items.

3.10.4. Software/Data/Documentation shall be managed under FAR Subpart 45.5, Data and Documentation.

3.10.5. IPMS is the official government record for all Information Technology however the record must meet the FAR 45.5 requirements by the contractor under this contract.

**3.11. GOVERNMENT FURNISHED ACCOUNTABLE DOCUMENTS/RECORDS/DATA.**

3.11.1. Identified in Appendix F.

**3.12. ESTIMATED DOLLAR VALUE OF GFP SUBJECT TO RISK OF LOSS CLAUSE FAR 52.245-2(g).**
(Identified in Appendix E-2, E-4, E-5, E-6) **$2,673,623.99**

**3.13. ESTIMATED DOLLAR VALUE OF GFP (GOVERNMENT -OWNED).**
(Identified in Appendix E-2, E-4, E-5, E-6) **$5,347,247.98**

**SECTION IV**
**GENERAL INFORMATION/QUALITY ASSURANCE**

**4.1. PERFORMANCE OF SERVICES DURING CRISIS DECLARED BY THE NATIONAL COMMAND AUTHORITY, OVERSEAS COMBATANT COMMANDER, EMERGENCY SITUATIONS, AND CONTINGENCY RESCUE OPERATIONS. The contractor shall:**

4.1.1. Emergency or Special Event Services. Services routinely provided under this contract may be called for beyond normal hours of operation, (Appendix I), on an emergency or special event, base civil disturbances, weather warnings, and base alerts. The services shall commence within two hours after being verbally called for by the Contracting Officer (CO) or his duly authorized representative (identified to the contractor in advance, in writing, by the CO). The call for services shall specify the number of persons believed to be required to fulfill the need. Ensure a representative/alternate is accessible, at all times, to receive such verbal communication from the CO by telephone. Given the definition of this effort, the per-person hourly rate shall include any overtime premium required to fulfill this requirement.

4.1.1.1. An equitable adjustment for such change shall be negotiated in accordance with the change clause of this contract.

4.1.2. Contingency/Surge Requirements. If an activation or exercise requires effort outside normal duty hours or workload outside the parameters of any variation in workload provisions of this contract, such increase in contractor effort shall be subject to negotiation.

4.1.2.1. Upon notification by the Contracting Officer, provide services to support national commitments up to and including a declared war that would generate surge requirements. These services shall be provided 24 hours a day, seven (7) days a week as required for the duration of the emergency. Surge requirements beyond the capability of the contractor may be augmented by the government at its option when it perceives that mission accomplishment is endangered. The Contracting Officer will advise the contractor of the required level of effort verbally and follow up immediately with a written change to the contract.

**4.2. CONTRACTOR PERSONNEL.** The Contractor shall:

4.2.1. Provide a contract Project Manager

4.2.1.2. Provide a Project Manager who shall be responsible for the performance of the work requirements specified in the contract PWS and mandatory compliance documents Appendix F. The name of this person and an alternate representative to act in his/her behalf shall be designated in writing to the Contracting Officer within ten working days after contract award. The contractor shall provide telephone numbers of the Project Manager and alternate so these persons may be contacted both during and after normal duty hours.

4.2.1.2.1. The Project Manager and his/her designated representative shall have full authority to act for the contractor on all contractual matters relating to daily operation of this contract.

4.2.1 2. 2. The Project Manager or his/her alternate representative shall be available during normal duty hours and contingencies to include beyond normal duty hours to meet on the installation with government personnel designated by the Contracting Officer. After normal duty hours, the Project Manager or designated alternate shall be available when required.

4.2.1.2.3. Task Knowledge: Knowledge of the USAF Standard Base Supply System (SBSS), Transportation, Fuels and Munitions functions to include the capabilities, limitations and technical characteristics of supply and transportation data systems as well as associated manual procedures and interface of computer programs is required. Knowledge of material accounting procedures, principles of inventory control, theory and fundamentals of operating budget preparation, concepts of logistics planning, and management techniques are required.

4.2.1.2.4. Experience: At least ten years experience knowledge working in USAF Base Level Supply, Fuels and Munitions and Transportation Operations, a minimum of five years experience in a supervisory capacity.

4.2.2. Key Personnel.

4.2.2.1. Certain skilled, experienced and/or technical personnel are essential for the successful accomplishment of the work to be performed under this contract. These are defined as Key Personnel and are those persons whose resumes are submitted for evaluation in the initial proposal. The contractor agrees that such personnel shall not be removed from the contract work, performance of these positions deemed as critical shall be their primary responsibility and not be merged into other positions or replaced without compliance with the following:

4.2.2.2. The contractor shall immediately provide written notification to the Contracting Officer if:

4.2.2.2.1. One or more key personnel becomes (or is expected to become) unavailable for work under this contract for a continuous period exceeding five work days or:

4.2.2.2.2. One or more key personnel is expected to devote substantially less effort to this contract.

4.2.2.2.3 One or more key personnel are not performing their required key responsibilities, i.e., performance is conducted for the benefit of the company and government work is not being performed. Government funds will not be expended for employee work hours not expended in the performance of this contract.

**4.2.3. Supply Management Supervisor**

4.2.3.1. The contractor shall provide a on-site Supply Manager who shall be responsible for an effective and efficient Base Supply operation and who shall perform all functions identified in AFM 23-110 as the Supply Manager. The Supply Manager shall ensure performance of the daily operation of the supply account. The Supply Manager shall not act as the government Chief of Supply or Supply Accountable Officer IAW AFMAN 23-110, Vol 2, Part 2 and HQ AFSPC Supplement to this chapter.

4.2.3.1.1. Task Knowledge: Knowledge of a standard base supply account in the areas of research, stock control, customer service, equipment and demand processing is required.

4.2.3.1.2. Experience: At least fifteen years experience in a base level supply operation. Five years experience in a supervisory capacity.

4.2.4. Material Management Supervisor

4.2.4.1. The contractor shall provide a on-site Material Management Supervisor who shall be responsible for Receiving, Turn-In, Storage and Issue, HAZMAT, Pick-up and Delivery, Bench Stock, Weapons, COSO, Mobility Bags and Repair Cycle to include personnel. The Material Management Supervisor shall ensure all supplies and equipment for which the COS has storage responsibility are maintained as identified in AFMAN 23-110, Vol 1 and Vol 2.

4.2.4.1.1. Task Knowledge: Knowledge of a standard base supply account, receiving, supply points, DIFM, MRSP, storage and issue, bench stock and warehouse operations is required.

4.2.4.1.2. Experience: At least ten years experience in a base level supply operation in the area of receiving, storage and warehouse, inspection and mobility. Five years experience in a supervisory capacity.

4.2.5. Base Supply Chief Inspector

4.2.5.1 The contractor shall provide an on-site Chief Inspector who shall be responsible for the overall inspection program and inventory management and ensure the requirements specified in AFMAN 23-110, Vol 1 and Vol 2.

