UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| HALLMARK CAPITAL GROUP, L.L.C. | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | No. 1:08-CV-00356-MCW |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

PLAINTIFF'S NOTICE OF DISMISSAL

To: The United States of America, Defendant, and Michael O'Connell, Defendant's attorney.

PLEASE TAKE NOTICE that Hallmark Capital Group, L.L.C., Plaintiff in the above-entitled action, dismisses the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, permitting dismissal by the Plaintiff, without order of court, by the filing of a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment.

Status of the above-entitled action:

1. The above-entitled action was commenced on May 16, 2008; and
2. The defendant has filed neither an Answer nor a Motion for Summary Judgment in this action.

PLEASE TAKE NOTICE that the plaintiff dismisses the above-entitled action without prejudice. The clerk of the above-entitled court is requested to enter this dismissal in the records of the court.

Dated: June 30, 2008

Respectfully Submitted,

BAILEY & BAILEY, P.C.
Milam Building, Suite 711
115 East Travis
San Antonio, Texas 78205-1611
Telephone: (210) 225-7747
Facsimile: (210) 225-8246

By: s/ Johnathan Bailey
Johnathan M. Bailey
SBN 24000009

Attorney for Plaintiff
Hallmark Capital Group, L.L.C.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Amended Complaint for Declaratory and Permanent Injunctive Relief has been caused to be delivered by the ECF system for filing. Based on the records currently on file, Clerk of the Court will transmit Notice of Electronic Filing to the following ECF registrants:

Mr. Michael O'Connell, Jr., Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W., Room 12062
Washington, DC 20530

s/Johnathan Bailey
JOHNATHAN M. BAILEY