4.2.5.2. Task Knowledge: Knowledge of USAF Standard Base Supply System (SBSS) materiel storage, inventory management, inspection and identification program, distribution policies, use of technical orders, parts catalogs, blue prints and specifications.

4.2.5.2.1. Experience: At least ten years experience working in USAF supply operations in quality/inspection in warehouse functions associated with inspection or chief inspector is required and at least five years experience in supply inspection program responsibilities.

4.2.6. Fuels Management Supervisor

4.2.6. 1 The contractor shall provide an on-site Fuel Management Supervisor who shall be responsible for the overall Fuels operation to include, fuels accountability, fuels automated system, personnel and quality control

4.2.6.2. Task Knowledge: Knowledge of Air Force fuels management regulations and procedures: receipt, handling and storage methods; fuels, cryogenics, gases, oxidizers, and petroleum products; safety precautions; laboratory quality procedures; accounting procedures; the theory and fundamentals of operating budget preparation; knowledge of logistics planning; principles of inventory control; freight transportation; and statistical methods and procedures.

4.2.6.2.1. Experience: At least six years experience directing fuels operations to include storage and dispensing systems. Five years experience in a supervisory capacity.

4.2.7. Fuels Personnel.

4.2.7.1. The following qualifications pertain to all personnel working in fuels. All fuels personnel that operate government-furnished refueling vehicles with a gross vehicle weight rating (GVWR) of 26,000 pounds or more shall have a valid Florida commercial driver license with endorsement code "X". All personnel shall complete applicable traffic safety training courses specified in AFI 91-207 for base and flight-line driving prior to operating any fuels equipment/vehicles. Air Field Management, Operations and Training, will train contractor appointed Vehicle Control Officers (VCOs) responsible for flight-line vehicle operators and provide a training outline, flight-line test, and driving orientation guide. The VCOs shall train and test employees on flight-line operations before requesting "flight-line" authorization on the US Air Force Vehicle Operator Identification Card, AF Form 2293. Employees must obtain required license and training prior to contract start date. At least two years experience in the operation of fuels storage and dispensing systems and aircraft servicing is required

4.2.7.1.1. Task Knowledge: Personnel shall have knowledge of fuels management quality control procedures; receipt, storage and issue of petroleum products, liquid propellants, cryogenic, gases and oxidizers; properties and characteristics of petroleum products and liquid propellants, cryogenic, gases and oxidizers; environmental regulations and all pertinent safety precautions outlined in Appendix G.

4.2.7.1.2. Experience Quality Control: At least one fuels quality control specialist shall have three years experience in an Air Force fuels quality control laboratory or have completed Fuel Quality Control Journeyman Course J3AZR2F051-001 prior to contract start date. Mandatory IAW AFI 23-201, Paragraph 7.1 thru 7.1.4.

4.2.7.1.3. Experience Accountant: At least one individual shall have experience as a fuels accountant with three years of Air Force fuels accounting experience or have completed Fuels Accounting Course J3AZR2F051-002 prior to contract start date.

4.2.8. Traffic Management Supervisor

4.2.8.1. Task Knowledge: Knowledge of transportation management and transportation plans, programs and readiness functions to include but not limited to transportation systems such as TOPS and CMOS or equivalent systems which interface with SBSS or equivalent systems. Knowledge of GATES, RCAPS and IDSS systems is required. Operating knowledge of aerial ports, cargo capability forecasting, contingency operations, personal property and travel entitlements for both military and commercial modes of transportation, blocking and bracing techniques, rate/tariff interpretations and federal and military regulations governing the certification and movement of hazardous materials by air, sea, and surface modes.

4.2.8.1.1. Experience: At least ten years experience in a traffic management operation is highly desirable. Five years experience in a supervisory capacity.

4.2.9. Air Terminal Management/Supervisor

4.2.9.1. Task Knowledge: Knowledge of air terminal operations to include passenger services, air freight, warehousing, 463L equipment care and accountability, aircraft manifesting, aircraft loading and unloading and mobility operations. Operating knowledge of cargo forecasting, contingency operations and transportation systems such as GATES, RCAPS, IDS, GTN and CMOS for mobility/ contingency operations. ATM must be HAZMAT certifiable.

4.2.9.1.2. Experience: At least five years in air terminal operations is highly desirable. Five years experience in a supervisory capacity.

4.2.10. Systems Administrator

4.2.10.1. Task Knowledge: Critical to a successful multi-user system. Knowledge of computer information systems, certification and accreditation for systems, web site maintenance, internet, share drive, LAN, and system administrator duties. System Administrator shall have knowledge of systems identified in Section 1.

4.2.10.1.1. Experience: At least four years experience as a multi-systems administrator with capability to perform systems administrator duties of systems identified in Section I.

4.2.11. Remote Processing Station (RPS) Operator SBSS System.

4.2.11.1. Contractor shall provide only qualified personnel in the Remote Processing Station operations shall be proficient at all times.

4.2.11.1.1. Task Knowledge: Have successfully completed Apprentice Supply System Analyst Training at Lackland AFB.

4.2.11.1.2. Experience: At least four years experience as a RPS Operator for the Standard Base Supply System.

4.2.12. Munitions Ordnance Chief/Supervisor: The contractor shall provide an on-site Munitions Supervisor who shall be responsible for the overall munitions operation and ensure the requirements specified in AFI 21-201 and other applicable compliance documents relating to munitions are met.

4.2.12.1. Munitions Ordnance Chief/Supervisor shall be knowledgeable of all hazards involved in the operation, convey emergency procedures to workers and visitors, and maintain strict housekeeping standards. The Munitions Supervisor must also know what steps to take when abnormal conditions arise. Employee must be highly proficient in the area of Air Force policies and procedures for munitions accountability, pecuniary liability, generate munitions accountable documents, reports, and required daily, monthly, quarterly listings and provide them as requested or within 24 hours upon request by the MASO and/or QASE. The Munitions Supervisor shall not be dual tasked as the Senior Munitions Inspector. Munitions Supervisor shall ensure that qualified personnel are selected to perform senior inspector, inspector, Combat Ammunition System (CAS) local System Administrator (SA) and accountability duties.

4.2.12.1.1. Task Knowledge: Munitions Supervisor must have knowledge of Federal, DoD, and Air Force regulations, policies and standards governing munitions management and procedures: receipt, inspect, storage, issue, handling, turn-in, disposition, inventory management and stock control, automated data processing, transporting and shipping methods; training requirements: properties and characteristics of explosives, associated safety precautions; security requirements,; preparing and maintaining munitions records and documents accounting, documentation, control, validation procedures; knowledge of logistics planning; maintenance of and disposal of munitions and munitions waste. Knowledge of environmental regulations and procedures for hazardous and non-hazardous materials, and procedures for assets turn in. Personnel shall have a valid Florida state driver's license.

4.2.12.1.2. Experience: Munitions Supervisor must have at least four years experience directing/managing, supervising, munitions operations, i.e. maintenance, accountability, inspection and storage, and munitions supply

procedures. Personnel selected shall have completed the formal Air Force AETC Munitions Inspection Course or have completed a formal MAJCOM munitions inspection course. In order to maintain qualification and appointment as the Munitions Supervisor employee shall be re-certified annually. Cost of recertification requirements shall be at the contractor's expense.

Munitions Personnel: Munitions Ordnance Personnel: All munitions personnel shall meet requirements as described below IAW DoD 5100-76M, paragraphs C2.1.5 through C2.1.7. Munitions personnel shall have experience and task knowledge specified below. Munitions personnel shall be classified in the department of labor code of ordnance personnel. Contractor shall submit to the Government all requests for approval to deviate from safety and security standards. Personnel working in munitions section must have a security clearance level of secret prior to contract start date and prior to employment in this area. The following key personnel and qualifications apply

4.2.12.2. Senior Munitions Ordnance Inspector: The Senior Munitions Inspector shall be qualified to perform senior munitions inspector duties. Contractor shall provide a letter identifying inspectors and qualifications IAW T.O. 11A-1-10 for approval of the MASO FD/QAS. Personnel selected shall have completed the Air Force AETC Munitions Inspection Course or have completed a formal MAJCOM munitions inspection course. In order to maintain qualification and appointment as the Munitions Senior Inspector employee shall be re-certified annually. Cost of recertification requirements shall be at the contractor's expense. Personnel shall have a valid Florida state driver's license.

4.2.12.2.1 Task Knowledge: Munitions surveillance inspections to determine and identify serviceability, potential hazards and possible deterioration. This may include measuring, observing, inspecting, testing, analyzing, classifying, and recording inspection results of munitions and components in movement, storage and use. One year experience and knowledge as a senior munitions inspector and three years experience and knowledge as a munitions inspector and knowledgeable of inspection processes, documenting inspection actions/results and knowledge of CAS operations.

4.2.12.2.2 Experience: Mandatory IAW TO 11A-1-10. Contractor personnel filling munitions inspectors' positions must possess at least four years experience in ordnance/munitions career fields, and a minimum of three years experience as a munitions inspector.

4.2.12.3. Munitions Ordnance Inspectors: Employee's who work with explosives shall be trained in accordance with AFI 91-202, Chapter 10, and qualified in the tasks to be performed. Personnel shall comply with all safety standards IAW AFI 21-201, DOD 6055.9STD and applicable technical orders. Maintain operating instructions for explosives storage, transportation, inspection, and maintenance operations as required. Employees must understand and apply all safety, security, and housekeeping standards IAW 91-201, requirements, and precautions that apply to the operation. Personnel shall have a valid Florida state driver's license. All munitions personnel must also have a working knowledge of AFMAN 91-201, AFI 21-201, and AFI 31-209. Contractor shall ensure those individuals authorized to receipt for munitions are restricted from certifying the certificates of authorization/expenditure and conversely, those individuals authorized to certify the certificate of authorization/expenditure are restricted from authorization of receipt for munitions. Personnel selected shall have completed the Air Force AETC Munitions Inspection Course or have completed a formal MAJCOM munitions inspection course. In order to maintain qualification and appointment employee shall be re-certified annually. Cost of recertification requirements shall be at the contractor's expense. Personnel shall have a valid Florida state driver's license

4.2.12.3.1. Task Knowledge: All personnel who operate, handle, transport, maintain, load, or dispose of explosives, must receive initial weapons safety training before performing any of those tasks and be a qualified munitions individual. Conduct recurring training annually thereafter, not later than the end of the month in which the initial training was conducted. IAW AFI 91-201, Chapter 10.

4.2.12.3.2. Experience: Contractor munitions personnel must have experience in performing functions such as receipting, identifying, inspecting, storing, reconditioning, issuing, delivering, maintaining, testing, preparing and maintaining documentation and records for inventory management. Five years munitions working knowledge is required.

4.2.12.4. Combat Ammunition System (CAS) local System Administrator (SA) - Shall have completed the Air Force Munitions Accountability Course. Personnel responsible for automated accountability CAS functions shall have five years experience in munitions accountability utilizing the CAS. Contractor shall select qualified personnel to perform CAS SA duties. Personnel shall have knowledge of munitions operations quality control procedures; receipt, issue, shipment, expenditure, turn-in, inventory, identity and condition code change, and storage of munitions; annual munitions forecast procedures. The SA shall ensure that the MASO authorizes personnel access request to CAS before authorization is given to base level users assigned proper roles for processing in CAS. Munitions accountability personnel shall prepare a requirements forecast and forward it to the MASO and Chief QASE for review prior to submission. CAS local SA is responsible for all Ad-Hoc reports and queries requested by the MASO. Contractor shall select qualified personnel to perform CAS SA duties

4.2.12.4.1 Experience: Mandatory - Contractors personnel filling munitions accountability CAS functions shall have completed the Air Force Munitions Accountability course and have at least five years experience in CAS Munitions Accountability and Surface to Air Ammo Hill Website. The CAS Local System Administrator shall have at least five years as a CAS System Administrator. Only qualified personnel will be allowed access to the accountability systems.

4.2.12.4.2 Task Knowledge: Munitions accountability personnel shall have five years experience and knowledge of CAS accountability utilizing the CAS system.

4.2.12.5. Munitions Accountability Personnel – Munitions accountability personnel performing CAS accountability shall have completed the Air Force Munitions Accountability Course and have two years experience in CAS Munitions accountability operations or have had three years recent (within 3 years) documented experience in CAS operations.. Personnel shall have knowledge of munitions operations quality control procedures; receipt, issue, shipment, expenditure, turn-in, inventory, identity and condition code change, storage of munitions and annual munitions forecast procedures. The SA shall ensure that the MASO authorizes all personnel access request to CAS before authorization is given to base level users assigned proper roles for processing in CAS. Munitions accountability personnel shall prepare a requirements forecast and forward it to the MASO and Chief QASE for review prior to submission. CAS local SA is responsible for all Ad-Hoc reports and queries requested by the MASO and QAS.

4.2.12.5.1 Experience: Mandatory - contractors personnel filling munitions accountability CAS functions shall have completed the Air Force Munitions Accountability course and have at least three years recent (within three years) experience in CAS Munitions Accountability and Surface to Air Ammo Hill Website. Only qualified personnel will be allowed access to the accountability systems.

4.2.12.5.2 Task Knowledge: Munitions accountability personnel performing CAS accountability shall have completed the Air Force Munitions Accountability Course and have two years experience in CAS Munitions accountability operations or have had three years recent (within 3 years) documented experience in CAS operations.

4.2.12.6. Mobility Section Personnel – Mobility personnel performing MICAS accountability shall have completed the Air Force Mobility Accountability Coursewith a current certificate of no more than two years and have at least three years documented experience in MICAS operations. Personnel shall have knowledge of Mobility operations quality control procedures; receipt, issue, shipment, expenditure, turn-in, inventory, identity and condition code change, storage of Mobility and annual Mobility forecast procedures. Mobility personnel shall have experience with Technical Orders relating to Air Force Mobility assets and be familiar with the proper care and cleaning of these assets. The SA for MICAS shall ensure that the Chief of Supply authorizes all personnel access request to MICAS before authorization is given to base level users assigned proper roles for processing in MICAS. Mobility accountability personnel shall prepare all requirements forecasts and forward it to the Chief QASE for review prior to submission. MICAS SA is responsible for all Ad-Hoc reports and queries requested by the Chief of Supply and QAS.

4.2.12.6.1 Experience: Mandatory - contractors personnel filling Mobility accountability MICAS functions shall have completed the Air Force Mobility Accountability course and have at least three years recent (within three years) experience in MICAS Mobility Accountability. Only qualified personnel will be allowed access to the accountability systems.

4.2.12.6.2 Task Knowledge: Mobility accountability personnel performing MICAS accountability shall have completed the Air Force Mobility Accountability Course with a current certificate of no more that two years and have three years experience in MICAS Mobility accountability operations or have had three years recent (within 3 years) documented experience in MICAS operations.

4.2.13..Hazmart Section Personnel – Hazmart personnel performing Air Force Approved Hazardous Material Management System functions shall have knowledge of Hazmart operations quality control procedures; receipt, issue, shipment, turn-in, inventory, identity and condition code changes, storage of Hazmart and annual Hazmart forecast procedures. Hazmart personnel shall have experience with MSDS relating to hazardous materials.

4.2.13.1. Experience: Mandatory - Contractors personnel filling Hazmart duties shall have at least three years recent (within three years) experience in Hazmart functions and also have experience in the Air Force Approved Hazardous Management System.

4.2.14.1. Weapons Section Personnel – Weapons personnel performing functions in the weapons section shall have knowledge of weapons operations quality control procedures; receipt, issue, shipment, turn-in, and inventory also Weapons personnel shall have experience with technical orders relating to weapons.

4.2.14.1 Experience: Mandatory - Contractors personnel filling Weapons duties shall have at least three years recent (within three years) experience in weapons functions.

4.2.15. Customer Operations Personnel – Customer Operations personnel performing functions in the customer operations section shall have knowledge of customer operations quality control procedures; receipt, issue, shipment, turn-in, TRIC Codes, Warehouse , inventory management also customer operations personnel shall have experience with the SBSS, Discover, AFEMS, FED LOG and all other systems identified in chapter 7 for base supply operations.

4.2.15.1. Experience: Mandatory - Contractors personnel filling customer operations duties shall have at least three years recent (within three years) experience in customer operation functions.

**4.3. CONTRACTOR EMPLOYEES (GENERAL INFORMATION)**

4.3.1. Contractor personnel shall present a neat appearance and be easily recognized as contractor employees. The contractor shall furnish an identifying badge, which shall include as a minimum, the person's name, the contractors name and the words (function). This may be accomplished by each employee wearing a company photo identification badge or government issued Computer Access Card (CAC) while on duty. The identification shall be worn on the outer clothing on the front of the body, between the neck and waist, so the ID is visible at all times. The wearing of distinctive clothing bearing the name of the company is optional. Clothing and accessories must conform/comply with OSHA standards.

4.3.2. The contractor shall ensure that employees have the following current and valid professional certifications before starting to work.

4.3.2.1. The contractor shall certify individual's are trained, licensed, and physically qualified to operate any government vehicles or Material Handling Equipment (MHE) required to perform duties, and briefed on official use policies. This will be accomplished by letter, signed by the contractor, listing each individual and the types of government vehicles or equipment they will be operating. This certification will be updated as necessary and remain on file in the Vehicle Management Operator Records, and Licensing section.

4.3.2.3. The government will not pay for vehicle commercial licenses required by this contract. The contractor shall ensure that all employees have current commercial licenses required for operations.

4.3.4. The contractor shall not employ persons for work on this contract if such employee is identified to the contractor by the Contracting Officer as a potential threat to the health, safety, security, general well being or operational mission of the installation and its population.

4.3.5. The contractor shall not employ any person who is an employee of the United States Government if the employment of that person would create a conflict of interest, nor shall the contractor employ any person who is an employee of the Department of the Air Force, either military or civilian, unless such person seeks and receives approval in accordance with DoD Directive 5500.7-R, Joint Ethics Regulation. In addition, the contractor shall not employ any person who is an employee of the Department of the Air Force if such employment would be contrary to policies contained in AFI 64-106, Industrial Labor Relations Activity.

4.3.6. The contractor shall be aware that active duty military personnel hired under this contract are subject to Permanent Change of Station (PCS), change of duty hours or deployment. Military reservists and National Guard members are subject to recall to active duty.

4.3.7. The contractor is prohibited from employing off-duty Functional QAS personnel who are performing surveillance on any contracts/subcontracts awarded to the contractor.

4.3.7.1 The contractor is prohibited from engaging in relationships which would be considered a conflict of interest with Functional QAS and Functional Director/Commander personnel.

4.3.8. Control of Contractor Employees. The selection, assignment, reassignment, transfer, supervision, management, and control of contractor employees in the performance of this work statement shall be the responsibility and prerogative of the contractor; however, the contractor shall comply with the general intent and specific policies set forth in the performance work statement and in regulations applicable to Patrick AFB and the 45SW concerning conduct of employees as referenced herein. When directed by the Contracting Officer, the contractor shall remove from performance on the contract any person who endangers life, property, or national security.

4.3.9. All contractor employees, to include management and supervisor positions whose duties include interfacing with customers must read, write, speak and understand English.

**4.4. TRAINING REQUIREMENTS AND OPPORTUNITIES.**

4.4.1. The contractor shall ensure employees receive the formal and local, or contractor/employee required training. Any conference that requires the contractor to attend will be identified by the FD/FC. There will be no tuition charge for formal government or local base provided training courses; however, the contractor shall be responsible for the employee’s pay, travel cost, lodging cost, per diem, and all other associated costs for attendance at training/conferences.

4.4.1.1. Quotas in government training courses shall be made available when justified by the contractor and the need is validated by the government IAW AFCAT 36-2223, USAF Formal Schools.

4.4.1.1.1. Non-availability of training courses to be provided by the government, due to but not limited to mission requirements, or course availability shall not be cause for non-performance by the contractor under this contract.

4.4.1.1.2. At the discretion of the FD/FC and with prior written approval from the Contracting Officer, formal government training (not available through commercial sources) will be provided to contractor personnel when programs and/or new requirements are instituted. This training will be provided on a one-time basis. There will be no tuition charge for these training courses; however, the contractor shall be responsible for the employee’s pay travel cost, lodging cost, per diem, and all other associated costs for attendance at training/conferences.

4.4.1.2. The following training will be provided by the host base (Patrick AFB) and is mandatory for employees filling positions indicated.

4.4.1.2.1. Employees of fuels management, except those performing strictly administrative tasks, must receive specialized fire prevention training as required by 45SWR 92-1. Training will be conducted by 45CES Fire Protection and must be completed within 30 days after contract start date. Contractor shall ensure that all other assigned personnel are educated in fire prevention practices and use of fire extinguishers within 30 days of employment. Lectures and demonstrations will be provided by Fire Protection as required.

4.4.1.2.2. Employees assigned, as building managers and alternates shall receive an initial indoctrination within two weeks after contract start date. Contractor shall schedule this in briefing by contacting 45CES Engineering.

4.4.1.2.3. Employees assigned to those areas for hazardous materials, i.e., chemicals, acids, gases, etc. shall be trained in the use and care of respiratory protective equipment and in inspection for operational capability. Contractor shall schedule this training with 45CES Fire Protection no later than 30 days after contract start date and subsequently as required IAW 45SWI 92-1.

4.4.1.2.4. Personnel assigned to the Hazardous Material Pharmacy (HMP) shall be trained in hazardous material management and the use of self-contained breathing apparatus. Contractor shall schedule initial and annual training through 45SG Bioenvironmental.

4.4.1.2.5. Personnel certifying hazardous material for military air, commercial air or surface shipment, and shipments with the Defense Transportation System (DTS), must successfully complete training according to the DTR 4500.9R, Part II, Chapter 204, Par. E; AFI 24-201, Par. 10.8 and AFJMAN 24-204.

4.4.1.2.6. Operators of base support radios, portable or mobile, shall be briefed on operation, maintenance, and hazardous zone operations, by the 45CS Land Mobile Radio Manager. Contractor shall schedule this briefing within 30 days after contract start date.

4.4.1.2.7. The employee appointed as Functional Area Records Manager (FARM) IAW AFMAN 37-122 shall be trained in the Air Force Records Management Program. The training will be provided by the 45MSS Information Management Office after the individual is appointed by the contractor.

4.4.1.2.8. Individuals appointed as equipment custodians and alternates shall attend Base Level Supply Customer Training, Block III (Equipment Management). Training shall be provided by the incumbent contractor during the phase-in period of the contract. The course is approximately four hours. Block III training requirements shall be submitted to the Contracting Officer no later than the first day of the phase-in period.

4.4.1.2.9. Employees designated to manage or monitor a supply account shall attend Base Level Supply Customer Training, Block I (Organizational Supply Representative). Training shall be provided by the incumbent contractor during the phase-in period of the contract. The course is approximately three and one-half hours. Block I training requirements shall be submitted to the Contracting Officer no later than the first day of the phase-in period.

4.4.1.2.10. Individuals appointed as Medical Supply custodians and alternates shall attend Medical Supply Custodian Training. Training shall be provided by the incumbent contractor during the phase-in period of the contract. Request for training shall be submitted to the Contracting Officer no later than the first day of the phase-in period.

4.4.1.2.11. Additional Training. Contractor employees may attend or be required to attend other training courses conducted by the host base (Patrick AFB) that would be of benefit to the contractor and government. Requests to attend additional training courses at the host base shall be submitted to the appropriate base agency through the functional QAS, FD/FC for coordination and to the Contracting Officer for approval.

4.4.1.2.12. The following training will be provided by the contractor or employee and is mandatory for employees filling positions indicated.

4.4.1.2.13.. The contractor shall provide additional internal training required resulting from changes, amendments to publications and by inspection, audit, surveillance, or Functional QAS reports.

4.4.1.2.13.1. Personnel who handle, certify, prepare, or inspect HAZMAT for shipment must receive initial and refresher hazardous material training IAW AFJMAN 24-204 and Code of Federal Regulations (CFR) Title 49, Part 172.704.

4.4.1.2.14. The contractor agrees to indemnify and hold the government harmless, whether in tort or in contract, for any and all loss or liability for injury to or death of contractor personnel in transit to or from or during the period of attendance at any training or school provided by the government, whether such training or schooling is provided for under contract with or by the government. This indemnification and hold-harmless agreement shall apply whether or not the training or school is provided for under contract between the parties to this agreement.

**4.5. CONSERVATION OF UTILITIES.**

4.5.1. The contractor shall be directly responsible for instructing employees in utilities conservation practices. The contractor shall be responsible for operating under conditions that prevent the waste of utilities, including the following:

4.5.1.1. Lights shall be used only in areas where and when work is actually being performed, except as required for security or safety.

4.5.1.2. Mechanical equipment controls for heating, ventilation, and air conditioning systems shall not be adjusted by the contractor or by contractor employees unless authorized.

4.5.1.3. Water faucets and/or valves shall be turned off after the required usage has been accomplished.

4.5.1.4. Government telephones shall be used only for official government business.

**4.6. BASE RULES AND REGULATIONS.**

4.6.1. The rules and regulations of the Base where services are performed shall apply to the contractor and his employees while on the premises of the Base. The contractor and his employees shall obtain and use vehicle passes for all privately owned vehicles in compliance with the directives current as of the issue date of the solicitation.

**4.7** Develop performance metrics that will be used to audit and track trends in levels of performance. As a minimum Performance Plan items in Section II, shall have performance metrics that are briefed monthly to the QAS, FDs and FC. In addition, any area of weakness identified by the contractor's quality control section review or QAS reviews identified prior to meeting shall be briefed. Briefing shall be NLT the 15th day of the month, as scheduled by the QAS. In conjunction with the contractor's quality control plan, these metrics shall be effective in identifying, preventing and correcting problems and improving processes.**.**

**QUALITY ASSURANCE.**

4.7.1. According to the "Inspection of Services" clause, the government will evaluate the contractor's performance under this contract. For those tasks outlined in the Performance Plan and listed as Performance Objectives (PO) or Assessment Items (AI) (Section 2), the quality assurance specialist(s) will follow the methods of surveillance outlined in Section II of this PWS. Government personnel will record all surveillance observations. When an observation indicates defective performance, the functional Quality Assurance Specialist (QAS) will notify a representative, either on site or through electronic mail, of the observation. Acknowledgement of the observation does not necessarily constitute concurrence with the observation, only acknowledgment that he or she has been made aware of the defective performance. Government surveillance of tasks not listed in the POs or AIs or by methods other than those listed in the PO may occur during the performance period of this contract. Such surveillance will be done according to standard inspection procedures or other contract provisions. Any action taken by the Contracting Officer as a result of surveillance will be according to the terms of this contract.

4.7.2. Quality Assurance Specialist:

4.7.2.1. The functional QAS(s) is a representative of the Contracting Officer. The functional QAS will participate in the administration of this contract with the Contracting Officer. Subsequent to contract award, the identity of the functional QAS(s) will be promptly furnished to the successful bidder/contractor.

4.7.2.2. The functional QAS(s) or alternate(s) will inform the contractor in person when discrepancies occur and will request corrective action. The functional QAS(s) or alternate(s) will make a notation of the discrepancy on their tally/surveillance checklist with the dates and time the discrepancy was noted and will notify the contractor of the discrepancy.

4.7.2.3. Any matter concerning a change to the scope, prices, terms, or conditions of this contract shall be referred to the Contracting Officer.

4.7.2.4. The services to be performed by the contractor during the period of this contract shall at all times and places are subject to review by the Contracting Officer or authorized representative(s).

4.7.2.5. Government Observations. Government personnel, other than Contracting Officers (COs). FDs, FC and functional QAS may from time-to-time, with CO coordination, observe or inspect contractor operations. However, these personnel may not interfere with contractor performance.

**SECTION V**
**CONTRACTOR FURNISHED PROPERTY, SERVICES, DATA, SUBMISSIONS, DOCUMENTS AND ACCESS TO GOVERNMENT RESOURCES**

**5.1. CONTRACTOR FURNISHED ITEMS AND SERVICES.**

NOTE: Except for those items or services specifically identified in Section III and Appendices E-1, E-2, E-4, E-5, and E-6, E-7 as government-furnished, the contractor shall furnish everything required to perform this contract according to all its terms.

5.1.1. Contractor – Furnished Vehicles. The contractor shall provide all vehicles required for the performance of this contract with the exception of government owned assets that have been deemed Agency Peculiar (60K and 25K Aircraft Loaders and R-11 6,000 gal Aircraft Refueling vehicles, appendix E-6) and those provided in appendix E-4 as government furnished equipment/property (GFE/P). Vehicles provided in appendix E-4 shall be replaced by the contractor if still needed at such time the vehicles is deemed no longer economically repairable by the Contracting Officer. The contractor shall be responsible for replacement or lease costs at that time. Vehicles listed in Appendix E-4 will be furnished to the contractor as Government Furnished Equipment/Contractor-replaced. It is the sole responsibility of the contractor to assume associated utilization costs including operations, maintenance/repair and replacement of the GFE assets. OLVIMS will not be used to track maintenance data. No government funds or facilities will be used in the servicing or maintaining of the assets. When the appendix E-4 vehicles are no longer needed or uneconomical to repair, they will be disposed of through DRMS/DRMO channels.

5.1.1.1. If contractor elects to either purchase or utilize their existing ground fuel servicing unit (C-300/C-301 equivalence); contractor would be responsible to equip ground servicing units with compatible Air Force (current and future) automation equipment (Mobile Automated Fuel Service Station) upon award of contract. If contractor elects not to install current Air Force automation equipment (Mobile Automated Fuel Service Station) they will be required to complete DD Form 1898, Fuel Sale Slip and manually input the issues into the FAS.

5.1.1.2. If contractor elects to utilize Government Furnished Equipment (GFE) C-300/C-301 contractor shall maintain and inspect ground servicing vehicles in a safe and serviceable condition. Contractor shall meet all C-300/C-301, IAW T.O. 36-1-191, T.O. 42B-1-1, T.O. 37A-1-101, AFI 23-201, applicable C-300/C-301 Technical Orders and any Federal, State and Local environmental requirements.

5.1.1.2. If contractor elects to either purchase or utilize their existing ground fuel servicing unit (C-300/C-301 equivalence) contractor shall maintain

5.1.2. Contractor – Leased Vehicles: The contractor shall use cost reimbursable CLIN 000? for contractor acquired vehicles. The government will provide the contractor access to GSA for any general purpose vehicles. The cost for leased vehicles normally includes maintenance and fuel. Contractor shall provide vendor invoice to the LRF/RA monthly for these in-use leased vehicles.

5.1.3. Contractor – Purchased Vehicles: Contractor shall invoice annually, the depreciated value of the vehicle. Invoice shall be based on the depreciated cost over the expected life of the vehicle IAW (Note for contracting office to determine correct wording)

5.1.4. Government-furnished fuel and oil shall not be furnished for contractor owned/leased vehicles and government furnished vehicular equipment listed in Appendix E-4. The contractor shall have access to government fuel, however, the contractor shall be billed direct from DFAS for these vehicles.

5.1.5. Toll Free Phone Number. Personal Property Section. The contractor shall provide a toll free telephone number for the personal property section. This number will be accessed by government employees, to check on the status of their personal property shipment and by commercial carriers, to discuss delivery information.

5.1.6. Safety Items For Employees. The contractor shall provide safety items such as steel toe boots/shoes, hearing protection, reflector night safety vests and protective back harnesses for contractor employees performing operations

which are inherently hazardous (warehousing, forklift operations, munitions/weapons handling, fuel storage/distribution, shipping/receiving, woodworking, aircraft loading/unloading etc.).

5.1.7. Personal Items. The contractor employee(s) or the contractor shall provide seasonal and normal work clothing including rain suits and work gloves for contractor personnel.

5.1.8. Administrative Office/Work Area Supplies, Janitorial Supplies and Common Non-powered Tools are specified below. The only exceptions(s) to this paragraph are items turned over to the Contractor by the government at contract start (staplers, binders, pencil sharpeners, etc) Items not utilized during the performance of this contract shall be returned to the government at the end of contract period.

5.1.8.1. The contractor is not required to furnish janitorial supplies that are provided by the government as part of the government janitorial services contract for base facilities. Items not provided as part of this service that are required for the mission are provided by the government as specified in Appendix E-7.

5.1.8.2. Administrative office supplies: All administrative supplies shall be provided by the contractor except those items specified in Appendix E-7 which are provided by the government.

5.1.8.2.1. The contractor shall comply with FAR Clause ???? and ensure compliance with all environmental and green purchases. The contractor shall implement the purchase of environmentally preferable products and services.

5.1.8.3. All other supplies and equipment required for the mission (unless specified in another PWS paragraph, such as leased vehicles) shall be provided by the government after approval by the FD/FC office and appropriate funding is obtained.

5.1.9. Contractor Furnished Earplugs. The government shall purchase and the contractor shall supply earplugs to all customers departing on military/contractor aircraft.

5.1.10. Preventive Maintenance: The contractor shall perform minor preventive maintenance on all government supplies, tools, office equipment, and industrial plant equipment including but not limited to cleaning, adjusting, tightening of nuts and bolts and actions recommended by the equipment manufacturer.

5.1.11. Contractor is responsible for cleaning carpets as needed but not less than annually.

**5.2. MEETINGS, SUBMISSIONS, REPORTS AND DOCUMENTATION. The contractor shall:**

5.2.1. Meetings: Provide contractor personnel to attend scheduled meetings and conferences as indicated in Section I or when requested by the FD/FC when requested by the CO.

5.2.1.1. Contractor shall send representation to the below meeting which are illustrated as an example, but not all-inclusive, of meetings and/or committees requiring participation by contractor personnel:

| Title Of Meeting | Time And Place Of Meeting |
|---|---|
| Anti Terrorism Meeting | As announced by SFS |
| Base Supply "How Goes It" Meetings | As a minimum, once monthly. Time and place as mutually agreed to by the FD and Supply Manager. |
| Base Support Agreement Meetings | As announced by LGRR |
| Building Custodians Meeting | Every six months. Time and place as announced by 45CES. |
| Energy Conservation Meeting | As announced by 45CES. |
| Exercise Evaluation Team Meeting | As announced by IG |
| Fire Protection Meetings | As announced by 45CES Fire Protection. Usually held concurrently with Building Custodians Meeting. |
| Hazardous Material Management Working Group Meeting | Once a month as announced by CE |
| Hazardous Material Emergency Planning and Response Meeting | Twice annually as announced by the CE |

| | |
|---|---|
| Loss Prevention Program Working Group/Crime Prevention Working Group | Quarterly as announced by 45SW/CVI. |
| Post-Award/Pre performance Conference | Prior to the commencement of any work under the contract that may be awarded as a result of this solicitation and offer. Time and place of meeting shall be determined by the Contracting Officer. |
| Program Office/Contract Meeting | Contractor Progress Report on performance objectives Review and contractor Quality Control Review |
| Readiness Working Grp Meeting | (Quarterly as announced by CE |
| Resource Protection Meeting | |
| Staff Meetings | Weekly or more often as needed. |
| Vehicle Control Officers (VCO) Meeting | Once every six months as announced by Vehicle Management contractor |
| Pre-Deployment Meetings | As announced by LGRR |
| Range Sealift Meetings | As announced 45 RMS |

5.2.2. Reports and Documentation's: The contractor shall:

5.2.2.1. Provide the government accountable officer, after certification by the contractor's Project Manager or designated representative, the following reports and documents as required for review/approval, to include causative research and supporting documentation:

5.2.2.1.1. Consolidated Inventory Adjustment Document Register (M10).

5.2.2.1.2. Record forced change documents (FIX/QLP (SBSS TRIC code)) and letters requesting/approving forced changes.

5.2.2.1.3. Identity change documents (FCH (SBSS TRIC code)).

5.2.2.1.4. Budget estimates for LSSC operations. (Refer to Section I, Paragraph 1.4.)

5.2.2.1.5. Reports of fuels gains and losses that exceed approved tolerances.

5.2.2.1.6. Non-automated inventory adjustments, including special adjustments (TRIC 1RM), to FP product item record balances.

5.2.2.1.7. Condition change documents (FCC (SBSS TRIC code)).

5.2.2.1.8. Requests for adjusted stock levels, AF Forms 1996.

5.2.2.1.9. Certificate of transfer for FB/FE/FV/FP accounts.

5.2.2.1.10. Lost document certification (certified true copies).

5.2.2.1.11. Purchase orders for fuel products (DD Forms 1155).

5.2.2.1.12. Reports of survey

5.2.2.1.13. Letters of authorization to authenticate requisitions for direct removal of assets from the DRMO/DRMS.

5.2.2.1.14. Letters of appointment for all required additional duties or delegations required by compliance documents.

5.2.3. Submissions: The contractor shall develop, revise and submit for publication 45th Space Wing instructions, supplements or manuals where local options are permitted or required by regulation to expand or clarify a process or procedure related to performance of this PWS. Publications developed or revised by the contractor shall be approved by the government prior to publication. Submit all proposed publications through the functional QAS to the appropriate FD for approval. (Refer to Section 1, Paragraph 1.3.2.2.2.1.)

5.2.3.1. The contractor shall develop and submit for publication, within 60 days after contract assumption, local supplements to AFMAN 23-110 reflecting alignment of any workload responsibilities that differ from standard SBSS structure IAW AFMAN 23-110, Vol. II, Part 2. Approval by the Functional QAS and FD/FAC is required prior to publication.

5.2.3.2. The contractor shall publish a list of supply contact points in a supplement to AFMAN 23-110, Vol. II, Part 13 and submit to the functional QAS, FD for approval.

5.2.3.3. The contractor shall develop, revise and publish SBSS, CMOS, GATES and TOPS Operating Instructions and section flow charts necessary to clarify internal operating processes and procedures. Operating Instructions shall be prepared IAW AFI 37-160, Vol. 1 and Vol. 6. and submitted through the functional QAS to the appropriate FD for approval prior to publication. Operating Instructions shall not be developed to duplicate, or circumvent the requirement for supplements to existing publications.

5.2.3.4. Review, evaluate and act upon amendments to compliance documents listed in Appendix F and SBSS program release documentation.

5.2.3.5. Advise supported activities of changes to the SBSS and other LSSC activities that effect them.

5.2.3.6. The contractor shall prepare announcements for publication in the Daily Bulletin, Missileer, LRF/LSSC homepage website and other on-base periodicals regarding hours of operation, customer service points-of-contact, travel information, personal property information personal property limits, zero overpricing programs, HazMart operations, etc. Items for publication shall be submitted through the functional QAS to the appropriate FD for approval.

5.2.3.7. The LSSC contractor shall review support agreements to include joint-tenant agreements, inter-service support agreements, host-tenant support agreements, and memorandum of agreement or understanding. The purpose of the review is to determine supportability by LSSC.

5.2.3.8. The contractor shall receive, route to proper function, control suspense, evaluate and prepare responses to Air Force IDEA program submissions concerning LSSC activities IAW AFI 38-401.

5.2.3.8.1. Replies must be approved by the government and shall be submitted to the appropriate FD after the contractor’s review and evaluation has been completed.

5.2.3.9. The contractor shall develop requirements for the operations operating budget for the LSSC responsibility centers (RC)/cost centers (CC) and submit to the government not less than quarterly.

5.2.3.10. The contractor shall provide the government Stock Fund Manager justification for increases to the operations operating budget in the event allocated funds are insufficient to support daily operating expenses.

5.2.3.11. The contractor shall receive, review, coordinate, implement, and initiate corrective action on all Air Force OR MAJCOM Special Interest Items (SII) submitted to the contractor IAW AFI 90-201.

5.2.3.12. The contractor shall provide briefings to government auditors, staff assistance teams, Inspector General Teams, etc., as may be requested by the ACO or appropriate FD. Such briefings shall include key management indicators and account operations depicted graphically.

5.2.3.13. The contractor shall obtain permission from the appropriate FD prior to granting any installation visitation rights, requests for information or data to any individual or agency.

5.2.3.14. Prepare replies through the appropriate FD to the FC and then ACO on government inspections, audits, staff assistance visits, Inspector General inspections and discrepancies identified by the Functional QAS(s). All discrepancies identified within the jurisdiction of the contract require corrective action. (A1-2)

5.2.3.15. The contractor shall respond with corrective actions taken to correct performance deficiencies identified by government quality assurance specialists or other inspection functions, such as government auditors, staff assistance teams, Inspector General Teams, etc. Response to corrective actions shall be routed through the appropriate Functional QAS to the appropriate Functional Director and then to the FC and Contracting Officer (A1-2)

5.2.3.16. Provide training as specified in PWS section I on microcomputer operation for users.

5.2.3.17. Comply with the 45SW Vehicle Control Program for LSSC IAW AFI 23-301 and AFI 23-302. Provide monthly vehicle status report to QAS by the third Friday of the month.

5.2.3.18. Deliver vehicles to Vehicle Management section for scheduled and unscheduled maintenance and repair of assigned government vehicles.

5.2.3.19. Perform operator maintenance on government-furnished vehicles IAW AFI 24-301.

5.2.3.19.1. Perform operator maintenance on all government-furnished equipment to include cleaning, adjusting, ordinary lubrication, tightening of nuts and bolts, and preventive maintenance actions recommended by the equipment manufacturer. ADPE preventive maintenance shall be performed only by the designated ADPE contractor.

5.2.3.19.2. Utilize USAF approved electronic office automation software for the preparation of all correspondence, publications, charts, spreadsheets and presentations prepared in the performance of contract services.

5.2.3.19.2. The contractor shall ensure all automation equipment and equipment procured or replaced is compatible with current and future Air Force automation and equipment.

**5.3. HOUSEKEEPING. The contractor shall:**

5.3.1. Housekeeping Standard. A high standard of housekeeping shall be maintained. In addition to the housekeeping requirements imposed by compliance documents to eliminate fire or safety hazards, the contractor shall:

5.3.2. Interior.

5.3.2.1. Ensure floor mats are available and used at entrances to administrative facilities.

5.3.2.2. Dust and clean furniture and equipment in all work areas.

5.3.2.3. Ensure lights are clean and working properly.

5.3.2.4. Program torn/worn furniture for repair or replacement.

5.3.2.5. Attempt to match furnishings in each room when requisitioning replacement.

5.3.2.6. Coordinate with BCE for approved interior design schemes when ordering furniture for an entire office/work area.

5.3.2.7. Maintain computer produced listings in appropriate binders clearly identified as to contents.

5.3.2.8. Frame pictures or posters that are to be hung on walls and use appropriate hangers. Double-faced tape or pins shall not be used.

5.3.2.9. Information posted on bulletin boards shall be maintained current. Posted documents shall not overlap and shall be secured at all corners.

5.3.3. Exterior.

5.3.3.1. Establish smoking areas as specified in 45 SW policies and utilize approved receptacles.

5.3.3.2. Police assigned areas daily placing particular emphasis on fence lines, around buildings and other areas where wind-blown debris accumulates.

**SECTION VI**
**WORK CONTINUITY**

**6.1. ORIENTATION PERIOD (PHASE IN).** The contractor shall:

6.1.1. To ensure a smooth transition in the change of work effort from the current organization, the contractor shall begin the orientation as required by line item 0001 Section "B" of the solicitation/contract. The purpose of this orientation is to:

6.1.2. Observe work accomplished by current employees.

6.1.3. Becomes thoroughly familiar with work requirements and work procedures.

6.1.4. Complete personnel requirements including the hiring of personnel to assure satisfactory performance beginning on the contract start date. Soliciting personnel for employment during their duty hours is prohibited, unless interview arrangements are made through the contracting and personnel offices at this installation.

6.1.5. Obtain required security clearances.

6.1.6. Complete training requirements and accomplish necessary training of contractor employees.

6.1.7. Complete the development of necessary work plans/procedures.

6.1.8. Complete the development of quality assurance plans and procedures.

6.1.9. Become thoroughly familiar with the computation method for withholding payments resulting from deficiencies exceeding the number allowed by the PWS.

6.1.10. Include the orientation period in the phase-in schedule presented to the government.

6.1.11. The contractor shall be allowed access to the facilities to familiarize supervisors, key personnel, and staff with equipment, reporting, work scheduling and procedures. However, such access will not interfere with the work efforts of current personnel. To preclude such interference, arrangements for access to the government facilities will be made with the cognizant contracting officer. Access will be limited to the following categories of personnel:

Contractor Supervisory and Clerical Personnel.
Contractor Equivalent of a Government Supply Clerk.
Contractor Equivalent of a Government Transportation Clerk.
Contractor Foremen Level Personnel will be permitted access to observe operations, work flow, priorities, scheduling equipment handling, storage, parts, safety, security, etc.

**6.2. EXISTING BACKLOG AT CONTRACT START.**

6.2.1. Existing work backlog at contract start date. Work requirements and work in progress at contract start date shall be the responsibility of the contractor to complete within 30 days.

**6.3. PHASE OUT.**

6.3.1. If there is a change of contractor, the incumbent contractor shall provide familiarization, as described in paragraph 6.1.1 above, to the government or the follow-on contractor, whichever the case may be.

6.3.2. The government reserves the right to conduct the site visits in all contractor-operated facilities in conjunction with the solicitation of offers for the follow-on contract. In the event the follow-on contract is awarded to other than the incumbent, the incumbent contractor shall cooperate to the extent required to permit an orderly change over to

the successful contractor. With regard to the successor contractor's access to incumbent employees, a recruitment notice may be placed in each facility.

**6.4. GOVERNMENT INVENTORY PHASE IN/ PHASE OUT.**

6.4.1. A joint government and contractor inventory shall be conducted during Phase In/Phase Out as specified in Section III, Paragraph 3.2.1.

**6.5. VARIATION IN CONTRACT WORKLOAD**

6.5.1. There will be a phase in/phase out period of workload transitioning from the Base Supply operation to the HQs Logistics Support Center (LSC) which will occur during the last quarter (Aug – Oct 07) of FY 07. During this timeframe the contractor shall perform responsibilities for this workload transition and ensure that procedures are followed to make this transition successful. Contractor shall coordinate through the Base Supply Accountable Officer all transitioning workload reductions as each phase is completed and ensure that workload reductions are monitored until completion. Contractor shall accept a reduction in the total contract price due to this workload reduction which shall be established by the Contracting Officer at time workload transitions.

6.5.2. Operator refueling maintenance responsibilities may transfer to the LSSC contract within the life of this contract and would result in a contract modification.

6.5.3. There will be a phase in/phase out period of workload transitioning from a Personal Property Shipping Office (PPSO) to a Personal Property Processing Office (PPPO) under the regionalization and Family First program implementation in late FY08 or early FY09. During this transition the contractor shall perform responsibilities for workload transition and ensure that procedures are followed to make the regionalization and Family First implementation successful. Contractor shall coordinate through the Traffic Management Officer all transitioning workload reductions and ensure workload reductions are monitored. Contractor shall accept a reduction in the total contract price due to this workload reduction which shall be established by the Contracting Officer at time of workload transition.

6.5.4. Fuel operations at Cape Canaveral Air Force Station (CCAFS) bulk storage (Fuel Frm #4) and service station will transfer to a DESC contract within the life of this contract and will result in a contract modification. The current location for refueling parking (Fuel Farm #4) will be relocated at the DESC bulk storage facility.

6.5.5. A 45 SW project for removal of the fuel underground storage tanks (USTs) and the replacement with above ground storage tanks(ASTs) at CCAFS service station will require 24 hour refueler support until completion of the project.